```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F02-0019--CR (RRB)
                  "USA V DONALD LOUIS HYMES"
                  DEF 1.1 HYMES, DONALD LOUIS

      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
             Filed: 11/20/02
            Closed: 07/25/03
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 04/28/03
        Terminated: YES
 Needs interpreter: YES
 Counsel of record: Donald L. Hymes
                   Pro Per
                   2340 Ravenwood Avenue
                   Fairbanks, AK 99709
                   907-479-6922
                   Serve: YES
                    Type: Waived or Self
                    Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial, Appeal, 2255 Motion, Other


 Counts re: DEF 1.1 HYMES, DONALD LOUIS
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:1341 MAIL FRAUD (F) | Sentenced (153-1) |
| 1 -   1 IND | 2 | 18:1341 MAIL FRAUD (F) | Sentenced (153-1) |
| 1 -   1 IND | 3 | 18:1341 MAIL FRAUD (F) | Sentenced (153-1) |
| 1 -   1 IND | 4 | 18:1341 MAIL FRAUD (F) | Sentenced (153-1) |
| 1 -   1 IND | 5 | 18:1341 MAIL FRAUD (F) | Sentenced (153-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE F02-0019--CR (RRB)
                                  "USA V DONALD LOUIS HYMES"
                                 DEF 1.1 HYMES, DONALD LOUIS

                      Including terminated defendants, excluding terminated counsel


    1 -    1 IND     6      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND     7      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND     8      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND     9      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND    10      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND    11      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND    12      18:1341 MAIL FRAUD (F)                                   Sentenced
                                                                                     (153-1)

    1 -    1 IND    13      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    14      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    15      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    16      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    17      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    18      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    19      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    20      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    21      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    22      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)

    1 -    1 IND    23      18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F)       Sentenced
                                                                                     (153-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE F02-0019--CR (RRB)
                                 "USA V DONALD LOUIS HYMES"
                                DEF 1.1 HYMES, DONALD LOUIS

                   Including terminated defendants, excluding terminated counsel
```

| | | | | | |
|---|---|---|---|---|---|
| 1 - | 1 | IND | 24 | 18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (F) | Sentenced (153-1) |
| 1 - | 1 | IND | 25 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 26 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 27 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 28 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 29 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 30 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 31 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 32 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 33 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 34 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 35 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 36 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 37 | 18:641 CONVERSION OF MONEY OF THE UNITED STATES (M) | Sentenced (153-1) |
| 1 - | 1 | IND | 38 | 18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER (F) | Sentenced (153-1) |
| 1 - | 1 | IND | 39 | 18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER (F) | Sentenced (153-1) |
| 1 - | 1 | IND | 40 | 18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER (F) | Sentenced (153-1) |
| 1 - | 1 | IND | 41 | 18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER (F) | Sentenced (153-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE F02-0019--CR (RRB)
                                    "USA V DONALD LOUIS HYMES"
                                    DEF 1.1 HYMES, DONALD LOUIS

                       Including terminated defendants, excluding terminated counsel


   1 -    1 IND    42       18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER    Sentenced
                            (F)                                                   (153-1)

   1 -    1 IND    43       18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER    Sentenced
                            (F)                                                   (153-1)

   1 -    1 IND    44       18:1956-9999 (a)(1)(B)(i) MONEY LAUNDERING - OTHER    Sentenced
                            (F)                                                   (153-1)

   1 -    1 IND    45       18:401(3) CRIMINAL CONTEMPT OF COURT (F)              Sentenced
                                                                                  (153-1)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"

                                    For all filing dates
```

```
  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Joseph W. Miller, U.S. Magistrate Judge
             Filed: 11/20/02
            Closed: 07/25/03
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/20/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 11/21/02 | [Re: DEF 1] AHB Grand Jury Minutes (Shari Fuhrer - ECR). |
| 3 - 1 | 12/13/02 | [Re: DEF 1] JWM Minute Order scheduling arraignment for 12/13/02 in Fairbanks at 11:00 a.m. before Magistrate Judge Miller. |
| 4 - 1 | 12/13/02 | [Re: DEF 1] Order setting conditions of release: OR. cc: Cooper, Haden, FPO, Judge Beistline. |
| 5 - 1 | 12/13/02 | [Re: DEF 1] Order of Release by clerk. Orig to USMS, cc: Cooper, Haden, FPO |
| 6 - 1 | 12/16/02 | [Re: DEF 1] JWM Minute Order scheduling status conference for 12/20/02 at 10:00 a.m.  cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 7 - 1 | 12/16/02 | [Re: DEF 1] JWM Order regarding preparation for trial: Disc conf 12/23/02; PTM's due 01/13/03; PTC 02/07/03; TBJ 02/18/03. cc: Cooper, Hymes, UMS, FPO, JUdge Beistline |
| 8 - 1 | 12/16/02 | [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from arr on indictment (held 12/13/02): Court enters NG plea on behalf of def, def to notify FPD as to cnsl status, PTM's due 01/13/02, disc cof 12/23/02, TBJ 02/18/03. cc: Cooper, Hymes, Haden, FPO, USM, Judge Beistline |
| 9 - 1 | 12/16/02 | [Re: DEF 1] Clerk's Notice: Passport 075845981 deposited with the clerk of  court pursuant to order at arr held 12/13/02, receipt 3313 issued. cc: Cooper, Hymes, Haden, FPO, USM, Judge Beistline |
| 10 - 1 | 12/17/02 | DEF 1 motion on shortened time to appear telephonically at status conference set 12/20/02. |
| 11 - 1 | 12/17/02 | [Re: DEF 1] JWM Order granting motion on shortened time to appear telephonically at status conference set 12-20-02 (10-1).  cc: Cooper, Geddes, FPO, USM |
| 12 - 1 | 12/19/02 | [Re: DEF 1] RRB Minute Order setting trial by jury for 2/18/03 at 8:30 a.m. at Fairbanks and FPTC for 2/7/03 at 1:30 p.m. at Fairbanks.  cc: S. Cooper, FPD, USM, USPO, MJ Miller, JC |
| 13 - 1 | 12/20/02 | [Re: DEF 1] USM Return of WOA executed 12/12/02. |
| 14 - 1 | 12/20/02 | [Re: DEF 1] Order setting conditions of release, OR: Report to PTS as directed, undergo mental health screening, not enter airport property, make phone line accessable for incoming calls.  cc: Cooper, FPD, Hymes, FPO, USM, Judge Beistline |
| 15 - 1 | 12/24/02 | [Re: DEF 1] JWM Court Minutes [ECR: Kathleen Tompkins] from status hearing (held 12/20/02): Hearing continued to 12/27/02 at 12:00 p.m. cc: Cooper, Hymes, Haden, FPO, USM, Judge Beistline |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"

