**FILED**

**NOT FOR PUBLICATION**

**MAY 24 2006**

UNITED STATES COURT OF APPEALS

**CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS**

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-30443 |
| Plaintiff - Appellee, | D.C. No. CR-02-00019-RRB/JWM |
| v. | |
| DONALD LOUIS HYMES, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Submitted May 15, 2006**

Before:     B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

Donald Louis Hymes appeals from the district court's denial of his motion to recuse the original sentencing judge from his re-sentencing hearing after a remand by this court. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we

---

    *     This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    **     This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

affirm.

Hymes contends that the district court evidenced bias by threatening to increase his sentence, and by failing to lessen his sentence. We disagree. The district court's comments in its "Order Re Sentence" merely evidence the district court's assessment of the law after *United States v. Booker*, 543 U.S. 220 (2005). Moreover, the district court's comments in its "Order Reaffirming Original Sentence" questioning the veracity of Hymes' remorse do not support a bias challenge. *See Litkey v. United States*, 510 U.S. 540, 555 (1994); *see also United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 566 (9th Cir. 1995) ("[r]ecusal is required only if the bias or prejudice stems from an extrajudicial source and not from conduct or rulings made during the course of proceedings") (citation and internal quotation omitted).

Therefore, the district court did not abuse its discretion in denying Hymes' motion to recuse. *See United States v. Martin*, 278 F.3d 988, 1005 (9th Cir. 2002).

**AFFIRMED.**

2



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 26 2006

by: Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-30443 USA v. Hymes

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Jo Ann Farrington, Esq.<br>FAX 907/271-1500<br>907/271-5071<br>Rm. 253<br>[COR LD NTC aus]<br>USAK - OFFICE OF THE U.S. ATTORNEY<br>Federal Bldg. & U.S. Courthouse<br>222 W. Seventh Ave.<br>Anchorage, AK 99513-7567 |
| v. | |
| DONALD LOUIS HYMES<br>    Defendant - Appellant | Donald Louis Hymes<br>907/479-6922<br>[COR LD NTC prs]<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709 |