October 3, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**District Court/Agency:** **USDC Alaska (Fairbanks)**

**Lower Court Number:** CR-02-00019-RRB/JWM

**Appeal Number:** 05-30443

**Short Title:** USA v. Hymes

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 8 | | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** | 0 | | | | | | | |
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:**

• Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.