IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. ___DONALD L. HYMES___

CASE NO: ___4:02-CR-00019-RRB___

---

Defendant ___DONALD L. HYMES___,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____ Released to _____, the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

__X__ Other___ In accordance with the findings in this case, **Defendant shall be released from custody on December 5th, 2007** under the same conditions of release as stated in defendant's original criminal judgment._____

Dated at ___Fairbanks___, Alaska this __5th__ day of ~~November~~ December, 2007

TERRANCE W. HALL
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 12/07)