# United States District Court
## for the
## DISTRICT OF ALASKA



| | |
|---|---|
| UNITED STATES OF AMERICA ) | **~~SEALED~~** |
| ) | Case Number: 4:02-CR-0019 (RRB) |
| vs. ) | **WARRANT FOR ARREST** |
| Donald L. Hymes ) | |

TO: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

**RECEIVED** DEC 05 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

YOU ARE HEREBY COMMANDED to arrest Donald L. Hymes and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with three violations of his term of supervised release.

Signature Redacted

Ralph R. Beistline
U.S. District Court Judge

11/12/07
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

FAIRBANKS, AK

| Date Received: 11/14/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/3/07 | DUSM R.C. FILSON | by R. Singh |