Case 4:02-cr-00019-RRB    Document 201    Filed 12/06/2007    Page 1 of 2



RECEIVED
DEC 0 6 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>DONALD L. HYMES</u>    CASE NO. <u>4:02-CR-00019-RRB</u>

Defendant: <u>X</u> Present  <u>X</u> In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: <u>TERRANCE W. HALL</u>

DEPUTY CLERK/RECORDER: <u>BERILL BLAIR</u>

UNITED STATES' ATTORNEY: <u>STEPHEN COOPER</u>

DEFENDANT'S ATTORNEY: <u>MJ HADEN</u>

U.S.P.O.: <u>TONI OSTANIK</u>

PROCEEDINGS: INITIAL APPEARANCE RE: PETITION TO REVOKE SUPERVISED
RELEASE.                      Held: December 5, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:37 a.m. court convened.

X Copy of Petition given to defendant.

X Defendant sworn. Stated true name.

X Court and counsel heard re Defendant's Financial Status.

X Federal Public Defender appointed.

X Defendant advised of charges and maximum penalties.

X Defendant advised of general rights.

X Defendant **DENIED** allegations <u>1-3 of the Petition for Warrant or Summons for Offender Under Supervised release.</u>

X Evidentiary hearing set for **December 20, 2007 at 1:30 p.m. before U.S. Magistrate Judge Hall in Fairbanks, Alaska.**

X Court ordered Defendant to be **released** from custody pending the December 20, 1007 evidentiary hearing. **Same conditions of release as previously ordered in Defendant's original criminal judgment are in effect.**
CONTINUED ON PAGE 2

DATE: <u>December 6, 2007</u>    DEPUTY CLERK'S INITIALS: <u>bsb</u>

<u>CONTINUED MINUTES</u> OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
4:02-CR-00019-RRB
USA v. DONALD L. HYMES
INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE
December 5, 2007

<u>X</u> Original Order Setting Conditions of Release **FILED**.

<u>X</u> Original plus a copy of Release Order hand delivered to U.S. Marshall.

At 12:18 p.m. court adjourned.

DATE:   <u>December 6, 2007</u>          DEPUTY CLERK'S INITIALS:<u> bsb</u>