M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>                Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING FOR 30 DAYS,** *Filed on Shortened Time* |

       Defendant, Donald Louis Hymes, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for a 30 day continuance of the evidentiary hearing in the above-styled case, currently scheduled for December 20, 2007.  A continuance is necessary because both undersigned counsel and counsel for the government are out of their offices during the intervening period between now and the date of the hearing.  The government is in the process of providing discovery to Mr. Hymes.  Counsel anticipates that she will receive the discovery in the next few days. Based on the content of the documents provided by the government, Mr. Hymes may have additional discovery requests or further investigation to perform.  Furthermore, additional time is

needed for counsel to forward the discovery and review the discovery with Mr. Hymes before proceeding. Thus, to preserve Mr. Hymes' Fifth Amendment right to Due Process and his Sixth Amendment right to effective assistance of counsel, Mr. Hymes respectfully requests a continuance of 30 days.

This motion is unopposed by Assistant United States Attorney Stephen Cooper.

DATED this 10th day of December, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on December 10, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden