UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>　　　　　Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**PROPOSED<br>ORDER CONTINUING<br>EVIDENTIARY HEARING** |

After due consideration of defendant's Unopposed Motion to Continue Evidentiary Hearing for 30 Days, Filed on Shortened Time, the court GRANTS the motion. The evidentiary hearing in this matter is continued until _____, 2008, at _____ a.m./p.m.

　　　　　DATED _____, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge