M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>                   Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**SECOND UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE EVIDENTIARY HEARING FOR 60 DAYS** |

Defendant, Donald Louis Hymes, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for an order continuing the evidentiary hearing currently scheduled for Friday, January 18, 2007.  This motion is necessary because the discovery process in this case has not been completed.  The government has represented that it still has documentation that it intends to present at the hearing that it will be turning over to Mr. Hymes in the near future.  Once the government has disclosed these documents to the defense, additional time will be needed in order for counsel to review and discuss the documents with Mr. Hymes.  In addition, Mr. Hymes

needs additional time to investigate further the allegations contained in the petition. Thus, Mr. Hymes asks that the court continue the evidentiary hearing for a period of 60 days.

This motion is unopposed by Assistant United States Attorney Stephen Cooper.

DATED this 15th day of January, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 15, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden