UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>               Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**PROPOSED<br>ORDER CONTINUING<br>EVIDENTIARY HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration for the defendant's unopposed motion for a 60-day continuance of the evidentiary hearing, the court GRANTS the motion. The hearing currently scheduled for Friday, January 18, 2008, is hereby vacated. The hearing is rescheduled for _____, 2008, at _____ a.m./p.m., in Fairbanks, Alaska.

DATED _____, 2008, in Fairbanks, Alaska.

                                                              _____
                                                                         Terrance W. Hall
                                                              United States Magistrate Judge