UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>                Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**PROPOSED<br>ORDER OF JUDICIAL REASSIGNMENT** |

After due consideration of defendant's Motion To Recuse District Court Judge, the court GRANTS the motion. This case is reassigned to The Honorable _____, and all further proceedings shall be before him.

DATED _____, 2008, in Fairbanks, Alaska.

_____
Ralph R. Beistline
United States District Court Judge