NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DONALD L. HYMES,<br><br>　　　　　Defendant. | Case No. 4:02-cr-00019-RRB<br><br>**MOTION TO EXTEND TIME BY ONE DAY FOR RESPONSE TO MOTION FOR RECUSAL**<br><br>FILED ON SHORTENED TIME |

COMES NOW, Plaintiff, the United States for the District of Alaska, and moves the Court to extend by one (1) day, the time for filing said plaintiff's response to defendant's Motion for Recusal.

U.S. v. Hymes
4:02-cr-00019-RRB

The answer was due on February 19, 2008.  Plaintiff seeks a 1-day extension to February 20, 2008.  The request is due to the Assistant U.S. Attorney being in trial the prior week and on travel status this week.

WHEREFORE, Plaintiff respectfully requests that the time for a response be extended for one day.

DATED this   20th day of January, 2008, at Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> /s/ Stephen cooper
> STEPHEN COOPER
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska 99701
> Phone:  (907) 456-0245
> Fax: (907) 456-0577
> E-mail: stephen.cooper@usdoj.gov
> AK #6911028

**CERTIFICATE**
I certify that a true and correct copy of the foregoing
is being sent to the following counsel of record
on the filing date, via court's electronic filing notice:

M. J. Haden,
Anchorage, Alaska

  /s/ Stephen Cooper
Office of the United States Attorney