IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD L. HYMES,<br><br>    Defendant. | Case No.  4:02-cr-00019-RRB<br><br>[Proposed]<br><br>**ORDER FOR EXTENSION OF TIME  FOR RESPONSE** |

Having considered the Government's Motion for Extension of Time for Response, filed on shortened time, in the above captioned case, IT IS HEREBY ORDERED that the Government's Motion is GRANTED.

_____        _____
         (DATE)                                          RALPH R. BEISTLINE
                                                         United States District Court Judge