NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>　　　　Plaintiff,　　　　　　)<br>  )<br>　vs.　　　　　　　　　　　　)<br>  )<br>DONALD L. HYMES,　　　　　)<br>  )<br>　　　　Defendant.　　　　　　)<br>_____ ) | Case No. 4:02-cr-00019-RRB<br><br>**PLAINTIFF'S RESPONSE TO**<br>**DEFENDANT'S MOTION FOR**<br>**RECUSAL**<br><br>FILED ON SHORTENED TIME |

Plaintiff, the United States of America, responds as follows to defendant's latest motion to recuse the Honorable Ralph R. Beistline in the current proceedings to revoke defendant's supervised release.

The motion is remarkable for its lack of any showing or even hint of any form of impropriety or of any disqualifying act or statement of any kind on the part of Judge Beistline.  Instead, it rests entirely on the mere fact of certain civil litigation involving this judge and the defendant.

Defendant himself had four years ago initiated a civil action naming, among others, this judge who had recently presided at defendant's criminal trial, and alleging some sort of improprieties.  This civil suit was dismissed with prejudice on April 26, 2004, and is nothing other than a historical curiosity that accomplished nothing.

In a different civil case, this judge granted summary judgment to the United States in its civil litigation brought to establish and collect upon back tax liabilities of Mr. Hymes.  Again, nothing in that fact is alleged to constitute any form of impropriety.  Indeed, the ruling in the civil case may even be binding to some extent on the defendant in the present case in that the issues are at least partly the same, the parties are the same, the standard of proof is the same, and defendant has had a full and fair opportunity to be heard.  The rulings in the civil case may at least be considered in the present proceeding if found to be relevant.

Judge Beistline's presiding in this case presents no impropriety or appearance thereof.  Plaintiff submits to the Court the matter of which judge should preside at the

instant proceeding for revocation of defendant's supervised release.

RESPECTFULLY SUBMITTED this  20th  day of February, 2008 at Fairbanks, Alaska.

          NELSON P. COHEN
          United States Attorney

          /s/ Stephen cooper
          STEPHEN COOPER
          Assistant United States Attorney
          Federal Building & U.S. Courthouse
          101 12th Avenue, Room 310
          Fairbanks, Alaska 99701
          Phone: (907) 456-0245
          Fax: (907) 456-0577
          E-mail: stephen.cooper@usdoj.gov
          AK #6911028

**CERTIFICATE**

I certify that a true and correct copy of the foregoing
**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR RECUSAL** is being sent to the following counsel of record on the filing date, via court's electronic filing notice:

M. J. Haden,
Anchorage, Alaska

 /s/ Stephen Cooper
Office of the United States Attorney