M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>       Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE EVIDENTIARY HEARING** |

Defendant, Donald Louis Hymes, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to continue the evidentiary hearing currently scheduled for Thursday, March 6, 2008, in Fairbanks, Alaska.

On March 4, 2008, undersigned counsel interviewed IRS Counsel Steven Baker. As a result of the interview, counsel learned of supplemental documentation that may be relevant to the issue at hand. Mr. Baker believes that he has access to the additional documentation, however, it may take him further time to obtain the documents. Thus, to allow Mr. Hymes effective assistance of counsel and secure his Fifth and Sixth

Amendment rights to due process, counsel asks for a continuance of approximately thirty days, not to exceed April 4, 2008.

This motion is unopposed by Assistant U.S. Attorney Stephen Cooper.

DATED this 4th day of March 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on March 4, 2008,
a copy of the *Unopposed Motion on Shortened Time to Continue Evidentiary Hearing* was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden