UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>                Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**PROPOSED ORDER** |

      After due consideration of defendant's Unopposed Motion on Shortened Time to Continue Evidentiary Hearing, the court GRANTS the motion.

      IT IS HEREBY ORDERED that the evidentiary hearing currently scheduled for March 6, 2008, in Fairbanks, Alaska, is rescheduled for _____, 2008, at _____ ___.m.

      DATED March _____, 2008, in Anchorage, Alaska.

_____
TERRANCE W. HALL
UNITED STATES MAGISTRATE JUDGE