

MAR 0 4 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>           Defendant. | Case No. 4:02-cr-0019-RRB-TWH |

After due consideration of defendant's Unopposed Motion on Shortened Time to Continue Evidentiary Hearing, the court GRANTS the motion.

IT IS HEREBY ORDERED that the evidentiary hearing currently scheduled for March 6, 2008, in Fairbanks, Alaska, is rescheduled for _April 3_, 2008, at _1:30_ p.m.

DATED March _4_, 2008, in Anchorage, Alaska.

REDACTED SIGNATURE

TERRANCE W. HALL
UNITED STATES MAGISTRATE JUDGE