MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DONALD HYMES__     CASE NO. 4:02-CR-00019-RRB-TWH

Defendant: _X_ Present  ___ In Custody  _X_ On Summons  ___ On Bond

BEFORE THE HONORABLE:          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:          BERILL BLAIR

UNITED STATES' ATTORNEY:         STEPHEN COOPER

DEFENDANT'S ATTORNEY:            M.J. HADEN

U.S.P.O.:                        TONI OSTANIK

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE
Held: April 3, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

X Court and counsel heard re: order of exhibits.

X Plaintiff's exhibit 1 **Identified and Admitted.**

X Defendant's exhibit A and B **Identified and Admitted.**

At 1:41 p.m court recessed until 2:21 p.m.

X Arguments heard re: violation allegations.

X Continued evidentiary hearing set for **May 8, 2008 at 1:30 p.m.**

At 3:16 p.m. court adjourned.

NOTE: List of Exhibits and Witnesses **FILED.**

DATE: __April 4, 2008__     DEPUTY CLERK'S INITIALS: __bsb__