(Rev 4/08)

# LIST OF EXHIBITS AND WITNESSES

Case No.   4:02-CR-00019-RRB-TWH           Judge: **TERRANCE W. HALL**

Title:   USA v. DONALD HYMES

Dates of Hearing/Trial:   April 3, 2008

Deputy Clerk/Recorder:   Berill Blair

| Attorney for Plaintiff | Attorney for Defendant(s) |
|---|---|
| **STEPHEN COOPER** | **M.J. HADEN** |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | DEFENDANT | | | WITNESSES | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | EX # | ID | AD | W- | NAME/DESCRIPTION OF EXHIBIT | CALLED BY |
| 1 | X | X | A | X | X |  |  |  |
|  |  |  | B | X | X |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |