# Certification of Lack of Record

Date: May 01, 2008

TO WHOM IT MAY CONCERN:

I certify that I have legal custody of Federal tax forms and related documents filed in the Internal Revenue Service Office, _____1160 W. 1200 S., Ogden, UT 84201_____
(Address)

I further certify that a thorough search has been made of the records in my custody and no tax form, as described below, was found to have been filed in the name of the person indicated.

Name of Person-

Donald L. Hymes

Taxpayer Identification Number: 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

Address

2340 Ravenwood Ave.
Fairbanks, AK  99709-4543-406

Kind Of Tax Form

for U.S. Individual Income Tax Return (Form 1040)

Tax Period

for December 31, 2003 through December 31, 2006

I have signed this certification and affixed to it the seal of this office on the date shown at the top of this page.



Name  Enid L. Stanger
Supervisor Accounting Technician
Ogden W&I Submission Processing
Title  SW Delegation Order 198

Signature _Enid L. Stanger_

Form 3050 (Rev. 8-80)    *U.S.GPO:1988-202-004/81659    Department of the Treasury-Internal Revenue Service