Donald Louis Hymes

United States of America

The United States

District Court of the United States

District of Alaska

**RECEIVED**

MAY 0 7 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

F02-019CR (RRB)

Motion to Proceed Pro Se

And

Expedited Extension of Time on the Evidentiary Hearing

Comes now the Defendant Donald Louis Hymes (Hymes) and motions this court to allow him to proceed pro-se with M.J. Haden (Haden), public Defender, to assist him as standby counsel.

Hymes makes this request as he has legal evidence, given to Haden to present to the court and which she refuses to do because of her believes. It is imperative that the court consider this evidence, especially in light of the fact that Assistant U.S. Attorney Cooper seems intent on retrying this entire matter civilly- as is evidenced by his Brief.

In order to proceed pro-se, Hymes will need extra time to prepare and asks that the court

Extend the time on the evidentiary hearing presently scheduled for 1:30p.m. on Thursday May 8th, 2006 to June 6, 2008.

*Donald Larkin Hynes*
My Hand

**Certificate of Service**

A true and correct copy of this document has been personally served on

S. Cooper

Asst. US Attorney

Federal Bldg. and US Courthouse

101 12th Avenue Box 2

Fairbanks, AK 99701

And

By e-mail to

M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

mj_haden@fed.org


May 7, 2008

Rita MariNa Hymes