United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

ORDER

It is hereby ORDERED that the Evidentiary Hearing in this Case has been rescheduled for June 6, 2008.

Date:

_____

Judge