NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 4:02-cr-00019-RRB-TWH |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | **PARTIAL OPPOSITION TO** |
| ) | **MOTION TO PROCEED PRO SE** |
| DONALD L. HYMES   ) | **AND TO CONTINUE** |
| ) | **EVIDENTIARY HEARING** |
| Defendant.   ) | |
| ) | |

COMES NOW Plaintiff, the United States of America, and opposes in part defendant's motion to proceed pro se and for a continuance of the evidentiary hearing set for tomorrow, May 8.

Plaintiff has no objection to whatever the Court may deem appropriate

regarding defendant's representation by counsel. Plaintiff opposes the continuance or extension sought. The hearing to be held May 8 is primarily factual in nature, to determine whether there is sufficient evidence to establish the alleged violations of conditions of supervised release. Plaintiff has an out-of-town witness to present as well as the explanations already provided in plaintiff's brief filed yesterday, to support the alleged violations.

It is not necessary to address defendant's legal and constitutional objections in his new motion under 28 U.S.C. § 2255 in order to resolve the factual issues underlying his alleged violations of supervised release.

Putting first things first, the fact hearing should be completed. Thereafter, the district court can determine the proper disposition of the new motion attacking the judgment, including whether the alleged grounds of attack bear upon the court's adjudication of the supervised release violations.

Continuance of the evidentiary hearing to be held May 8 should be denied.

RESPECTFULLY SUBMITTED this  7th  day of May, 2008, in Fairbanks,

Alaska.
NELSON P. COHEN  
United States Attorney

s/ Stephen Cooper  
STEPHEN COOPER  
Assistant United States Attorney  
Federal Building & U.S. Courthouse  
101 12th Avenue, Room 310  
Fairbanks, Alaska 99701  
Phone: (907) 456-0245  
Fax: (907) 456-0577  
stephen.cooper@usdoj.gov

**CERTIFICATE**

I certify that a true and correct copy of the foregoing **PARTIAL OPPOSITION TO MOTION TO PROCEED PRO SE AND TO CONTINUE EVIDENTIARY HEARING** is being sent to the following counsel of record on the filing date hereof, via court's electronic filing notice:

M. J. Haden, Anchorage, Alaska

/s/ Stephen Cooper  
Office of the United States Attorney