NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:02-cr-00019-RRB-TWH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF FILING PLAINTIFF'S |
| ) | EXHIBIT 3 ON PETITION TO |
| DONALD L. HYMES ) | REVOKE SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S EXHIBIT 3 FOR EVIDENTIARY HEARING ON PETITION**

**TO REVOKE SUPERVISED RELEASE**

COMES NOW Plaintiff, the United States of America, and files it's Exhibit

number 3 for Evidentiary Hearing on Petition to Revoke Supervised Release.

| Filing Status (Over 65 & Married) | Tax Year | Filing Requirement Amount | IRP Income (Donald Hymes) | Required To File |
|---|---|---|---|---|
| Separate Return | 2003 | $3,050 | $17,272 | YES |
| "             " | 2004 | 3,100 | 6,941 | YES |
| "             " | 2005 | 3,200 | 15,775 | YES |
| "             " | 2006 | 3,300 | 21,227 | YES |

| Filing Status (One Over 65 & Married) | Tax Year | Filing Requirement Amount | IRP Income (*Donald*/*R*ita)[1] | Required To File |
|---|---|---|---|---|
| Joint Return | 2003 | $16,550 | $17,272 (*D*) | YES |
|  |  |  | [Not Authorized] (*R*) |  |
| "             " | 2004 | 16,850 | 6,941 (*D*) | NO |
|  |  |  | [Not Authorized] (*R*) |  |
| "             " | 2005 | 17,400 | 15,775 (*D*) | YES |
|  |  |  | [Not Authorized] (*R*) |  |
| "             " | 2006 | 17,900 | 21,227 (*D*) | YES |
|  |  |  | [Not Authorized] (*R*) |  |

---

[1] As of the time of this writing, the defendant's spouse, Rita M. Hymes, has not authorized the disclosure of her confidential tax information to either the court or the parties in this case. Her certified IRP information was included in determining the defendant's requirements to file for 2004 and 2005. Mrs. Hymes' income did not affect the defendant's requirements to file for 2003 or 2006 because his income alone exceeded the minimum legal filing amount for both 'married filing separate' and 'married filing joint.'

RESPECTFULLY SUBMITTED this  9th   day of May, 2008, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney


s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
stephen.cooper@usdoj.gov

**CERTIFICATE**

I certify that a true and correct copy of the foregoing
NOTICE OF FILING PLAINTIFF'S EXHIBIT 3 ON
PETITION TO REVOKE SUPERVISED RELEASE, is being sent to the
following counsel of record on the filing date hereof,
via court's electronic filing notice:

M. J. Haden, Anchorage, Alaska

 /s/ Stephen Cooper
Office of the United States Attorney