MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DONALD HYMES__   CASE NO. __4:02-CR-00019 -RRB-TWH__

Defendant: _X_ Present   ___ In Custody   _X_ On Summons   ___ On ~~RECEIVED~~

BEFORE THE HONORABLE: __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER: __BERILL BLAIR__

**MAY 12 2008**
**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

UNITED STATES' ATTORNEY: __STEPHEN COOPER__

DEFENDANT'S ATTORNEY: __Pro Se, M.J. HADEN- co-counsel__

U.S.P.O.: __TONI OSTANIK__

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED RELEASE
Held: May 8, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:45 p.m. court convened.

Court and counsel heard re Defendant's motion to proceed Pro Se with MJ HADEN as Co-counsel; **GRANTED**. Court and counsel heard re Defendant's motion to continue evidentiary hearing; **DENIED**.

Plaintiff's exhibit 2 **Identified and Admitted**.

STEPHEN BAKER **SWORN** and testified on behalf of Plaintiff. Defendant's exhibit C, D, E **Identified and Admitted**. Plaintiff's Exhibit 3 **IDENTIFIED and ADMITTED**.

At 3:22 p.m court recessed until 3:33 p.m.

STEPHEN BAKER resumed the stand and testified further.

At 3:41 p.m. court recessed until 3:48 p.m.

STEPHEN BAKER resumed the stand and testified further.
Defendant's exhibits E, F **IDENTIFIED and ADMITTED**.

DONALD HYMES **SWORN** and testified on behalf of the Defense.

**Court ordered same conditions of release as stated in Defendant's original criminal judgment be in effect.**

Report and Recommendation to Issue.

At 4:52 p.m. court adjourned.

List of Exhibits and Witnesses **FILED**.

DATE: __May 12, 2008__   DEPUTY CLERK'S INITIALS: __bsb__