# ATTACHMENT

# A

RECEIVED MAY 0 6 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

BK0937PG456

Form 668 (Y)(c) 187
(Rev. October 1993)

Department of the Treasury - Internal Revenue Service

### Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Chief, S.P.O. | 929600131 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

96-1347
1500 chg
FAIRBANKS REC. DISTRICT
REQUESTED BY IRS
'96 JAN 25 AM 11 35

Name of Taxpayer: DONALD L HYMES

Residence: 2340 RAVENWOOD
FAIRBANKS, AK 99709

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/89 | 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 | 06/05/95 | 07/05/05 | 706.31 |
| 1040 | 12/31/90 | 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 | 06/05/95 | 07/05/05 | 3441.77 |
| 1040 | 12/31/91 | 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 | 06/05/95 | 07/05/05 | 6468.85 |
| 1040 | 12/31/92 | 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 | 06/05/95 | 07/05/05 | 68449.62 |
| 1040 | 12/31/93 | 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 | 06/05/95 | 07/05/05 | 1740.32 |

Place of Filing: RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total $ 80806.87

This notice was prepared and signed at Anchorage, AK, on this the 12th day of January, 19 96.

Return to:
Internal Revenue Service
P.O. Box 1729  M/S 246
Seattle, WA 98111
Attn: Lien Desk

Signature: for ALAN O JONES
Title: Revenue Officer 92-01-1317

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office          Form 668 (Y)(c) (Rev. 10/93)

0001

**Form 668 (Y)(c)**
(Rev. October 2000)

1008  Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #12  Lien Unit Phone: (206) 220-5596 | Serial Number  140709103 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer  DONALD L HYMES

Residence   2340 RAVENWOOD
            FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 12/24/2001 | 01/23/2012 | 788.79 |
| 1040 | 12/31/1999 | 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 | 11/12/2001 | 12/12/2011 | 2839.78 |

Place of Filing

RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total $ 3628.57

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___27th___ day of ___October___, __2003__.

Signature
for MIKE WALSH



Title
REVENUE OFFICER
(907) 271-6972

32-03-3277