Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

4:02-cr-00019

**Motion for Stay**

Comes now Donald Louis Hymes ("Hymes") with this Motion for Stay on Purported Parole Violation.

As Hymes was never convicted of any violation of any of the Laws of the United States of the Internal Revenue Service it is unfathomable that issues of a Form 1040 with OMB 1545-0074 is mandated and a parole violation. Hymes has filed in legal evidence of the unconstitutionally of the Form 1040 with OMB 1545-0074 and that the Notices of Federal Tax Liens are only applicable to federal employees and agencies.

Hymes incorporates the 2255 Motion to Vacate in total with all of its attachments into this Motion for Stay and into the evidentiary hearing scheduled for May 8th, 2008.

Hymes Motions this court to Stay any issues of parole violations if the UNITED STATES OF AMERICA chooses to proceed until this can be Appealed or an Interlocutory Appeal to the Circuit Court of the United States for the 9th Circuit.

As the USA fully knows Hymes has major health problems that incarceration would exasperate and no good can come of added jail time. This has all of the appearance of vindictiveness of the parties concerned.

Therefore for these issues of fact and law, this instant Case should be dismissed with prejudice as the time has since expired; or,

The claim for purported violation of the parole should be denied and the parole terminated immediately.

My Hand,

Donald Louis Hymes

### Certification

This document has been sent by United States Mail, postage pre-paid to:

S. Cooper
Asst. US Attorney
Fed. Bldg. & US Courthouse
101 12th Avenue  Box2
Fairbanks, Ak 99701

And e-mailed to:
M.J. Hadden
Federal Public Defender's Agency
601 W. 5th Avenue Suite 800
Anchorage, Alaska 99501
907-646-3400
907-646-3480 Fax

MJ_Haden@fd.org

Date: May 06, 2008

Rita MariNa Hymes

*[signature]*

Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

4:02-cr-00019

ORDER

It is ORDERED that the purported claims for parole violations are hereby stayed and parole is terminated.

Dated: _____

_____
Judge