Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska



UNITED STATES OF AMERICA

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

4:02-cr-00019

**ERRATA**

Comes now the Defendant, Donald Louis Hymes, and asks that the court accept ATTACHMENTS O-Z, which were inadvertently not filed with the Motion to Vacate Under 2255

My Hand

*[signature: Donald Louis Hymes]*

## CERTIFICATE OF SERVICE

A copy of Attachments O-Z have been mailed this day by United States Mail, postage pre-paid to

S. Cooper
U.S. Asst. Attorney
Federal Bldg. & US Courthouse
101 12th Avenue  Box 2
Fairbanks, AK 99701

*Hand delivered*