# ATTACHMENT

V

11402

# Title 26—INTERNAL REVENUE, 1954

Chapter I—Internal Revenue Service, Department of the Treasury

[T.D. 6500]

## PART 1—INCOME TAX; TAXABLE YEARS BEGINNING AFTER DECEMBER 31, 1953

### Republication of Regulations

All Income Tax Regulations published under Title 26, Part 1, of the Code of Federal Regulations, pursuant to the Internal Revenue Code of 1954 prior to September 1, 1960, are hereby republished for the purpose of making certain editorial changes, including corrections of form, style, and internal references.

Sec.
1.0-1 Internal Revenue Code of 1954 and regulations.

Normal Taxes and Surtaxes
DETERMINATION OF TAX LIABILITY
Tax on Individuals

1.1 Statutory provisions; tax imposed.
1.1-1 Income tax on individuals.
1.1-2 Rates of tax on individuals.
1.1-3 Taxation of heads of households.
1.1-4 Limitation on tax.
1.1-5 Determination of normal tax and surtax.
1.1-6 Change in rates applicable to taxable year.
1.2 Statutory provisions; tax in case of joint return or return of surviving spouse.
1.2-1 Tax in case of joint return of husband and wife or the return of a surviving spouse.
1.2-2 Definition of surviving spouse.
1.3 Statutory provisions; optional tax if adjusted gross income is less than $5,000.
1.3-1 Application of optional tax.
1.4 Statutory provisions; rules for optional tax.
1.4-1 Number of exemptions.
1.4-2 Elections.
1.4-3 Husband and wife filing separate returns.
1.4-4 Short taxable year caused by death.
1.5 Statutory provisions; cross references relating to tax on individuals.

Tax on Corporations

1.11 Statutory provisions; tax imposed.
1.11-1 Tax on corporations.
1.12 Statutory provisions; cross references relating to tax on corporations.

Changes in Rates During a Taxable Year

1.21 Statutory provision; effect of changes.
1.21-1 Changes in rate during a taxable year.

Credits Against Tax

1.31 Statutory provisions; tax withheld on wages.
1.31-1 Credit for tax withheld on wages.
1.31-2 Credit for "special refunds" of employee social security tax.
1.32 Statutory provisions; tax withheld at source on nonresident aliens and foreign corporations and on tax-free covenant bonds.
1.32-3 ... taxes of foreign countries and possessions of the United States.
1.34 Statutory provisions; dividends received by individuals.
1.34-1 Credit against tax and exclusion from gross income in case of dividends received by individuals.
1.34-2 Limitations on amount of credit.
1.34-3 Dividends to which the credit and exclusion apply.
1.34-4 Taxpayers not entitled to credit and exclusion.

Sec.
1.34-5 Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.35 Statutory provisions; partially tax-exempt interest received by individuals.
1.35-1 Partially tax-exempt interest received by individuals.
1.35-2 Taxpayers not entitled to credit.
1.36 Statutory provisions; credits not allowed to individuals paying optional tax or taking standard deduction.
1.37 Statutory provisions; retirement income.
1.37-1 Allowance of credit for retirement income.
1.37-2 Eligibility for retirement income credit.
1.37-3 Retirement income.
1.37-4 Limitation on amount of retirement income.
1.37-5 Illustration of application of section 37.
1.38 Statutory provisions; overpayments of tax.

COMPUTATION OF TAXABLE INCOME
DEFINITION OF GROSS INCOME, ADJUSTED GROSS INCOME, AND TAXABLE INCOME

1.61 Statutory provisions; gross income defined.
1.61-1 Gross income.
1.61-2 Compensation for services, including fees, commissions, and similar items.
1.61-3 Gross income derived from business.
1.61-4 Gross income of farmers.
1.61-5 Allocations by cooperative associations; tax treatment as to patrons.
1.61-6 Gains derived from dealings in property.
1.61-7 Interest.
1.61-8 Rents and royalties.
1.61-9 Dividends.
1.61-10 Alimony and separate maintenance payments; annuities; income from life insurance and endowment contracts.
1.61-11 Pensions.
1.61-12 Income from discharge of indebtedness.
1.61-13 Distributive share of partnership gross income; income in respect of a decedent; income from an interest in an estate or trust.
1.61-14 Miscellaneous items of gross income.
1.62 Statutory provisions; adjusted gross income defined.
1.62-1 Adjusted gross income.
1.63 Statutory provisions; taxable income defined.

ITEMS SPECIFICALLY INCLUDED IN GROSS INCOME

1.71 Statutory provisions; alimony and separate maintenance payments.
1.71-1 Alimony and separate maintenance payments; income to wife or former wife.
1.71-2 Effective date; taxable years ending after March 31, 1954, subject to the Internal Revenue Code of 1939.
1.72 Statutory provisions; annuities; certain proceeds of endowment and life insurance contracts.
1.72-1 Introduction.
1.72-2 Applicability of section.
1.72-3 Excludable amounts not income.
1.72-4 Exclusion ratio.
1.72-5 Expected return.
1.72-6 Investment in the contract.
1.72-7 Adjustment in investment where a contract contains a refund feature.
1.72-8 Effect of certain employee contributions with respect to premiums or consideration paid or contributed by an employee.
1.72-9 Tables.
1.72-10 Effect of transfer of contracts on investment in the contract.
1.72-11 Amounts not received as annuity payments.
1.72-12 Effect of taking an annuity in lieu of a lump sum upon the maturity of a contract.
1.72-13 Special rule for employee contributions recoverable in three years.
1.72-14 Exceptions from application of principles of section 72.
1.72-15 Applicability of section 72 to accident or health plans.
1.73 Statutory provisions; services of child.

*Saturday, November 26, 1960*    **FEDERAL REGISTER**

**Sec.**
1.74-1    Services of child.
1.74    Statutory provisions; prizes and awards.
1.74-1    Prizes and awards.
1.75    Statutory provisions; dealers in tax-exempt securities.
1.75-1    Treatment of bond premium in case of dealers in tax-exempt securities.
1.76    Statutory provisions; mortgages made or obligations issued by joint-stock land banks.
1.77    Statutory provisions; commodity credit loans.
1.77-1    Election to consider Commodity Credit Corporation loans as income.
1.77-2    Effect of election to consider commodity credit loans as income.

**Items Specifically Excluded From Gross Income**
1.101    Statutory provisions; certain death benefits.
1.101-1    Exclusion from gross income of proceeds of life insurance contracts payable by reason of death.
1.101-2    Employees' death benefits.
1.101-3    Interest payments.
1.101-4    Payment of life insurance proceeds at a date later than death.
1.101-5    Alimony, etc., payments.
1.101-6    Effective date.
1.102    Statutory provisions; gifts and inheritances.
1.102-1    Gifts and inheritances.
1.103    Statutory provisions; interest on certain governmental obligations.
1.103-1    Interest upon obligations of a State, Territory, etc.
1.103-2    Dividends from shares and stock of Federal agencies or instrumentalities.
1.103-3    Interest upon notice secured by mortgages executed to Federal agencies or instrumentalities.
1.103-4    Interest upon United States obligations.
1.103-5    Treasury bond exemption in the case of trusts or partnerships.
1.103-6    Interest upon United States obligations in the case of nonresident aliens and foreign corporations, not engaged in business in the United States.
1.104    Statutory provisions; compensation for injuries or sickness.
1.104-1    Compensation for injuries or sickness.
1.105    Statutory provisions; amounts received under accident and health plans.
1.105-1    Amounts attributable to employer contributions.
1.105-2    Amounts expended for medical care.
1.105-3    Payments unrelated to absence from work.
1.105-4    Wage continuation plans.
1.105-5    Accident and health plans.
1.106    Statutory provisions; contributions by employer to accident and health plans.
1.106-1    Contributions by employer to accident and health plans.
1.107    Statutory provisions; rental value of parsonages.
1.107-1    Rental value of parsonages.
1.108    Statutory provisions; income from discharge of indebtedness; special rule of exclusion.
1.108(a)-1    Income from discharge of indebtedness.
1.108(b)-1    Evidence and filing of consent.
1.108(b)    Statutory provisions; income from discharge of indebtedness; railroad corporation.
1.108(b)-1    Income from discharge of indebtedness of railroad corporation.
1.109    Statutory provisions; improvements by lessee on lessor's property.
1.109-1    Exclusion from gross income of lessor of real property of value of improvements erected by lessee.
1.110    Statutory provisions; income taxes paid by lessee corporation.
1.110-1    Income taxes paid by lessee corporation.
1.111    Statutory provisions; recovery of bad debts, prior taxes, and delinquency amounts.
1.111-1    Recovery of certain items previously deducted or credited.
1.112    Statutory provisions; certain combat pay of members of the Armed Forces.
1.112-1    Compensation of members of the Armed Forces of the United States for service in a combat zone during an induction period, or for service while hospitalized as a result of such combat-zone service.

1.112    Statutory provisions; mustering-out payments for members of the Armed Forces.
1.113-1    Mustering-out payments for members of the Armed Forces.
1.114    Statutory provisions; sports programs conducted for the American National Red Cross.
1.114-1    Proceeds from certain sports programs conducted for the benefit of the American National Red Cross.
1.115    Statutory provisions; income of States, municipalities, etc.
1.115-1    Bridges to be acquired by State or political subdivision.
1.116    Statutory provisions; partial exclusion of dividends received by individuals.
1.116-1    Partial exclusion of dividends.
1.116-2    Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.117    Statutory provisions; scholarships and fellowship grants.
1.117-1    Exclusion of amounts received as a scholarship or fellowship grant.
1.117-2    Limitations.
1.117-3    Definitions.
1.117-4    Items not considered as scholarship or fellowship grants.
1.118    Statutory provisions; contributions to the capital of a corporation.
1.118-1    Contributions to the capital of a corporation.
1.119    Statutory provisions; meals or lodging furnished for the convenience of the employer.
1.119-1    Meals and lodging furnished for the convenience of the employer.
1.120    Statutory provisions; statutory subsistence allowance received by police.
1.120-1    Statutory subsistence allowance received by police.
1.121    Statutory provisions; cross references to other acts.

**Standard Deduction for Individuals**
1.141    Statutory provisions; standard deduction.
1.141-1    Standard deduction.
1.142    Statutory provisions; individuals not eligible for standard deduction.
1.142-1    Husband and wife.
1.142-2    Standard deduction not allowable.
1.143    Statutory provisions; determination of marital status.
1.143-1    Determination of marital status.
1.144    Statutory provisions; election of standard deduction.
1.144-1    Manner and effect of election to take the standard deduction.
1.144-2    Change of election to take, or not to take, the standard deduction.
1.145    Statutory provisions; cross reference.

**Deductions for Personal Exemptions**
1.151    Statutory provisions; allowance of deductions for personal exemptions.
1.151-1    Deductions for personal exemptions.
1.151-2    Additional exemptions for dependents.
1.151-3    Definitions.
1.152    Statutory provisions; dependent defined.
1.152-1    General definition of a dependent.
1.152-2    Rules relating to general definition of dependent.
1.152-3    Multiple support agreements.
1.153    Statutory provisions; determination of marital status.
1.153-1    Determination of marital status.
1.154    Statutory provisions; cross references.

**Itemized Deductions for Individuals and Corporations**
1.161    Statutory provisions; allowance of deductions.
1.161-1    Allowance of deductions.
1.162    Statutory provisions; trade or business expenses.
1.162-1    Business expenses.
1.162-2    Traveling expenses.
1.162-3    Cost of materials.
1.162-4    Repairs.
1.162-5    Expenses for education.
1.162-6    Professional expenses.
1.162-7    Compensation for personal services.

Sec.
1.162-8 Treatment of excessive compensation.
1.162-9 Bonuses to employees.
1.162-10 Certain employee benefits.
1.162-11 Rentals.
1.162-12 Expenses of farmers.
1.162-13 Depositors' guaranty fund.
1.162-14 Expenditures for advertising or promotion of good will.
1.162-15 Excepted contributions.
1.162-16 Cross reference.
1.162-17 Reporting and substantiation of traveling and other business expenses of employees.
1.162-18 Improper payments to officials or employees of foreign countries.
1.163-1 Statutory provisions; interest.
1.163-2 Interest deductions in general.
1.163-3 Installment purchases where interest charge is not separately stated.
1.164 Statutory provisions; taxes.
1.164-1 Deduction for taxes.
1.164-2 Deduction denied in case of certain taxes.
1.164-3 Federal duties and excise taxes.
1.164-4 Taxes for local benefits.
1.164-5 Certain retail sales and gasoline taxes.
1.164-6 Apportionment of taxes on real property between seller and purchaser.
1.164-7 Taxes of shareholder paid by corporation.
1.164-8 Payments for municipal services in atomic energy communities.
1.165 Statutory provisions; losses.
1.165-1 Losses.
1.165-2 Obsolescence of nondepreciable property.
1.165-3 Demolition of buildings.
1.165-4 Decline in value of stock.
1.165-5 Worthless securities.
1.165-6 Farming losses.
1.165-7 Casualty losses.
1.165-8 Theft losses.
1.165-9 Sale of residential property.
1.165-10 Wagering losses.
1.166 Statutory provisions; bad debts.
1.166-1 Bad debts.
1.166-2 Evidence of worthlessness.
1.166-3 Partial or total worthlessness.
1.166-4 Reserve for bad debts.
1.166-5 Nonbusiness debts.
1.166-6 Sale of mortgaged or pledged property.
1.166-7 Worthless bonds issued by an individual.
1.166-8 Losses of guarantors, endorsers, and indemnitors.
1.167(a)-1 Statutory provisions; depreciation; general rule.
1.167(a)-1 Depreciation in general.
1.167(a)-2 Tangible property.
1.167(a)-3 Intangibles.
1.167(a)-4 Leased property.
1.167(a)-5 Apportionment of basis.
1.167(a)-6 Depreciation in special cases.
1.167(a)-7 Accounting for depreciable property.
1.167(a)-8 Retirements.
1.167(a)-9 Obsolescence.
1.167(a)-10 When depreciation deduction is allowable.
1.167(b)-0 Statutory provisions; depreciation; use of certain methods and rates.
1.167(b)-1 Straight line method.
1.167(b)-2 Declining balance method.
1.167(b)-3 Sum of the years-digits method.
1.167(b)-4 Other methods.
1.167(c) Statutory provisions; depreciation; limitations on use of certain methods and rates.

