# ATTACHMENT

# Z

[Partially legible IRS Notice of Federal Tax Lien]

...a lien in favor of the United States on all property and rights to... you owe.

...Refiling of this instrument into the...

...this lien as the taxpayer by law for each period...

Name of Taxpayer: ... J. WYMAN

Residence: 3340 RIVERVIEW
FAIRBANKS, AK 99709

IMPORTANT RELEASE INFORMATION: ...unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 12/24/2001 | 01/23/2012 | 788.79 |
| 1040 | 12/31/1999 | 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 | 11/12/2001 | 12/12/2011 | 2839.78 |

"You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/DA/Administrative 23C record. If such records have been deleted or substituted, this demand still applies. Initial ___"

Place of Filing:
RECORDING DISTRICT OF FAIRBANKS
FAIRBANKS, AK 99701

Total  3628.57

This notice was prepared and signed at SEATTLE, WA

this 27th day of October, 2003

Signature: [signed]
Name: ___ WALSH
Title: REVENUE OFFICER
(907) 271-6972
32-03-3277

NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien...

| | | |
|---|---|---|
| DATE: November 8, 2002 DISTRICT: Fairbanks | | TELEPHONE NUMBER OF IRS OFFICE: (907) 271-6842 |
| REPLY TO: D. Coulter 949 E. 36th Avenue M/S A203 Anchorage, AK 99508 | | NAME AND ADDRESS OF TAXPAYER: Rita Hymes 2340 Ravenwood Drive Fairbanks, AK 99709 |
| TO: Robert Brink 1525 E. Tudor Road Anchorage, AK 99507 | | IDENTIFYING NUMBER(S): 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 |

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1996 | $6,361.72 | $761.44 | $7,123.16 |
| 1040 | 12/31/1997 | $1,195.53 | $140.05 | $1,335.58 |
| 1040 | 12/31/1998 | $4,348.76 | $489.86 | $4,838.62 |
| 1040 | 12/31/1999 | $5,406.03 | $335.84 | $5,741.87 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟶ $1,727.19

Total Amount Due ▶ $19,039.23

We figured the interest and late payment penalty to January 1, 2003

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money.** Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:
  Make your check or money order payable to Internal Revenue Service.
  Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
  Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
  Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative D. Coulter | 91-02447 | Title Group M |
|---|---|---|