# ATTACHMENT

# N

# The United States of America

## CERTIFICATE OF POLITICAL STATUS, CITIZEN STATUS AND ALLEGIANCE

*Original Recorded at Palmer Recording District, Alaska – Number* _____

STATE OF ALASKA ) ss.
The United States of America )



Date: February 19, 2008; Personal description of the Holder of this Certificate of Political Status, Citizen Status and Allegiance: True name – Donald Louis Hymes; Date of Natural Birth – December 30, 1934; Location of Natural Birth – Walter Reed General Hospital, Washington D.C.; Complexion – white; Race – Caucasian; Color of eyes – blue; Color of hair – brown; Height – 6 ft. 1 in.; Weight – 230 lbs.; Visible distinctive marks – tattoo on arm; Marital status – married; Nationality and Political Status – A native of the several States; Citizen status: white citizen; and, American citizen; and, citizen of the United States of America; and, Natural Born Native of one of the several States; domiciled in the territorial boundaries of Alaska. I under oath certify that the facts herein are true and correct under the penalties of perjury and that the photograph affixed hereto is a likeness of me. I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, State or sovereignty, of which I have been a subject or citizen, including any allegiance to or to be clothed with the fictional status of a "citizen of the United States" as a misnomer declared in 14 Stat. 27 by Congress as amended including 42 U.S.C. §§§ 1981, 1982, 1988 CODE, which are not Laws of the United States, and any such use of the status of a "citizen of the United States" is under the law of necessity; that I have not knowingly or intentionally waived any of my unalienable rights and birthright, which is secured in the constitutional Republic; that I will support and defend the Constitution of the United States and Laws of the United States as amended by the qualified Electors of the several States against all enemies, either foreign or domestic; that I will bear true faith and allegiance to the same; and that I take this obligation freely, without any mental reservation or purpose of evasion, so help me God.

_____
(Complete and true signature of holder)

Sworn and subscribed before me on _____, being a Notary Public in and for the State of Alaska. My Commission expires on _____.

_____
Signature of Notary Public