M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>    Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Defendant, Donald Louis Hymes, by and through counsel M. J. Haden, Assistant Federal Defender, files the following objections to the magistrate judge's report and recommendation at Docket No. 224.

Mr. Hymes is charged in a three-count petition alleging that he violated the conditions of his supervised release. The three special conditions of supervision at issue are the following:

> The defendant shall cooperate with the reasonable requests of the Internal Revenue officers in a good faith, best efforts attempt to pay in full any outstanding tax liability, including penalty and interest, or enter into an installment payment plan with the Collection Division of the Internal Revenue Service (IRS) within sixty (60) days from the final assessment (First Notice and Demand).

>The defendant shall file accurate income tax returns for the applicable years assessed by the IRS, within 9 months from the date of release on to supervised release.
>
>The defendant shall timely file accurate future income tax returns as required by law during the supervised release period unless an extension of time is granted by the IRS, in which event the return(s) shall be filed within the period of the extension.

The report and recommendation is correct in that Mr. Hymes made admissions during the hearing that he was aware of the conditions and that he had not (1) entered into an installment payment plan; (2) filed returns for the years 1989 through 1993, 1997, 1999, 2000, and 2002; and (3) filed returns for the years 2003, 2004, 2005, and 2006. However, the report fails to address Mr. Hymes' explanations for his failure to act.

First, the condition requires that he file future tax returns as "required by law." The burden is on the government to show that Mr. Hymes received an income during each of the years alleged that required him to file a return. During the hearing, Mr. Hymes presented evidence suggesting that the amount of income he earned following his conviction in 2003, did not exceed the cut off requiring him to file. The report and recommendation neglects to address the issue of whether he was indeed "required by law" to file returns.

Next, during the hearing Mr. Hymes argued that he had attempted on numerous occasions to contact the IRS to discuss his liabilities, but could get no response. Letters of inquiry were presented as Defense Exhibit A. Testimony suggested that there had been more than 60 Freedom of Information Act requests sent by Mr. Hymes to the IRS. The condition requires that Mr. Hymes to act in "good faith" to enter into an agreement to pay any outstanding liabilities. The report and recommendation fails to

address Mr. Hymes' position that he has done so.

Finally, while it is true that Mr. Hymes has not filed amended returns for the past years assessed by the IRS, during the hearing Mr. Hymes argued that he was foreclosed from amending the past returns by the filing of the civil suit, brought by the IRS just months after his release from custody, because the basis for the civil suit was the very issue of the past tax liabilities. The report and recommendation again fails to take this argument into consideration.

For the reasons stated above and for the arguments relied upon during the hearing, Mr. Hymes asks that the report and recommendation be vacated and that a new recommendation be issued stating that Mr. Hymes did not knowingly and willfully violate the conditions of his supervision.

DATED this 13th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 13, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden