IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DONALD LOUIS HYMES,<br><br>      Defendant. | Case No. 4:02-cr-0019-RRB<br><br>**ADJUDICATION ORDER** |

      Before the Court is the Government with a Petition to Revoke Supervised Release at Docket 193. The petition was opposed by Defendant and was the subject of several evidentiary hearings before the Magistrate Judge. The Magistrate Judge filed a Report and Recommendation at Docket 224, in which he recommended that the Petition to Revoke Supervised Release be granted. Both Defendant and counsel for Defendant objected to the Magistrate Judge's recommendations.

      The Court has reviewed all of the relevant pleadings in this matter, has studied Defendant's objections, and is familiar with the file. The Court **ACCEPTS** and **ADOPTS** the Report and Recommendation of the Magistrate Judge. Based thereon, the Court hereby finds, by a preponderance of the evidence, and for the

reasons clearly set forth by the Magistrate Judge, that Defendant is guilty of the three violations alleged and enters adjudications of guilt on each of them.

Disposition (sentencing) shall take place on **July 11, 2008, at 10:00 a.m.** in Courtroom 1 of the United States Federal Building, Fairbanks, Alaska.

ENTERED this 17th day of June, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE