**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

                                      Case Number 4:02-cr-00019-RRB

v.

DONALD LOUIS HYMES,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

__X__ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT**. This action came before the court, and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief under 28 U.S.C. 2255 is dismissed with prejudice.

APPROVED:

S/RALPH R. BEISTLINE__
RALPH R. BEISTLINE
United States District Judge

_____        _____Ida Romack_____
Date: June 11, 2008                         Clerk of Court

[hymes judgment.wpd]