Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

4:02-cr-00019

**Motion to Reconsider Docket 231**

Comes now Donald Louis Hymes ("Hymes") with this Motion to Reconsider the court's order at docket 231 denying Motion to Vacate under 28 USC 2255.

Under the Administrative Motion to Vacate under 28 USC 2255 in the United States District Court ("USDC"), it is a mandate of Congress, which precludes the one year limit being, to wit:

> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

As Judge Ralph Beistline (sic) ("Beistline") has first hand knowledge, and having refused to disqualify himself from the Civil Case of 3:05-cv-123 operating in parallel with 4:02-cr-19, of the due diligence that Hymes has been forced through to discover the truth as to the Filing of a Form 1040 as mandated by Beistline. Beistline and the Dockets

of both Civil Case of 3:05-cv-123 and 4:02-cr-19 provide conclusive and legal evidence that Hymes has been attempting, with due diligence, to discover the statutory and regulatory scheme used by Congress, the Internal Revenue Service ("IRS"); and the USDC- being a bastardized court that does not arise under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the authority of the United States.

Hymes has in the last six (6) months, as evidenced by the pleadings into the civil case of 3:05-cv-123, been able to conclusively prove by extensive research and due diligence that the application of the filing of the mandated Form 1040 by Beistline, is forcing Hymes to commit more that one felony and to commit perjury.

The date of filing the 2255 is precluded from the one year limit if, by due diligence, the filing party discovers facts germane to his Case. As pronounced in the *Hasan v. Galaza*, 254 F.3d 1150, 1154 FN3, (9th Cir. 2001) citing *Owens v. Boyd*, 235 F.3d 356, 359 (7th Cir. 2000) "time begins when the prisoner knows (or through diligence could discover) the important facts, not when the prisoner recognizes their legal significance."

As Beistline has superior knowledge, then, would Beistline provide the following finding of facts and conclusions of law to Hymes, to wit:

1. "That the United States District Court under the Federal Constitution, arises under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the authority of the United States;" and,

2. What are the specific Acts of Congress (CODE) and substantive regulations that mandate Hymes file a Form 1040 with OMB number 1545-0074; and,

3. What are the specific Acts of Congress (CODE) and substantive regulations that create the duty and obligation upon Hymes to file a Form 1040 with OMB 1545-0074; and,

4. What statute authorized the Department of Justice (and the USDC) for Hymes to be prosecuted by the "UNITED STATES OF AMERICA" instead of the "United States" who is the real party of interest under 28 U.S.C. §§§§§§§ 515(a), 516, 533, 547, 509, 510, and 1345 as published in the Federal Register 59 FR 399915 of August 4, 1994 by then Janet Reno, the AG of the United States.

Clearly, Hymes documented the fact that the 2255 Denial by Beistline is bogus, a ruse, a sham and without any foundation under the Federal Constitution, the Bill of Rights, the Laws of the United States, the Federal Register, the Administrative Procedures Act and the Paperwork Reduction Act of 1995 with the applicable published Federal Register already plead.

*Therefore*, the ORDER on the 2255 should be vacated as Hymes qualifies under the due diligence of presenting and finding relevant facts that he has been searching for and presented in the last 6 months in both the civil and criminal cases. The MOTION TO VACATE JUDGMENT UNDER 28 USC 2255 should be granted.

My Hand,



**Certification**

Stephen Cooper
Assistant US Attorney
Federal Building and US Courthouse
101 12th Avenue
Room 310
Fairbanks, Alaska 99701

and E-mailed to:

M.J. Hadden
Federal Public Defender's Agency

MJ_Haden@fd.org

Date: June 19, 2008

Rita MariNa Hymes