The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

4:02-cr-00019

ORDER

The 2255 ORDER at Docket 231 is hereby vacated, and the MOTION TO VACATE JUDGMENT UNDER 28 USC 2255 is hereby granted

_____
Signature