**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES of AMERICA  </u>   v.   <u>  DONALD L. HYMES  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                          CASE NO.  <u> 4:02-cr-00019-RRB </u>

<u> Carolyn Bollman </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 23, 2008

<u>RECONSIDERATION DENIED</u>

On May 6, 2008, Donald L. Hymes filed a motion under 28 U.S.C. § 2255, alleging that this Court is not an Article III Court, and has no jurisdiction over him.[1] This Court denied the motion as frivolous.[2] Mr. Hymes has moved for reconsideration, explaining that although he filed his action outside of the limitations period, he used due diligence in "discover[ing] facts germane to his case."[3]

As the Court explained, however, regardless of whether Mr. Hymes filed in a timely manner, his motion is frivolous. It must, therefore, be denied.

IT IS SO ORDERED.

---

[1] *See* Docket No. 227.

[2] *See* Docket Nos. 231, 235; *see also* United States Constitution, Article III, Section 1 ("The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office"); 18 U.S.C. § 3231 ("The district courts of the United States shall have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States."); *compare Nguyen v. United States*, 539 U.S. 69 (2003) (Territorial courts are Article IV courts, rather than Article III courts, although subject matter jurisdiction is "substantially similar." *Id.* at 72.). Alaska, of course, if not a territory. *See* Pub.L. 85-508, July 7, 1958, 72 Stat. 339, as amended: ("...the State of Alaska is hereby declared to be a State of the United States of America, is declared admitted into the Union on an equal footing with the other States in all respect whatever . . . .").

[3] Docket No. 236 at 2.

[hymes recon.wpd]{IA.WPD*Rev.12/96}