Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

4:02-cr-00019

**Expedited Motion for Stay Sentencing Hearing**

Comes now Donald Louis Hymes ("Hymes") with this Motion for Stay Sentencing Hearing for alleged Parole Violation.

As Hymes was never convicted of any violation of any of the Laws of the United States of the Internal Revenue Service it is unfathomable that issues of a Form 1040 with OMB 1545-0074 are mandated and deemed a parole violation. Hymes has filed in legal evidence of the unconstitutionality of the Form 1040 with OMB 1545-0074 as well as legal evidence that the Notices of Federal Tax Liens are only applicable to federal employees and agencies.

Hymes brought this up at the evidentiary hearing, but was ignored by Magistrate Hall (Hall), who also never answered the questions posed to him in court. Further, Hall also failed to address these issues in his report to Judge Beistline (Beistline)., instead basing his report on statements

taken out of context, yet Beistline states in his Adjudication Order that Hall's report includes a preponderance of the evidence. Hall's report showed no *evidence* of any kind- only 'out of context' statements made by Hymes.

Hymes incorporates the 2255 Motion in total with all of its attachments into this Motion for Stay Sentencing Hearing presently scheduled for July 11, 2008

Hymes motions this court to Stay Sentencing Hearing, if the UNITED STATES OF AMERICA chooses to proceed, until this matter can be appealed or an Interlocutory Appeal to the Circuit Court of the United States for the 9th Circuit can be filed, and/or the matter of the civil case now before the Ninth Circuit is resolved. Since Beistline has, on more than one occasion, refused to recuse himself, the 2 cases (4:02-cr-00019 and 3:05-CV-0123-RRB) have since become totally intertwined.

This entire matter has all of the appearance of vindictiveness of the parties concerned. Beistline should show, as he has claimed in his denials to recuse himself, that he is indeed fair and unbiased, which to date he has not demonstrated- last but not least in his denial of Hymes' Motion to Vacate under 28 USC 2255. Not only was this a valid, legal motion, but it was also a Motion which was not opposed by the plaintiff, and Beistline should have ruled in favor of Hymes. However, Beistline took it upon himself to rule against Hymes, when Hymes offered innumerable evidence supporting his claim. Unbiased? Not then, nor prior.

Further, as Beistline and the USA fully know, Hymes has major health problems that incarceration would exasperate ( and has exasperated) and no good can come of added jail time.

THEREFORE, for these issues of fact and law, this instant Case should be dismissed with prejudice as the time has since expired; or,

The purported accusation of violation of the parole should be denied and the parole

terminated immediately, or stayed until the Ninth Circuit can make determinations on these cases.

My Hand,

*Donald Louis Hymes*

## Certification

This document and said attachments have been e-mailed to:

M.J. Haden
Federal Public Defender's Agency
MJ_Haden@fd.org


And sent by USPS postage prepaid to

Stephen Cooper
Asst US Attorney
Fed. Bldg. & US Courthouse
101 12th Avenue Room 310
Fairbanks, AK  99701


Date: July 3, 2008


Rita MariNa Hymes