The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

4:02-cr—00019

ORDER

It is hereby ORDERED that this case is dismissed with Prejudice.

It is hereby ORDERED that the accusations of parole violation are denied and parole is hereby terminated.

It is hereby ORDERED that proceedings are stayed until the Ninth Circuit Court of Appeals makes a ruling,

Dated:

_____

Judge Beistline