NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:02-cr-00019-RRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **OPPOSITION TO MOTION TO STAY SENTENCING** |
| DONALD L. HYMES | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, the United States of America, and opposes defendant's motion (doc. #238) to stay the sentencing herein.

The grounds for the motion are expressly stated, namely, to permit defendant to take an interlocutory appeal to the Ninth Circuit of this Court's rejection of his legal and constitutional theories.

Defendant theorizes that he cannot be held to have violated supervised release conditions for not filing tax returns because he was not convicted of tax offenses (notwithstanding the requirement to obey all laws); further that the tax return form 1040 is unconstitutional; further that the Internal Revenue Service may not lawfully file a notice of federal tax lien against taxpayers in general, only against federal employees and agencies.

Defendant's theories are patently meritless.  Moreover, even defendant's theories were arguably meritorious, their rejection can be reviewed in an appeal from the judgment, and do not invoke the procedure of an interlocutory appeal.

Defendant further asserts that in rejecting defendant's theories as well as his § 2255 motion, the Court has displayed a bias that warrants recusal.  In the context of this case in which defendant has repeatedly and unsuccessfully sought recusal, both in the trial court and on appeal, it requires no citation of authority to show that recusal is not called for by adverse rulings of a judge based on matters contained in

the record, as is the case here. Recusal is warranted when a judge bases a ruling upon matters outside the record, which is not the case here.

Defendant's motion fails to raise any matter that could have a bearing even on continuing the sentencing proceeding, if a continuance were what he sought. Rather, he seeks not a continuance, but a stay pending interlocutory appeal, and bases the request only on his meritless legal and constitutional theories and the Court's rejection of them based on matters presented within the course of these proceedings.

Defendant has presented no ground for the stay he seeks. Wherefore, the motion to stay sentencing should be denied.

RESPECTFULLY SUBMITTED this  7th   day of July, 2008, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
stephen.cooper@usdoj.gov

**CERTIFICATE**
I certify that a true and correct copy of the foregoing
**OPPOSITION TO MOTION TO STAY SENTENCING**
is being sent to the following counsel of record on the
filing date hereof, via court's electronic filing notice:

M. J. Haden,
Anchorage

and via U.S. Mail to:

Donald Hymes
2340 Ravenwood
Fairbanks, AK  99709

 /s/  Stephen Cooper
Office of the United States Attorney