Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald L. Hymes, personal capacity;
*Defendants*

4:02-cr-00019 (RRB)

**Motion for Final Judgment with Clarification and Finding of Conclusions of Law and Finding of Facts and Additional Evidence**

Comes now Donald Louis Hymes ("Hymes") with this Motion for Final Judgment on Hymes' MOTION TO VACATE JUDGMENT UNDER 28 USC 2255 (Motion), with Clarification, with Finding of Conclusions of Law, and Finding of Facts and Additional Evidence.

In Judge Ralph R. Beistline's (Beistline) ORDER at Docket 236 the only issue that was proffered was the non-responsive statement 'frivolous', with no conclusions of law and/or finding of facts.

Hymes' Motion was filed within the limits allowed under 28 USC 2255 (4), and as pronounced in *Hasan v. Galaza*, 254 F.3d   1150, 1154 FN3 (9th Cir. 2001) citing *Owens v. Boyd*, 235 F.3d 356. 359 (7th Cir. 2000), as was stated in Hymes' Motion To Reconsider. Beistline's statement that '*he filed his action outside the limitations period*', is wrong and unsubstantiated.

Further, Beistline issued his order **without** the Plaintiff,(*whoever this might be, as Hymes has shown and substantiated that a claim can only be filed by the US. However, Stephen Cooper, Assistant US Attorney, filed the case against Hymes in the name of the United States of America. The Plaintiff was never Identified- nor did he offer either a complaint or an affidavit. NO documented grand jury indictment was ever produced.*), having filed an objection to Hymes' Motion. The Plaintiff offered not only NO objection, the plaintiff offered NO response at all to Hymes' Motion. Therefore, the court should have ruled in Hymes' favor. Beistline did not do so  He ruled in favor of the Plaintiff ; once again, showing his prejudice and bias against Hymes.

*Therefore*, the court needs to issue a FINAL ORDER with Conclusions of Law and Finding of Facts that will assist the Circuit Court of the United States for the 9th Circuit with the Notice of Appeal that will be filed by Hymes. In the alternative, the court still has the option to dismiss this instant Case with prejudice.

My Hand,

*Donald Price Hymes* (signature)

## Certification

This document has been mailed first class via USPS or hand delivered to wit:

Stephen Cooper
Assistant United States Attorney
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

And e-mailed to

M.J. Haden


Date: July 7, 08

Rita MariNa Hymes