**20032** Federal Register / Vol. 67, No. 79 / Wednesday, April 24, 2002 / Rules and Regulations

(ii) *Recordkeeping requirements for taxable years beginning after December 31, 2001.* For taxable years beginning after December 31, 2001, the shareholder shall retain a copy of Form 2439 for as long as its contents may become material in the administration of any internal revenue law.

(c)(2) through (d) [Reserved] For further guidance, see § 1.852–9(c)(2) through (d).

* * * * *

### PART 301—PROCEDURE AND ADMINISTRATION

10. The authority citation for part 301 continues to read as follows:

**Authority:** 26 U.S.C. 7805 * * *

#### § 301.6011–1   [Removed]

11. Section 301.6011–1 is removed.
12. Section 301.6011–1T is added to read as follows:

#### § 301.6011–1T   General requirement of return, statement or list (temporary).

(a) For provisions requiring returns, statements, or lists, see the regulations relating to the particular tax.

(b) The Secretary may prescribe in forms, instructions, or other appropriate guidance the information or documentation required to be included with any return or any statement required to be made or other document required to be furnished under any provision of the internal revenue laws or regulations.

#### § 301.6903–1   [Amended]

13. In § 301.6903–1, paragraph (b) is removed and reserved.
14. Section 301.6903–1T is added to read as follows:

#### § 301.6903–1T   Notice of fiduciary (temporary).

(a) [Reserved] For further guidance, see § 301.6903–1(a).

(b) *Manner of notice*—(1) *Notices filed before April 24, 2002.* This paragraph (b)(1) applies to notices filed before April 24, 2002. The notice shall be signed by the fiduciary, and shall be filed with the Internal Revenue Service office where the return of the person for whom the fiduciary is acting is required to be filed. The notice must state the name and address of the person for whom the fiduciary is acting, and the nature of the liability of such person; that is, whether it is a liability for tax, and, if so, the type of tax, the year or years involved, or a liability at law or in equity of a transferee of property of a taxpayer, or a liability of a fiduciary under section 3467 of the Revised Statutes, as amended (31 U.S.C. 192) in respect of the payment of any tax from the estate of the taxpayer. Satisfactory evidence of the authority of the fiduciary to act for any other person in a fiduciary capacity must be filed with and made a part of the notice. If the fiduciary capacity exists by order of court, a certified copy of the order may be regarded as satisfactory evidence. When the fiduciary capacity has terminated, the fiduciary, in order to be relieved of any further duty or liability as such, must file with the Internal Revenue Service office with whom the notice of fiduciary relationship was filed written notice that the fiduciary capacity has terminated as to him, accompanied by satisfactory evidence of the termination of the fiduciary capacity. The notice of termination should state the name and address of the person, if any, who has been substituted as fiduciary. Any written notice disclosing a fiduciary relationship which has been filed with the Commissioner under the Internal Revenue Code of 1939 or any prior revenue law shall be considered as sufficient notice within the meaning of section 6903. Any satisfactory evidence of the authority of the fiduciary to act for another person already filed with the Commissioner or district director need not be resubmitted.

(2) *Notices filed on or after April 24, 2002.* This paragraph (b)(2) applies to notices filed on or after April 24, 2002. The notice shall be signed by the fiduciary, and shall be filed with the Internal Revenue Service Center where the return of the person for whom the fiduciary is acting is required to be filed. The notice must state the name and address of the person for whom the fiduciary is acting, and the nature of the liability of such person; that is, whether it is a liability for tax, and if so, the type of tax, the year or years involved, or a liability at law or in equity of a transferee of property of a taxpayer, or a liability of a fiduciary under 31 U.S.C. 3713(b), in respect of the payment of any tax from the estate of the taxpayer. The fiduciary must retain satisfactory evidence of his or her authority to act for any other person in a fiduciary capacity as long as the evidence may become material in the administration of any internal revenue law.

(c) through (e) [Reserved]. For further guidance, see § 301.6903–1(c) through (e).

### PART 602—OMB CONTROL NUMBERS UNDER THE PAPERWORK REDUCTION ACT

15. The authority citation for part 602 continues to read as follows:

**Authority:** 26 U.S.C. 7805.

16. In § 602.101, paragraph (b) is amended by adding the following entries in numerical order to the table to read as follows:

#### § 602.101   OMB Control numbers.

* * * * *

(b) * * *

| CFR part or section where identified and described | Current OMB control No. |
|---|---|
| * * * * * | |
| 1.48–12T | 1545–0155 |
|  | 1545–1783 |
| * * * * * | |
| 1.152–3T | 1545–0071 |
|  | 1545–1783 |
| * * * * * | |
| 1.611–3T | 1545–0007 |
|  | 1545–0099, |
|  | 1545–1784 |
| * * * * * | |
| 1.852–9T | 1545–0074 |
|  | 1545–0123 |
|  | 1545–0144 |
|  | 1545–0145 |
|  | 1545–1783 |
| * * * * * | |
| 301.6903–1T | 1545–0013 |
|  | 1545–1783 |
| * * * * * | |

Approved: March 22, 2002.

**Robert E. Wenzel,**
*Deputy Commissioner of Internal Revenue.*

**Mark Weinberger,**
*Assistant Secretary of the Treasury (Tax Policy).*

[FR Doc. 02–9819 Filed 4–23–02; 8:45 am]

**BILLING CODE 4830–01–P**

---

### DEPARTMENT OF TRANSPORTATION

**Coast Guard**

**33 CFR Part 117**

[CGD13–02–004]

RIN 2115–AE47

### Drawbridge Operations Regulations; Youngs Bay, OR

**AGENCY:** Coast Guard, DOT.

**ACTION:** Notice of temporary deviation from regulations.

**SUMMARY:** The Commander, Thirteenth Coast Guard District has issued a temporary deviation from the regulations governing the operation of the Old Youngs Bay Drawbridge across Youngs Bay, mile 2.4, at Astoria,