11402                 **RULES AND REGULATIONS**

# Title 26—INTERNAL REVENUE, 1954

## Chapter I—Internal Revenue Service, Department of the Treasury

[T.D. 6500]

## PART 1—INCOME TAX; TAXABLE YEARS BEGINNING AFTER DECEMBER 31, 1953

### Republication of Regulations

All Income Tax Regulations published under Title 26, Part 1, of the Code of Federal Regulations, pursuant to the Internal Revenue Code of 1954 prior to September 1, 1960, are hereby republished for the purpose of making certain editorial changes, including corrections of form, style, and internal references.

Sec.
1.0-1 Internal Revenue Code of 1954 and regulations.

### Normal Taxes and Surtaxes

#### DETERMINATION OF TAX LIABILITY

##### Tax on Individuals

1.1 Statutory provisions; tax imposed.
1.1-1 Income tax on individuals.
1.1-2 Rates of tax on heads of households.
1.1-3 Limitation on tax.
1.1-4 Determination of normal tax and surtax.
1.1-5 Change in rates applicable to taxable year.
1.2 Statutory provisions; tax in case of joint return or return of surviving spouse.
1.2-1 Tax in case of joint return of husband and wife or the return of a surviving spouse.
1.2-2 Definition of surviving spouse.
1.3 Statutory provisions; optional tax if adjusted gross income is less than $5,000.
1.3-1 Application of optional tax.
1.4 Statutory provisions; rules for optional tax.
1.4-1 Number of exemptions.
1.4-2 Elections.
1.4-3 Husband and wife filing separate returns.
1.4-4 Short taxable year caused by death.
1.5 Statutory provisions; cross references relating to tax on individuals.

##### Tax on Corporations

1.11 Statutory provisions; tax imposed.
1.11-1 Tax on corporations.
1.12 Statutory provisions; cross references relating to tax on corporations.

#### Changes in Rates During a Taxable Year

1.21 Statutory provision; effect of changes.
1.21-1 Changes in rate during a taxable year.

#### Credits Against Tax

1.31 Statutory provisions; tax withheld on wages.
1.31-1 Credit for tax withheld on wages.
1.31-2 Credit for "special refunds" of employee social security tax.
1.32 Statutory provisions; tax withheld at source on nonresident aliens and foreign corporations and on tax-free covenant bonds.
1.33 Statutory provisions; taxes of foreign countries and possessions of the United States.
1.34 Statutory provisions; dividends received by individuals.
1.34-1 Credit against tax and exclusion from gross income in case of dividends received by individuals.
1.34-2 Limitations on amount of credit.
1.34-3 Dividends to which the credit and exclusion apply.
1.34-4 Taxpayers not entitled to credit and exclusion.

Sec.
1.34-5 Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.35 Statutory provisions; partially tax-exempt interest received by individuals.
1.35-1 Partially tax-exempt interest received by individuals.
1.35-2 Taxpayers not entitled to credit.
1.36 Statutory provisions; credits not allowed to individuals paying optional tax or taking standard deduction.
1.37 Statutory provisions; retirement income.
1.37-1 Allowance of credit for retirement income.
1.37-2 Eligibility for retirement income credit.
1.37-3 Retirement income.
1.37-4 Limitation on amount of retirement income.
1.37-5 Illustration of application of section 37.
1.38 Statutory provisions; overpayments of tax.

#### COMPUTATION OF TAXABLE INCOME

##### Definition of Gross Income, Adjusted Gross Income, and Taxable Income

1.61 Statutory provisions; gross income defined.
1.61-1 Gross income.
1.61-2 Compensation for services, including fees, commissions, and similar items.
1.61-3 Gross income derived from business.
1.61-4 Gross income of farmers.
1.61-5 Allocations by cooperative associations; tax treatment as to patrons.
1.61-6 Gains derived from dealings in property.
1.61-7 Interest.
1.61-8 Rents and royalties.
1.61-9 Dividends.
1.61-10 Alimony and separate maintenance payments; annuities; income from life insurance and endowment contracts.
1.61-11 Pensions.
1.61-12 Income from discharge of indebtedness.
1.61-13 Distributive share of partnership gross income; income in respect of a decedent; income from an interest in an estate or trust.
1.61-14 Miscellaneous items of gross income.
1.62 Statutory provisions; adjusted gross income defined.
1.62-1 Adjusted gross income.
1.63 Statutory provisions; taxable income defined.