                                   For all filing dates

Document #     Filed      Docket text

   16 -  1    12/24/02    [Re: DEF 1] JWM Minute Order setting further proceedings for 12/27/02 at
                          12:00 noon.  cc: Cooper, Hymes, Haden, FPO, USM, Judge Beistline

   17 -  1    12/26/02    DEF 1 motion for clarification w memorandum in support.

   18 -  1    12/30/02    [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from representation
                          hearing (held 12/27/02): Oral motion to limit disclosure of mental
                          health professional will be heard on 01/03/03 at 9:30 a.m.,  defense
                          statement of authorities due 12/31/022, and government response due
                          01/02/03. Motion for clarification w memorandum in support (17-1) is
                          withdrawn by Defendant. Counsel status, and oral motion for appointment
                          of mental health provider other than the FPO contract provider will also
                          be ruled upon on Friday, 01/03/03. cc: Cooper, Haden, Hymes, FPO, USM,
                          Judge Beistline

   18 -  2    12/30/02    DEF 1 (ORAL) motion for appointment of mental health provider other than
                          the FPO contract provider.

   18 -  3    12/30/02    DEF 1 (ORAL) motion for a protective order limiting disclosure
                          statements made to mental health professional.

   19 -  1    12/30/02    DEF 1 motion to proceed pre se w memo in support.

   20 -  1    12/31/02    DEF 1 motion to Dismiss Count 45 of the Indictment F.R. Cr.P. 12(b)(2)
                          w/Memorandum attached.

   21 -  1    12/31/02    [Re: DEF 1] JWM Minute Order finding excludable delay re motion at dkt
                          17 for 2 days. cc: Cooper, Haden, FPO, USM, Judge Beistline

   22 -  1    12/31/02    DEF 1 Statement of authorities in support of oral motion for protective
                          order.

   23 -  1    01/02/03    DEF 1 motion to dismiss counts 38 - 44 w memorandum in support.

   24 -  1    01/02/03    [Re: DEF 1] PLF 1 Notice of discovery conference held 12/23/02.

   25 -  1    01/02/03    [Re: DEF 1] PLF 1(response) to DEF 1 (ORAL) motion for a protective
                          order limiting disclosure statements made to mental health professional
                          (18-3).

   26 -  1    01/02/03    [Re: DEF 1] PLF 1(response) to DEF 1 motion to proceed pre se w memo in
                          support (19-1).

   27 -  1    01/03/03    DEF 1 motion to Dismiss Counts 13 through 24 F.R.Cr.P.12(b)(2) with
                          Memorandum of Law in Support.

   28 -  1    01/06/03    DEF 1 motion to Dismiss Counts 1 through 12 of the Indictment
                          F.R.Cr.P.12(b)(2) Or, in the Alternative Motion for Bill of Particulars.

   29 -  1    01/07/03    [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from motions
                          hearing (held 01/03/03): Motion for appointment of mental health
                          provider other than the FPO contract (18-2) is DENIED as moot;  motion
                          for a protective order limiting disclosure statements made to mental
                          health provider (18-3)is GRANTED, motion to proceed pre se (19-1) is
                          GRANTED; FPD appointed as "standby counsel". cc: Cooper, Hymes, Tatter,
                          FPO, USM, Judge Beistline


ACRS: R_RDSDX                      As of 12/27/05 at 09:10 AM by GARRY                      Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                                   "USA V DONALD LOUIS HYMES"

                                        For all filing dates


Document #    Filed      Docket text

   30 -   1   01/07/03   DEF 1 motion to dismiss counts 1-12, 13-24, and 38-44 w memo in support.

   31 -   1   01/07/03   [Re: DEF 1] JWM Minute Order setting Evid Hrg on all pending motions for
                         01/22/03 at 9:30 a.m. in the Fbks USDC courtroom. cc: Cooper, Hymes,
                         Tatter, FPO, USM, Judge Beistline

   32 -   1   01/09/03   [Re: DEF 1] PLF 1 Transcript of 12/13/02 Arraignment on Indictment.

   33 -   1   01/09/03   DEF 1 motion for Clarification Concerning $100,000 Fine in Counts 25
                         through 37 with Memorandum in Support attached.

   34 -   1   01/10/03   DEF 1 motion to Dismiss for Vindictive Prosecution or, in the
                         Alternative, to Allow Defendant Discovery F.R.Cr.P.12(b)(2) with Memo.
                         attached.

   35 -   1   01/13/03   [Re: DEF 1] Transcript re: hrg re: representation held 0n 12/27/03.

   36 -   1   01/13/03   [Re: DEF 1] Transcript re: status hrg held 12/20/03.

   37 -   1   01/13/03   DEF 1 motion to Dismiss Indictment for Violation(s) of Grandy Jury
                         Clause, Fifth Amendment with Memo. attached.

   38 -   1   01/13/03   DEF 1 motion to Disclose Grand Jury Ballot or Concurrence Form
                         F.R.Cr.P.12(b)(2) with Memo. attached.