Sec.
1.167(c)-1 Limitations on methods of computing depreciation under section 167(b) (2), (3), and (4).
1.167(d) Statutory provisions; depreciation; agreement as to useful life on which depreciation rate is based.
1.167(d)-1 Agreement as to useful life and rates of depreciation.
1.167(e)-1 Statutory provisions; depreciation; change in method.
1.167(e)-1 Change in method.
1.167(f) Statutory provisions; depreciation; basis for depreciation.
1.167(f)-1 Basis for depreciation.
1.167(g) Statutory provisions; depreciation; life tenants and beneficiaries of trusts and estate.
1.167(g)-1 Life tenants and beneficiaries of trusts and estates.
1.167(h) Statutory provisions; depreciation; depreciation of improvements in the case of mines, etc.
1.167(h)-1 Depreciation of improvements in the case of mines, etc.
1.168 Statutory provisions; amortization of emergency facilities.
1.168-1 Amortization of emergency facilities; general rule.
1.168-2 Election of amortization.
1.168-3 Election to discontinue amortization.
1.168-4 Definitions.
1.168-5 Adjusted basis of emergency facility.
1.168-6 Depreciation or portion of emergency facility not subject to amortization.
1.168-7 Payments by United States of unamortized cost of facility.
1.169 Statutory provisions; amortization of grain-storage facilities.
1.169-1 Certain scope of section 169.
1.169-2 Definition of grain-storage facility.
1.169-3 Amortization deduction.
1.169-4 Election of amortization.
1.169-5 Termination of amortization deduction.
1.169-6 Adjusted basis of grain-storage facility.
1.169-7 Depreciation of portion of grain-storage facility not subject to amortization.
Sec.
1.166-9 Life tenants and remaindermen.
1.170 Statutory provisions; charitable, etc., contributions and gifts.
1.170-1 Charitable, etc., contributions and gifts; allowance of deduction.
1.170-2 Charitable deductions by individual; limitations.
1.170-3 Contributions or gifts by corporations.
1.171 Statutory provisions; amortizable bond premium.
1.171-1 Amortizable bond premium.
1.171-2 Determination of bond premium.
1.171-3 Election with respect to taxable and partially taxable bonds.
1.171-4 Definition.
1.172 Statutory provisions; net operating loss deduction.
1.172-1 Net operating loss deduction.
1.172-2 Net operating loss in case of a corporation.
1.172-3 Net operating loss in case of a taxpayer other than a corporation.
1.172-4 Net operating loss carrybacks and net operating loss carryovers.
1.172-5 Taxable income which is subtracted from net operating loss to determine carryover.
1.172-6 Illustration of net operating loss carrybacks and carryovers.
1.172-7 Joint return by husband and wife.
1.172-8 Net operating loss carryback for purposes of the excess profits tax.
1.173 Statutory provisions; circulation expenditures.
1.173-1 Circulation expenditures.
1.174 Statutory provisions; research and experimental expenditures.
1.174-1 Research and experimental expenditures; in general.
1.174-2 Definition of research and experimental expenditures.
1.174-3 Treatment as expenses.
1.174-4 Treatment as deferred expenses.
1.175 Statutory provisions; soil and water conservation expenditures.
1.175-1 Soil and water conservation expenditures; in general.
1.175-2 Definition of soil and water conservation expenditures.
1.175-3 Definition of "the business of farming".

Sec.
1.175-4 Definition of "land used in farming".
1.175-5 Percentage limitation and carryover.
1.175-6 Adoption or change of method.
1.176 Statutory provisions; payments with respect to employees of certain foreign corporations.
1.177 Statutory provisions; trademark and trade name expenditures.
1.177-1 Election to amortize trademark and trade name expenditures.

ADDITIONAL ITEMIZED DEDUCTIONS FOR INDIVIDUALS

1.211 Statutory provisions; allowance of deductions.
1.211-1 Allowance of deductions.
1.212 Statutory provisions; expenses for production of income.
1.212-1 Nontrade or nonbusiness expenses.
1.213 Statutory provisions; medical, dental, etc., expenses.
1.213-1 Medical, dental, etc., expenses.
1.213-2 Maximum limitation on deduction if taxpayer or spouse is age 65 or over and is disabled.
1.214 Statutory provisions; expenses for care of certain dependents.
1.214-1 Expenses for the care of certain dependents.
1.215 Statutory provisions; alimony, etc., payments.
1.215-1 Periodic alimony, etc., payments.
1.216 Statutory provisions; amounts representing taxes and interest paid to co-operative housing corporation.
1.216-1 Amounts representing taxes and interest paid to cooperative housing corporation.
1.217 Statutory provisions; cross reference.

SPECIAL DEDUCTIONS FOR CORPORATIONS

1.241 Statutory provisions; allowance of special deductions.
1.241-1 Allowance of special deduction.
1.242 Statutory provisions; partially tax-exempt interest.
1.242-1 Deduction for partially tax-exempt interest.
1.243 Statutory provisions; dividends received by corporations.
1.243-1 Deduction for dividends received by corporations.
1.243-2 Special rules for certain distributions.
1.244 Statutory provisions; dividends received on certain preferred stock.
1.244-1 Deduction for dividends received on certain preferred stock.
1.244-2 Computation of deduction.
1.245 Statutory provisions; dividends received from certain foreign corporations.
1.245-1 Deduction for dividends received from certain foreign corporations.
1.246 Statutory provisions; rules applying to deductions for dividends received.
1.246-1 Deductions not allowed for dividends from certain corporations.
1.246-2 Limitation on aggregate amount of deductions.
1.246-3 Exclusion of certain dividends.
1.247 Statutory provisions; dividends paid on certain preferred stock of public utilities.
1.247-1 Deduction for dividends paid on preferred stock of public utilities.
1.248 Statutory provisions; organizational expenditures.
1.248-1 Election to amortize organizational expenditures.

ITEMS NOT DEDUCTIBLE

1.261 Statutory provisions; general rule for disallowance of deductions.
1.261-1 General rule for disallowance of deductions.
1.262 Statutory provisions; personal, living, and family expenses.
1.262-1 Personal, living, and family expenses.
1.263(a) Statutory provisions; capital expenditure; general rule.
1.263(a)-1 Capital expenditures; in general.
1.263(a)-2 Examples of capital expenditures.
1.263(b) Statutory provisions; expenditures to defeat or capitalize certain expenditures.
1.263(b)-1 Statutory provisions; capital expenditures; expenditures for advertising and good will.
1.263(b)-1 Expenditure for advertising or promotion of good will.
1.263(c) Statutory provisions; capital expenditures; intangible drilling and development costs in the case of oil and gas wells.

Sec.
1.263(c)-1 Intangible drilling and development costs in the case of oil and gas wells.
1.264 Statutory provisions; certain amounts paid in connection with insurance contracts.
1.264-1 Premiums on life insurance taken out in a trade or business.
1.264-2 Single premium life insurance, endowment, or annuity contracts.
1.264-3 Effective date; taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.265 Statutory provisions; expenses and interest relating to tax-exempt income.
1.265-1 Expenses relating to tax-exempt income.
1.265-2 Interest relating to tax-exempt income.
1.266 Statutory provisions; carrying charges.
1.266-1 Taxes and carrying charges chargeable to capital account and treated as capital items.
1.267(a) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; deductions disallowed.
1.267(a)-1 Deductions disallowed.
1.267(b) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; relationships.
1.267(b)-1 Relationships.
1.267(c) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; constructive ownership of stock.
1.267(c)-1 Constructive ownership of stock.
1.267(d) Statutory provisions; losses, expenses, and interest in cases where loss previously disallowed.
1.267(d)-1 Amount of gain where loss previously disallowed.
1.267(d)-2 Effective date; taxable years subject to the Internal Revenue Code of 1939.
1.268 Statutory provisions; sale of land with unharvested crop.
1.268-1 Items attributable to an unharvested crop sold with the land.
1.269 [Reserved]
1.270 Statutory provisions; limitation on deductions allowable to individuals in certain cases.
1.270-1 Limitation on deductions allowable to individuals in certain cases.
1.271 Statutory provisions; debts owed by political parties, etc.
1.272 Statutory provisions; disposal of coal.
1.272-1 Expenditures relating to disposal of coal.
1.273 Statutory provisions; holders of life or terminable interests.
1.273-1 Life or terminable interests.

CORPORATE DISTRIBUTIONS AND ADJUSTMENTS

DISTRIBUTIONS BY CORPORATIONS

EFFECTS ON RECIPIENTS

1.301 Statutory provisions; distributions of property.
1.301-1 Rules applicable with respect to distributions of money and other property.
1.302 Statutory provisions; distributions in redemption of stock.
1.302-1 General.
1.302-2 Redemptions not taxable as dividends.
1.302-3 Substantially disproportionate redemption.
1.302-4 Termination of shareholder's interest.
1.303 Statutory provisions; distributions in redemption of stock to pay death taxes.
1.303-1 General.
1.303-2 Requirements.
1.303-3 Application of other sections.
1.304 Statutory provisions; redemption through use of related corporations.
1.304-1 General.
1.304-2 Acquisition by related corporation (other than subsidiary).
1.304-3 Acquisition by a subsidiary.
1.305 Statutory provisions; distributions of stock and stock rights.
1.305-1 Stock dividends.
1.305-2 Election of shareholders as to medium of payment.

**RULES AND REGULATIONS**

11406

**EFFECTS ON CORPORATION**

Sec.
1.536 Statutory provision; general rule.
1.536-1 General rule on liquidation of corporation.
1.537 Statutory provision; gain or loss on sales or exchanges in connection with certain liquidations.
1.537-1 ...
1.537-2 Property defined.
1.537-3 ...
1.537-4 Limitation of gain.
1.537-5 Information to be filed with return.
1.538 Statutory provision; effect on earnings and profits.

**COLLAPSIBLE CORPORATIONS; FOREIGN PERSONAL HOLDING COMPANIES**

1.541 Statutory provision; collapsible corporation.
1.541-1 Collapsible corporation; in general.
1.541-2 Definitions.
1.541-3 Presumptions.
1.541-4 Limitations on application of section.
1.541-5 Application of section.
1.542 Statutory provision; liquidation of certain foreign personal holding companies.
1.542-1 General.

**EXEMPTION**

1.546 Statutory provision; partial liquidation defined.
1.546-1 Partial liquidation.
1.546-2 Treatment of certain redemptions.
1.546-3 Effect of certain sales.

**CORPORATE ORGANIZATIONS AND REORGANIZATIONS**
**CORPORATE ORGANIZATIONS**

1.551 Statutory provision; transfer to corporation controlled by transferor.
1.551-1 Transfer to corporation controlled by transferor.
1.551-2 Receipt of property.
1.551-3 Records to be kept and information to be filed.

**EFFECTS OF EXCHANGES AND SECURITY ISSUES**

1.554 Statutory provision; exchanges of stock and securities in certain reorganizations.
1.554-1 Issuance of stock and securities in certain reorganization.
1.555 Statutory provision; distribution of stock and securities of a controlled corporation.
1.556-1 Distribution of stock and securities of controlled corporation.
1.556-1 Limitations.
1.556-1 Non pro rata distributions, etc.
1.556-1 Active conduct of a trade or business.
1.556-2 Records to be kept; information to be filed.
1.556-3 Statutory provision; receipt of additional consideration.
1.556-4 Receipt of additional consideration in connection with an exchange.
1.556-5 Receipt of additional consideration not in connection with an exchange.
1.556-6 Rules for treatment of securities as "other property".
1.557 Exchanges for section 306 stock.
1.557 Transactions involving gift or compensation.
1.558 Statutory provision; assumption of liability.
1.557-1 Assumption of liability.
1.557-2 Liability in excess of basis.
1.558 Statutory provision; basis to distributees.
1.558-1 Basis to distributees.
1.558-2 Allocation of basis among nonrecognition property.
1.558-3 Treatment of assumption of liabilities.
1.558-3 Exception.

**EFFECTS OF CORPORATION**

1.561 Statutory provision; nonrecognition of gain or loss to corporations.
1.561-1 Nonrecognition of gain or loss to corporations.
1.562 Statutory provision; basis to corporation.

---

Sec.
1.536-3 Distributions in discharge of preference dividends.
1.540 Statutory provision; dispositions of certain stock.
1.540-1 General.
1.540-2 Exception.
1.540-4 Section 306 stock defined.
1.547-1 Statutory provision; basis of stock and stock rights acquired in distributions.
1.547-1 General.
1.547-2 Exception.

**EFFECTS OF CORPORATION**

1.511 Statutory provision; taxability of corporation on distribution.
1.511-1 General.
1.512 Statutory provision; effect on earnings and profits.
1.512-1 Adjustments to earnings and profits reflecting distributions by corporation.
1.512-2 Distribution of inventory assets.
1.512-3 Liabilities.
1.512-4 Effect of adjustments provided in section 312(c).
1.512-5 Special rule for partial liquidations and certain redemptions.
1.512-6 Earnings and profits.
1.512-7 Effect on earnings and profits of gain or loss realized after February 28, 1913.
1.512-8 Effect on earnings and profits of receipt of tax-free distributions requiring adjustment or allocation of basis of stock.
1.512-9 Adjustments to earnings and profits reflecting increase in value accrued before March 1, to earnings and profits.
1.512-10 Allocation of earnings in certain corporate separation.
1.512-11 Effect on earnings and profits of certain other tax-free exchanges, tax-free distributions, and tax-free transfers from one corporation to another.
1.512-12 Distributions of proceeds of loans guaranteed by the United States.

**DEFINITIONS; CONSTRUCTIVE OWNERSHIP OF STOCK**

1.516 Statutory provision; dividend defined.
1.516-1 Dividends.
1.516-2 Sources of distribution in general.
1.517 Statutory provision; other definitions.
1.517-1 Property defined.
1.518 Statutory provision; constructive ownership of stock.
1.518-1 Constructive ownership of stock; introduction.
1.518-2 Application of general rules.
1.518-3 Estate, trusts, and options.
1.518-4 Constructive family ownership.

**CORPORATE LIQUIDATIONS**
**EFFECTS OF SHAREHOLDERS**

1.531 Statutory provision; gain or loss to shareholders in corporate liquidations.
1.531-1 Corporate liquidations.
1.531-2 Statutory provision; complete liquidations of subsidiaries.
1.532 Distributions in liquidation of subsidiary corporation; general.
1.532-1 Requirements for nonrecognition of gain or loss.
1.532-2 Liquidations completed within one taxable year.
1.532-3 Liquidations covering more than one taxable year.
1.532-4 Distributions in liquidation as affecting minority interests.
1.532-5 Records to be kept and information to be filed with return.
1.532-6 Indebtedness of subsidiary to parent.
1.532 Statutory provision; section as to recognition of gain in certain liquidations.
1.533-1 Corporate liquidation in some one calendar month.
1.533-2 Qualified electing shareholder.
1.533-3 Making and filing of written elections.
1.533-4 Treatment of gain.
1.533-5 Statutory provision; basis and information to be filed with return.
1.534 Distributions in liquidation of property received in liquidations.
1.534-1 Basis of property received in liquidations.
1.534-3 Property received in liquidation under section 333.