##### Items Specifically Included in Gross Income

1.71 Statutory provisions; alimony and separate maintenance payments.
1.71-1 Alimony and separate maintenance payments; income to wife or former wife.
1.71-2 Effective date; taxable years ending after March 31, 1954, subject to the Internal Revenue Code of 1939.
1.72 Statutory provisions; annuities; certain proceeds of endowment and life insurance contracts.
1.72-1 Introduction.
1.72-2 Applicability of section.
1.72-3 Excludable amounts not income.
1.72-4 Exclusion ratio.
1.72-5 Expected return.
1.72-6 Investment in the contract.
1.72-7 Adjustment in investment where a contract contains a refund feature.
1.72-8 Effect of certain employer contributions with respect to premiums or consideration paid or contributed by an employee.
1.72-9 Tables.
1.72-10 Effect of transfer of contracts on investment in the contract.
1.72-11 Amounts not received as annuity payments.
1.72-12 Effect of taking an annuity in lieu of a lump sum upon the maturity of a contract.
1.72-13 Special rule for employee contributions recoverable in three years.
1.72-14 Exceptions from application of principles of section 72.
1.72-15 Applicability of section 72 to accident or health plans.
1.73 Statutory provisions; services of child.

Sec.
1.73-1  Services of child.
1.74   Statutory provisions; prizes and awards.
1.74-1  Prizes and awards.
1.75   Statutory provisions; dealers in tax-exempt securities.
1.75-1  Treatment of bond premiums in the case of dealers in tax-exempt securities.
1.76   Statutory provisions; mortgages made or obligations issued by joint-stock land banks.
1.77   Statutory provisions; commodity credit loans.
1.77-1  Election to consider Commodity Credit Corporation loans as income.
1.77-2  Effect of election to consider commodity credit loans as income.

ITEMS SPECIFICALLY EXCLUDED FROM GROSS INCOME

1.101   Statutory provisions; certain death benefits.
1.101-1 Exclusion from gross income of proceeds of life insurance contracts payable by reason of death.
1.101-2 Employees' death benefits.
1.101-3 Interest payments.
1.101-4 Payment of life insurance proceeds at a date later than death.
1.101-5 Alimony, etc., payments.
1.101-6 Effective date.
1.102   Statutory provisions; gifts and inheritances.
1.102-1 Gifts and inheritances.
1.103   Statutory provisions; interest on certain governmental obligations.
1.103-1 Interest upon obligations of a State, Territory, etc.
1.103-2 Dividends from shares and stock of Federal agencies or instrumentalities.
1.103-3 Interest upon notes secured by mortgages executed to Federal agencies or instrumentalities.
1.103-4 Interest upon United States obligations.
1.103-5 Treasury bond exemption in the case of trusts or partnerships.
1.103-6 Interest upon United States obligations in the case of nonresident aliens and foreign corporations, not engaged in business in the United States.
1.104   Statutory provisions; compensation for injuries or sickness.
1.104-1 Compensation for injuries or sickness.
1.105   Statutory provisions; amounts received under accident and health plans.
1.105-1 Amounts attributable to employer contributions.
1.105-2 Amounts expended for medical care.
1.105-3 Payments unrelated to absence from work.
1.105-4 Wage continuation plans.
1.105-5 Accident and health plans.
1.106   Statutory provisions; contributions by employer to accident and health plans.
1.106-1 Contributions by employer to accident and health plans.
1.107   Statutory provisions; rental value of parsonages.
1.107-1 Rental value of parsonages.
1.108(a) Statutory provisions; income from discharge of indebtedness; special rule of exclusion.
1.108(a)-1 Income from discharge of indebtedness.
1.108(a)-2 Making and filing of consent.
1.108(b) Statutory provisions; income from discharge of indebtedness; railroad corporations.
1.108(b)-1 Income from discharge of indebtedness of railroad corporations.
1.109   Statutory provisions; improvements by lessee on lessor's property.
1.109-1 Exclusion from gross income of lessor of real property of value of improvements erected by lessee.
1.110   Statutory provisions; income taxes paid by lessee corporation.
1.110-1 Income taxes paid by lessee corporation.
1.111   Statutory provisions; recovery of bad debts, prior taxes, and delinquency amounts.
1.111-1 Recovery of certain items previously deducted or credited.
1.112   Statutory provisions; certain combat pay of members of the Armed Forces.
1.112-1 Compensation of members of the Armed Forces of the United States for service in a combat zone during an induction period, or for service while hospitalized as a result of such combat-zone service.