   39 -   1   01/13/03   DEF 1 motion for Disclosure of Commencement and Termination Dates of
                         Defendant's Indicting Grand Jury with Memo. attached.

   40 -   1   01/13/03   DEF 1 motion to Dismiss Indictment for Violation of Separation of Powers
                         and  Constructive Fraud with Memo. attached.

   41 -   1   01/13/03   DEF 1 motion to Dismiss Indictment for Violations of Federal Rule of
                         Criminal Procedure 6 with Memo. attached.

   42 -   1   01/13/03   DEF 1 motion for Clarification F.R.Cr.P.12(b)(2) with Memo. attached.

   43 -   1   01/13/03   DEF 1 motion to Dismiss Count 25 or, in the alternative, to allow
                         defendant to call prosecutor Stephen Cooper as a Witness, with memo.
                         attached.

   44 -   1   01/13/03   DEF 1 motion for Discovery F.R.Cr.P.16 with Memo.attached.

   45 -   1   01/13/03   DEF 1 motion to Allow Defendant to Appoint his Wife Rita MariNa Hymes as
                         His Legal Assistant with Memo. attached.

   46 -   1   01/13/03   DEF 1 motion (objection to juror's oath) to refrain from giving the
                         jurors in this trial the jurors oath as it is presently given.

   47 -   1   01/13/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss counts 38 - 44 w
                         memorandum in support (23-1).

   48 -   1   01/13/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Count 45 of the
                         Indictment F.R. Cr.P. 12(b)(2)(20-1).

   49 -   1   01/14/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Counts 13
                         through 24 F.R.Cr.P.12(b)(2) (27-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"

                                   For all filing dates


Document #    Filed       Docket text

    50 -   1  01/16/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Counts 1 through
                          12 of the Indictment F.R.Cr.P.12(b)(2) Or, in the Alternative Motion for
                          Bill of Particular (28-1) .

    51 -   1  01/17/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss counts 1-12,
                          13-24, and 38-44 w memo in support (30-1).

    51A-   1  01/17/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Clarification
                          Concerning $100,000 Fine in Counts 25 through 37 with Memorandum in
                          Support attached (33-1).

    52 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss for Vindictive
                          Prosecution or, in the Alternative, to permit discovery directed toward
                          developing this issue (34-1).

    53 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Allow Defendant to
                          Appoint his Wife Rita as legal assistant (45-1).

    54 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Discovery F.R.Cr.P.16
                          with memo in support (44-1).

    55 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Count 25 or, in
                          the alternative, to allow defendant to call prosecutor Stephen Cooper as
                          a Witness, with memo in support (43-1).

    56 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Clarification
                          F.R.Cr.P.12(b)(2) with Memo attached (42-1).

    57 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Indictment for
                          Violations of Federal Rule of Criminal Procedure 6 (41-1).

    58 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Disclose Grand Jury
                          Ballot or Concurrence Form F.R.Cr.P.12(b)(2) (38-1).

    59 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Indictment for
                          Violation(s) of Grand Jury Clause, Fifth Amendment (37-1).

    60 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to Dismiss Indictment for
                          Violation of Separation of Powers and Constructive Fraud (40-1).

    61 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion (objection to juror's oath)
                          to refrain from giving the jurors in this trial the jurors oath as it is
                          presently given (46-1).

    62 -   1  01/21/03    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for Disclosure of
                          Commencement and Termination Dates of Defendant's Indicting Grand Jury
                          (39-1).

    63 -   1  01/21/03    [Re: DEF 1] Transcript re: mot for protective order and mot to proceed
                          pro se held 1/3/03.

    64 -   1  01/21/03    DEF 1 Transcript re: mot for protective order held 1/3/02.