*Saturday, November 26, 1960*    **FEDERAL REGISTER**

Sec.
1382-1  Basis to corporations.
1382-2  Certain contributions to capital.
1383  Statutory provisions; effect on earnings and profits.

SPECIAL RULE; DEFINITIONS

1387  Statutory provisions; foreign corporations.
1387-1  Foreign corporations.
1388-1  Statutory provisions; definitions relating to corporate reorganizations.
1388-2  Purpose and scope of exception of reorganization exchanges.
1388-3  Definition of terms.
1388-3  Records to be kept and information to be filed with returns.

INSOLVENCY REORGANIZATIONS

1371  Statutory provisions; reorganization in certain receivership and bankruptcy proceedings.
1371-1  Exchanges by corporations.
1371-2  Exchanges by security holders.
1372  Statutory provisions; basis in connection with certain receivership and bankruptcy proceedings.
1373-3  Property acquired by electric railway corporation in corporate reorganization proceeding.

CARRYOVERS

1381(a)  Statutory provisions; carryovers in certain corporate acquisitions; general rule.
1381(a)-1  General rule relating to carryovers in certain corporate acquisitions.
1381(b)  Statutory provisions; carryovers in certain corporate acquisitions; operating rules.
1381(b)-1  Operating rules applicable to carryovers in certain corporate acquisitions.
1381(c)(1)  Statutory provisions; carryovers in certain corporate acquisitions; net operating loss carryovers; items of the distributor or transferor corporation; net operating loss carryover.
1381(c)(1)-1  Net operating loss carryovers in certain corporate acquisitions.
1381(c)(1)-2  Net operating loss carryovers; two or more dates of distribution or transfer in the taxable year.
1383  [Reserved]

EFFECTIVE DATE OF SUBCHAPTER C, CHAPTER 1 OF THE CODE

1391  Statutory provisions; effective date of part I, subchapter C, chapter 1 of the Code.
1391-1  Effective date of part I of subchapter C.
1392  Statutory provisions; effective date of part II, subchapter C, chapter 1 of the Code.
1392-1  Effective date of part II of subchapter C.
1393  Statutory provisions; effective dates of parts III and IV, subchapter C, chapter 1 of the Code.
1393-1  Effective date of parts III and IV of subchapter C.
1393-2  Special rule with respect to certain plans of reorganization arising in 1954.
1393-3  Making and filing of elections.
1394  [Reserved]
1395  Statutory provisions; special rules for application of subchapter C, chapter 1 of the Code.
1395-1  Special rules for application of subchapter C.

DEFERRED COMPENSATION, ETC.

PENSION, PROFIT-SHARING, STOCK BONUS PLANS, ETC.

1401  Statutory provisions; qualified pension, profit-sharing, and stock bonus plans.
1401-1  Qualified pension, profit-sharing, and stock bonus plans.
1401-2  Impossibility of diversion under the trust instrument.

Sec.
1.401-3  Requirements as to coverage.
1.401-4  Discrimination as to contributions or benefits.
1.401-5  Period for which requirements of section 401(a) (3), (4), (5), and (6) are applicable.
1.402(a)  Statutory provisions; taxability of beneficiary of employees' trust; exempt trust.
1.402(a)-1  Taxability of beneficiary under a trust which meets the requirements of section 401(a).
1.402(b)  Statutory provisions; taxability of beneficiary of employees' trust; non-exempt trust.
1.402(b)-1  Treatment of beneficiary of a trust not exempt under section 501(a); certain foreign situs trusts.
1.402(c)  Statutory provisions; taxability of beneficiary of certain foreign situs trusts.
1.402(c)-1  Statutory provisions; taxability of beneficiary of employees' trust; annuities under agreements entered into prior to October 21, 1942.
1.402(d)-1  Effect of section 402(d).
1.402(e)  Statutory provisions; taxability of beneficiary of employees' trust; certain distributions.
1.402(e)-1  Certain plan terminations.
1.403(a)  Statutory provisions; taxation of employee annuities; qualified annuity plan.
1.403(a)-1  Taxability of beneficiary under a qualified annuity plan.
1.403(a)-2  Capital gains treatment for certain distributions.
1.403(b)  Statutory provisions; taxation of employee annuities; nonqualified annuities.
1.403(b)-1  Taxability of beneficiary under a nonqualified annuity.
1.404(a)  Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; general rule.
1.404(a)-1  Contributions of an employer to an employees' trust or annuity plan and compensation under a deferred payment plan; general rule.
1.404(a)-2  Information to be furnished by employer claiming deduction.
1.404(a)-3  Contributions of an employer to or under an employees' pension trust or annuity plan that meets the requirements of section 401(a); application of section 404(a)(1).
1.404(a)-5  Pension and annuity plans; limitations under section 404(a)(1)(A).
1.404(a)-6  Pension and annuity plans; limitations under section 404(a)(1)(B).
1.404(a)-7  Pension and annuity plans; limitations under section 404(a)(1)(C).
1.404(a)-8  Pension and annuity plans; purpose of limitations under section 404(a)(1); section 404(a)(1)(D).
1.404(a)-9  Contributions of an employer under an employees' annuity plan which meets the requirements of section 401(a); application of section 404(a)(2).
1.404(a)-9  Contributions of an employer to an employees' profit-sharing or stock bonus trust that meets the requirements of section 401(a); application of section 404(a)(3)(A).
1.404(a)(3)(B).
1.404(a)-11  Trusts created or organized outside the United States; application of section 404(a)(4).
1.404(a)-13  Contributions of an employer under a plan that does not meet the requirements of section 401(a); application of section 404(a)(5).
1.404(a)-12  Contributions of an employer where deductions are allowable under section 404(a)(1) or (2) and also under section 404(a)(3); application of section 404(a)(7).
1.404(b)  Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; method of contribution, etc., having the effect of a plan.
1.404(b)-1  Method of contribution, etc., having the effect of a plan.
1.404(c)  Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; certain negotiated plans.

11406   RULES AND REGULATIONS

Sec.
1.404(e)-7   Certain qualified plans; effect of section 404(e).
1.404(d)   Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; carryover of unused deduction; effect of section 404(d).
1.404(d)-1   Carryover of unused deduction.

MISCELLANEOUS PROVISIONS
1.421   Statutory provisions; employee stock options.
1.421-1   Meaning and use of certain terms.
1.421-2   Exercise of restricted stock option.
1.421-3   Modification, extension, or renewal.
1.421-5   Operation of section 421.
1.421-4   Options to which section 421 does not apply.

ACCOUNTING PERIODS AND METHODS OF ACCOUNTING
ACCOUNTING PERIODS
1.441   Statutory provisions; period for computation of taxable income.
1.441-1   Period for computation of taxable income.
1.441-2   Exceptions.
1.442   Statutory provisions; change of annual accounting period.
1.442-1   Change of annual accounting period.
1.443   Statutory provisions; returns for a period of less than 12 months.
1.443-1   Returns for periods of less than 12 months.

METHODS OF ACCOUNTING
METHODS OF ACCOUNTING IN GENERAL
1.446   Statutory provisions; general rule for methods of accounting.
1.446-1   General rule for methods of accounting.

TAXABLE YEAR FOR WHICH ITEMS OF GROSS INCOME INCLUDED
1.451   Statutory provisions; general rule for taxable year of inclusion.
1.451-1   General rule for taxable year of inclusion.
1.451-2   Constructive receipt of income.
1.451-3   Long-term contracts.
1.451-4   Inclusion of trading stamps and coupons.
1.452   Statutory provisions; prepaid income.
1.452-1   Prepaid income in general.
1.452-2   Prepaid income to be earned over short period.
1.452-3   Prepaid income to be earned over indefinite period.
1.452-4   Prepaid income to be earned over long period.
1.452-5   Manner of obtaining consent for different treatment of prepaid income.
1.452-6   Treatment of prepaid income where taxpayer's liability ceases.
1.453-8   Effective date.
1.453-9   Definitions.

TAXABLE YEAR FOR WHICH DEDUCTIONS TAKEN
1.461   Statutory provisions; general rule for taxable year of deduction.
1.461-1   General rule for taxable year of deduction.
1.462   Statutory provisions; reserves for estimated expenses.

Sec.
1.462-1   Reserves for estimated expenses.
1.463-1   Adjustments where reserve becomes excessive.
1.463-2   Election of taxable election.
1.463-3   Valuation of assets.
1.463-4   ... defined.
1.463-5   ...
1.463-6   General rule for deductions attributable to period before election.
1.463-7   Examples.

INVENTORIES
1.471   Statutory provisions; general rule for inventories.
1.471-1   Need for inventories.
1.471-2   Valuation of inventories.
1.471-3   Inventories at cost.
1.471-4   Inventories at cost or market, whichever is lower.
1.471-5   Inventories by dealers in securities.
1.471-6   Inventories of livestock raisers and other farmers.
1.471-7   Inventories of miners and manufacturers.
1.471-8   Inventories of retail merchants.
1.471-9   Inventories of acquiring corporations.
1.471-10   Applicability of last-in, first-out inventories.
1.472   Statutory provisions; last-in, first-out inventories.
1.472-1   Last-in, first-out inventories.
1.472-2   Requirements incident to adoption and use of LIFO inventory method.
1.472-3   Time and manner of making election.
1.472-4   Adjustments to be made by taxpayer.
1.472-5   Revocation of election.
1.472-6   Change from LIFO inventory method.
1.472-7   Inventories of acquiring corporation.

ADJUSTMENTS
1.481   Statutory provisions; adjustments required by changes in method of accounting.
1.481-1   Adjustments in general.
1.481-2   Limitation on tax.
1.481-3   Adjustments attributable to pre-1954 Code years where change was not initiated by taxpayer.
1.481-4   Adjustments attributable to pre-1954 Code years where change was initiated by taxpayer.
1.481-5   [Reserved]
1.482   Election to return to former method of accounting.
1.483   [Reserved]

EXEMPT ORGANIZATIONS
GENERAL RULE
1.501(a)   Statutory provisions; exemption from tax on corporations; certain trusts, etc.
1.501(a)-1   Exemption from taxation.
1.501(b)   Statutory provisions; exemption from tax on corporations; certain trusts, etc.; tax on unrelated business income.
1.501(c)(1)   Statutory provisions; exemption from tax on corporations, certain trusts, etc.; instrumentalities of the United States.
1.501(c)(2)   Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to hold title to property for exempt organization.
1.501(c)(2)-1   Corporations organized to hold title to property for exempt organization.
1.501(c)(3)   Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations, and any community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(3)-1   Organizations organized and operated for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(4)   Statutory provisions; exemption from tax on corporations, certain trusts, etc.; civic organizations.

Case 4:02-cr-00019-RRB    Document 229-9    Filed 05/08/2008    Page 9 of 22

Sec.
1.501(c)(4)-1 Civic organizations and local associations of employees.
1.501(c)(5) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; labor, agricultural, and horticultural organizations.
1.501(c)(5)-1 Labor, agricultural, and horticultural organizations.
1.501(c)(6) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; business leagues, chambers of commerce, real estate boards and boards of trade.
1.501(c)(6)-1 Business leagues, chambers of commerce, real estate boards, and boards of trade.
1.501(c)(7) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; social clubs.
1.501(c)(7)-1 Social clubs.
1.501(c)(8) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; fraternal beneficiary societies.
1.501(c)(8)-1 Fraternal beneficiary societies.
1.501(c)(9) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; voluntary employees' beneficiary association.
1.501(c)(9)-1 Voluntary employees' beneficiary association.
1.501(c)(10) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; fraternal beneficiary association.
1.501(c)(11) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; teachers' retirement fund association.
1.501(c)(11)-1 Teachers' retirement fund associations.
1.501(c)(12) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(12)-1 Local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(13) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; cemetery companies.
1.501(c)(13)-1 Cemetery companies.
1.501(c)(14) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; credit unions and mutual insurance funds.
1.501(c)(14)-1 Credit unions and mutual insurance funds.
1.501(c)(15) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; mutual insurance companies other than life or marine.
1.501(c)(15)-1 Mutual insurance companies or associations.
1.501(c)(16) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to finance crop operations.
1.501(c)(16)-1 Corporations organized to finance crop operations.
1.501(c)(17) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; religious and apostolic organizations.
1.501(d)-1 Religious and apostolic associations or corporations.
1.501(e)-1 Communist-controlled organizations.
1.502 Statutory provisions; feeder organizations.
1.502-1 Feeder organizations.
1.503(a)-1 Statutory provisions; requirements for exemption; denial of exemption to organizations engaged in prohibited transactions.
1.503(a)-1 Denial of exemption to organizations engaged in prohibited transactions.
1.503(b) Statutory provisions; requirements for exemption; organizations to which section 503 applies.
1.503(c) Statutory provisions; requirements for exemption; prohibited transactions.
1.503(c)-1 Prohibited transactions.
1.503(d)-1 Statutory provisions; requirements for exemption; future status of organizations denied exemption.
1.503(d)-1 Future status of organizations denied exemption.
1.503(d)-2 Final years and short taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.503(e) Statutory provisions; requirements for exemption; disallowance of certain charitable, etc., deductions.
1.503(e)-1 Disallowance of certain charitable deductions.

Sec.
1.503(f) Statutory provisions; requirements for exemption; definitions.
1.503(g)-1 Statutory provisions; requirements for exemption; special rule for loans.
1.503(g)-1 Cross reference.
1.504 Statutory provisions; denial of exemption.
1.504-1 Denial of exemption.

TAXATION OF BUSINESS INCOME OF CERTAIN EXEMPT ORGANIZATIONS

1.511 Statutory provisions; imposition of tax on unrelated business income of charitable, etc., organizations.
1.511-1 Imposition and subject to tax.
1.511-2 Organizations subject to tax.
1.511-3 Provisions generally applicable to the tax on unrelated business income.
1.512(a)-1 Statutory provisions; unrelated business taxable income; definition.
1.512(a)-1 Definition; general rule.
1.512(b)-1 Statutory provisions; unrelated business taxable income; exceptions, additions, and limitations.
1.512(b)-1 Exceptions, additions, and limitations.
1.512(b)-1 Statutory provisions; unrelated business taxable income; special rules applicable to partnerships.
1.512(c)-1 Special rules applicable to partnerships, in general.
1.513 Statutory provisions; unrelated trade or business; definition.
1.513-1 Definition of unrelated trade or business.
1.514(a)-1 Statutory provisions; business lease rents and deductions.
1.514(a)-1 Business lease rents.
1.514(a)-2 Business lease deductions.
1.514(b)-1 Statutory provisions; business leases; definition of business lease.
1.514(b)-1 Definition of business lease.
1.514(c)-1 Statutory provisions; business leases; business lease indebtedness.
1.514(c)-1 Business lease indebtedness.
1.514(f)-1 Statutory provisions; business leases; personal property lease with real property.
1.516 Statutory provisions; taxes of foreign countries and possessions of the United States.