Sec.
1.113   Statutory provisions; mustering-out payments for members of the Armed Forces.
1.113-1 Mustering-out payments for members of the Armed Forces.
1.114   Statutory provisions; sports programs conducted for the American National Red Cross.
1.114-1 Proceeds from certain sports programs conducted for the benefit of the American National Red Cross.
1.115   Statutory provisions; income of States, municipalities, etc.
1.115-1 Bridges to be acquired by State or political subdivisions.
1.116   Statutory provisions; partial exclusion of dividends received by individuals.
1.116-1 Partial exclusion of dividends.
1.116-2 Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.117   Statutory provisions; scholarships and fellowship grants.
1.117-1 Exclusion of amounts received as a scholarship or fellowship grant.
1.117-2 Limitations.
1.117-3 Definitions.
1.117-4 Items not considered as scholarships or fellowship grants.
1.118   Statutory provisions; contributions to the capital of a corporation.
1.118-1 Contributions to the capital of a corporation.
1.119   Statutory provisions; meals or lodging furnished for the convenience of the employer.
1.119-1 Meals and lodging furnished for the convenience of the employer.
1.120   Statutory provisions; statutory subsistence allowance received by police.
1.120-1 Statutory subsistence allowance received by police.
1.121   Statutory provisions; cross references to other acts.

STANDARD DEDUCTION FOR INDIVIDUALS

1.141   Statutory provisions; standard deduction.
1.141-1 Standard deduction.
1.142   Statutory provisions; individuals not eligible for standard deduction.
1.142-1 Husband and wife.
1.142-2 Standard deduction not allowable.
1.143   Statutory provisions; determination of marital status.
1.143-1 Determination of marital status.
1.144   Statutory provisions; election of standard deduction.
1.144-1 Manner and effect of election to take the standard deduction.
1.144-2 Change of election to take, or not to take, the standard deduction.
1.145   Statutory provisions; cross reference.

DEDUCTIONS FOR PERSONAL EXEMPTIONS

1.151   Statutory provisions; allowance of deductions for personal exemptions.
1.151-1 Deductions for personal exemptions.
1.151-2 Additional exemptions for dependents.
1.151-3 Definitions.
1.152   Statutory provisions; dependent defined.
1.152-1 General definition of a dependent.
1.152-2 Rules relating to general definition of dependent.
1.152-3 Multiple support agreements.
1.153   Statutory provisions; determination of marital status.
1.153-1 Determination of marital status.
1.154   Statutory provisions; cross references.

ITEMIZED DEDUCTIONS FOR INDIVIDUALS AND CORPORATIONS

1.161   Statutory provisions; allowance of deductions.
1.161-1 Allowance of deductions.
1.162   Statutory provisions; trade or business expenses.
1.162-1 Business expenses.
1.162-2 Traveling expenses.
1.162-3 Cost of materials.
1.162-4 Repairs.
1.162-5 Expenses for education.
1.162-6 Professional expenses.
1.162-7 Compensation for personal services.