    65 -   1  01/24/03    [Re: DEF 1] JWM Court Minutes [ECR: Brenda Hannah] from hearing re
                          pending motions (held 01/22/03): Court finds that interpreter is needed
                          for defendant per dkt 45 and 53 and makes limited appointment. Court
                          orderes defendant to have hearing evaluation and sign a medical release.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                            "USA V DONALD LOUIS HYMES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | FPO is to oversee hearing assessment and provide report to the court before 01/24. Court to reconvene 01/24/03 at 12:00 noon. Defendant requests that trial be continued, and goverment has no objection. MJ Miller will confir with Judge Beistline and address oral motion at the next hearing. Court order the clerk to provide copies of all pleadings filed by the defendant to FPD. cc: Cooper, Tatter, FPO, USMS Judge Beistline |
| 65 - 2 | 01/24/03 | [Re: DEF 1] PLF 1 (oral) Unopposed motion to continue trial date. |
| 66 - 1 | 01/28/03 | [Re: DEF 1] JWM Minute Order denying (oral) unopposed motion to continue trial date (65-2) and setting a 01/30/03 deadline for defendant to file a written motion to continue trial date, and 01/31/03 deadline for government response. cc: Cooper, Hymes Tatter, FPO, USM, Judge Beistline |
| 67 - 1 | 01/29/03 | [Re: DEF 1] JWM Court Minutes [ECR: Brenda Hannah] from pretrial motion hrg (held 01/24/03) denying motion to Allow Defendant to Appoint his Wife Rita MariNa Hymes as His Legal Assistant (45-1). That interpreter is necessary and continues appointment of Heartland Court Reporter made at 01/22/03 hrg.  Reply to  oppo to PTM's due 02/07/03; O/A scheduled for 02/11/03 at 9:00 a.m. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 68 - 1 | 01/30/03 | DEF 1 motion (for enlargement of time) to continue trial. |
| 69 - 1 | 01/30/03 | DEF 1 motion for reconsideration of ruling on motion to allow Rita Hymes as his legal assistant w memorandum in support or in the alternative, motion for clarification and motion for statement of facts and conclusions. |
| 70 - 1 | 01/31/03 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion (for enlargement of time) to continue trial (68-1). |
| 71 - 1 | 02/03/03 | [Re: DEF 1] RRB Minute Order re: a hearing on def's motion to continue trial date at docket 68 is set for 2/7/03 at 1:30 p.m. in Fairbanks, Ak. cc:<br>S. Cooper, D. Hymes, S. Tatter, USM, USPO, MJ Miller, JC |
| 72 - 1 | 02/03/03 | [Re: DEF 1] PLF 1 motion to Disclose Grand Jury Records F.R.Cr.P.6(e)(3)(C)(i) and (ii) with Memorandum in Support. |
| 73 - 1 | 02/06/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration of ruling on motion to allow Rita Hymes as his legal assistant w memorandum in support or in the alternative, motion for clarification and motion for statement of facts and conclusions (69-1). |
| 74 - 1 | 02/06/03 | [Re: DEF 1] PLF 1 opposition to [Re: DEF 1] PLF 1 motion to Disclose Grand Jury Records (72-1). |
| 75 - 1 | 02/06/03 | [Re: DEF 1] JWM AMENDED Court Minutes [ECR: Brenda Hannah] from Pretrial hrg (held 01/24/03): Interpreter appointed for all further proceedings before JWM. Further proceedings to be held 02/11/03 at 9:00 a.m. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 76 - 1 | 02/06/03 | [Re: DEF 1] JWM Order appointing Interpreter: Heartland Court Reporters. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline, finance, Heartland |
| 77 - 1 | 02/07/03 | [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from hrg on motion to continue trial (Held 02/07/03): Trial by jury vacated for 02/18/03 |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                          "USA V DONALD LOUIS HYMES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | and rescheduled for 04/28/03 at 8:30 a.m.  Final PTC set for 04/25/03 at 1:30 p.m. Court gives defendant to 02/12/03 to file written waiver of appointment of counsel. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 78 - 1 | 02/07/03 | [Re: DEF 1] RRB Order appointing Heartland Court Reporters, Carol McCue for spoken word to written word translation for all further proceedings before this court.  cc: Cooper, Hymes, Tatter, FPO, USM, MJ Miller, Finance |
| 79 - 1 | 02/07/03 | [Re: DEF 1] RRB Order of excludable delay re: Motion to continue trial at docket 68 for 69 days. cc: Cooper, Hymes, Tatter, FPO, USM, MJ Miller |
| 80 - 1 | 02/07/03 | [Re: DEF 1] JWM Minute Order denying motion to Disclose Grand Jury Records as untimely. cc: Cooper, Tatter, Hymes, FPO, USM, Judge Beistline |
| 81 - 1 | 02/11/03 | [Re: DEF 1] JWM Court Minutes [ECR: Brenda Hannah] from pretrial motions hrg (held 02/11/03) denying motion for Clarification F.R.Cr.P.12(b)(2) (42-1), motion for reconsideration of ruling on motion to allow Rita Hymes as (69-1); granting motion for Clarification Concerning $100,000 Fine in Counts 25 through 37 (33-1).  Motions at 20, 23, 27, 28, 30, 34, 37, 38, 39, 40, 41, 43, 44, 46, U/A. Def supplemental brief due 02/13/03 at noon w government's response due COB 02/14/03. cc: Cooper, Tatter, Hymes, FPO, USM Judge Beisltine |
| 81 - 2 | 02/11/03 | DEF 1 motion oral motion to modify unspecified conditions of release. Pretrial services directed to issue a recommendation to the court. |
| 82 - 1 | 02/11/03 | [Re: DEF 1] Transcript of Proceedings from 1/24/03 hearing re pending motions. |
| 83 - 1 | 02/18/03 | Initial R&R re: DEF 1 motion to dismiss counts 1-12, 13-24, and 38-44 w memo in support (30-1). Objections due 03/04/03. Reply due 03/11/03. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 84 - 1 | 02/18/03 | Initial R&R re: DEF 1 motion to Dismiss Indictment for Violation(s) of Grandy Jury Clause, Fifth Amendment (37-1). Objections due 03/04/03. Reply due 03/11/03. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 84 - 2 | 02/18/03 | Initial R&R re: DEF 1 motion to Dismiss Indictment for Violation of Separation of Powers and  Constructive Fraud (40-1). Objections due 03/04/03. Reply due 03/11/03. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 85 - 1 | 02/18/03 | Initial R&R re: DEF 1 motion to Dismiss Indictment for Violations of Federal Rule of Criminal Procedure 6 (41-1). Objections due 03/04/03. Reply due 03/11/03. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 86 - 1 | 02/18/03 | [Re: DEF 1] JWM Minute Order denying motion to Disclose Grand Jury Ballot or Concurrence Form F.R.Cr.P.12(b)(2) (38-1).  cc: Cooper, Hymes, Tatter, Fpod, USM, Judge Beistline |
| 87 - 1 | 02/19/03 | [Re: DEF 1] JWM Order modifying conditions of release (81-2) re: change in curfew. cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline |
| 88 - 1 | 02/26/03 | Initial R&R re: DEF 1 motion to Dismiss Count 25 or, in the alternative, to allow defendant to call prosecutor Stephen Cooper as a Witness (43-1). Objections due 03/13/03. Reply due 03/20/03. cc: Cooper, Hymes, |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                                  "USA V DONALD LOUIS HYMES"

                                       For all filing dates

 Document #    Filed        Docket text
 ----------    -----        -----------
                            Tatter, FPO, USM, Judge Beistline

   89 -  1    02/26/03      [Re: DEF 1] PLF 1 Transcript of Evidentiary Hearing on 2-11-03.