FARMERS' COOPERATIVES

1.521 Statutory provisions; exemption of farmers' cooperatives from tax.
1.521-1 Farmers' cooperative marketing and purchasing associations; requirements for exemption under section 521.
1.522 Statutory provisions; tax on farmers' cooperatives.
1.522-1 Tax treatment of farmers' cooperative marketing and purchasing associations exempt under section 521.
1.522-2 Manner of taxation of cooperative associations subject to section 521.
1.522-3 Patronage dividends, rebates, or refunds; treatment as to cooperative associations entitled to tax treatment under section 522.

SHIPOWNERS' PROTECTION AND INDEMNITY ASSOCIATIONS

1.526 Statutory provisions; shipowners' protection and indemnity associations.

CORPORATIONS USED TO AVOID INCOME TAX ON SHAREHOLDERS

CORPORATIONS IMPROPERLY ACCUMULATING SURPLUS

1.531 Statutory provisions; imposition of accumulated earnings tax.
1.531-1 Imposition of tax.
1.532 Statutory provisions; corporations subject to accumulated earnings tax.
1.532-1 Corporations subject to accumulated earnings tax.
1.533 Statutory provisions; evidence of purpose to avoid income tax.
1.533-1 Evidence of purpose to avoid income tax.
1.534 Statutory provisions; burden of proof.
1.534-1 Burden of proof.
1.534-2 Burden of proof as to unreasonable accumulations generally.
1.534-3 Burden of proof as to unreasonable accumulations in cases before the Tax Court.
1.534-3 Jeopardy assessments in Tax Court cases.
1.534-4 Taxable years subject to the Internal Revenue Code of 1939.

Sec.
1.535 Statutory provisions; accumulated taxable income.
1.535-1 Definition.
1.535-2 Adjustments to taxable income.
1.535-3 Accumulated earnings credit.
1.536 Statutory provisions; income not placed on annual basis.
1.536-1 Short taxable years.
1.537 Statutory provisions; reasonable needs of the business.
1.537-1 Reasonable needs of the business.
1.537-2 Grounds for accumulation of earnings and profits.
1.537-3 Business of the corporation.

PERSONAL HOLDING COMPANIES

1.541 Statutory provisions; imposition of personal holding company tax.
1.541-1 Imposition of tax.
1.542 Statutory provisions; definition of personal holding company.
1.542-1 General rule.
1.542-2 Gross income requirement.
1.542-3 Stock ownership requirement.
1.542-4 Corporations filing consolidated returns.
1.543 Statutory provisions; definition of personal holding company income.
1.543-1 Personal holding company income.
1.543-2 Limitation on gross income and personal holding company income in transactions involving stocks, securities and commodities.
1.544 Statutory provisions; rules for determining stock ownership.
1.544-1 Constructive ownership.
1.544-2 Constructive ownership by reason of indirect ownership.
1.544-3 Constructive ownership by reason of family and partnership ownership.
1.544-4 Options.
1.544-5 Convertible securities.
1.544-6 Constructive ownership as actual ownership.
1.544-7 Option rule in lieu of family and partnership rule.
1.545 Statutory provisions; undistributed personal holding company income.
1.545-1 Definition.
1.545-2 Adjustments to taxable income.
1.546 Statutory provisions; income not placed on annual basis.
1.547 Statutory provisions; deduction for deficiency dividends.
1.547-1 General rule.
1.547-2 Requirements for deficiency dividends.
1.547-3 Claim for credit or refund.
1.547-4 Effect on dividends paid deduction.
1.547-5 Deduction denied in case of fraud or wilful failure to file timely return.
1.547-6 Suspension of statute of limitations and stay of collection.
1.547-7 Effective date.

FOREIGN PERSONAL HOLDING COMPANIES

1.551 Statutory provisions; foreign personal holding company income taxed to United States shareholders.
1.551-1 General rule.
1.551-2 Amount included in gross income.
1.551-3 Deduction for obligations of the United States and its instrumentalities.
1.551-4 Information in return.
1.551-5 Effect on capital account of foreign personal holding company and basis of stock in hands of shareholders.
1.552 Statutory provisions; definition of foreign personal holding company.
1.552-1 Definition of foreign personal holding company.
1.552-2 Gross income requirement.
1.552-3 Stock ownership requirement.
1.552-4 Certain excluded banks.
1.552-5 United States shareholder of excluded bank.
1.553 Statutory provisions; foreign personal holding company income.
1.553-1 Foreign personal holding company income.
1.554 Statutory provisions; stock ownership.
1.554-1 Stock ownership.
1.555 Statutory provisions; gross income of foreign personal holding companies.

Sec.
1.555-1 General rule.
1.555-2 Additions to gross income.
1.556 Statutory provisions; undistributed foreign personal holding company income.
1.556-1 Definition.
1.556-2 Adjustments to taxable income.
1.556-3 Illustration of computation of undistributed foreign personal holding company income.
1.557 Statutory provisions; income not placed on annual basis.
1.558 Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.

DEDUCTION FOR DIVIDENDS PAID

1.561 Statutory provisions; definition of deduction for dividends paid.
1.561-1 Deduction for dividends paid.
1.561-2 When dividends are considered paid.
1.562 Statutory provisions; rules applicable in determining dividends eligible for dividends paid deduction.
1.562-1 Dividends for which the dividends paid deduction is allowable.
1.562-2 Preferential dividends.
1.562-3 Distributions by a member of an affiliated group.
1.563 Statutory provisions; rules relating to dividends paid after close of taxable year.
1.563-1 Accumulated earnings tax.
1.563-2 Personal holding company tax.
1.563-3 Dividends considered as paid on last day of taxable year.
1.564 Statutory provisions; dividend carryover.
1.564-1 Dividend carryover.
1.565 Statutory provisions; consent dividends.
1.565-1 General rule.
1.565-2 Limitations.
1.565-3 Effect of consent.
1.565-4 Consent dividends and other distributions.
1.565-5 Nonresident aliens and foreign corporations.
1.565-6 Definitions.

BANKING INSTITUTIONS

RULES OF GENERAL APPLICATION TO BANKING INSTITUTIONS

1.581 Statutory provisions; definition of bank.
1.581-1 Tax on banks.
1.581-2 Mutual savings banks, building and loan associations, and cooperative banks.
1.582 Statutory provisions; bad debt and loss deduction with respect to securities held by banks.
1.582-1 Bad debt and loss deduction with respect to securities held by banks.
1.583 Statutory provisions; deductions of dividends paid on certain preferred stock.
1.584 Statutory provisions; common trust funds.
1.584-1 Common trust funds.
1.584-2 Income of participants in common trust fund.
1.584-3 Computation of common trust fund income.
1.584-4 Admission and withdrawal of participants in the common trust fund.
1.584-5 Returns of banks with respect to common trust funds.
1.584-6 Net operating loss deduction.

MUTUAL SAVINGS BANKS, ETC.

1.591 Statutory provisions; deduction for dividends paid on deposits.
1.591-1 Deduction for dividends paid on deposits.
1.592 Statutory provisions; deduction for repayment of certain loans.
1.592-1 Repayment of certain loans by mutual savings banks, building and loan associations, and cooperative banks.
1.593 Statutory provisions; additions to reserve for bad debts.
1.593-1 Additions to reserve for bad debts.

Sec.
1.593-2 Additions to reserve for bad debts where surplus, reserves, and undivided profits equal or exceed 12 percent of deposits or withdrawable accounts.
1.594 Statutory provisions; alternative tax for mutual savings banks conducting life insurance business.
1.594-1 Mutual savings banks conducting life insurance business.

BANK AFFILIATES

1.601 Statutory provisions; special deduction for bank affiliates.
1.601-1 Special deduction for bank affiliates.

NATURAL RESOURCES

DEDUCTIONS

1.611 Statutory provisions; allowance of deduction for depletion.
1.611-1 Allowance of deduction for depletion.
1.611-2 Rules applicable to mines, oil and gas wells, and other natural deposits.
1.611-3 Rules applicable to timber.
1.611-4 Depletion as a factor in computing earnings and profits for dividend purposes.
1.611-5 Depreciation of improvements.
1.612 Statutory provisions; basis for cost depletion.
1.612-1 Basis for allowance of cost depletion.
1.612-2 Allowable capital additions in case of mines.
1.612-3 Depletion; treatment of bonus and advanced royalty.
1.612-4 [Reserved]
1.613 Statutory provisions; percentage depletion.
1.613-1 Percentage depletion; general rule.
1.613-2 Percentage depletion rates.
1.613-3 Gross income from the property.
1.613-4 Taxable income from the property.
1.613-5 Statement to be attached to return when depletion is claimed on percentage basis.
1.613-6 Application of percentage depletion rates provided in section 613(b) to certain taxable years ending in 1954.
1.614 to 1.614-4 [Reserved]
1.615 Statutory provisions; exploration expenditures.
1.615-1 Exploration expenditures.
1.615-2 Deduction of exploration expenditures in the year paid or incurred.
1.615-3 Election to defer exploration expenditures.
1.615-4 Limitation of amount deductible.
1.615-5 Time for making election with respect to returns due on or before May 2, 1960.
1.616 Statutory provisions; development expenditures.
1.616-1 Development expenditures.
1.616-2 Election to defer.
1.616-3 Time for making election with respect to returns due on or before May 2, 1960.

EXCLUSIONS FROM GROSS INCOME

1.621 Statutory provisions; payments to encourage exploration, development, and mining for defense purposes.
1.621-1 Payments to encourage exploration, development, and mining for defense purposes.

SALES AND EXCHANGES

1.631 Statutory provisions; gain or loss in the case of timber or coal.
1.631-1 Election to consider cutting as sale or exchange.
1.631-2 Gain or loss upon the disposal of timber under cutting contract.
1.631-3 Gain or loss upon the disposal of coal with a retained economic interest.
1.632 Statutory provisions; sale of oil or gas properties.
1.632-1 Surtax on sale of oil or gas properties.

ESTATES, TRUSTS, BENEFICIARIES, AND DECEDENTS

ESTATES, TRUSTS, AND BENEFICIARIES

GENERAL RULES FOR TAXATION OF ESTATES AND TRUSTS

Sec.
1.641(a) Statutory provisions; estates and trusts; imposition of tax; application of tax.
1.641(a)-0 Scope of subchapter J.
1.641(a)-1 Imposition of tax; application of tax.
1.641(a)-2 Gross income of estates and trusts.
1.641(b) Statutory provisions; estates and trusts; computation and payment of tax.
1.641(b)-1 Computation and payment of tax; deductions and credits of estates and trusts.
1.641(b)-2 Filing of returns and payment of the tax.
1.641(b)-3 Termination of estates and trusts.
1.642(a)(1) Statutory provisions; estates and trusts; special rules for credits and deductions; partially tax-exempt interest.
1.642(a)(1)-1 Partially tax-exempt interest.
1.642(a)(2) Statutory provisions; estates and trusts; special rules for credits and deductions; foreign taxes.
1.642(a)(2)-1 Foreign taxes.
1.642(a)(3) Statutory provisions; estates and trusts; special rules for credits and deductions; dividends.
1.642(a)(3)-1 Dividends received by an estate or trust.
1.642(a)(3)-2 Time of receipt of dividends by beneficiary.
1.642(a)(3)-3 Cross reference.
1.642(b) Statutory provisions; estates and trusts; special rules for credits and deductions; personal exemption.
1.642(b)-1 Deduction for personal exemption.
1.642(c) Statutory provisions; estates and trusts; special rules for credits and deductions; charitable contributions deduction.
1.642(c)-1 Charitable contributions deduction.
1.642(c)-2 Reduction of charitable contributions deduction by exempt income.
1.642(c)-3 Capital gains included in charitable contribution.
1.642(c)-4 Cross reference.
1.642(d) Statutory provisions; estates and trusts; special rules for credits and deductions; net operating loss deduction.
1.642(d)-1 Net operating loss deduction.
1.642(e) Statutory provisions; estates and trusts; special rules for credits and deductions; deduction for depreciation and depletion.
1.642(e)-1 Depreciation and depletion.
1.642(f) Statutory provisions; estates and trusts; special rules for credits and deductions; amortization of emergency or grain storage facilities.
1.642(f)-1 Amortization of emergency or grain storage facilities.
1.642(g) Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of double deductions.
1.642(g)-1 Disallowance of double deductions; in general.
1.642(g)-2 Deductions included.
1.642(h) Statutory provisions; estates and trusts; special rules for credits and deductions; unused loss carryovers and excess deductions.
1.642(h)-1 Unused loss carryovers on termination of an estate or trust.
1.642(h)-2 Excess deductions on termination of an estate or trust.
1.642(h)-3 Meaning of "beneficiaries succeeding to the property of the estate or trust".
1.642(h)-4 Allocation.
1.642(h)-5 Example.
1.642(i) Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of standard deduction.
1.642(i)-1 Disallowance of standard deduction (cross reference).
1.643(a) Statutory provisions; estates and trusts; definition of distributable net income.
1.643(a)-0 Distributable net income; deduction for distribution; in general.
1.643(a)-1 Deduction for distributions.

**Sec.**

1.643(a)-3   Deduction (for personal exemption.
1.643(a)-1   Capital gains and losses.
1.643(a)-2   Extraordinary dividends and taxable stock dividends.
1.643(a)-5   Tax-exempt interest.
1.643(a)-4   Foreign income.
1.643(a)-3   Dividends.
1.643(b)-1   Definition of "income".
1.643(b)-2   Dividends allocated to corpus.
1.643(b)-3   Statutory provisions; estates and trusts; definition of beneficiary.
1.643(c)-1   Definition of "beneficiary".
1.644-1      Illustration of the provisions of section 643.

**TRUSTS WHICH DISTRIBUTE CURRENT INCOME ONLY**

1.651(a)     Statutory provisions; trusts which distribute current income only; deduction for amounts required to be distributed currently.
1.651(a)-1   Simple trusts.
1.651(a)-2   Income required to be distributed currently.
1.651(a)-3   Income required to be distributed currently; limitation on deduction for amounts other than income.
1.651(a)-4   Distribution in gross income of beneficiaries.
1.651(a)-5   Estates.
1.652(a)     Statutory provisions; trusts which distribute current income only; inclusion of amounts in gross income of beneficiaries.
1.652(a)-1   Simple trusts; inclusion of amounts in income of beneficiaries.
1.652(a)-2   Distributions in excess of distributable net income.
1.652(b)-1   Character of amounts.
1.652(b)-2   Allocation of deductions.
1.652(b)-3   Allocation of deductions.
1.652(c)-1   Different taxable years.