   90 -  1    02/27/03      Initial R&R re: DEF 1 motion to dismiss counts 38 - 44 w memorandum in
                            support. (23-1). Objections due 03/14/03. Reply due 03/21/03. cc:
                            Cooper, Hymes, Tatter, FPO, USM, Judge Beistline

   91 -  1    02/28/03      Initial R&R re: DEF 1 motion to Dismiss Counts 13 through 24
                            F.R.Cr.P.12(b)(2) with Memorandum of Law in Support. (27-1). Objections
                            due 03/14/03. Reply due 03/21/03. cc: Cooper, Hymes, Tatter, FPO, USM,
                            Judge Beistline

   92 -  1    03/04/03      Initial R&R re: DEF 1 motion to Dismiss Count 45 of the Indictment F.R.
                            Cr.P. 12(b)(2) (20-1). Objections due 03/18/03. Reply due 03/25/03.

   93 -  1    03/04/03      DEF 1 objection to R&R re: DEF 1 motion to dismiss counts 1-12, 13-24,
                            and 38-44 (30-1), DEF 1 motion to Dismiss Indictment for Violation(s) of
                            Grandy Jury Clause, Fifth Amendment (37-1), DEF 1 motion to Dismiss
                            Indictment for Violation of Separation of Powers and  Constructive Fraud
                            (40-1), DEF 1 motion to Dismiss Indictment for Violations of Federal
                            Rule of Criminal Procedure 6 (41-1).

   94 -  1    03/06/03      [Re: DEF 1] Second Amended order setting conditions of release, adding
                            condition to carry and maintain a pager as directed by Pretrial
                            Services, and respond when paged. cc: Cooper, Hymes, Tatter, FPO, USM,
                            Judge Beistline

   95 -  1    03/06/03      [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to dismiss
                            counts 1-12, 13-24, and 38-44 (30-1), DEF 1 motion to Dismiss Indictment
                            for Violation(s) of Grandy Jury Clause, Fifth Amendment (37-1), DEF 1
                            motion to Dismiss Indictment for Violation of Separation of Powers and
                            Constructive Fraud (40-1), DEF 1 motion to Dismiss Indictment for
                            Violations of Federal Rule of Criminal Procedure (41-1).

   96 -  1    03/10/03      Initial R&R re: DEF 1 motion to Dismiss Counts 1 through 12 of the
                            Indictment F.R.Cr.P.12(b)(2) Or, in the Alternative Motion for Bill of
                            Particulars. (28-1). Objections due 03/24/03. Reply due 04/01/03.

   97 -  1    03/10/03      Final R&R re: DEF 1 motion to dismiss counts 1-12, 13-24, and 38-44
                            support (30-1), DEF 1 motion to Dismiss Indictment for Violation(s) of
                            Grandy Jury Clause, Fifth Amendment (37-1), DEF 1 motion to Dismiss
                            Indictment for Violation of Separation of Powers and  Constructive Fraud
                            (40-1), DEF 1 motion to Dismiss Indictment for Violations of Federal
                            Rule of Criminal Procedure 6 (41-1).  The Court declines to modify its
                            recommendation that motions at docket 30,37,40 and 41 be denied. cc:
                            Cooper, Hymes, Tatter, FPO, USM, Judge Beistline

   98 -  1    03/10/03      DEF 1 motion to recuse U S Magistrate Judge Miller w memo in support.

   99 -  1    03/14/03      [Re: DEF 1] PLF 1 opposition to DEF 1 motion to recuse U S Magistrate
                            Judge Miller w memo in support (98-1).

  100 -  1    03/14/03      [Re: DEF 1] JWM Minute Order denying motion (objection to juror's oath)
                            (46-1). cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline

  101 -  1    03/14/03      [Re: DEF 1] JWM Minute Order granting in part motion for Disclosure of
                            Commencement and Termination Dates (39-1). The court orders the USA to
                            disclose commencement date of Grand Jury nlt 03/17/03. cc: Cooper,
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                               "USA V DONALD LOUIS HYMES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Hymes, Tatter, FPO, USM, Judge Beistline (also personally served by MJClerk) |
| 102 - 1 | 03/17/03 | Initial R&R re: DEF 1 motion to Dismiss for Vindictive Prosecution or, in the Alternative, to Allow Defendant Discovery F.R.Cr.P.12(b)(2) (34-1). Objections due 04/01/03. Reply due 04/08/03. |
| 103 - 1 | 03/17/03 | [Re: DEF 1] PLF 1 Response to Order: Grand Jury information. |
| 104 - 1 | 03/18/03 | [Re: DEF 1] JWM Minute Order denying w/o prejudice motion for discovery (44-1). |
| 105 - 1 | 03/20/03 | [Re: DEF 1] JWM Order denying motion to recuse U S Magistrate Judge Miller (98-1). cc: Cooper, Hymes, Tatter, FPO, USM, Judge Beistline, MJ MIller |
| 106 - 1 | 04/09/03 | [Re: DEF 1] RRB Order denying motion to Dismiss Count 45 of the Indictment F.R. Cr.P. 12(b)(2) (20-1), motion to dismiss counts 38 - 44 (23-1), motion to Dismiss Counts 13 through 24 F.R.Cr.P.12(b)(2) (27-1), motion to Dismiss Counts 1 through 12 of the Indictment F.R.Cr.P.12(b)(2) (28-1), motion to dismiss counts 1-12, 13-24, and 38-44  (30-1), motion to Dismiss for Vindictive Prosecution or to allow def discovery (34-1), motion to Dismiss Indictment for Violation(s) of Grandy Jury Clause, Fifth (37-1), motion to Dismiss Indictment for Violation of Separation of Powers (40-1), motion to Dismiss Indictment for Violations of Federal Rule of Criminal (41-1), motion to Dismiss Count 25 or, in the alternative, to allow defendant to call prosecutor as witness (43-1).  The Court will administer the oath typically administered to jurors in criminal cases and will instruct the jury in accordance with the standard jury instructions utilized for the charges before it.  The jury will be instructed as stated.  cc: S. Cooper, S. Tatter, D. Hymes, MJ Miller |
| 107 - 1 | 04/10/03 | [Re: DEF 1] RRB Minute Order deadline for briefs, proposed voir dire & proposed jury instructions shall be filed on or before 4/21/03.  cc: cnsl |
| 108 - 1 | 04/18/03 | DEF 1 motion on shortened time to substitute standby counsel during trial set for 4/28/03. |
| 109 - 1 | 04/18/03 | DEF 1 motion for reconsideration (motion for statement of facts and conclusions of law or in the alternative for clarification w memo in support) re 04/09/03 order. |
| 110 - 1 | 04/18/03 | DEF 1 Proposed Voir Dire and proposed jury instructions w memorandum in support. |
| 111 - 1 | 04/21/03 | [Re: DEF 1] JWS Order granting motion on shortened time to substitute standby counsel during trial set for 4/28/03 (108-1).  Richard Wright is substituted for FPD as standby counsel for def's trial set 4/28/03.  cc: S. Cooper, S. Tatter, R. Wright, D. Hymes, MJ Miller, USM, USPO |
| 112 - 1 | 04/21/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration (motion for statement of facts and conclusions of law or in the alternative for clarification w memo in support) re: 04/09/03 order (109-1). |
| 113 - 1 | 04/21/03 | [Re: DEF 1] PLF 1 Notice Regarding Plaintiff's Requested Jury Voir Dire. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                                    "USA V DONALD LOUIS HYMES"