**ESTATES AND TRUSTS WHICH MAY ACCUMULATE INCOME OR WHICH DISTRIBUTE CORPUS**

1.661(a)     Statutory provisions; estates and trusts accumulating income or distributing corpus; deduction for amounts required to be distributed currently and other amounts.
1.661(a)-1   Estates and trusts accumulating income or distributing corpus; general.
1.661(a)-2   Deduction for distributions to beneficiaries.
1.661(b)-1   Character of amounts distributed; general.
1.661(b)-2   Character of amounts distributed when charitable contribution are made.
1.661(c)-1   Illustration of the provisions of sections 661 and 662.

**Sec.**

1.662(a)     Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; inclusion of amounts in the hands of beneficiaries.
1.662(a)-1   Inclusion of amounts in gross income of beneficiaries.
1.662(a)-2   Currently distributable income.
1.662(a)-3   Other amounts distributed.
1.662(a)-4   Amounts used in discharge of a legal obligation.
1.662(b)-1   Character of amounts; when no charitable contribution is made.
1.662(b)-2   Character of amounts; when charitable contribution is made.
1.662(c)-1   Different taxable years.
1.663(a)     Statutory provisions; special rules applicable to sections 661 and 662; exclusions; gifts, bequests, etc.
1.663(a)-1   Special rules applicable to sections 661 and 662; exclusions.
1.663(a)-2   Charitable, etc., distributions.
1.663(a)-3   Denial of double deduction.
1.663(b)     Statutory provisions; estates and complex trusts; special rules applicable to section 661 and 662; distributions in first sixty-five days of taxable year.
1.663(b)-1   Distributions in first sixty-five days of taxable year; scope.
1.663(b)-2   Election.
1.663(c)     Statutory provisions; separate shares treated as separate trusts.
1.663(c)-1   Separate shares treated as separate trusts; in general.
1.663(c)-2   Applicability of separate share rule.

**TREATMENT OF EXCESS DISTRIBUTIONS BY TRUSTS**

1.665(a)     Statutory provisions; estates and trusts; definition of undistributed net income.
1.665(a)-1   Undistributed net income.
1.665(b)     Statutory provisions; estates and trusts; definition of taxes imposed on the trust.
1.665(b)-1   Taxes imposed on the trust.
1.666(a)     Statutory provisions; excess distributions by trusts; definition of preceding taxable year.
1.666(a)-1   Preceding taxable year.
1.666(b)     Statutory provisions; excess distributions by trusts; excess share rule.
1.666(b)-1   Application of separate share rule.
1.667(a)     Statutory provisions; excess distributions by trusts; allocation of accumulation distribution.
1.667(a)-1   Accumulation distribution; in general.
1.668(a)     Statutory provisions; excess distributions by trusts; total taxes deemed distributed.
1.668(a)-1   Total taxes deemed distributed.
1.668(b)-1   Pro rata portion of taxes deemed distributed.
1.669(a)     Statutory provisions; excess distributions by trusts; pro rata portion of taxes deemed distributed.
1.669(a)-1   Illustration of the provisions of section 668.
1.669(b)     Statutory provisions; excess distributions by trusts; denial of refund to trusts.
1.669(b)-1   Denial of refund to trusts.
1.670(a)     Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding taxable years; amounts treated as received
1.670(b)-1   Amounts treated as received in prior taxable year; inclusion in gross income.
1.671(a)-2   Allocation among beneficiaries; in general.
1.671(a)-3   Excluded amounts.

Sec.
1.668(a)-4 Tax attributable to throwback.
1.668(b) Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding years; credit for taxes paid by trust.
1.668(b)-1 Credit for taxes paid by the trust.
1.668(b)-2 Illustration of the provisions of subpart D.

GRANTORS AND OTHERS TREATED AS SUBSTANTIAL OWNERS

1.671 Statutory provisions; estates and trusts; grantors and others treated as substantial owners; income, deductions, and credits attributable to grantors and others as substantial owners.
1.671-1 Grantors and others treated as substantial owners; scope.
1.671-2 Applicable principles.
1.671-3 Attribution or inclusion of income, deductions, and credits against tax.
1.671-4 Method of reporting.
1.672(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of adverse party.
1.672(a)-1 Definition of adverse party.
1.672(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of nonadverse party.
1.672(b)-1 Nonadverse party.
1.672(c) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of related or subordinate party.
1.672(c)-1 Related or subordinate party.
1.672(d) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; rule where power is subject to condition precedent.
1.672(d)-1 Power subject to condition precedent.
1.673(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; reversionary interests.
1.673(a)-1 Reversionary interests; income payable to beneficiaries other than certain charitable organizations; general rule.
1.673(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; charitable beneficiaries.
1.673(b)-1 Income payable to charitable beneficiaries.
1.673(c) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; reversionary interest taking effect at death of income beneficiary.
1.673(c)-1 Reversionary interest after income beneficiary's death.
1.673(d) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; postponement of date specified for reacquisition.
1.673(d)-1 Postponement of date specified for reacquisition.
1.674(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to control beneficial enjoyment.
1.674(a)-1 Power to control beneficial enjoyment; scope of section 674.
1.674(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exceptions for certain powers to control beneficial enjoyment.
1.674(b)-1 Excepted powers exercisable by any person.
1.674(c) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exception for certain powers of independent trustees.
1.674(c)-1 Excepted powers exercisable only by independent trustees.
1.674(d) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to allocate income if limited by a standard.
1.674(d)-1 Excepted powers exercisable by any trustee other than grantor or spouse.
1.674(d)-2 Limitations on exceptions in section 674 (b), (c), and (d).
1.675 Statutory provisions; estates and trusts; grantors and others treated as substantial owners; administrative powers.
1.675-1 Administrative powers.
1.676(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to revoke; general rule.
1.676(a)-1 Power to revest title to portion of trust property in grantor; general rule.

Sec.
1.676(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to revoke exercisable only after a period of time.
1.676(b)-1 Powers exercisable only after a period of time.
1.677(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; income for benefit of grantor; general rule.
1.677(a)-1 Income for benefit of grantor; general rule.
1.667(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; trusts for support of grantor's dependents.
1.677(b)-1 Trusts for support.
1.678(a) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; person other than grantor treated as substanial owner; general rule.
1.678(a)-1 Person other than grantor treated as substantial owner; general rule.
1.678(b) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exception where grantor is taxable.
1.678(b)-1 If grantor is treated as the owner.
1.678(c) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; trusts for support.
1.678(c)-1 Trusts for support.
1.678(d) Statutory provisions; estates and trusts; grantors and others treated as substantial owners; effect of renunciation or disclaimer.
1.678(d)-1 Renunciation of power.

MISCELLANEOUS

1.681(a) Statutory provisions; estates and trusts; limitation on charitable contributions deduction; unrelated business income.
1.681(a)-1 Limitations on charitable contributions deduction of trusts; scope of section 681.
1.681(a)-2 Limitation on charitable contributions deduction of trusts with trade or business income.
1.681(b) Statutory provisions; estates and trusts; limitation on charitable contributions deduction; prohibited transactions.
1.681(b)-1 Limitation on charitable contributions deduction of trusts engaged in prohibited transactions.
1.681(b)-2 Disallowance to donors of certain charitable, etc., deductions for gifts made in trust.
1.681(c) Statutory provisions; estates and trusts; limitation on charitable contributions deductions; trusts accumulating income.
1.681(c)-1 Limitation on charitable contributions deduction of trusts accumulating income.
1.681(d) Statutory provisions; estates and trusts; disallowance of certain charitable contributions deductions; cross reference.
1.681(d)-1 Disallowance of certain charitable contributions deductions.
1.682(a) Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; inclusion in gross income of wife.
1.682(a)-1 Income of trust in case of divorce, etc.
1.682(b) Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; wife considered a beneficiary.
1.682(b)-1 Application of trust rules to alimony payments.
1.682(c) Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; definitions of "husband" and "wife".
1.682(c)-1 Definitions.
1.683 Statutory provisions; estates and trusts; applicability of provisions.
1.683-1 Applicability of provisions; general rule.
1.683-2 Exceptions.
1.683-3 Application of the 65-day rule of the Internal Revenue Code of 1939.

INCOME IN RESPECT OF DECEDENTS

1.691(a) Statutory provisions; recipients of income in respect of decedents; inclusion in gross income.
1.691(a)-1 Income in respect of a decedent.
1.691(a)-2 Inclusion in gross income by recipients.
1.691(a)-3 Character of gross income.

Sec.
1.691(a)-4 Transfer of right to income in respect of a decedent.
1.691(a)-5 Installment obligations acquired from decedent.
1.691(b) Statutory provisions; recipients of income in respect of decedents; allowance of deductions and credit.
1.691(b)-1 Allowance of deductions and credit in respect of decedents.
1.691(c) Statutory provisions; recipients of income in respect of decedents; deduction for estate tax.
1.691(c)-1 Deduction for estate tax attributable to income in respect of a decedent.
1.691(c)-2 Estates and trusts.
1.691(d) Statutory provisions; recipients of income in respect of decedents; amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(d)-1 Amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(e) Statutory provisions; recipients of income in respect of decedents; cross reference.
1.691(e)-1 Cross reference.
1.692 Statutory provisions; income taxes on members of Armed Forces on death.
1.692-1 Abatement of income taxes of certain members of the Armed Forces of the United States upon death.

PARTNERS AND PARTNERSHIPS

DETERMINATION OF TAX LIABILITY

1.701 Statutory provisions; partners, not partnership, subject to tax.
1.701-1 Partners, not partnership, subject to tax.
1.702 Statutory provisions; income and credits of partner.
1.702-1 Income and credits of partner.
1.702-2 Net operating loss deduction of partner.
1.703 Statutory provisions; partnership computations.
1.703-1 Partnership computations.
1.704 Statutory provisions; partner's distributive share.
1.704-1 Partner's distributive share.
1.705 Statutory provisions; determination of basis of partner's interest.
1.705-1 Determination of basis of partner's interest.
1.706 Statutory provisions; taxable years of partner and partnership.
1.706-1 Taxable years of partner and partnership.
1.707 Statutory provisions; transactions between partner and partnership.
1.707-1 Transactions between partner and partnership.
1.708 Statutory provisions; continuation of partnership.
1.708-1 Continuation of partnership.

CONTRIBUTIONS, DISTRIBUTIONS, AND TRANSFERS

CONTRIBUTIONS TO A PARTNERSHIP

1.721 Statutory provisions; nonrecognition of gain or loss on contribution.
1.721-1 Nonrecognition of gain or loss on contribution.
1.722 Statutory provisions; basis of contributing partner's interest.
1.722-1 Basis of contributing partner's interest.
1.723 Statutory provisions; basis of property contributed to partnership.
1.723-1 Basis of property contributed to partnership.

DISTRIBUTIONS BY A PARTNERSHIP

1.731 Statutory provisions; extent of recognition of gain or loss on distribution.
1.731-1 Extent of recognition of gain or loss on distribution.
1.732 Statutory provisions; basis of distributed property other than money.
1.732-1 Basis of distributed property other than money.
1.732-2 Special partnership basis of distributed property.
1.733 Statutory provisions; basis of distributee partner's interest.
1.733-1 Basis of distributee partner's interest.
1.734 Statutory provisions; optional adjustment to basis of undistributed partnership property.
1.734-1 Optional adjustment to basis of undistributed partnership property.
1.734-2 Adjustment after distribution to transferee partner.

Sec.
1.735 Statutory provisions; character of gain or loss on disposition of distributed property.
1.735-1 Character of gain or loss on disposition of distributed property.
1.736 Statutory provisions; payments to a retiring partner or a deceased partner's successor in interest.
1.736-1 Payments to a retiring partner or a deceased partner's successor in interest.

TRANSFERS OF INTERESTS IN A PARTNERSHIP

1.741 Statutory provisions; recognition and character of gain or loss on sale or exchange.
1.741-1 Recognition and character of gain or loss on sale or exchange.
1.742 Statutory provisions; basis of transferee partner's interest.
1.742-1 Basis of transferee partner's interest.
1.743 Statutory provisions; optional adjustment to basis of partnership property.
1.743-1 Optional adjustment to basis of partnership property.

PROVISIONS COMMON TO PART II, SUBCHAPTER K, CHAPTER 1 OF THE CODE

1.751 Statutory provisions; unrealized receivables and inventory items.
1.751-1 Unrealized receivables and inventory items.
1.752 Statutory provisions; treatment of certain liabilities.
1.752-1 Treatment of certain liabilities.
1.753 Statutory provisions; partner receiving income in respect of decedent.
1.753-1 Partner receiving income in respect of decedent.
1.754 Statutory provisions; manner of electing optional adjustment to basis of partnership property.
1.754-1 Time and manner of making election to adjust basis of partnership property.
1.755 Statutory provisions; rules for allocation of basis.
1.755-1 Rules for allocation of basis.

DEFINITIONS

1.761 Statutory provisions; terms defined.
1.761-1 Terms defined.

EFFECTIVE DATE FOR SUBCHAPTER K, CHAPTER 1 OF THE CODE

1.771 Statutory provisions; effective date.
1.771-1 Effective date.

INSURANCE COMPANIES

LIFE INSURANCE COMPANIES

1.801 Statutory provisions; life insurance companies; definition of life insurance company.
1.801-1 Definitions.
1.802(a) [Reserved]
1.802(b) Statutory provisions; life insurance companies; imposition of tax.
1.802(b)-1 Tax on life insurance companies.
1.803 Statutory provisions; life insurance companies; other definitions and rules.
1.803-1 Life insurance reserves.
1.803-2 Adjusted reserves.
1.803-3 Interest paid or accrued.
1.803-4 Taxable income and deductions.
1.803-5 Real estate owned and occupied.
1.803-6 Amortization of premium and accrual of discount.
1.804 [Reserved]
1.805 Statutory provisions; life insurance companies; life insurance company taxable income.
1.805-1 Tax on life insurance companies in the case of a taxable year beginning in 1954.
1.805-2 Reserve interest credit.
1.806 Statutory provisions; life insurance companies; adjustment for certain reserves.
1.806-1 Adjustment for certain reserves.
1.807 Statutory provisions; life insurance companies; foreign life insurance companies.
1.807-1 Foreign life insurance companies.