                                          For all filing dates


 Document #     Filed       Docket text

   114 -   1    04/21/03    [Re: DEF 1] PLF 1 Jury Instructions.

   115 -   1    04/21/03    [Re: DEF 1] PLF 1 Trial Brief.

   116 -   1    04/22/03    [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion on shortened time to
                            substitute standby counsel during trial set for 4/28/03 (108-1).

   117 -   1    04/23/03    [Re: DEF 1] PLF 1 Application to Use Digital Evidence Presentation
                            System.

   118 -   1    04/23/03    [Re: DEF 1] PLF 1 Supplemental requested Jury Instructions.

   119 -   1    04/30/03    DEF 1 CJA appointment of Richard Wright.

   120 -   1    05/01/03    [Re: DEF 1] Court Minutes [ECR: Carolyn Bollman]. Final Pretrial
                            Conference. Trial scheduled to begin Monday, April 28, 2003, at 8:30
                            a.m.  cc: S. Cooper, USA; Richard Wright, standby counsel; USPO; USM.

   121 -   1    05/01/03    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] 1st Day of Trial by
                            Jury on 4/28/03. Introduced parties; indictment read; general voir dire;
                            list of witnesses read; 34 prospective jurors; peremptory challenges
                            exercised; jury of 14 impaneled; preliminary instructions read; opening
                            arguments heard; exhibits; court recessed until 8:30 a.m. 4/29/03; juror
                            panel record and juror notes attached.

   122 -   1    05/01/03    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] 2nd Day Trial by
                            Jury held 4/29/03. Hymes objected re jury selection; Spurlock testified;
                            Hiligas testified; Goggins testified; Stuart testified; Smith testified;
                            Seeley testified; Simard testified; jury excused and to return 4/30/03
                            at 8:45 am; recessed until 4/30/03 at 8:30 a.m.

   123 -   1    05/01/03    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] 3rd Day of Trial by
                            Jury held on 4/30/03. Court and counsel heard re defendant's objections,
                            witnesses and jury instructions; 8:52 a.m. jury entered courtroom; J.
                            Adams testified; J. Cleworth testified; C. Berry testified; R. Lockhart
                            testified; R. Warner testified; W. Lundquist testified; P. Mongale
                            testified; K. Tatcher testified; L. Pang testified; H. Sands testified;
                            K. Key testified; jury excused; recessed until 5/1/03 at 8:30 a.m.

   124 -   1    05/02/03    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton]. Trial by Jury. 4th
                            day. Kevin Key, Tracy Rene Galster, Jeanine Mitchell, Joseph
                            Mongelluzzo, Mitchell Hollars, Cheryl Goggins, Jennifer Spurlock, Don
                            Bennett all testified. Exhibits 19-23 admitted. Jury excused to return
                            5/2/03 at 8:45 a.m. Court and counsel heard re defendse witness and
                            closing arguments and jury instructions. Matter recessed until 5/2/03 at
                            8:30 a.m. cc: R. Wright, Esq., D. Hymes, S. Cooper,USA; USM; USPO.

   125 -   1    05/05/03    Return of Service on Subpoenas for Dr. McCabe; Holland Sands; and Don
                            Bennett.

   126 -   1    05/05/03    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] TBJ DAY 5, HELD
                            5/2/03; def rested; closing arguments; crt excused real time court
                            interpreter for rest of proceedings; def found guilty cts 1-45 of
                            Indictment; IOS set for 7/24/03 at 10:00 am; def remanded; bail hearing
                            set for 5/7/03 at 10:00 am (interpreter not needed); admitted exhs
                            returned to cnsl; w/att list of exhs & list of witnesses. Jury
                            instructions and verdict form attached.

 ACRS: R_RDSDX                    As of 12/27/05 at 09:10 AM by GARRY                       Page 9
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"

                                  For all filing dates

 Document #    Filed      Docket text


   127 -   1   05/06/03   DEF 1 motion for judgment of acquittal w memorandum in support w exhibit
                          A,B, and C attached.

   130 -   1   05/06/03   Return of Service of Subpoenas on Drs. Jill Bottrell and McCabe.

   128 -   1   05/07/03   [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from bail hrg (held
                          05/07/03): Court and counsel heard; defendant ordered detained until
                          IOS. Court directs FCC to give defendant any medication that is
                          prescribed by his doctors.  cc: Cooper, Hymes, Wright, FPO, USM, MJ
                          Miller

   129 -   1   05/08/03   [Re: DEF 1] RRB Order directing that Mr. Hymes shall be provided with
                          appropriate medications consistent with DOC policy. cc: Hymes, Cooper,,
                          FPO, USM, FCC, MJ Miller

   131 -   1   05/12/03   [Re: DEF 1] PLF 1 opposition to DEF 1 motion for judgment of acquittal w
                          memorandum in support w exhibit A,B, and C attached (127-1).