**MUTUAL INSURANCE COMPANIES (OTHER THAN LIFE OR MARINE OR FIRE INSURANCE COMPANIES ISSUING PERPETUAL POLICIES)**

Sec.
1.821    Statutory provisions; tax on mutual insurance companies (other than life or marine or fire insurance companies issuing perpetual policies).
1.821-1    Tax on mutual insurance companies (other than life or marine or fire insurance companies, and mutual fire insurance companies subject to the tax imposed by section 821.
1.821-2    Statutory provisions; determination of mutual insurance company taxable income.

1.822-1    Taxable income and deductions.
1.822-2    Real estate owned and occupied.
1.822-3    Amortization of premium and accrual of discount.
1.822-4    Dividends.
1.822-5    Net investment income.
1.822-6    Real property.
1.823    Statutory provisions; other definitions.

1.823-1    ... 
1.823-2    Dividends to policyholders.

**OTHER INSURANCE COMPANIES**

1.831    Statutory provisions; tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.831-1    Tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.832    Statutory provisions; insurance company taxable income.
1.832-1    Gross income.
1.832-2    Deductions.

**PROVISIONS OF GENERAL APPLICATION**

1.841    Statutory provisions; credit for foreign taxes.
1.842    Statutory provisions; computation of gross income.

**REGULATED INVESTMENT COMPANIES**

1.851    Statutory provisions; definition of regulated investment company.
1.851-1    Definition of regulated investment company.
1.851-2    Limitations applicable to section 851(b)(4).
1.851-3    Determination of status.
1.851-4    Examples.
1.851-5    Investment companies furnishing capital to development corporations.
1.852    Statutory provisions; taxation of regulated investment companies and their shareholders.
1.852-1    Taxation of regulated investment companies.
1.852-2    Method of taxation of regulated investment companies.
1.852-3    Investment company taxable income.
1.852-4    Method of taxation of shareholders of regulated investment companies.
1.852-5    Earnings and profits of a regulated investment company.
1.852-6    Records to be kept for purpose of determining whether a corporation claiming to be a regulated investment company is a personal holding company.
1.852-7    Additional information required in returns of shareholders.
1.852-8    Special procedural requirements applicable to designation under section 853(b)(3)(D).
1.853    Statutory provisions; foreign tax credit allowed to shareholders.
1.853-1    Foreign tax credit allowed to shareholders.
1.853-2    Effect of election.
1.853-3    Notice to shareholders.
1.853-4    Manner of making election.
1.854    Statutory provisions; limitation applicable to dividends received from regulated investment company.
1.854-1    Limitations applicable to dividends received from regulated investment company.
1.854-2    Notice to shareholders.
1.854-3    Definitions.
1.855    Statutory provisions; dividends paid by regulated investment company after close of taxable year.

Sec.
1.855-1    Dividends paid by regulated investment company after close of taxable year.

**TAX BASED ON INCOME FROM SOURCES WITHIN OR WITHOUT THE UNITED STATES**

**DETERMINATION OF SOURCES OF INCOME**

1.861    Statutory provisions; income from sources within the United States.
1.861-1    Income from sources within the United States.
1.861-2    Interest.
1.861-3    Dividends.
1.861-4    Compensation for labor or personal services.
1.861-5    Rentals and royalties.
1.861-6    Sale of real property.
1.861-7    Sale of personal property.
1.862    Statutory provisions; income from sources without the United States.
1.862-1    Income from sources without the United States.
1.863    Statutory provisions; items not specified in section 861 or 862.
1.863-1    Allocation of gross income under section 863(a).
1.863-2    Income from sources within and partly from sources within the United States.
1.863-3    Income from the sale of personal property derived partly from within and partly from without the United States.
1.863-4    Personal property produced and sold.
1.864    ...
1.864-1    Transportation service.
1.864-2    Telegraph and cable services.
1.864-3    Income from sources within a foreign country or possession of the United States.
1.864    Statutory provisions; definitions.

**NONRESIDENT ALIENS AND FOREIGN CORPORATIONS**

**NONRESIDENT ALIEN INDIVIDUALS**

1.871    Statutory provisions; tax on nonresident alien individuals.
1.871-1    Tax on nonresident alien individuals.
1.871-2    Determining residence of alien individuals.
1.871-3    Residence of alien seamen.
1.871-4    Proof of residence of aliens.
1.871-5    Loss of residence by an alien.
1.871-6    Duty of employer to determine status of alien employee.
1.872    Statutory provisions; gross income of nonresident alien individuals.
1.872-1    Gross income of nonresident alien individuals.
1.872-2    Exclusions from gross income of nonresident alien individuals.
1.873    Statutory provisions; deductions.
1.873-1    Deductions allowed nonresident alien individuals.
1.874    Statutory provisions; allowance of deductions and credits.
1.874-1    Allowance of deductions and credits to nonresident alien individuals.
1.875    Partnerships.
1.876    Statutory provisions; alien residents of Puerto Rico.
1.876-1    Alien residents of Puerto Rico.
1.877    Statutory provisions; certain foreign exempt organizations.

**FOREIGN CORPORATIONS**

1.881    Statutory provisions; tax on foreign corporations not engaged in business in the United States.
1.881-1    Taxation of foreign corporations.
1.882    Tax on resident foreign corporations.
1.882-1    Tax on resident foreign corporations.
1.882-2    ...
1.882-3    Gross income of foreign corporations.
1.883    Statutory provisions; deductions allowed foreign corporations.
1.883-1    Deductions allowed foreign corporations.
1.883-2    Allowance of deductions to foreign corporations.

Sec.
1.883 Statutory provisions; exclusions from gross income.
1.883-1 Exclusions from gross income of foreign corporations.
1.884 Statutory provisions; cross references.

MISCELLANEOUS PROVISIONS

1.891 Statutory provisions; doubling of rates of tax on citizens and corporations of certain foreign countries.
1.892 Statutory provisions; income of foreign governments and of international organizations.
1.892-1 Income of foreign governments and international organizations.
1.893 Statutory provisions; compensation of employees of foreign governments or international organizations.
1.893-1 Compensation of employees of foreign governments or international organizations.
1.894 Statutory provisions; income exempt under treaty.
1.894-1 Income exempt under treaty.

INCOME FROM SOURCES WITHOUT THE UNITED STATES

FOREIGN TAX CREDIT

1.901 Statutory provisions; taxes of foreign countries and of possessions of United States.
1.901-1 Allowance of credit for taxes.
1.901-2 Definitions.
1.902 Statutory provisions; credit for corporate stockholder in foreign corporation.
1.902-1 Taxes of foreign corporation.
1.902-2 Special rules for payments from certain wholly-owned foreign corporations.
1.903 Statutory provisions; credit for taxes in lieu of income, etc., taxes.
1.903-1 Definition of taxes in lieu of income, war profits, or excess profits taxes.
1.904 Statutory provisions; limitation on credit.
1.904-1 Limitation on credit for foreign taxes.
1.905 Statutory provisions; applicable rules.
1.905-1 When credit for taxes may be taken.
1.905-2 Conditions of allowance of credit.
1.905-3 Redetermination of the tax when credit proves incorrect.
1.905-4 Credit for taxes accrued but not paid.
1.905-5 Credit for United Kingdom income taxes paid with respect to royalties.

EARNED INCOME OF CITIZENS OF UNITED STATES

1.911 Statutory provisions; earned income from sources without the United States.
1.911-1 Earned income from sources without the United States.
1.912 Statutory provisions; exemption for certain allowances.
1.912-1 Exclusion of certain cost-of-living allowances.
1.912-2 Exclusion of certain allowances of Foreign Service personnel.

WESTERN HEMISPHERE TRADE CORPORATIONS

1.921 Statutory provisions; definition of Western Hemisphere trade corporations.
1.921-1 Definition of Western Hemisphere trade corporation.
1.922 Statutory provisions; special deduction.
1.922-1 Special deduction of Western Hemisphere trade corporation.

POSSESSIONS OF THE UNITED STATES

1.931 Statutory provisions; income from sources within possessions of the United States.
1.931-1 Citizens of the United States and domestic corporations deriving income from sources within a certain possession of the United States.
1.932 Statutory provisions; taxation of citizens of possessions of the United States.
1.932-1 Status of citizens of United States possessions.
1.933 Statutory provisions; income from sources within Puerto Rico.
1.933-1 Exclusion of certain income from sources within Puerto Rico.

CHINA TRADE ACT CORPORATIONS

1.941 Statutory provisions; special deduction for China Trade Act corporations.

Sec.
1.941-1 Special deduction for China Trade Act corporations.
1.941-2 Meaning of terms used in connection with China Trade Act corporations.
1.941-3 Illustration of principles.
1.942 Statutory provisions; disallowance of foreign tax credit.
1.943 Statutory provisions; exclusion of dividends to residents of Formosa or Hong Kong.
1.943-1 Withholding by a China Trade Act corporation.

GAIN OR LOSS ON DISPOSITION OF PROPERTY

DETERMINATION OF AMOUNT OF AND RECOGNITION OF GAIN OR LOSS

1.1001 Statutory provisions; determination of amount of and recognition of gain or loss.
1.1001-1 Computation of gain or loss.
1.1002 Statutory provisions; recognition of gain or loss.
1.1002-1 Sales or exchanges.

BASIS RULES OF GENERAL APPLICATION

1.1011 Statutory provisions; adjusted basis for determining gain or loss.
1.1011-1 Adjusted basis.
1.1012 Statutory provisions; basis of property—cost.
1.1012-1 Basis of property.
1.1012-2 Transfers in part a sale and in part a gift.
1.1013 Statutory provisions; basis of property included in inventory.
1.1013-1 Property included in inventory.
1.1014 Statutory provisions; basis of property acquired from a decedent.
1.1014-1 Basis of property acquired from a decedent.
1.1014-2 Property acquired from a decedent.
1.1014-3 Other basis rules.
1.1014-4 Uniformity of basis; adjustment to basis.
1.1014-5 Gain or loss.
1.1014-6 Special rule for adjustments to basis where property is acquired from a decedent prior to his death.
1.1014-7 Example applying rules of §§ 1.1014-4 through 1.1014-6 to case involving multiple interests.
1.1014-8 Bequest, devise, or inheritance of a remainder interest.
1.1015 Statutory provisions; basis of property acquired by gifts and transfers in trust.
1.1015-1 Basis of property acquired by gift after December 31, 1920.
1.1015-2 Transfer of property in trust after December 31, 1920.
1.1015-3 Gift or transfer in trust before January 1, 1921.
1.1015-4 Transfers in part a gift and in part a sale.
1.1016 Statutory provisions; adjustments to basis.
1.1016-1 Adjustments to basis; scope of section.
1.1016-2 Items properly chargeable to capital account.
1.1016-3 Exhaustion, wear and tear, obsolescence, amortization and depletion for periods since February 28, 1913.
1.1016-4 Exhaustion, wear and tear, obsolescence, amortization, and depletion; periods during which income was not subject to tax.
1.1016-5 Miscellaneous adjustments to basis.
1.1016-6 Other applicable rules.
1.1016-7 Adjusted basis; cancellation of indebtedness under Bankruptcy Act.
1.1016-8 Adjusted basis; cancellation of indebtedness; special cases.
1.1016-9 Adjusted basis; mutual savings banks, building and loan associations, and cooperative banks.
1.1016-10 Substituted basis.
1.1017 Statutory provisions; discharge of indebtedness.
1.1017-1 Adjusted basis; discharge of indebtedness; general rule.
1.1017-2 Adjusted basis; discharge of indebtedness; special cases.
1.1018 Statutory provisions; adjustment of capital structure before September 22, 1938.
1.1018-1 Adjusted basis; exception to section 270 of the Bankruptcy Act, as amended.

Sec.
1.1019 Statutory provisions; property on which lessee has made improvements.
1.1019-1 Property on which lessee has made improvements.
1.1020 Statutory provisions; election in respect of depreciation, etc., allowed before 1952.
1.1020-1 Election as to amounts allowed in respect of depreciation, etc., before 1952.
1.1021 Statutory provisions; sale of annuities.
1.1021-1 Sale of annuities.
1.1022 Statutory provisions; cross references.

COMMON NONTAXABLE EXCHANGES

1.1031(a) Statutory provisions; exchange of property held for productive use or investment; nonrecognition of gain or loss from exchanges solely in kind.
1.1031(a)-1 Property held for productive use in trade or business or for investment.
1.1031(b) Statutory provisions; exchange of property held for productive use or investment; gain from exchanges not solely in kind.
1.1031(b)-1 Receipt of other property or money in tax-free exchange.
1.1031(c) Statutory provisions; exchange of property held for productive use or investment; loss from exchanges not solely in kind.
1.1031(c)-1 Nonrecognition of loss.
1.1031(d) Statutory provisions; exchange of property held for productive use or investment; basis.
1.1031(d)-1 Property acquired upon a tax-free exchange.
1.1031(d)-2 Treatment of assumption of liabilities.
1.1032 Statutory provisions; exchange of stock for property.
1.1032-1 Disposition by a corporation of its own capital stock.
1.1033(a) Statutory provisions; involuntary conversions; general rule.
1.1033(a)-1 Involuntary conversions; nonrecognition of gain.
1.1033(a)-2 Involuntary conversion where disposition of the converted property occurred after December 31, 1950.
1.1033(a)-3 Involuntary conversion where disposition of the converted property occurred before January 1, 1951.
1.1033(a)-4 Replacement funds where disposition of the converted property occurred before January 1, 1951.
1.1033(b) Statutory provisions; involuntary conversions; residence of taxpayer.
1.1033(b)-1 Involuntary conversion of principal residence.
1.1033(c) Statutory provisions; involuntary conversions; basis of property acquired through involuntary conversion.
1.1033(c)-1 Basis of property acquired as a result of an involuntary conversion.
1.1033(d) Statutory provisions; involuntary conversions; property sold pursuant to reclamation laws.
1.1033(d)-1 Disposition of excess property within irrigation project deemed to be involuntary conversion.
1.1033(e) Statutory provisions; involuntary conversions; livestock destroyed by disease.
1.1033(e)-1 Destruction or disposition of livestock because of disease.
1.1033(f) Statutory provisions; livestock sold on account of drought.
1.1033(f)-1 Sale or exchange of livestock solely on account of drought.
1.1033(g) Statutory provisions; involuntary conversions; condemnation of real property held for productive use in trade or business or for investment.
1.1033(g)-1 Condemnation of real property held for productive use in trade or business or for investment.
1.1033(h) Statutory provisions; involuntary conversions; cross references.
1.1033(h)-1 Effective date.
1.1034 Statutory provisions; sale or exchange of residence.
1.1034-1 Sale or exchange of residence.
1.1035 Statutory provisions; certain exchanges of insurance policies.
1.1035-1 Certain exchanges of insurance policies.
1.1036 Statutory provisions; stock for stock of same corporation.
1.1036-1 Stock for stock of the same corporation.