   132 -   1   05/20/03   DEF 1 reply to opposition to DEF 1 motion for judgment of acquittal w
                          memorandum in support w exhibit A,B, and C attached (127-1).

   133 -   1   05/27/03   DEF 1 (Emergency) Motion for Release from Confinement and Motion to Take
                          Judicial Notice F.R.Evid.201(d) with Memorandum attached.

   135 -   1   05/27/03   [Re: DEF 1] PLF 1 Partial Transcript of Proceedings. Volume I. Trial by
                          Jury - 1st Day held on 4/28/03.

   136 -   1   05/27/03   [Re: DEF 1] PLF 1 Partial Transcript of Proceedings. Volume 4. Trial by
                          Jury - 4th day held on 5/1/03.

   137 -   1   05/27/03   [Re: DEF 1] PLF 1 Partial Transcript of Proceedings. Volume 5. Trial by
                          Jury - 5th day held on 5/2/03.

   137A-   1  05/27/03    [Re: DEF 1] PLF 1 Transcript of proceedings. Hearing re: Bail on 5/7/03.

   138 -   1   05/27/03   {SEALED}

   134 -   1   05/28/03   [Re: DEF 1] RRB Order denying motion for judgment of acquittal.  cc: S.
                          Cooper, R. Wright, D. Hymes

   139 -   1   05/28/03   [Re: DEF 1] RRB Minute Order re: a bail hearing is set for 5/30/03 at
                          10:00 a.m. in Fairbanks, Ak. Ms. Hymes will not be permitted to sit
                          behind the bar at counsel table for this hearing or for any future
                          hearing.  cc: S. Cooper, R. Wright, D. Hymes, USM, UPSO

   140 -   1   05/28/03   [Re: DEF 1] Order of 9CCA re 03-71360 denying petition for writ of
                          mandamus.  No motions shall be filed or entertained in the closed 9CCA
                          docket. cc: Cooper, Hymes, Wright, FPO, USM, Judge Beistline, MJ Miller

   141 -   1   06/02/03   [Re: DEF 1] RRB Court Minutes [ECR: Carolyn Bollman] from hrg on
                          emergency motion (held 05/30/03):  Witness Michael Pomeroy, sworn and
                          testified. Plaintiff ordered to file oppo by close of business 06/02/03.
                          Court will issue ruling within the week. cc: Cooper, Hymes, Wright, USM,
                          FPO

   142 -   1   06/02/03   [Re: DEF 1] PLF 1 opposition to DEF 1 (Emergency) Motion for Release
                          from Confinement and Motion to Take Judicial Notice F.R.Evid.201(d)
                          filed on shortened time (133-1).

 ACRS: R_RDSDX                  As of 12/27/05 at 09:10 AM by GARRY                      Page 10
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 143 - 1 | 06/02/03 | Return of Service for subpoena on Michael Pomeroy.  Served by USMS on 5/29/03. |
| 144 - 1 | 06/03/03 | [Re: DEF 1] RRB Order denying motion (Emergency) Motion for Release from Confinement (133-1).  cc: S. Cooper, R. Wright, D. Hymes, USM, USPO, MJ Miller |
| 145 - 1 | 06/10/03 | DEF 1 motion to recuse w memorandum. affidavit of D. Hymes and Exhbts A and B in support. |
| 146 - 1 | 06/18/03 | [Re: DEF 1] RRB Order referring motion to recuse to Chief Judge Sedwick by random assignment. cc: USA, R. Wright, D. Hymes, Judge Sedwick |
| 147 - 1 | 06/19/03 | [Re: DEF 1] JWS Minute Order that plf to respond to mot to recuse at #146 by 6/30/03; no reply. cc: USA, D. Hymes, R. Wright |
| 148 - 1 | 06/20/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to recuse w memorandum. affidavit of D. Hymes in support (145-1). |
| 149 - 1 | 06/30/03 | [Re: DEF 1] JWS Order denying motion to recuse Judge Beistline (145-1). cc; S. Cooper, R. Wright, D. Hynes, Judge Beistline, MJ Miller |
| 150 - 1 | 07/01/03 | DEF 1 Objections of presentence report w memorandum in support. |
| 151 - 1 | 07/17/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 152 - 1 | 07/25/03 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] IOS held 7/24/03. Imprisonmetn for a total of 28 months w/ recommendation.  SR 3 years w/special conditions. Fine $ 6,000.00 due immediately. SA $3,400.00 due immediately.  Restitution $78,005.00 to be paid as stated. Def remanded to the custody of the USM.  Court accepted modified presentence report. Appeal rights given to def. |
| 153 - 1 | 07/25/03 | [Re: DEF 1] RRB Judgment found guilty on count(s) 1,2,3,4,5,6,7,8,9, 10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33, 34,35,36,37,38,39,40,41,42,43,44,45 of the Indictment (1-1). Imprisonment for a term of 28 months, all counts to run concurrently w/recommendations to the BOP as stated.  The def is remanded to the custody of the USM.  SR 3 years w/special conditions. SA 3,450.00; Fine $6,000.00.  Restitution $78,005.00 to be paid in the amount to the payees as stated.   cc: S. Cooper, R. Wright, D. Hymes, USM, USPO, Finance, FLU, MJ Miller |
| 154 - 1 | 07/25/03 | DEF 1 appeal to 9CCA of (153-1) filed 07/25/03. cc:cnsl, Judge, 9CCA |
| 155 - 1 | 08/07/03 | [Re: DEF 1] PLF 1 Transcript of IOS Proceedings held in Fairbanks on 7/24/03. |
| 156 - 1 | 08/11/03 | {SEALED} |
| 156 - 2 | 08/12/03 | {SEALED} |
| NOTE - 1 | 08/13/03 | Notation (re: Appeal): Def directed by 9CCA to pay filing fee.  Fee paid rec 40100593; copy forwarded to 9CCA as directed by 9CCA clerk's office. |
| 157 - 1 | 08/18/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (154-1) cc:cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                            "USA V DONALD LOUIS HYMES"

                               For all filing dates


 Document #   Filed       Docket text

  158 -   1   09/09/03    [Re: DEF 1] Order denying petition for mandamus.  cc: Donald Hymes; USA.