SPECIAL RULES

1.1051 Statutory provisions; property acquired during affiliation.
1.1051-1 Basis of property acquired during affiliation.

Sec.
1.1052 Statutory provisions; basis established by the Revenue Act of 1932 or 1934 or by the Internal Revenue Code of 1939.
1.1052-1 Basis of property established by Revenue Act of 1932.
1.1052-2 Basis of property established by Revenue Act of 1934.
1.1052-3 Basis of property established by the Internal Revenue Code of 1939.
1.1053 Statutory provisions; basis of property acquired before March 1, 1913.
1.1053-1 Property acquired before March 1, 1913.
1.1054 Statutory provisions; cross references.

CHANGES TO EFFECTUATE F.C.C. POLICY

1.1071 Statutory provisions; gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071-1 Gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071-2 Nature and effect of election.
1.1071-3 Reduction of basis of property pursuant to election under section 1071.
1.1071-4 Manner of election.

EXCHANGES IN OBEDIENCE TO S.E.C. ORDERS

1.1081 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; nonrecognition of gain or loss.
1.1081-1 Terms used.
1.1081-2 Purpose and scope of exception.
1.1081-3 Exchanges of stock or securities solely for stock or securities.
1.1081-4 Exchanges of property for property by corporations.
1.1081-5 Distribution solely of stock or securities.
1.1081-6 Transfers within system group.
1.1081-7 Sale of stock or securities received upon exchange by members of system group.
1.1081-8 Exchanges in which money or other nonexempt property is received.
1.1081-9 Requirements with respect to order of Securities and Exchange Commission.
1.1081-10 Nonapplication of other provisions of the Internal Revenue Code of 1954.
1.1081-11 Records to be kept and information to be filed with returns.
1.1082 Statutory provisions; basis of property acquired in exchanges and distributions made in obedience to orders of the Securities and Exchange Commission.
1.1082-1 Basis for determining gain or loss.
1.1082-2 Basis of property acquired upon exchanges under section 1081 (a) or (e).
1.1082-3 Reduction of basis of property by reason of gain not recognized under section 1081(b).
1.1082-4 Basis of property acquired by corporation under section 1081(a), 1081(b), or 1081(e) as contribution of capital or surplus, or in consideration for its own stock or securities.
1.1082-5 Basis of property acquired by shareholder upon tax-free distribution under section 1081(c) (1) or (2).
1.1082-6 Basis of property acquired under section 1081(d) in transactions between corporations of the same system group.
1.1083 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; definitions.
1.1083-1 Definitions.

WASH SALES OF STOCK OR SECURITIES

1.1091 Statutory provisions; losses from wash sales of stock or securities; basis.
1.1091-1 Losses from wash sales of stock or securities.
1.1091-2 Basis of stock or securities acquired in "wash sales".

CAPITAL GAINS AND LOSSES

TREATMENT OF CAPITAL GAINS

1.1201 Statutory provisions; alternative tax.
1.1201-1 Alternative tax.
1.1202 Statutory provisions; deduction for capital gains.
1.1202-1 Deduction for capital gains.

#### Treatment of Capital Losses

Sec.
1.1211 Statutory provisions; limitation on capital losses.
1.1211–1 Limitation on capital losses.
1.1212 Statutory provisions; capital loss carryover.
1.1212–1 Net capital loss carryover.

#### General Rules for Determining Capital Gains and Losses

1.1221 Statutory provisions; capital asset defined.
1.1221–1 Meaning of terms.
1.1222 Statutory provisions; other terms relating to capital gains and losses.
1.1222–1 Other terms relating to capital gains and losses.
1.1223 Statutory provisions; holding period of property.
1.1223–1 Determination of period for which capital assets are held.

#### Special Rules for Determining Capital Gains and Losses

1.1231 Statutory provisions; property used in the trade or business and involuntary conversions.
1.1231–1 Gains and losses from the sale or exchange of certain property used in the trade or business.
1.1231–2 Livestock held for draft, breeding, or dairy purposes.
1.1232 Statutory provisions; bonds and other evidences of indebtedness.
1.1232–1 Bonds and other evidences of indebtedness; scope of section.
1.1232–2 Retirement.
1.1232–3 Gain upon sale or exchange of obligations issued at a discount after December 31, 1954.
1.1232–4 Obligations with excess coupons detached.
1.1233 Statutory provisions; gains and losses from short sales.
1.1233–1 Gains and losses from short sales.
1.1234 Statutory provisions; options to buy or sell.
1.1234–1 Options to buy or sell.
1.1235 Statutory provisions; sale or exchange of patents.
1.1235–1 Sale or exchange of patents.
1.1235–2 Definition of terms.
1.1236 Statutory provisions; dealers in securities.
1.1236–1 Dealers in securities.
1.1237 Statutory provisions; real property subdivided for sale.
1.1237–1 Real property subdivided for sale.
1.1238 Statutory provisions; amortization in excess of depreciation.
1.1238–1 Amortization in excess of depreciation.
1.1239 Statutory provisions; gain from sale of certain property between spouses or between an individual and a controlled corporation.
1.1239–1 Gain from sale or exchange of certain property between spouses or between an individual and a controlled corporation.
1.1240 Statutory provisions; taxability to employee of termination payments.
1.1240–1 Capital gains treatment of certain termination payments.
1.1241 Statutory provisions; cancellation of lease or distributor's agreement.
1.1241–1 Cancellation of lease or distributor's agreement.
1.1242 Statutory provisions; losses on small business investment company stock.
1.1242–1 Losses on small business investment company stock.
1.1243 Statutory provisions; loss of small business investment company.
1.1243–1 Loss of small business investment company.

#### Readjustment of Tax Between Years and Special Limitations

#### Income Attributable to Several Taxable Years

1.1301 Statutory provisions; compensation from an employment.
1.1301–1 Introduction.
1.1301–2 Compensation from an employment.
1.1302 Statutory provisions; income from an invention or artistic work.
1.1302–1 Income from an invention or artistic work.
1.1303 Statutory provisions; income from back pay.
1.1303–1 Income from back pay.
1.1304 Statutory provisions; compensatory damages for patent infringement.
1.1304–1 Compensatory damages for patent infringement.

Sec.
1.1305 Statutory provisions; breach of contract damages.
1.1305–1 [Reserved]
1.1306 Statutory provisions; rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.
1.1306–1 Rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.

#### Mitigation of Effect of Limitations and Other Provisions

1.1311(a) Statutory provisions; correction of error; general rule.
1.1311(a)–1 Introduction.
1.1311(a)–2 Purpose and scope of section 1311.
1.1311(b) Statutory provisions; correction of error; conditions necessary for adjustment.
1.1311(b)–1 Maintenance of an inconsistent position.
1.1311(b)–2 Correction not barred at time of erroneous action.
1.1311(b)–3 Existence of relationship in case of adjustment by way of deficiency assessment.
1.1312 Statutory provisions; circumstances of adjustment.
1.1312–1 Double inclusion of an item of gross income.
1.1312–2 Double allowance of a deduction or credit.
1.1312–3 Double exclusion of an item of gross income.
1.1312–4 Double disallowance of a deduction or credit.
1.1312–5 Correlative deductions and inclusions for trusts or estates and legatees, beneficiaries, or heirs.
1.1312–6 Basis of property after erroneous treatment of a prior transaction.
1.1312–7 Law applicable in determination of error.
1.1313(a) Statutory provisions; definition of determination.
1.1313(a)–1 Decision by Tax Court or other court as a determination.
1.1313(a)–2 Closing agreement as a determination.
1.1313(a)–3 Final disposition of claim for refund as a determination.
1.1313(a)–4 Agreement pursuant to section 1313(a)(4) as a determination.
1.1313(b)–(c) Statutory provisions; definitions of taxpayer and related taxpayer.
1.1313(c)–1 Related taxpayer.
1.1314(a) Statutory provisions; amount and method of adjustment; ascertainment of amount of adjustment.
1.1314(a)–1 Ascertainment of amount of adjustment in year of error.
1.1314(a)–2 Adjustment to other barred taxable years.
1.1314(b) Statutory provisions; amount and method of adjustment; method of adjustment.
1.1314(b)–1 Method of adjustment.
1.1314(c) Statutory provisions; amount and method of adjustment; adjustment unaffected by other items.
1.1314(c)–1 Adjustment unaffected by other items.
1.1314(d)–(e) Statutory provisions; amount and method of adjustment; no adjustments for years prior to 1932; not applicable to tax imposed by subtitle C.
1.1315 Statutory provisions; effective date.

#### Involuntary Liquidation and Replacement of Lifo Inventories

1.1321 Statutory provisions; involuntary liquidation of lifo inventories.
1.1321–1 Involuntary liquidation of lifo inventories.
1.1321–2 Liquidation and replacement of lifo inventories by acquiring corporations.

#### War Loss Recoveries

1.1331 Statutory provisions; war loss recoveries.
1.1331–1 Recoveries in respect of war losses.
1.1332 Statutory provisions; inclusion in gross income of war loss recoveries.
1.1332–1 Inclusion in gross income of war loss recoveries.
1.1333 Statutory provisions; tax adjustment measured by prior benefits.
1.1333–1 Tax adjustment measured by prior benefits.
1.1334 Statutory provisions; restoration of value of investments referable to destroyed or seized property.
1.1334–1 Restoration of value of investments.
1.1335 Statutory provisions; election by taxpayer for application of section 1333.

Sec.
1,1381    Elective method; time and manner of making election and effect thereof.
1,1385    Statutory provisions; basis of recovered property.
1,1386    Statutory provisions; basis of recovered property.
1,1387    Statutory provisions; applicable rules.
1,1387-1    Determination of tax benefits from allowable deductions.

CLAIM OF RIGHT

1,1391    Statutory provisions; computation of tax where taxpayer restores substantial amount held under claim of right.
1,1384    Restoration of amounts received or accrued under claim of right.
1,1386    Statutory provisions; computation of tax where taxpayer recovers substantial amount held under claim of right.
1,1384-1    Computation of tax where taxpayer recovers substantial amount held by another under claim of right; effective date.

OTHER LIMITATIONS

1,1346    Statutory provisions; recovery of unconstitutional Federal taxes.
1,1386    Statutory provisions; basis of unconstitutional taxes.
1,1387    Statutory provisions; claims against United States involving acquisition of property.
1,1387-1    Tax on certain amounts received from the United States.

1,1361    [Reserved]

SECTION OF CERTAIN SMALL BUSINESS CORPORATIONS AS TO TAXABLE STATUS

1,1371    Statutory provisions; definitions.
1,1371-1    Definition of small business corporation.
1,1371-2    Definition of electing small business corporation.
1,1371-3    Statutory provisions; election by small business corporation.
1,1372    Statutory provisions; effect of election.
1,1372-1    Manner and time of making election and filing shareholders' consent.
1,1372-2    Shareholders' consent.
1,1372-3    Termination of election.
1,1372-4    Election after termination.
1,1373    Statutory provisions; corporation undistributed taxable income taxed to shareholders.
1,1373-1    Corporation undistributed taxable income taxed to shareholders.
1,1372-2    Statutory provisions; corporation net operating loss allowed to shareholders.
1,1374    Net operating losses involving electing small business corporations.
1,1374-1    Application with other provisions.
1,1374-2    Pre-1958 taxable years.
1,1374-3    Example.
1,1375    Statutory provisions; special rules applicable to distributions of electing small business corporations.
1,1375-1    Special rules applicable to capital gains.
1,1375-3    Dividends paid deduction and credit not allowed.
1,1375-4    Treatment of family groups.
1,1376    Distributions of previously taxed income.
1,1378    Statutory provisions; adjustments to basis of stock of, and indebtedness owing, shareholders.
1,1376-1    Adjustments to basis of stock of, and indebtedness to, shareholders; increase in basis of stock.
1,1377    Reduction in basis of stock and indebtedness.
1,1377    Statutory provisions; special rules applicable to earnings and profits of electing small business corporations.
1,1377-1    Definition of earnings and profits for undistributed taxable income.
1,1377-2    Deduction of undistributed earnings and profits not reduced by any amount not allowable as a deduction.
1,1377-3    Earnings and profits not affected by net operating loss.

Sec.
1,1401    Statutory provisions; rate of tax on self-employment income.
1,1401-1    Tax on self-employment income.
1,1402    Statutory provisions; definitions.
1,1402(a)-1    Net earnings from self-employment.
1,1402(a)-2    Computation of net earnings from self-employment.
1,1402(b)-1    Self-employment income.
1,1402(c)-1    Statutory provisions; trade or business.
1,1402(c)-2    Trade or business.
1,1402(c)-3    Statutory provisions; definitions; employee and wage.
1,1402(c)-4    Employees and wages.
1,1402(d)-1    Statutory provisions; definitions; minister, members of religious orders, and Christian Science practitioners.
1,1402(e)-1    Election by ministers, members of religious orders, and Christian Science practitioners.
1,1402(e)-2    Statutory provisions; miscellaneous provisions.
1,1403-1    Cross reference.

WITHHOLDING OF TAX ON NONRESIDENT ALIENS AND FOREIGN CORPORATIONS AND TAX-FREE COVENANT BONDS

NONRESIDENT ALIENS AND FOREIGN CORPORATIONS

1,1441    Statutory provisions; withholding of tax on nonresident aliens.
1,1441-1    Requirement for withholding of tax on nonresident aliens and foreign corporations.
1,1441-2    Income subject to withholding.
1,1441-3    Exceptions from withholding.
1,1441-4    Exemptions from withholding.
1,1441-5    Claiming United States citizenship or residence.
1,1442    Statutory provisions; withholding of tax on foreign corporations.
1,1442-1    Withholding of tax on foreign corporations.
1,1443    Statutory provisions; foreign tax-exempt organizations.
1,1443-1    Foreign tax-exempt organizations.
1,1446-1    Rents paid to foreign tax-exempt organizations.

TAX-FREE COVENANT BONDS

1,1451    Statutory provisions; tax-free covenant bonds.
1,1451-1    Tax-free covenant bonds issued before January 1, 1934.
1,1451-2    Exemptions from withholding under section 1451.

APPLICATION OF WITHHOLDING PROVISIONS

1,1461    Statutory provisions; return and payment of withheld tax.
1,1461-1    Ownership certificates for bond interest.
1,1461-2    Return and payment of tax withheld.
1,1462    Statutory provisions; withheld tax as credit to recipient of income.
1,1463    Statutory provisions; tax withheld on or after January 1, 1987.
1,1462-1    Withheld tax as credit to recipient of income.
1,1462-2    Withheld tax as credit to recipient of income.
1,1463-1    Tax paid by recipient of income.
1,1464    Statutory provisions; refunds and credits with respect to withheld tax.
1,1464-1    Refunds and credits.
1,1465    Statutory provisions; definition of withholding agent.
1,1465-1    General provisions relating to withholding agents.