  159 -   1   09/09/03    DEF 1 Transcript Designation/Order Form re: notice of appeal (154-1).
                          cc:ecr

  160 -   1   09/11/03    [Re: DEF 1] 9CCA Order dated 9-2-03 re standby counsel. 9CCA Clerk
                          already copies counsel and appellant.

  159 -   2   09/26/03    DEF 1 Notice of filing of transcript by court reporter.

  161 -   1   09/26/03    [Re: DEF 1] Partial Transcript of Trial by Jury day 2, 04/29/03.

  162 -   1   09/26/03    [Re: DEF 1] Partial Transcript of Trial by Jury day 3.

  163 -   1   09/26/03    [Re: DEF 1] Partial Transcript of Trial by Jury day 5.

  164 -   1   09/26/03    [Re: DEF 1] cy 9CCA Certificate of Record. (154-1) cc: cnsl

  165 -   1   10/10/03    [Re: DEF 1] 9CCCA Order dated 10-2-03 re Pro Se Response required to be
                          filed within 21 days.

  166 -   1   12/01/03    [Re: DEF 1] Copy of Order dated 11/17/03 from 9CCA w attached R&R
                          (154-1). cc:cnsl

  167 -   1   12/09/03    [Re: DEF 1] Copy of Order from 9CCA: Court adopts R&R, def motion to
                          represent himself granted. Briefing schedule is as follows: Hymes
                          opening brief due 01/20/2004, answering brief due 02/19/03, optional
                          reply brief due 14 days after service of answering brief.  cc:cnsl

  168 -   1   09/20/04    [Re: DEF 1] Copy of Order from 9CCA (154-1) that appeal is stayed
                          pending US Spreme Court 's decisions in USA v Booker and USA v Fanfan.
                          cc: D. Hymes, cnsl, Judge Beistline

  169 -   1   10/27/04    [Re: DEF 1] RRB Minute Order that it is the intention of this court to
                          await clarification of the sentencing matter by the Supreme Court and
                          then request briefing fromt he parties regarding how, if at all, the
                          sentence imposed herein is impacted.  cc: ASUA, D. Hymes

  170 -   1   12/01/04    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (154-1) that
                          the district court's decision is affirmed.

  171 -   1   03/15/05    DEF 1 Address Change Notice.

  172 -   1   04/18/05    [Re: DEF 1] RRB Order re sentence.  The parties have until 5/2/05 to
                          request a second sentencing hrg.  Otherwise, the sentence currently of
                          record shall remain.  cc: AUSA, D. Hymes, USM, USPO

  173 -   1   04/29/05    DEF 1 Response to Order requesting resentencing.

  173 -   2   04/29/05    DEF 1 motion to recuse with memorandum in support.

  174 -   1   05/11/05    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to recuse (173-2).

  175 -   1   05/24/05    DEF 1 reply to opposition to DEF 1 motion to recuse (173-2).

  176 -   1   05/27/05    [Re: DEF 1] RRB Order denying motion to recuse with memorandum in
                          support (173-2); matter referred to Chief Judge for review &
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F02-0019--CR (RRB)
                              "USA V DONALD LOUIS HYMES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | determination whether recusal is appropriate under facts asserted by def. cc: USA, D. Hymes, Judge Sedwick |
| 177 - 1 | 06/03/05 | [Re: DEF 1] JWS Order the motion at dkt 173 is denied.  cc: AUSA, D. Hymes, Judge Beistline |
| 178 - 1 | 06/14/05 | [Re: DEF 1] RRB Order that the parties submit any briefing for the court to consider the singe issue of the sentence imposed 7/24/03, as stated by 7/1/05.  cc: AUSA, D. Hymes |
| 179 - 1 | 07/01/05 | DEF 1 Response to Order requesting briefing. |
| 179 - 2 | 07/01/05 | DEF 1 motion to reduce sentence. |
| 180 - 1 | 07/01/05 | [Re: DEF 1] PLF 1 Response to Order plaintiff's sentencing brief on remand. |
| 180 - 2 | 07/01/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to reduce sentence (179-2). |
| 181 - 1 | 07/08/05 | [Re: DEF 1] RRB Minute Order: Parties may have until 07/22/05 to respond to their sentencing briefs. cc; Cooper, Hymes, FPO, USM |
| 182 - 1 | 07/12/05 | Return of docketed subpoena's. |
| 183 - 1 | 07/22/05 | [Re: DEF 1] PLF 1 Supplement re: Response to defendant's sentencing brief on remand. |
| 184 - 1 | 07/27/05 | [Re: DEF 1] RRB Order denying def's motion to be re-sentenced (179-2). The sentence of 7/24/05 shall stand.    cc: AUSA, D. Hymes, USM, UPSO |
| 185 - 1 | 08/01/05 | DEF 1 appeal to 9CCA of (184-1) filed 07/27/05. cc:cnsl, Judge, 9CCA, USM, USPO |
| NOTE - 2 | 08/02/05 | Notation (re: Appeal): Transmittal: NOA. |
| 186 - 1 | 08/02/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (185-1) cc:cnsl, appellant, orig. to 9CCA, ECRO. |
| 187 - 1 | 08/04/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (185-1) cc: cnsl |