RECOVERY OF EXCESSIVE PROFITS ON GOVERNMENT CONTRACTS

Rules Applicable to Recovery of Excessive Profits on Government Contracts

RECOVERY OF EXCESSIVE PROFITS ON GOVERNMENT CONTRACTS

1,1471    Statutory provisions; recovery of excessive profits on government contracts.
1,1471-1    Recovery of excessive profits on government contracts.

MITIGATION OF EFFECT OF RENEGOTIATION OF GOVERNMENT CONTRACTS

1,1481    Statutory provisions; mitigation of effect of renegotiation of government contracts.
1,1481-1    [Reserved]

## Tax on Transfers To Avoid Income Tax

Sec.
1.1491 Statutory provisions; imposition of tax.
1.1491-1 Imposition of tax.
1.1492 Statutory provisions; nontaxable transfers.
1.1492-1 Nontaxable transfers.
1.1493 Statutory provisions; definition of foreign trust.
1.1493-1 Definition of foreign trust.
1.1494 Statutory provisions; payment and collection.
1.1494-1 Returns; payment and collection of tax.
1.1494-2 Effective date.

## Consolidated Returns

### RETURNS AND PAYMENT OF TAX

1.1501 Statutory provisions; privilege to file consolidated returns.
1.1501-1 Privilege to file consolidated returns.
1.1502 Statutory provisions; regulations.
1.1502-0 Introductory.
1.1502-1 Privilege of making consolidated returns.
1.1502-2 Definitions.
1.1502-3 Applicability of other provisions of law.
1.1502-4 to 1.1502-9 [Reserved]
1.1502-10 Exercise of privilege.
1.1502-11 Consolidated returns for subsequent years.
1.1502-12 Making consolidated return and filing other forms.
1.1502-13 Change in affiliated group during taxable year.
1.1502-14 Accounting period of an affiliated group.
1.1502-15 Liability for tax.
1.1502-16 Common parent corporation agent for subsidiaries.
1.1502-17 Waivers.
1.1502-18 Failure to comply with regulations.
1.1502-19 Tentative carryback adjustments.
1.1502-20 to 1.1502-29 [Reserved]
1.1502-30 Computation of tax.
1.1502-31 Basis of tax computation.
1.1502-32 Method of computation of income for period of less than 12 months.
1.1502-33 Gain or loss from sale of stock, or bonds or other obligations.
1.1502-34 Sale of stock; basis for determining gain or loss.
1.1502-35 Sale of bonds or other obligations; basis for determining gain or loss.
1.1502-36 Limitation on allowable losses on sale of stock, or bonds, or other obligations.
1.1502-37 Liquidations; recognition of gain or loss.
1.1502-38 Basis of property.
1.1502-39 Inventories.
1.1502-40 Bad debts.
1.1502-41 Sale and retirement by corporation of its bonds.
1.1502-42 Capital loss limitations and carryover.
1.1502-43 Credit for foreign taxes.
1.1502-44 Methods of accounting.
1.1502-45 Mine exploration expenditures.
1.1502-46 Depreciation.
1.1502-47 Election to deduct accrued taxes.
1.1502-48 Liability for tax under section 531.
1.1502-49 Additions to tax for failure to pay estimated tax.
1.1502-50 Gain on sale of bonds and other evidences of indebtedness.
1.1503 Statutory provisions; computation and payment of tax.
1.1503-1 Computation and payment of tax.
1.1504 Statutory provisions; definitions.
1.1504-1 Definitions.
1.1505 Statutory provisions; cross references.

### RELATED RULES

1.1551 Statutory provisions; disallowance of surtax exemption and accumulated earnings credit.
1.1551-1 Disallowance of surtax exemption and accumulated earnings credit.
1.1552 Statutory provisions; earnings and profits.
1.1552-1 Earnings and profits.

## Procedure and Administration

### INFORMATION AND RETURNS

#### RETURNS AND RECORDS

##### RECORDS, STATEMENTS, AND SPECIAL RETURNS

1.6001 Statutory provisions; notice or regulations requiring records, statements, and special returns.
1.6001-1 Records.

##### TAX RETURNS OR STATEMENTS

1.6011 Statutory provisions; general requirement of return, statement, or list.
1.6011-1 General requirement of return, statement, or list.
1.6012 Statutory provisions; persons required to make returns of income.
1.6012-1 Individuals required to make returns of income.
1.6012-2 Corporations required to make returns of income.
1.6012-3 Returns by fiduciaries.
1.6012-4 Miscellaneous returns.
1.6013 Statutory provisions; joint returns of income tax by husband and wife.
1.6013-1 Joint returns.
1.6013-2 Joint return after filing separate return.
1.6013-3 Treatment of joint return after death of either spouse.
1.6013-4 Applicable rules.
1.6014 Statutory provisions; income tax return—tax not computed by taxpayer.
1.6014-1 Tax not computed by taxpayer with gross income less than $5,000.
1.6015(a) Statutory provisions; declaration of estimated income tax by individuals; requirement of declaration.
1.6015(a)-1 Declaration of estimated income tax by individuals.
1.6015(b) Statutory provisions; declaration of estimated income tax by individuals; joint declaration by husband and wife.
1.6015(b)-1 Joint declaration by husband and wife.
1.6015(c) Statutory provisions; declaration of estimated income tax by individuals; estimated tax.
1.6015(c)-1 Definition of estimated tax.
1.6015(d) Statutory provisions; declaration of estimated income tax by individuals; contents of declaration.
1.6015(d)-1 Contents of declaration of estimated tax.
1.6015(e) Statutory provisions; declaration of estimated income tax by individuals; amendment of declaration.
1.6015(e)-1 Amendment of declaration.
1.6015(f) Statutory provisions; declaration of estimated income tax by individuals; return as declaration or amendment.
1.6015(f)-1 Return as declaration or amendment.
1.6015(g) Statutory provisions; declaration of estimated income tax by individuals; short taxable years.
1.6015(g)-1 Short taxable years of individuals.
1.6015(h) Statutory provisions; declaration of estimated income tax by individuals; estates and trusts.
1.6015(h)-1 Estates and trusts.
1.6015(i) Statutory provisions; declaration of estimated income tax by individuals; applicability.
1.6015(i)-1 Applicability.
1.6016 Statutory provisions; declarations of estimated income tax by corporations.
1.6016-1 Declarations of estimated income tax by corporations.
1.6016-2 Contents of declaration of estimated tax.
1.6016-3 Amendment of declaration.
1.6016-4 Short taxable year.
1.6017 Statutory provisions; self-employment tax returns.
1.6017-1 Self-employment tax returns.

INFORMATION RETURNS

Sec.
1.6031      Statutory provisions; return of partnership income.
1.6031-1    Return of partnership income.
1.6032      Statutory provisions; returns of banks with respect to common trust funds.
1.6032-1    Returns of banks with respect to common trust funds.
1.6033      Statutory provisions; returns by exempt organizations.
1.6033-1    Returns by exempt organizations.
1.6034      Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
1.6034-1    Information returns required of certain trusts claiming charitable or other deductions under section 642(c).
1.6035      Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
1.6035-1    Returns of officers, directors, and shareholders of foreign personal holding companies for taxable years beginning after December 31, 1959.
1.6035-2    Returns of shareholders of foreign personal holding companies for taxable years beginning after December 31, 1959.
1.6035-3    Returns of officers, directors, and shareholders of foreign personal holding companies for periods within (or for taxable years beginning before) January 1, 1959.

1.6038
1.6039
1.6041      Statutory provisions; information at source.
1.6041-1    Return of information as to payments of $600 or more.
1.6041-2    Return of information as to payments to employees.
1.6041-3    Payments for which no return of information is required.
1.6042      Statutory provisions; returns regarding corporate dividends, earnings, and profits.
1.6042-1    Return of information as to payments of dividends.
1.6043      Statutory provisions; return regarding corporate dissolution or liquidation.
1.6043-1    Return regarding corporate dissolution or liquidation.
1.6043-2    Return of information respecting distributions in liquidation.
1.6044      Statutory provisions; returns regarding patronage dividends.
1.6044-1    Returns of information regarding patronage dividends, rebates, or refunds.
1.6045      Statutory provisions; returns as to formation or reorganization of foreign corporations.
1.6046      Return as to formation or reorganization of foreign corporations.

SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

1.6061      Statutory provisions; signing of returns and other documents.
1.6061-1    Signing of returns and other documents by individuals.
1.6062      Statutory provisions; signing of corporation returns.
1.6062-1    Signing of returns, statements, and other documents made by corporations.
1.6063      Statutory provisions; signing of partnership returns.
1.6063-1    Signing of returns, statements, and other documents made by partnerships.
1.6065      Statutory provisions; verification of returns.
1.6065-1    Verification of returns.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

1.6071      Statutory provisions; time for filing returns and other documents.
1.6071-1    Time for filing returns and other documents.
1.6072      Statutory provisions; time for filing income tax returns.
1.6072-1    Time for filing returns of individuals, estates, and trusts.
1.6072-2    Time for filing returns of corporations.
1.6072-3    Income tax due dates postponed in case of China Trade Act corporations.
1.6072-4    Time for filing other returns of income.
1.6073      Statutory provisions; time for filing declarations of estimated income tax by individuals.
1.6073-1    Time and place for filing declarations of estimated income tax by individuals.
1.6073-2    [Plural] years.
1.6073-3    Short taxable years.
1.6073-4    Extension of time for filing declarations by individuals.
1.6074      Statutory provisions; time for filing declarations of estimated income tax by corporations.
1.6074-1    Time and place for filing declarations of estimated income tax by corporations.
1.6074-2    Time for filing declaration by corporation in case of a short taxable year.
1.6074-3    Extension of time for filing declarations by corporations.

EXTENSIONS OF TIME FOR FILING RETURNS

1.6081
1.6081-1    Extension of time for filing returns.
1.6081-2    Extension of time in the case of foreign organizations, certain domestic corporations, and citizens of United States residing or traveling abroad.
1.6081-3    Automatic extension of time for filing corporation income tax returns.

PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

1.6091
1.6091-1    Place for filing returns or other documents.
1.6091-2    Place for filing income tax returns.
1.6091-3    Income tax returns required to be filed with Director of International Operations.
1.6091-4    Exceptional cases.

MISCELLANEOUS PROVISIONS

1.6102
1.6102-1    Computations on returns or other documents.

TIME AND PLACE FOR PAYING TAX

PLACE AND DUE DATE FOR PAYMENT OF TAX

1.6151
1.6151-1    Time and place for paying tax shown on returns.
1.6152
1.6152-1    Installment payments.
1.6153      Statutory provisions; installment payments of estimated income tax by individuals.
1.6153-1    Payments of estimated tax by individuals.
1.6153-2    Payments of estimated tax by individuals.
1.6153-3    Short taxable years—individuals.
1.6153-4    Extension of time for paying the estimated tax.
1.6154      Statutory provisions; installment payments of estimated income tax by corporations.
1.6154-1    Payments of estimated tax by corporations.
1.6154-2    Short taxable years.
1.6154-3    Extension of time for paying estimated tax.

EXTENSIONS OF TIME FOR PAYMENT

1.6161
1.6161-1    Extension of time for paying tax.
1.6161-2    Extension of time for paying tax or deficiency.
1.6162
1.6162-1    Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.

Sec.
1.6162-1 Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
1.6164 Statutory provisions; extension of time for payment of taxes by corporations expecting carrybacks.
1.6164-1 Extensions of time for payment of taxes by corporations expecting carrybacks.
1.6164-2 Amount of tax the time for payment of which may be extended.
1.6164-3 Computation of the amount of reduction of the tax previously determined.
1.6164-4 Payment of remainder of tax where extension relates to only part of the tax.
1.6164-5 Period of extension.
1.6164-6 Revised statements.
1.6164-7 Termination by district director.
1.6164-8 Payments on termination.
1.6164-9 Cross references.
1.6165 Statutory provisions; bonds where time to pay tax or deficiency has been extended.
1.6165-1 Bonds where time to pay the tax or deficiency has been extended.

ABATEMENTS, CREDITS, AND REFUNDS

1.6411 Statutory provisions; tentative carryback adjustments.
1.6411-1 Tentative carryback adjustments.
1.6411-2 Computation of tentative carryback adjustment.
1.6411-3 Allowance of adjustments.
1.6411-4 Consolidated returns.

ADDITIONS TO THE TAX, ADDITIONAL AMOUNTS, AND ASSESSABLE PENALTIES

1.6654 Statutory provisions; failure by individual to pay estimated income tax.
1.6654-1 Addition to the tax in the case of an individual.
1.6654-2 Exceptions to imposition of the addition to the tax in the case of individuals.
1.6654-3 Short taxable years of individuals.
1.6654-4 Applicability.
1.6655 Statutory provisions; failure by corporation to pay estimated income tax.
1.6655-1 Addition to the tax in the case of a corporation.

Sec.
1.6655-2 Exceptions to imposition of the addition to the tax in the case of corporations.
1.6655-3 Short taxable years in the case of corporations.

JEOPARDY, BANKRUPTCY, AND RECEIVERSHIPS

1.6851 Statutory provisions; termination of taxable year.
1.6851-1 Termination of taxable period by district director.
1.6851-2 Certificates of compliance with income tax laws by departing aliens.
1.6851-3 Furnishing of bond to insure payment.

PUBLIC LAW 74, 84TH CONGRESS

1.9000-1 Statutory provisions.
1.9000-2 Effect of repeal in general.
1.9000-3 Requirement of statement showing increase in tax liability.
1.9000-4 Form and content of statement.
1.9000-5 Effect of filing statement.
1.9000-6 Provisions for the waiver of interest.
1.9000-7 Provisions for estimated tax.
1.9000-8 Extension of time for making certain payments.

RETIREMENT-STRAIGHT LINE ADJUSTMENTS ACT OF 1958

1.9001 Statutory provisions; Retirement-Straight Line Adjustment Act of 1958.
1.9001-1 Change from retirement to straight-line method of computing depreciation.
1.9001-2 Basis adjustments for taxable years beginning on or after 1956 adjustment date.
1.9001-3 Basis adjustments for taxable years between changeover date and 1956 adjustment date.
1.9001-4 Adjustments required in computing excess-profits credit.

MISCELLANEOUS PROVISIONS

1.9100-1 Extension of time for making certain elections.

AUTHORITY: §§ 1.01 to 1.9100-1 issued under sec. 7805, 68A Stat. 917; 26 U.S.C. 7805. Statutory provisions interpreted or applied are cited to text.