| Sec. | |
|---|---|
| 1.162-8 | Treatment of excessive compensation. |
| 1.162-9 | Bonuses to employees. |
| 1.162-10 | Certain employee benefits. |
| 1.162-11 | Rentals. |
| 1.162-12 | Expenses of farmers. |
| 1.162-13 | Depositors' guaranty fund. |
| 1.162-14 | Expenditures for advertising or promotion of good will. |
| 1.162-15 | Excepted contributions. |
| 1.162-16 | Cross reference. |
| 1.162-17 | Reporting and substantiation of traveling and other business expenses of employees. |
| 1.162-18 | Improper payments to officials or employees of foreign countries. |
| 1.163 | Statutory provisions; interest. |
| 1.163-1 | Interest deduction in general. |
| 1.163-2 | Installment purchases where interest charge is not separately stated. |
| 1.164 | Statutory provisions; taxes. |
| 1.164-1 | Deduction for taxes. |
| 1.164-2 | Deduction denied in case of certain taxes. |
| 1.164-3 | Federal duties and excise taxes. |
| 1.164-4 | Taxes for local benefits. |
| 1.164-5 | Certain retail sales taxes and gasoline taxes. |
| 1.164-6 | Apportionment of taxes on real property between seller and purchaser. |
| 1.164-7 | Taxes of shareholder paid by corporation. |
| 1.164-8 | Payments for municipal services in atomic energy communities. |
| 1.165 | Statutory provisions; losses. |
| 1.165-1 | Losses. |
| 1.165-2 | Obsolescence of nondepreciable property. |
| 1.165-3 | Demolition of buildings. |
| 1.165-4 | Decline in value of stock. |
| 1.165-5 | Worthless securities. |
| 1.165-6 | Farming losses. |
| 1.165-7 | Casualty losses. |
| 1.165-8 | Theft losses. |
| 1.165-9 | Sale of residential property. |
| 1.165-10 | Wagering losses. |
| 1.166 | Statutory provisions; bad debts. |
| 1.166-1 | Bad debts. |
| 1.166-2 | Evidence of worthlessness. |
| 1.166-3 | Partial or total worthlessness. |
| 1.166-4 | Reserve for bad debts. |
| 1.166-5 | Nonbusiness debts. |
| 1.166-6 | Sale of mortgaged or pledged property. |
| 1.166-7 | Worthless bonds issued by an individual. |
| 1.166-8 | Losses of guarantors, endorsers, and indemnitors. |
| 1.167(a) | Statutory provisions; depreciation; general rule. |
| 1.167(a)-1 | Depreciation in general. |
| 1.167(a)-2 | Tangible property. |
| 1.167(a)-3 | Intangibles. |
| 1.167(a)-4 | Leased property. |
| 1.167(a)-5 | Apportionment of basis. |
| 1.167(a)-6 | Depreciation in special cases. |
| 1.167(a)-7 | Accounting for depreciable property. |
| 1.167(a)-8 | Retirements. |
| 1.167(a)-9 | Obsolescence. |
| 1.167(a)-10 | When depreciation deduction is allowable. |
| 1.167(b) | Statutory provisions; depreciation; use of certain methods and rates. |
| 1.167(b)-0 | Methods of computing depreciation. |
| 1.167(b)-1 | Straight line method. |
| 1.167(b)-2 | Declining balance method. |
| 1.167(b)-3 | Sum of the years-digits method. |
| 1.167(b)-4 | Other methods. |
| 1.167(c) | Statutory provisions; depreciation; limitations on use of certain methods and rates. |

| Sec. | |
|---|---|
| 1.167(c)-1 | Limitations on methods of computing depreciation under section 167(b) (2), (3), and (4). |
| 1.167(d) | Statutory provisions; depreciation; agreement as to useful life on which depreciation rate is based. |
| 1.167(d)-1 | Agreement as to useful life and rates of depreciation. |
| 1.167(e) | Statutory provisions; depreciation; change in method. |
| 1.167(e)-1 | Change in method. |
| 1.167(f) | Statutory provisions; depreciation; basis for depreciation. |
| 1.167(f)-1 | Basis for depreciation. |
| 1.167(g) | Statutory provisions; depreciation; life tenants and beneficiaries of trusts and estates. |
| 1.167(g)-1 | Life tenants and beneficiaries of trusts and estates. |
| 1.167(h) | Statutory provisions; depreciation; depreciation of improvements in the case of mines, etc. |
| 1.167(h)-1 | Depreciation of improvements in the case of mines, etc. |
| 1.168 | Statutory provisions; amortization of emergency facilities. |
| 1.168-1 | Amortization of emergency facilities; general rule. |
| 1.168-2 | Election of amortization. |
| 1.168-3 | Election to discontinue amortization. |
| 1.168-4 | Definitions. |
| 1.168-5 | Adjusted basis of emergency facility. |
| 1.168-6 | Depreciation of portion of emergency facility not subject to amortization. |
| 1.168-7 | Payment by United States of unamortized cost of facility. |
| 1.169 | Statutory provisions; amortization of grain-storage facilities. |
| 1.169-1 | General scope of section 169. |
| 1.169-2 | Definition of grain-storage facility. |
| 1.169-3 | Amortization deduction. |
| 1.169-4 | Election of amortization. |
| 1.169-5 | Termination of amortization deduction. |
| 1.169-6 | Adjusted basis of grain-storage facility. |
| 1.169-7 | Depreciation of portion of grain-storage facility not subject to amortization. |
| 1.169-8 | Life tenant and remainderman. |
| 1.170 | Statutory provisions; charitable, etc., contributions and gifts. |
| 1.170-1 | Charitable, etc., contributions and gifts; allowance of deduction. |
| 1.170-2 | Charitable deductions by individuals; limitations. |
| 1.170-3 | Contributions or gifts by corporations. |
| 1.171 | Statutory provisions; amortizable bond premium. |
| 1.171-1 | Amortizable bond premium. |
| 1.171-2 | Determination of bond premium. |
| 1.171-3 | Election with respect to taxable and partially taxable bonds. |
| 1.171-4 | Definition. |
| 1.172 | Statutory provisions; net operating loss deduction. |
| 1.172-1 | Net operating loss deduction. |
| 1.172-2 | Net operating loss in case of a corporation. |
| 1.172-3 | Net operating loss in case of a taxpayer other than a corporation. |
| 1.172-4 | Net operating loss carrybacks and net operating loss carryovers. |
| 1.172-5 | Taxable income which is subtracted from net operating loss to determine carryback or carryover. |
| 1.172-6 | Illustration of net operating loss carrybacks and carryovers. |
| 1.172-7 | Joint return by husband and wife. |
| 1.172-8 | Net operating loss carryback for purposes of the excess profits tax. |
| 1.173 | Statutory provisions; circulation expenditures. |
| 1.173-1 | Circulation expenditures. |
| 1.174 | Statutory provisions; research and experimental expenditures. |
| 1.174-1 | Research and experimental expenditures; in general. |
| 1.174-2 | Definition of research and experimental expenditures. |
| 1.174-3 | Treatment as expenses. |
| 1.174-4 | Treatment as deferred expenses. |
| 1.175 | Statutory provisions; soil and water conservation expenditures. |
| 1.175-1 | Soil and water conservation expenditures; in general. |
| 1.175-2 | Definition of soil and water conservation expenditures. |
| 1.175-3 | Definition of "the business of farming". |

Sec.
1.175-4 Definition of "land used in farming".
1.175-5 Percentage limitation and carryover.
1.175-6 Adoption or change of method.
1.176 Statutory provisions; payments with respect to employees of certain foreign corporations.
1.177 Statutory provisions; trademark and trade name expenditures.
1.177-1 Election to amortize trademark and trade name expenditures.

ADDITIONAL ITEMIZED DEDUCTIONS FOR INDIVIDUALS

1.211 Statutory provisions; allowance of deductions.
1.211-1 Allowance of deductions.
1.212 Statutory provisions; expenses for production of income.
1.212-1 Nontrade or nonbusiness expenses.
1.213 Statutory provisions; medical, dental, etc., expenses.
1.213-1 Medical, dental, etc., expenses.
1.213-2 Maximum limitation on deduction if taxpayer or spouse is age 65 or over and is disabled.
1.214 Statutory provisions; expenses for care of certain dependents.
1.214-1 Expenses for the care of certain dependents.
1.215 Statutory provisions; alimony, etc., payments.
1.215-1 Periodic alimony, etc., payments.
1.216 Statutory provisions; amounts representing taxes and interest paid to cooperative housing corporation.
1.216-1 Amounts representing taxes and interest paid to cooperative housing corporation.
1.217 Statutory provisions; cross references.

SPECIAL DEDUCTIONS FOR CORPORATIONS

1.241 Statutory provisions; allowance of special deductions.
1.241-1 Allowance of special deductions.
1.242 Statutory provisions; partially tax-exempt interest.
1.242-1 Deduction for partially tax-exempt interest.
1.243 Statutory provisions; dividends received by corporations.
1.243-1 Deduction for dividends received by corporations.
1.243-2 Special rules for certain distributions.
1.244 Statutory provisions; dividends received on certain preferred stock.
1.244-1 Deduction for dividends received on certain preferred stock.
1.244-2 Computation of deduction.
1.245 Statutory provisions; dividends received from certain foreign corporations.
1.245-1 Deduction for dividends received from certain foreign corporations.
1.246 Statutory provisions; rules applying to deductions for dividends received.
1.246-1 Deductions not allowed for dividends from certain corporations.
1.246-2 Limitation on aggregate amount of deductions.
1.246-3 Exclusion of certain dividends.
1.247 Statutory provisions; dividends paid on certain preferred stock of public utilities.
1.247-1 Deduction for dividends paid on preferred stock of public utilities.
1.248 Statutory provisions; organizational expenditures.
1.248-1 Election to amortize organizational expenditures.

ITEMS NOT DEDUCTIBLE

1.261 Statutory provisions; general rule for disallowance of deductions.
1.261-1 General rule for disallowance of deductions.
1.262 Statutory provisions; personal, living, and family expenses.
1.262-1 Personal, living, and family expenses.
1.263(a) Statutory provisions; capital expenditures; general rule.
1.263(a)-1 Capital expenditures; in general.
1.263(a)-2 Examples of capital expenditures.
1.263(a)-3 Election to deduct or capitalize certain expenditures.
1.263(b) Statutory provisions; capital expenditures; expenditures for advertising and good will.
1.263(b)-1 Expenditures for advertising or promotion of good will.
1.263(c) Statutory provisions; capital expenditures; intangible drilling and development costs in the case of oil and gas wells.

Sec.
1.263(c)-1 Intangible drilling and development costs in the case of oil and gas wells.
1.264 Statutory provisions; certain amounts paid in connection with insurance contracts.
1.264-1 Premiums on life insurance taken out in a trade or business.
1.264-2 Single premium life insurance, endowment, or annuity contracts.
1.264-3 Effective date; taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.265 Statutory provisions; expenses and interest relating to tax-exempt income.
1.265-1 Expenses relating to tax-exempt income.
1.265-2 Interest relating to tax-exempt income.
1.266 Statutory provisions; carrying charges.
1.266-1 Taxes and carrying charges chargeable to capital account and treated as capital items.
1.267(a) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; deductions disallowed.
1.267(a)-1 Deductions disallowed.
1.267(b) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; relationships.
1.267(b)-1 Relationships.
1.267(c) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; constructive ownership of stock.
1.267(c)-1 Constructive ownership of stock.
1.267(d) Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; amount of gain where loss previously disallowed.
1.267(d)-1 Amount of gain where loss previously disallowed.
1.267(d)-2 Effective date; taxable years subject to the Internal Revenue Code of 1939.
1.268 Statutory provisions; sale of land with unharvested crop.
1.268-1 Items attributable to an unharvested crop sold with the land.
1.269 [Reserved]
1.270 Statutory provisions; limitation on deductions allowable to individuals in certain cases.
1.270-1 Limitation on deductions allowable to individuals in certain cases.
1.271 Statutory provisions; debts owed by political parties, etc.
1.272 Statutory provisions; disposal of coal.
1.272-1 Expenditures relating to disposal of coal.
1.273 Statutory provisions; holders of life or terminable interests.
1.273-1 Life or terminable interests.

CORPORATE DISTRIBUTIONS AND ADJUSTMENTS

DISTRIBUTIONS BY CORPORATIONS

EFFECTS ON RECIPIENTS

1.301 Statutory provisions; distributions of property.
1.301-1 Rules applicable with respect to distributions of money and other property.
1.302 Statutory provisions; distributions in redemption of stock.
1.302-1 General.
1.302-2 Redemptions not taxable as dividends.
1.302-3 Substantially disproportionate redemption.
1.302-4 Termination of shareholder's interest.
1.303 Statutory provisions; distributions in redemption of stock to pay death taxes.
1.303-1 General.
1.303-2 Requirements.
1.303-3 Application of other sections.
1.304 Statutory provisions; redemption through use of related corporations.
1.304-1 General.
1.304-2 Acquisition by related corporation (other than subsidiary).
1.304-3 Acquisition by a subsidiary.
1.305 Statutory provisions; distributions of stock and stock rights.
1.305-1 Stock dividends.
1.305-2 Election of shareholders as to medium of payment.

Sec.
1.305-3 Distributions in discharge of preference dividends.
1.306 Statutory provisions; dispositions of certain stock.
1.306-1 General.
1.306-2 Exception.
1.306-3 Section 306 stock defined.
1.307 Statutory provisions; basis of stock and stock rights acquired in distributions.
1.307-1 General.
1.307-2 Exception.

EFFECTS ON CORPORATION

1.311 Statutory provisions; taxability of corporation on distribution.
1.311-1 General.
1.312 Statutory provisions; effect on earnings and profits.
1.312-1 Adjustment to earnings and profits reflecting distributions by corporations.
1.312-2 Distributions of inventory assets.
1.312-3 Liabilities.
1.312-4 Examples of adjustments provided in section 312(c).
1.312-5 Special rule for partial liquidations and certain redemptions.
1.312-6 Earnings and profits.
1.312-7 Effect on earnings and profits of gain or loss realized after February 28, 1913.
1.312-8 Effect on earnings and profits of receipt of tax-free distributions requiring adjustment or allocation of basis of stock.
1.312-9 Adjustments to earnings and profits reflecting increase in value accrued before March 1, 1913.
1.312-10 Allocation of earnings and profits in certain corporate separations.
1.312-11 Effect on earnings and profits of certain other tax-free exchanges, tax-free distributions, and tax-free transfers from one corporation to another.
1.312-12 Distributions of proceeds of loans guaranteed by the United States.

DEFINITIONS; CONSTRUCTIVE OWNERSHIP OF STOCK

1.316 Statutory provisions; dividend defined.
1.316-1 Dividends.
1.316-2 Sources of distribution in general.
1.317 Statutory provisions; other definitions.
1.317-1 Property defined.
1.318 Statutory provisions; constructive ownership of stock.
1.318-1 Constructive ownership of stock; introduction.
1.318-2 Application of general rules.
1.318-3 Estates, trusts, and options.
1.318-4 Constructive family ownership.

CORPORATE LIQUIDATIONS

EFFECTS ON RECIPIENTS

1.331 Statutory provisions; gain or loss to shareholders in corporate liquidations.
1.331-1 Corporate liquidations.
1.332 Statutory provisions; complete liquidations of subsidiaries.
1.332-1 Distributions in liquidation of subsidiary corporation; general.
1.332-2 Requirements for nonrecognition of gain or loss.
1.332-3 Liquidations completed within one taxable year.
1.332-4 Liquidations covering more than one taxable year.
1.332-5 Distributions in liquidation as affecting minority interests.
1.332-6 Records to be kept and information to be filed with return.
1.332-7 Indebtedness of subsidiary to parent.
1.333 Statutory provisions; election as to recognition of gain in certain liquidations.
1.333-1 Corporate liquidation in some one calendar month.
1.333-2 Qualified electing shareholder.
1.333-3 Making and filing of written elections.
1.333-4 Treatment of gain.
1.333-5 Records to be kept and information to be filed with return.
1.334 Statutory provisions; basis of property received in liquidations.
1.334-1 Basis of property received in liquidations.
1.334-2 Property received in liquidation under section 333.

Sec.
1.336 Statutory provisions; general rule.
1.336-1 General rule on liquidation of corporation.
1.337 Statutory provisions; gain or loss on sales or exchanges in connection with certain liquidations.
1.337-1 General.
1.337-2 Sales or exchanges within the scope of section 337.
1.337-3 Property defined.
1.337-4 Limitation of gain.
1.337-5 Information to be filed with return.
1.338 Statutory provisions; liquidation of certain foreign personal holding companies.

COLLAPSIBLE CORPORATIONS; FOREIGN PERSONAL HOLDING COMPANIES

1.341 Statutory provisions; collapsible corporations.
1.341-1 Collapsible corporations; in general.
1.341-2 Definitions.
1.341-3 Presumptions.
1.341-4 Limitations on application of section.
1.341-5 Application of section.
1.342 Statutory provisions; liquidation of certain foreign personal holding companies.
1.342-1 General.

DEFINITION

1.346 Statutory provisions; partial liquidation defined.
1.346-1 Partial liquidation.
1.346-2 Treatment of certain redemptions.
1.346-3 Effect of certain sales.

CORPORATE ORGANIZATIONS AND REORGANIZATIONS

1.351 Statutory provisions; transfer to corporation controlled by transferor.
1.351-1 Transfer to corporation controlled by transferor.
1.351-2 Receipt of property.
1.351-3 Records to be kept and information to be filed.

EFFECTS ON SHAREHOLDERS AND SECURITY HOLDERS

1.354 Statutory provisions; exchanges of stock and securities in certain reorganizations.
1.354-1 Exchanges of stock and securities in certain reorganizations.
1.355 Statutory provisions; distribution of stock and securities of a controlled corporation.
1.355-1 Distribution of stock and securities of controlled corporation.
1.355-2 Limitations.
1.355-3 Non pro rata distributions, etc.
1.355-4 Active conduct of a trade or business.
1.355-5 Records to be kept and information to be filed.
1.356 Statutory provisions; receipt of additional consideration.
1.356-1 Receipt of additional consideration in connection with an exchange.
1.356-2 Receipt of additional consideration not in connection with an exchange.
1.356-3 Rules for treatment of securities as "other property".
1.356-4 Exchanges for section 306 stock.
1.356-5 Transactions involving gift or compensation.
1.357 Statutory provisions; assumption of liability.
1.357-1 Assumption of liability.
1.357-2 Liability in excess of basis.
1.358 Statutory provisions; basis to distributees.
1.358-1 Basis to distributees.
1.358-2 Allocation of basis among nonrecognition property.
1.358-3 Treatment of assumption of liabilities.
1.358-4 Exception.

EFFECTS ON CORPORATION

1.361 Statutory provisions; nonrecognition of gain or loss to corporations.
1.361-1 Nonrecognition of gain or loss to corporations.
1.362 Statutory provisions; basis to corporations.

Attachment EE - page 5 of 15

Sec.
1.362-1 Basis to corporations.
1.362-2 Certain contributions to capital.
1.363 Statutory provisions; effect on earnings and profits.

SPECIAL RULE; DEFINITIONS

1.367 Statutory provisions; foreign corporations.
1.367-1 Foreign corporations.
1.368 Statutory provisions; definitions relating to corporate reorganizations.
1.368-1 Purpose and scope of exception of reorganization exchanges.
1.368-2 Definition of terms.
1.368-3 Records to be kept and information to be filed with returns.

INSOLVENCY REORGANIZATIONS

1.371 Statutory provisions; reorganization in certain receivership and bankruptcy proceedings.
1.371-1 Exchanges by corporations.
1.371-2 Exchanges by security holders.
1.372 Statutory provisions; basis in connection with certain receivership and bankruptcy proceedings.
1.372-1 Corporations.
1.373 Statutory provisions; loss not recognized in certain railroad reorganizations.
1.373-1 Nonrecognition of loss upon transfer of property of railroad corporation.
1.373-2 Property acquired by railroad corporation in a receivership or railroad reorganization proceeding.
1.373-3 Property acquired by electric railway corporation in corporate reorganization proceeding.

CARRYOVERS

1.381(a) Statutory provisions; carryovers in certain corporate acquisitions; general rule.
1.381(a)-1 General rule relating to carryovers in certain corporate acquisitions.
1.381(b) Statutory provisions; carryovers in certain corporate acquisitions; operating rules.
1.381(b)-1 Operating rules applicable to carryovers in certain corporate acquisitions.
1.381(c)(1) Statutory provisions; carryovers in certain corporate acquisitions; items of the distributor or transferor corporation; net operating loss carryovers.
1.381(c)(1)-1 Net operating loss carryovers in certain corporate acquisitions.
1.381(c)(1)-2 Net operating loss carryovers; two or more dates of distribution or transfer in the taxable year.
1.382 [Reserved]

EFFECTIVE DATE OF SUBCHAPTER C, CHAPTER 1 OF THE CODE

1.391 Statutory provisions; effective date of part I of subchapter C, Code.
1.391-1 Effective date of part I of subchapter C.
1.392 Statutory provisions; effective date of part II of subchapter C, Code.
1.392-1 Effective date of part II of subchapter C.
1.393 Statutory provisions; effective dates of parts III and IV, subchapter C, chapter 1 of the Code.
1.393-1 Effective date of parts III and IV of subchapter C.
1.393-2 Special rule with respect to certain plans of reorganization arising in 1954.
1.393-3 Making and filing of elections.
1.394 [Reserved]
1.395 Statutory provisions; special rules for application of subchapter C, chapter 1 of the Code.
1.395-1 Special rules for application of subchapter C.

PENSION, PROFIT-SHARING, STOCK BONUS PLANS, ETC.

1.401 Qualified pension, profit-sharing, and stock bonus plans.
1.401-1 Qualified pension, profit-sharing, and stock bonus plans.
1.401-2 Impossibility of diversion under the trust instrument.

Sec.
1.401-3 Requirements as to coverage.
1.401-4 Discrimination as to contributions or benefits.
1.401-5 Period for which requirements of section 401(a) (3), (4), (5), and (6) are applicable.
1.402(a) Statutory provisions; taxability of beneficiary of employees' trust; exempt trust.
1.402(a)-1 Taxability of beneficiary under a trust which meets the requirements of section 401(a).
1.402(b) Statutory provisions; taxability of beneficiary of employees' trust; non-exempt trust.
1.402(b)-1 Treatment of beneficiary of a trust not exempt under section 501(a).
1.402(c) Statutory provisions; taxability of beneficiary of employees' trust; certain foreign situs trusts.
1.402(c)-1 Taxability of beneficiary of certain foreign situs trusts.
1.402(d) Statutory provisions; taxability of beneficiary of employees' trust; annuities under agreements entered into prior to October 21, 1942.
1.402(d)-1 Effect of section 402(d).
1.402(e) Statutory provisions; taxability of beneficiary of employees' trust; certain plan terminations.
1.402(e)-1 Certain plan terminations.
1.403(a) Statutory provisions; taxation of employee annuities; qualified annuity plan.
1.403(a)-1 Taxability of beneficiary under a qualified annuity plan.
1.403(a)-2 Capital gains treatment for certain distributions.
1.403(b) Statutory provisions; taxation of employee annuities; nonqualified annuity.
1.403(b)-1 Taxability of beneficiary under a nonqualified annuity.
1.404(a) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; general rule.
1.404(a)-1 Contributions of an employer to an employees' trust or annuity plan and compensation under a deferred payment plan; general rule.
1.404(a)-2 Information to be furnished by employer claiming deductions.
1.404(a)-3 Contributions of an employer to or under an employees' pension trust or annuity plan that meets the requirements of section 401(a); application of section 404(a)(1).
1.404(a)-4 Pension and annuity plans; limitations under section 404(a)(1)(A).
1.404(a)-5 Pension and annuity plans; limitations under section 404(a)(1)(B).
1.404(a)-6 Pension and annuity plans; limitations under section 404(a)(1)(C).
1.404(a)-7 Pension and annuity plans; contributions in excess of limitations under section 404(a)(1); application of section 404(a)(1)(D).
1.404(a)-8 Contributions of an employer under an employees' annuity plan which meets the requirements of section 404(a)(2).
1.404(a)-9 Contributions of an employer under an employees' profit-sharing or stock bonus trust that meets the requirements of section 401(a); application of section 404(a)(3)(A).
1.404(a)-10 Profit-sharing plan of an affiliated group; application of section 404(a)(3)(B).
1.404(a)-11 Trusts created or organized outside the United States; application of section 404(a)(4).
1.404(a)-12 Contributions of an employer under a plan that does not meet the requirements of section 404(a)(5).
1.404(a)-13 Contributions of an employer where deductions are allowable under section 404(a) (1) or (2) and also under section 404(a)(3); application of section 404(a)(7).
1.404(b) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; certain negotiated plans.
1.404(b)-1 Method of contributions, etc., having the effect of a plan.
1.404(c) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; certain negotiated plans.

DEFERRED COMPENSATION, ETC.

Attachment EE - page 6 of 15

Sec.
1.404(c)-1 Certain negotiated plans; effect of section 404(c).
1.404(d) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; carryover of unused deductions.
1.404(d)-1 Carryover of unused deductions; effect of section 404(d).

MISCELLANEOUS PROVISIONS

1.421 Statutory provisions; employee stock options.
1.421-1 Meaning and use of certain terms.
1.421-2 Restricted stock option.
1.421-3 Exercise of restricted stock option.
1.421-4 Modification, extension, or renewal.
1.421-5 Operation of section 421.
1.421-6 Options to which section 421 does not apply.

ACCOUNTING PERIODS AND METHODS OF ACCOUNTING

Accounting Periods

1.441 Statutory provisions; period for computation of taxable income.
1.441-1 Period for computation of taxable income.
1.441-2 Election of year consisting of 52-53 weeks.
1.442 Statutory provisions; change of annual accounting period.
1.442-1 Change of annual accounting period.
1.443 Statutory provisions; returns for a period of less than 12 months.
1.443-1 Returns for periods of less than 12 months.

METHODS OF ACCOUNTING

Methods of Accounting in General

1.446 Statutory provisions; general rule for methods of accounting.
1.446-1 General rule for methods of accounting.

TAXABLE YEAR FOR WHICH ITEMS OF GROSS INCOME INCLUDED

1.451 Statutory provisions; general rule for taxable year of inclusion.
1.451-1 General rule for taxable year of inclusion.
1.451-2 Constructive receipt of income.
1.451-3 Long-term contracts.
1.451-4 Accounting for redemption of trading stamps and coupons.
1.452 Statutory provisions; prepaid income.
1.452-1 Prepaid income in general.
1.452-2 Prepaid income to be earned over short period.
1.452-3 Prepaid income to be earned over indefinite period.
1.452-4 Prepaid income to be earned over long period.
1.452-5 Manner of obtaining consent for different treatment of prepaid income.
1.452-6 Treatment of prepaid income where taxpayer's liability ceases.
1.452-7 Election of benefits.
1.452-8 Definitions.
1.453 Statutory provisions; installment method.
1.453-1 Installment method of reporting income.
1.453-2 Special rules applicable to dealers in personal property.
1.453-3 Special rules applicable to casual dispositions of personal property.
1.453-4 Sale of real property involving deferred periodic payments.
1.453-5 Sale of real property treated on installment method.
1.453-6 Deferred-payment sale of real property not on installment method.
1.453-7 Change from accrual to installment method of reporting income.
1.453-8 Requirements for adoption of or change to installment method by dealers.
1.453-9 Gain or loss on disposition of installment obligations.
1.453-10 Effective date.
1.454 Statutory provisions; obligations issued at discount.
1.454-1 Obligations issued at discount.

TAXABLE YEAR FOR WHICH DEDUCTIONS TAKEN

1.461 Statutory provisions; general rule for taxable year of deduction.
1.461-1 General rule for taxable year of deduction.
1.462 Statutory provisions; reserves for estimated expenses.
1.462-1 Reserves for estimated expenses.
1.462-2 Adjustments where reserve becomes excessive.
1.462-3 Election of benefits.
1.462-4 Time and manner of making election.
1.462-5 Estimated expense defined.
1.462-6 Special rule for deductions attributable to period before election.
1.462-7 Examples.

INVENTORIES

1.471 Statutory provisions; general rule for inventories.
1.471-1 Need for inventories.
1.471-2 Valuation of inventories.
1.471-3 Inventories at cost.
1.471-4 Inventories at cost or market, whichever is lower.
1.471-5 Inventories by dealers in securities.
1.471-6 Inventories of livestock raisers and other farmers.
1.471-7 Inventories of miners and manufacturers.
1.471-8 Inventories of retail merchants.
1.471-9 Inventories of acquiring corporations.
1.472 Statutory provisions; last-in, first-out inventories.
1.472-1 Last-in, first-out inventories.
1.472-2 Requirements incident to adoption and use of LIFO inventory method.
1.472-3 Time and manner of making election.
1.472-4 Adjustments to be made by taxpayer.
1.472-5 Revocation of election.
1.472-6 Change from LIFO inventory method.
1.472-7 Inventories of acquiring corporations.

Adjustments

1.481 Statutory provisions; adjustments required by changes in method of accounting.
1.481-1 Adjustments in general.
1.481-2 Limitation on tax.
1.481-3 Adjustments attributable to pre-1954 Code years where change was not initiated by taxpayer.
1.481-4 Adjustments attributable to pre-1954 Code years where change was initiated by taxpayer.
1.481-5 Adjustments taken into account with consent.
1.481-6 Election to return to former method of accounting.
1.482 [Reserved]

EXEMPT ORGANIZATIONS

GENERAL RULE

1.501(a) Statutory provisions; exemption from tax on corporations; certain trusts, etc.
1.501(a)-1 Exemption from taxation.
1.501(b) Statutory provisions; exemption from tax on unrelated business income.
1.501(c)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; tax on unrelated business income.
1.501(c)(1) Statutory provisions; instrumentalities of the United States.
1.501(c)(2) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to hold title to property for exempt organizations.
1.501(c)(2)-1 Corporations organized to hold title to property for exempt organizations.
1.501(c)(3) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations, and any community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(3)-1 Organizations organized and operated for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(4) Statutory provisions; civic organizations.

Sec.
1.501(c)(4)-1 Civic organizations and local associations of employees.
1.501(c)(5)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; labor, agricultural, and horticultural organizations.
1.501(c)(6)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; business leagues, chambers of commerce, real estate boards and boards of trade.
1.501(c)(6)-1 Business leagues, chambers of commerce, real estate boards, and boards of trade.
1.501(c)(7)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; social clubs.
1.501(c)(7)-1 Social clubs.
1.501(c)(8)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; fraternal beneficiary societies.
1.501(c)(8)-1 Fraternal beneficiary associations.
1.501(c)(9)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; voluntary employees' beneficiary associations.
1.501(c)(9)-1 Voluntary employees' beneficiary associations.
1.501(c)(10)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; teachers' retirement fund associations.
1.501(c)(11)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; teachers' retirement fund associations.
1.501(c)(12)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(12)-1 Local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(13)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; cemetery companies.
1.501(c)(13)-1 Cemetery companies.
1.501(c)(14)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; credit unions and mutual insurance funds.
1.501(c)(14)-1 Credit unions and mutual insurance funds.
1.501(c)(15)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; mutual insurance companies or associations other than life or marine.
1.501(c)(15)-1 Mutual insurance companies or associations other than life or marine.
1.501(c)(16)-1 Statutory provisions; exemption from tax on corporations organized to finance crop operations.
1.501(c)(16)-1 Corporations organized to finance crop operations.
1.501(d)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; religious and apostolic organizations.
1.501(e)-1 Religious and apostolic associations or corporations.
1.501(e)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; cross reference.
1.502-1 Statutory provisions; feeder organizations.
1.502-1 Feeder organizations.
1.503(a)-1 Statutory provisions; requirements for exemption; denial of exemption to organizations engaged in prohibited transactions.
1.503(a)-1 Denial of exemption to organizations engaged in prohibited transactions.
1.503(b) Statutory provisions; requirements for exemption; organizations to which section 503 applies.
1.503(c)-1 Prohibited transactions.
1.503(d)-1 Statutory provisions; requirements for exemption; future status of organizations denied exemption.
1.503(d)-1 Future status of organizations denied exemption.
1.503(d)-2 Fiscal years and short taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.503(e) Statutory provisions; requirements for exemption; disallowance of certain charitable, etc., deductions.
1.503(e)-1 Disallowance of certain charitable deductions.

Sec.
1.503(f) Statutory provisions; requirements for exemption; definitions.
1.503(g) Statutory provisions; requirements for exemption; special rule for loans.
1.503(g)-1 Cross reference.
1.504-1 Statutory provisions; denial of exemption.
1.504-1 Denial of exemption.

TAXATION OF BUSINESS INCOME OF CERTAIN EXEMPT ORGANIZATIONS

1.511 Statutory provisions; imposition of tax on unrelated business income of charitable, etc., organizations.
1.511-1 Imposition and rates of tax.
1.511-3 Provisions generally applicable to tax.
1.511-3 Organizations subject to tax.
1.512(a)-1 Statutory provisions; unrelated business taxable income; definition.
1.512(a)-1 Definition, general rule.
1.512(b)-1 Statutory provisions; unrelated business taxable income; exceptions, additions, and limitations.
1.512(b)-1 Exceptions, additions, and limitations.
1.512(c)-1 Statutory provisions; unrelated business taxable income; special rules applicable to partnerships.
1.512(c)-1 Special rules applicable to partnerships, in general.
1.513 Statutory provisions; unrelated trade or business.
1.513-1 Definition of unrelated trade or business.
1.514(a)-1 Statutory provisions; business lease rents.
1.514(a)-2 Business lease rents.
1.514(b)-1 Statutory provisions; business leases; definition of business lease.
1.514(b)-1 Definition of business lease.
1.514(c)-1 Statutory provisions; business leases; business lease indebtedness.
1.514(c)-1 Business lease indebtedness.
1.514(d)-1 Statutory provisions; business leases; personal property lease with real property.
1.515 Statutory provisions; taxes of foreign countries and possessions of the United States.

1.521 Statutory provisions; exemption of farmers' cooperatives from tax.
1.521-1 Farmers' cooperative marketing and purchasing associations; requirements for exemption under section 521.
1.522 Statutory provisions; tax on farmers' cooperatives.
1.522-1 Tax treatment of farmers' cooperative marketing and purchasing associations exempt under section 521.
1.522-2 Manner of taxation of cooperative associations subject to section 522.
1.522-3 Patronage dividends, rebates, or refunds; treatment as to cooperative associations entitled to tax treatment under section 522.

SHIPOWNERS' PROTECTION AND INDEMNITY ASSOCIATIONS

1.526 Statutory provisions; shipowners' protection and indemnity associations.

CORPORATIONS USED TO AVOID INCOME TAX ON SHAREHOLDERS

1.531 Statutory provisions; imposition of accumulated earnings tax.
1.531-1 Imposition of tax.
1.532 Statutory provisions; corporations subject to accumulated earnings tax.
1.532-1 Corporations subject to accumulated earnings tax.
1.533 Statutory provisions; evidence of purpose to avoid income tax.
1.533-1 Evidence of purpose to avoid income tax.
1.533-2 Statement required.
1.534 Statutory provisions; burden of proof.
1.534-1 Burden of proof as to unreasonable accumulations generally.
1.534-2 Burden of proof as to unreasonable accumulations in cases before the Tax Court.
1.534-3 Jeopardy assessments in Tax Court cases.
1.534-4 Taxable years subject to the Internal Revenue Code of 1939.

Sec.
1.535 Statutory provisions; accumulated taxable income.
1.535-1 Definition.
1.535-2 Adjustments to taxable income.
1.535-3 Accumulated earnings credit.
1.536 Statutory provisions; income not placed on annual basis.
1.536-1 Short taxable years.
1.537 Statutory provisions; reasonable needs of the business.
1.537-1 Reasonable needs of the business.
1.537-2 Grounds for accumulation of earnings and profits.
1.537-3 Business of the corporation.

PERSONAL HOLDING COMPANIES

1.541 Statutory provisions; imposition of personal holding company tax.
1.541-1 Imposition of tax.
1.542 Statutory provisions; definition of personal holding company.
1.542-1 General rule.
1.542-2 Gross income requirement.
1.542-3 Stock ownership requirement.
1.542-4 Corporations filing consolidated returns.
1.543 Statutory provisions; definition of personal holding company income.
1.543-1 Personal holding company income.
1.543-2 Limitation on gross income and personal holding company income in transactions involving stocks, securities and commodities.
1.544 Statutory provisions; rules for determining stock ownership.
1.544-1 Constructive ownership.
1.544-2 Constructive ownership by reason of indirect ownership.
1.544-3 Constructive ownership by reason of family and partnership ownership.
1.544-4 Options.
1.544-5 Convertible securities.
1.544-6 Constructive ownership as actual ownership.
1.544-7 Option rule in lieu of family and partnership rule.
1.545 Statutory provisions; undistributed personal holding company income.
1.545-1 Definition.
1.545-2 Adjustments to taxable income.
1.546 Statutory provisions; income not placed on annual basis.
1.547 Statutory provisions; deduction for deficiency dividends.
1.547-1 General rule.
1.547-2 Requirements for deficiency dividends.
1.547-3 Claim for credit or refund.
1.547-4 Effect on dividends paid deduction.
1.547-5 Deduction denied in case of fraud or willful failure to file timely return.
1.547-6 Suspension of statute of limitations and stay of collection.
1.547-7 Effective date.

FOREIGN PERSONAL HOLDING COMPANIES

1.551 Statutory provisions; foreign personal holding company income taxed to United States shareholders.
1.551-1 General rule.
1.551-2 Amount included in gross income.
1.551-3 Deduction for obligations of the United States and its instrumentalities.
1.551-4 Information in return.
1.551-5 Effect on capital account of foreign personal holding company and basis of stock in hands of shareholders.
1.552 Statutory provisions; definition of foreign personal holding company.
1.552-1 Definition of foreign personal holding company.
1.552-2 Gross income requirement.
1.552-3 Stock ownership requirement.
1.552-4 Certain excluded banks.
1.552-5 United States shareholder of excluded bank.
1.553 Statutory provisions; foreign personal holding company income.
1.553-1 Foreign personal holding company income.
1.554 Statutory provisions; stock ownership.
1.554-1 Stock ownership.
1.555 Statutory provisions; gross income of foreign personal holding companies.

Sec.
1.555-1 General rule.
1.555-2 Additions to gross income.
1.556 Statutory provisions; undistributed foreign personal holding company income.
1.556-1 Definition.
1.556-2 Adjustments to taxable income.
1.556-3 Illustration of computation of undistributed foreign personal holding company income.
1.557 Statutory provisions; income not placed on annual basis.
1.558 Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.

DEDUCTION FOR DIVIDENDS PAID

1.561 Statutory provisions; definition of deduction for dividends paid.
1.561-1 Deduction for dividends paid.
1.561-2 When dividends are considered paid.
1.562 Statutory provisions; rules applicable in determining dividends eligible for dividends paid deduction.
1.562-1 Dividends for which the dividends paid deduction is allowable.
1.562-2 Preferential dividends.
1.562-3 Distributions by a member of an affiliated group.
1.563 Statutory provisions; rules relating to dividends paid after close of taxable year.
1.563-1 Accumulated earnings tax.
1.563-2 Personal holding company tax.
1.563-3 Dividends considered as paid on last day of taxable year.
1.564 Statutory provisions; dividend carryover.
1.564-1 Dividend carryover.
1.565 Statutory provisions; consent dividends.
1.565-1 General rule.
1.565-2 Limitations.
1.565-3 Effect of consent.
1.565-4 Consent dividends and other distributions.
1.565-5 Nonresident aliens and foreign corporations.
1.565-6 Definitions.

BANKING INSTITUTIONS

RULES OF GENERAL APPLICATION TO BANKING INSTITUTIONS

1.581 Statutory provisions; definition of bank.
1.581-1 Tax on banks.
1.581-2 Mutual savings banks, building and loan associations, and cooperative banks.
1.582 Statutory provisions; bad debt and loss deduction with respect to securities held by banks.
1.582-1 Bad debt and loss deduction with respect to securities held by banks.
1.583 Statutory provisions; deductions of dividends paid on certain preferred stock.
1.584 Statutory provisions; common trust funds.
1.584-1 Common trust funds.
1.584-2 Income of participants in common trust fund.
1.584-3 Computation of common trust fund income.
1.584-4 Admission and withdrawal of participants in the common trust fund.
1.584-5 Returns of banks with respect to common trust funds.
1.584-6 Net operating loss deduction.

MUTUAL SAVINGS BANKS, ETC.

1.591 Statutory provisions; deduction for dividends paid on deposits.
1.591-1 Deduction for dividends paid on deposits.
1.592 Statutory provisions; deduction for repayment of certain loans.
1.592-1 Repayment of certain loans by mutual savings banks, building and loan associations, and cooperative banks.
1.593 Statutory provisions; additions to reserve for bad debts.
1.593-1 Additions to reserve for bad debts.

Saturday, November 26, 1960    FEDERAL REGISTER    11411

Sec.
1.593-2    Additions to reserve for bad debts where surplus, reserves, and undivided profits equal or exceed 12 percent of deposits or withdrawable accounts.
1.594    Statutory provisions; alternative tax for mutual savings banks conducting life insurance business.
1.594-1    Mutual savings banks conducting life insurance business.

BANK AFFILIATES

1.601    Statutory provisions; special deduction for bank affiliates.
1.601-1    Special deduction for bank affiliates.

NATURAL RESOURCES

DEDUCTIONS

1.611    Statutory provisions; allowance of deduction for depletion.
1.611-1    Allowance of deduction for depletion.
1.611-2    Rules applicable to mines, oil and gas wells, and other natural deposits.
1.611-3    Rules applicable to timber.
1.611-4    Depletion as a factor in computing earnings and profits for dividend purposes.
1.611-5    Depreciation of improvements.
1.612    Statutory provisions; basis for cost depletion.
1.612-1    Basis for allowance of cost depletion.
1.612-2    Allowable capital additions in case of mines.
1.612-3    Depletion; treatment of bonus and advanced royalty.
1.612-4    [Reserved]
1.613    Statutory provisions; percentage depletion.
1.613-1    Percentage depletion; general rule.
1.613-2    Percentage depletion rates.
1.613-3    Gross income from the property.
1.613-4    Taxable income from the property.
1.613-5    Statement to be attached to return when depletion is claimed on percentage basis.
1.613-6    Application of percentage depletion rates provided in section 613(b) to certain taxable years ending in 1954.
1.614 to 1.614-4    [Reserved]
1.615    Statutory provisions; exploration expenditures.
1.615-1    Exploration expenditures.
1.615-2    Deduction of exploration expenditures in the year paid or incurred.
1.615-3    Election to defer exploration expenditures.
1.615-4    Limitation of amount deductible.
1.615-5    Time for making election with respect to returns due on or before May 2, 1960.
1.616    Statutory provisions; development expenditures.
1.616-1    Development expenditures.
1.616-2    Election to defer.
1.616-3    Time for making election with respect to returns due on or before May 2, 1960.
1.621    Statutory provisions; payments to encourage exploration, development, and mining for defense purposes.
1.621-1    Payments to encourage exploration, development, and mining for defense purposes.

SALES AND EXCHANGES

1.631    Statutory provisions; gain or loss in the case of timber or coal.
1.631-1    Election to consider cutting as sale or exchange.
1.631-2    Gain or loss upon the disposal of timber under cutting contract.
1.631-3    Gain or loss upon the disposal of coal with a retained economic interest.
1.632    Statutory provisions; sale of oil or gas properties.
1.632-1    Surtax on sale of oil or gas properties.

ESTATES, TRUSTS, BENEFICIARIES, AND DECEDENTS

ESTATES, TRUSTS, AND BENEFICIARIES

GENERAL RULES FOR TAXATION OF ESTATES AND TRUSTS

Sec.
1.641(a)    Statutory provisions; estates and trusts; imposition of tax; application of tax.
1.641(a)-0    Scope of subchapter J.
1.641(a)-1    Imposition of tax; application of tax.
1.641(a)-2    Gross income of estates and trusts.
1.641(b)    Statutory provisions; estates and trusts; computation and payment of tax.
1.641(b)-1    Computation and payment of tax; deductions and credits of estates and trusts.
1.641(b)-2    Filing of returns and payment of the tax.
1.641(b)-3    Termination of estates and trusts.
1.642(a)    Statutory provisions; estates and trusts; special rules for credits and deductions.
1.642(a)(1)    Statutory provisions; partially tax-exempt interest.
1.642(a)(1)-1    Partially tax-exempt interest.
1.642(a)(2)    Statutory provisions; foreign taxes.
1.642(a)(2)-1    Foreign taxes.
1.642(a)(3)    Statutory provisions; dividends.
1.642(a)(3)-1    Dividends received by an estate or trust.
1.642(a)(3)-2    Time of receipt of dividends by beneficiary.
1.642(a)(3)-3    Cross reference.
1.642(b)    Statutory provisions; estates and trusts; special rules for credits and deductions; personal exemption.
1.642(b)-1    Deduction for personal exemption.
1.642(c)    Statutory provisions; estates and trusts; special rules for credits and deductions; charitable contributions deduction.
1.642(c)-1    Charitable contributions deduction.
1.642(c)-2    Reduction of charitable contributions deduction by exempt income.
1.642(c)-3    Capital gains included in charitable contribution.
1.642(c)-4    Cross reference.
1.642(d)    Statutory provisions; estates and trusts; special rules for credits and deductions; net operating loss deduction.
1.642(d)-1    Net operating loss deduction.
1.642(e)    Statutory provisions; estates and trusts; special rules for credits and deductions; deduction for depreciation and depletion.
1.642(e)-1    Deduction for depreciation and depletion.
1.642(f)    Statutory provisions; estates and trusts; special rules for credits and deductions; amortization deductions.
1.642(f)-1    Amortization of emergency or grain storage facilities.
1.642(g)    Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of double deductions.
1.642(g)-1    Disallowance of double deductions.
1.642(g)-2    Deductions included.
1.642(h)    Statutory provisions; estates and trusts; special rules for credits and deductions; unused loss carryovers and excess deductions.
1.642(h)-1    Unused loss carryovers on termination of an estate or trust.
1.642(h)-2    Excess deductions on termination of an estate or trust.
1.642(h)-3    Meaning of "beneficiaries succeeding to the property of the estate or trust".
1.642(h)-4    Allocation.
1.642(h)-5    Example.
1.642(i)    Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of standard deduction.
1.642(i)-1    Disallowance of standard deduction (cross reference).
1.643(a)    Statutory provisions; estates and trusts; definition of distributable net income.
1.643(a)-0    Distributable net income; deduction for distribution; in general.
1.643(a)-1    Deduction for distributions.

EXCLUSIONS FROM GROSS INCOME

Sec.
1.643(a)-2 Deduction for personal exemption.
1.643(a)-3 Capital gains and losses.
1.643(a)-4 Extraordinary dividends and taxable stock dividends.
1.643(a)-5 Tax-exempt interest.
1.643(a)-6 Foreign income.
1.643(a)-7 Dividends.
1.643(b) Statutory provisions; estates and trusts; definition of income.
1.643(b)-1 Definition of "income".
1.643(b)-2 Dividends allocated to corpus.
1.643(c) Statutory provisions; estates and trusts; definition of beneficiary.
1.643(c)-1 Definition of "beneficiary".
1.643(c)-2 Illustration of the provisions of section 643.

TRUSTS WHICH DISTRIBUTE CURRENT INCOME ONLY

1.651(a) Statutory provisions; trusts which distribute current income only; deduction for amounts required to be distributed currently.
1.651(a)-1 Simple trusts; deduction for distributions; in general.
1.651(a)-2 Income required to be distributed currently.
1.651(a)-3 Distribution of amounts other than income.
1.651(a)-4 Charitable purposes.
1.651(a)-5 Estates.
1.651(b) Statutory provisions; trusts which distribute current income only; limitation on deduction for amounts required to be distributed currently.
1.651(b)-1 Deduction for distributions to beneficiaries.
1.652(a) Statutory provisions; trusts which distribute current income only; inclusion of amounts in gross income of beneficiaries.
1.652(a)-1 Simple trusts; inclusion of amounts in income of beneficiaries.
1.652(a)-2 Distributions in excess of distributable net income.
1.652(b) Statutory provisions; trusts which distribute current income only; character of amounts in the hands of beneficiaries.
1.652(b)-1 Character of amounts.
1.652(b)-2 Allocation of income items.
1.652(b)-3 Allocation of deductions.
1.652(c) Statutory provisions; trusts which distribute current income only; inclusion of amounts in gross income of beneficiaries; different taxable years.
1.652(c)-1 Different taxable years.
1.652(c)-2 Death of individual beneficiaries.
1.652(c)-3 Termination of existence of other beneficiaries.
1.652(c)-4 Illustration of the provisions of sections 651 and 652.

ESTATES AND TRUSTS WHICH MAY ACCUMULATE INCOME OR WHICH DISTRIBUTE CORPUS

1.661(a) Statutory provisions; estates and trusts accumulating income or distributing corpus; deduction for amounts required to be distributed currently and other amounts distributed.
1.661(a)-1 Estates and trusts accumulating income or distributing corpus; general.
1.661(a)-2 Deduction for distributions to beneficiaries.
1.661(b) Statutory provisions; estates and trusts accumulating income or distributing corpus; character of amounts distributed to beneficiaries.
1.661(b)-1 Character of amounts distributed; in general.
1.661(b)-2 Character of amounts distributed when charitable contributions are made.
1.661(c) Statutory provisions; estates and trusts accumulating income or distributing corpus; limitation on deduction for amounts distributed to beneficiaries.
1.661(c)-1 Limitation on deduction.
1.661(c)-2 Illustration of the provisions of section 661.
1.662(a) Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; inclusion of amounts in gross income of beneficiaries.
1.662(a)-1 Inclusion of amounts in gross income of beneficiaries of estates and complex trusts; general.
1.662(a)-2 Currently distributable income.
1.662(a)-3 Other amounts distributed.
1.662(a)-4 Amounts used in discharge of a legal obligation.

Sec.
1.662(b) Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; character of amounts in the hands of beneficiaries.
1.662(b)-1 Character of amounts; when no charitable contributions are made.
1.662(b)-2 Character of amounts; when charitable contributions are made.
1.662(c) Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; different taxable years.
1.662(c)-1 Different taxable years.
1.662(c)-2 Death of individual beneficiary.
1.662(c)-3 Termination of existence of other beneficiaries.
1.662(c)-4 Illustration of the provisions of sections 661 and 662.
1.663(a) Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; exclusions.
1.663(a)-1 Special rules applicable to sections 661 and 662; exclusions; gifts, bequests, etc.
1.663(a)-2 Charitable, etc., distributions.
1.663(a)-3 Denial of double deduction.
1.663(b) Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; distributions in first sixty-five days of taxable year.
1.663(b)-1 Distributions in first sixty-five days of taxable year; scope.
1.663(b)-2 Election.
1.663(c) Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; separate shares treated as separate trusts.
1.663(c)-1 Separate shares treated as separate trusts; in general.
1.663(c)-2 Computation of distributable net income.
1.663(c)-3 Applicability of separate share rule.
1.663(c)-4 Example.

TREATMENT OF EXCESS DISTRIBUTIONS BY TRUSTS

1.665(a) Statutory provisions; excess distributions by trusts; definition of undistributed net income.
1.665(a)-0 Excess distributions by trusts; scope of subpart D.
1.665(a)-1 Undistributed net income.
1.665(b) Statutory provisions; excess distributions by trusts; definition of accumulation distribution.
1.665(b)-1 Accumulation distribution; in general.
1.665(b)-2 Exclusions from accumulation distributions.
1.665(b)-3 Exclusions under section 663(a)(1).
1.665(c) Statutory provisions; excess distributions by trusts; definition of taxes imposed on the trust.
1.665(c)-1 Taxes imposed on the trust.
1.665(d) Statutory provisions; excess distributions by trusts; definition of preceding taxable year.
1.665(d)-1 Preceding taxable year.
1.665(d)-2 Application of separate share rule.
1.666(a) Statutory provisions; excess distributions by trusts; allocation of accumulation distribution.
1.666(a)-1 Amount allocated.
1.666(b) Statutory provisions; excess distributions by trusts; total taxes deemed distributed.
1.666(b)-1 Total taxes deemed distributed.
1.666(c) Statutory provisions; excess distributions by trusts; pro rata portion of taxes deemed distributed.
1.666(c)-1 Pro rata portion of taxes deemed distributed.
1.666(c)-2 Illustration of the provisions of section 666.
1.667 Statutory provisions; excess distributions by trusts; denial of refund to trusts.
1.667-1 Denial of refund to trusts.
1.668(a) Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding taxable years; amounts treated as received in prior taxable years.
1.668(a)-1 Amounts treated as received in prior taxable years; inclusion in gross income.
1.668(a)-2 Allocation among beneficiaries; in general.
1.668(a)-3 Excluded amounts.

Sec.
1.668(a)-4  Tax attributable to throwback.
1.668(b)-1  Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding years; credit for taxes paid by trust.
1.668(b)-2  Credit for taxes paid by the trust.
1.668(b)-3  Illustration of the provisions of subpart D.

GRANTORS AND OTHERS TREATED AS SUBSTANTIAL OWNERS

1.671  Statutory provisions; grantors and others treated as substantial owners; income, deductions, and credits attributable to grantors and others as substantial owners.
1.671-2  Applicable principles.
1.671-3  Attribution or inclusion of income, deductions, and credits against tax.
1.671-4  Method of reporting.
1.672(a)  Statutory provisions; grantors and others treated as substantial owners; definition of adverse party.
1.672(a)-1  Definition of adverse party.
1.672(b)  Statutory provisions; grantors and others treated as substantial owners; definition of nonadverse party.
1.672(b)-1  Nonadverse party.
1.672(c)  Statutory provisions; grantors and others treated as substantial owners; definition of related or subordinate party.
1.672(c)-1  Related or subordinate party.
1.673(a)  Statutory provisions; grantors and others treated as substantial owners; reversionary interest taking effect at death of income beneficiary.
1.673(a)-1  Reversionary interests; income payable to beneficiaries other than certain charitable organizations; general rule.
1.673(b)  Statutory provisions; grantors and others treated as substantial owners; reversionary interest after income beneficiary's death.
1.673(b)-1  Income payable to charitable beneficiaries.
1.673(c)  Statutory provisions; grantors and others treated as substantial owners; rule where power is subject to condition precedent.
1.673(c)-1  Power subject to condition precedent.
1.673(d)  Statutory provisions; grantors and others treated as substantial owners; postponement of date specified for reacquisition.
1.673(d)-1  Postponement of date specified for reacquisition.
1.674(a)  Statutory provisions; grantors and others treated as substantial owners; power to control beneficial enjoyment; general rule.
1.674(a)-1  Power to control beneficial enjoyment; scope of section 674.
1.674(b)  Statutory provisions; grantors and others treated as substantial owners; exceptions for certain powers to control beneficial enjoyment.
1.674(b)-1  Excepted powers exercisable by any person.
1.674(c)  Statutory provisions; grantors and others treated as substantial owners; exception for certain powers of independent trustees.
1.674(c)-1  Excepted powers exercisable only by independent trustees.
1.674(d)  Statutory provisions; grantors and others treated as substantial owners; power to allocate income if limited by a standard.
1.674(d)-1  Excepted powers exercisable by any trustee other than grantor or spouse.
1.674(d)-2  Limitations on exceptions in section 674 (b), (c), and (d).
1.675  Statutory provisions; grantors and others treated as substantial owners; administrative powers.
1.675-1  Administrative powers.
1.676(a)  Statutory provisions; grantors and others treated as substantial owners; power to revoke; general rule.
1.676(a)-1  Power to revest title to portion of trust property in grantor; general rule.

1.676(b)  Statutory provisions; grantors and others treated as substantial owners; power to revoke exercisable only after a period of time.
1.676(b)-1  Powers exercisable only after a period of time.
1.677(a)  Statutory provisions; grantors and others treated as substantial owners; income for benefit of grantor; general rule.
1.677(a)-1  Income for benefit of grantor; general rule.
1.677(b)  Statutory provisions; grantors and others treated as substantial owners; trusts for support.
1.677(b)-1  Trusts for support.
1.678(a)  Statutory provisions; grantors and others treated as substantial owners; person other than grantor treated as substantial owner; general rule.
1.678(a)-1  Person other than grantor treated as substantial owner; general rule.
1.678(b)  Statutory provisions; grantors and others treated as substantial owners; exception where grantor is taxable.
1.678(b)-1  If grantor is treated as the owner.
1.678(c)  Statutory provisions; grantors and others treated as substantial owners; trusts for support.
1.678(c)-1  Trusts for support.
1.678(d)  Statutory provisions; grantors and others treated as substantial owners; effect of renunciation or disclaimer.
1.678(d)-1  Renunciation of power.

MISCELLANEOUS

1.681(a)  Statutory provisions; estates and trusts; limitation on charitable contributions deductions; unrelated business income.
1.681(a)-1  Limitation on charitable contributions deduction of trusts; scope of section 681.
1.681(a)-2  Limitation on charitable contributions deduction of trusts with trade or business income.
1.681(b)  Statutory provisions; estates and trusts; limitation on charitable contributions deductions.
1.681(b)-1  Limitation on charitable contributions deduction of trusts.
1.681(b)-2  Disallowance to donors of certain charitable, etc., deductions for gifts in prohibited transactions.
1.681(c)  Statutory provisions; estates and trusts; limitation on charitable contributions deductions; cross reference.
1.681(d)  Statutory provisions; estates and trusts; disallowance of certain charitable contributions deductions.
1.682(a)  Statutory provisions; estates and trusts; income of an estate or trust in case of divorce, etc.
1.682(a)-1  Income of trust in case of divorce, etc.; inclusion in gross income of wife.
1.682(b)  Statutory provisions; estates and trusts; application of trust rules to alimony payments.
1.682(b)-1  Application of trust rules to alimony payments.
1.682(c)  Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; wife considered a beneficiary.
1.682(c)-1  Application of the 65-day rule of the Internal Revenue Code of 1939.
1.682(d)  Statutory provisions; estates and trusts; definitions of "husband" and "wife."
1.682(d)-1  Definitions.
1.683  Statutory provisions; estates and trusts; applicability of provisions.
1.683-1  Applicability of provisions.
1.683-2  Exceptions.
1.683-3  Application of the 65-day rule of the Internal Revenue Code of 1939.

INCOME IN RESPECT OF DECEDENTS

1.691(a)  Statutory provisions; recipients of income in respect of decedents; inclusion in gross income.
1.691(a)-1  Income in respect of a decedent.
1.691(a)-2  Inclusion in gross income by recipients.
1.691(a)-3  Character of gross income.

**RULES AND REGULATIONS**                                                                11414

Sec.
1.691(a)-4   Transfer of right to income in respect of a decedent.
1.691(a)-5   Installment obligations acquired from decedent.
1.691(b)     Statutory provisions; recipients of income in respect of decedents; allowance of deductions and credit.
1.691(b)-1   Allowance of deductions and credit in respect of decedents.
1.691(c)     Statutory provisions; recipients of income in respect of decedents; deduction for estate tax.
1.691(c)-1   Deduction for estate tax attributable to income in respect of a decedent.
1.691(c)-2   Estates and trusts.
1.691(d)     Statutory provisions; recipients of income in respect of decedents; amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(d)-1   Amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(e)     Statutory provisions; recipients of income in respect of decedents; cross reference.
1.691(e)-1   Cross reference.
1.692         Statutory provisions; income taxes on members of Armed Forces on death.
1.692-1       Abatement of income taxes of certain members of the Armed Forces of the United States upon death.

**PARTNERS AND PARTNERSHIPS**

**DETERMINATION OF TAX LIABILITY**

1.701         Statutory provisions; partners, not partnership, subject to tax.
1.701-1       Partners, not partnership, subject to tax.
1.702         Statutory provisions; income and credits of partner.
1.702-1       Income and credits of partner.
1.702-2       Net operating loss deduction of partner.
1.703         Statutory provisions; partnership computations.
1.703-1       Partnership computations.
1.704         Statutory provisions; partner's distributive share.
1.704-1       Partner's distributive share.
1.705         Statutory provisions; determination of basis of partner's interest.
1.705-1       Determination of basis of partner's interest.
1.706         Statutory provisions; taxable years of partner and partnership.
1.706-1       Taxable years of partner and partnership.
1.707         Statutory provisions; transactions between partner and partnership.
1.707-1       Transactions between partner and partnership.
1.708         Statutory provisions; continuation of partnership.
1.708-1       Continuation of partnership.

**CONTRIBUTIONS, DISTRIBUTIONS, AND TRANSFERS**

**CONTRIBUTIONS TO A PARTNERSHIP**

1.721         Statutory provisions; nonrecognition of gain or loss on contribution.
1.721-1       Nonrecognition of gain or loss on contribution.
1.722         Statutory provisions; basis of contributing partner's interest.
1.722-1       Basis of contributing partner's interest.
1.723         Statutory provisions; basis of property contributed to partnership.
1.723-1       Basis of property contributed to partnership.

**DISTRIBUTIONS BY A PARTNERSHIP**

1.731         Statutory provisions; extent of recognition of gain or loss on distribution.
1.731-1       Extent of recognition of gain or loss on distribution.
1.732         Statutory provisions; basis of distributed property other than money.
1.732-1       Basis of distributed property other than money.
1.732-2       Special partnership basis of distributed property.
1.733         Statutory provisions; basis of distributee partner's interest.
1.733-1       Basis of distributee partner's interest.
1.734         Statutory provisions; optional adjustment to basis of undistributed partnership property.
1.734-1       Optional adjustment to basis of undistributed partnership property.
1.734-2       Adjustment after distribution to transferee partner.

Sec.
1.735         Statutory provisions; character of gain or loss on disposition of distributed property.
1.735-1       Character of gain or loss on disposition of distributed property.
1.736         Statutory provisions; payments to a retiring partner or a deceased partner's successor in interest.
1.736-1       Payments to a retiring partner or a deceased partner's successor in interest.

**TRANSFERS OF INTERESTS IN A PARTNERSHIP**

1.741         Statutory provisions; recognition and character of gain or loss on sale or exchange.
1.741-1       Recognition and character of gain or loss on sale or exchange.
1.742         Statutory provisions; basis of transferee partner's interest.
1.742-1       Basis of transferee partner's interest.
1.743         Statutory provisions; optional adjustment to basis of partnership property.
1.743-1       Optional adjustment to basis of partnership property.

**PROVISIONS COMMON TO PART II, SUBCHAPTER K, CHAPTER 1 OF THE CODE**

1.751         Statutory provisions; unrealized receivables and inventory items.
1.751-1       Unrealized receivables and inventory items.
1.752         Statutory provisions; treatment of certain liabilities.
1.752-1       Treatment of certain liabilities.
1.753         Statutory provisions; partner receiving income in respect of decedent.
1.753-1       Partner receiving income in respect of decedent.
1.754         Statutory provisions; manner of electing optional adjustment to basis of partnership property.
1.754-1       Time and manner of making election to adjust basis of partnership property.
1.755         Statutory provisions; rules for allocation of basis.
1.755-1       Rules for allocation of basis.

**EFFECTIVE DATE FOR SUBCHAPTER K, CHAPTER 1 OF THE CODE**

1.771         Statutory provisions; effective date.
1.771-1       Effective date.

**DEFINITIONS**

1.761         Statutory provisions; terms defined.
1.761-1       Terms defined.

**INSURANCE COMPANIES**

**LIFE INSURANCE COMPANIES**

1.801         Statutory provisions; life insurance companies; definition of life insurance company.
1.801-1       Definitions.
1.802(a)      [Reserved]
1.802(a)-1    [Reserved]
1.802(b)      Statutory provisions; tax on life insurance companies; imposition of tax.
1.802(b)-1    Tax on life insurance companies.
1.803         Statutory provisions; life insurance companies; other definitions and rules.
1.803-1       Adjusted reserves.
1.803-2       Interest paid or accrued.
1.803-3       Taxable income and deductions.
1.803-4       Real estate owned and occupied.
1.803-5       Amortization of premium and accrual of discount.
1.803-6       [Reserved]
1.804         [Reserved]
1.805         Statutory provisions; life insurance companies; life insurance company taxable income.
1.805-1       Tax on life insurance companies in the case of a taxable year beginning in 1954.
1.805-2       Reserve interest credit.
1.806         Statutory provisions; life insurance companies; adjustment for certain reserves.
1.806-1       Adjustment for certain reserves.
1.807         Statutory provisions; life insurance companies; foreign life insurance companies.
1.807-1       Foreign life insurance companies.

Attachment EE - page 12 of 15

**MUTUAL INSURANCE COMPANIES (OTHER THAN LIFE OR MARINE OR FIRE INSURANCE COMPANIES ISSUING PERPETUAL POLICIES)**

Sec.
1.821 Statutory provisions; tax on mutual insurance companies (other than life or marine or fire insurance companies issuing perpetual policies).
1.821-1 Tax on mutual insurance companies other than life or marine or fire insurance companies subject to the tax imposed by section 831.
1.822 Statutory provisions; determination of mutual insurance company taxable income.
1.822-1 Taxable income and deductions.
1.822-2 Real estate owned and occupied.
1.822-3 Amortization of premium and accrual of discount.
1.823 Statutory provisions; other definitions.
1.823-1 Net premiums.
1.823-2 Dividends to policyholders.

**OTHER INSURANCE COMPANIES**

1.831 Statutory provisions; tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.831-1 Tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.832 Statutory provisions; insurance company taxable income.
1.832-1 Gross income.
1.832-2 Deductions.

**PROVISIONS OF GENERAL APPLICATION**

1.841 Statutory provisions; credit for foreign taxes.
1.842 Statutory provisions; computation of gross income.

**REGULATED INVESTMENT COMPANIES**

1.851 Statutory provisions; definition of regulated investment company.
1.851-1 Definition of regulated investment company.
1.851-2 Limitations.
1.851-3 Rules applicable to section 851(b),(4).
1.851-4 Determination of status.
1.851-5 Examples.
1.852 Statutory provisions; taxation of regulated investment companies and their shareholders.
1.852-1 Taxation of regulated investment companies.
1.852-2 Method of taxation of regulated investment companies.
1.852-3 Investment company taxable income.
1.852-4 Method of taxation of shareholders of regulated investment companies.
1.852-5 Earnings and profits of a regulated investment company.
1.852-6 Records to be kept for purpose of determining whether a corporation claiming to be a regulated investment company is a personal holding company.
1.852-7 Additional information required in returns of shareholders.
1.852-8 Information returns.
1.852-9 Special procedural requirements applicable to designation under section 852(b)(3)(D).
1.853 Statutory provisions; foreign tax credit allowed to shareholders.
1.853-1 Foreign tax credit allowed to shareholders.
1.853-2 Effect of election.
1.853-3 Notice to shareholders.
1.853-4 Manner of making election.
1.854 Statutory provisions; limitations applicable to dividends received from regulated investment company.
1.854-1 Limitations applicable to dividends received from regulated investment company.
1.854-2 Notice to shareholders.
1.854-3 Definitions.
1.855 Statutory provisions; dividends paid by regulated investment company after close of taxable year.

Sec.
1.855-1 Dividends paid by regulated investment company after close of taxable year.

**TAX BASED ON INCOME FROM SOURCES WITHIN OR WITHOUT THE UNITED STATES**

**DETERMINATION OF SOURCES OF INCOME**

1.861 Statutory provisions; income from sources within the United States.
1.861-1 Income from sources within the United States.
1.861-2 Interest.
1.861-3 Dividends.
1.861-4 Compensation for labor or personal services.
1.861-5 Rentals and royalties.
1.861-6 Sale of real property.
1.861-7 Sale of personal property.
1.861-8 Computation of taxable income from sources within the United States.
1.862 Statutory provisions; income from sources without the United States.
1.862-1 Income specifically from sources without the United States.
1.863 Statutory provisions; items not specified in section 861 or 862.
1.863-1 Allocation of gross income under section 863(a).
1.863-2 Income derived partly from sources within and partly from sources without the United States.
1.863-3 Income from the sale of personal property derived partly from within and partly from without the United States.
1.863-4 Transportation service.
1.863-5 Telegraph and cable services.
1.863-6 Income from sources within a foreign country or possession of the United States.
1.864 Statutory provisions; definitions.

**NONRESIDENT ALIENS AND FOREIGN CORPORATIONS**

**NONRESIDENT ALIEN INDIVIDUALS**

1.871 Statutory provisions; tax on nonresident alien individuals.
1.871-1 Taxation of aliens.
1.871-2 Determining residence of alien individuals.
1.871-3 Residence of alien seamen.
1.871-4 Proof of residence of aliens.
1.871-5 Loss of residence by an alien.
1.871-6 Duty of employer to determine status of alien employee.
1.871-7 Tax on nonresident alien individuals.
1.871-8 Definition of engaging in trade or business within the United States.
1.872 Statutory provisions; gross income.
1.872-1 Gross income of nonresident alien individuals.
1.872-2 Exclusions from gross income of nonresident alien individuals.
1.873 Statutory provisions; deductions.
1.873-1 Deductions allowed nonresident alien individuals.
1.874 Statutory provisions; allowance of deductions and credits.
1.874-1 Allowances of deductions and credits to nonresident alien individuals.
1.875 Statutory provisions; partnerships.
1.875-1 Partnerships.
1.876 Statutory provisions; alien residents of Puerto Rico.
1.876-1 Alien residents of Puerto Rico.
1.877 Statutory provisions; certain foreign exempt organizations.

**FOREIGN CORPORATIONS**

1.881 Statutory provisions; tax on foreign corporations not engaged in business in the United States.
1.881-1 Taxation of foreign corporations.
1.881-2 Tax on nonresident foreign corporations.
1.882 Statutory provisions; tax on resident foreign corporations.
1.882-1 Tax on resident foreign corporations.
1.882-2 Gross income of foreign corporations.
1.882-3 Deductions allowed foreign corporations.
1.882-4 Allowance of deductions to foreign corporations.

## RULES AND REGULATIONS

11416

**Sec.**
1.941-1 Special deduction for China Trade Act corporations.
1.941-2 Meaning of terms used in connection with China Trade Act corporations.
1.941-3 Illustration of principles.
1.942 Statutory provisions; disallowance of foreign tax credit.
1.943 Statutory provisions; exclusion of dividends to residents of Formosa or Hong Kong.
1.943-1 Withholding by a China Trade Act corporation.

### DETERMINATION OF AMOUNT OF AND RECOGNITION OF GAIN OR LOSS

1.1001 Statutory provisions; determination of amount of and recognition of gain or loss.
1.1001-1 Computation of gain or loss.
1.1002 Statutory provisions; recognition of gain or loss.
1.1002-1 Sales or exchanges.

### BASIS RULES OF GENERAL APPLICATION

1.1011 Statutory provisions; adjusted basis for determining gain or loss.
1.1011-1 Adjusted basis.
1.1012 Statutory provisions; basis of property—cost.
1.1012-1 Basis of property.
1.1012-2 Transfers in part a sale and in part a gift.
1.1013 Statutory provisions; basis of property included in inventory.
1.1013-1 Property included in inventory.
1.1014 Statutory provisions; basis of property acquired from a decedent.
1.1014-1 Basis of property acquired from a decedent.
1.1014-2 Property acquired from a decedent.
1.1014-3 Other basis rules.
1.1014-4 Uniformity of basis; adjustment to basis.
1.1014-5 Gain or loss.
1.1014-6 Special rule for adjustments to basis where property is acquired from a decedent prior to his death.
1.1014-7 Example applying rules of §§ 1.1014-4 through 1.1014-6 to case involving multiple interests.
1.1014-8 Bequest, devise, or inheritance of a remainder interest.
1.1015 Statutory provisions; basis of property acquired by gifts and transfers in trust.
1.1015-1 Basis of property acquired by gift after December 31, 1920.
1.1015-2 Transfer of property in trust after December 31, 1920.
1.1015-3 Gift or transfer in trust before January 1, 1921.
1.1015-4 Transfers in part a gift and in part a sale.
1.1015-5 Statutory provisions; adjustments to basis.
1.1016 Statutory provisions; adjustments to basis.
1.1016-1 Adjustments to basis; scope of section.
1.1016-2 Items properly chargeable to capital account.
1.1016-3 Exhaustion, wear and tear, obsolescence, amortization, and depletion for periods since February 28, 1913.
1.1016-4 Exhaustion, wear and tear, obsolescence, amortization, and depletion; periods during which income was not subject to tax.
1.1016-5 Miscellaneous adjustments to basis.
1.1016-6 Other applicable rules.
1.1016-7 Adjusted basis; cancellation of indebtedness under Bankruptcy Act.
1.1016-8 Adjusted basis; cancellation of indebtedness; special cases.
1.1016-9 Adjusted basis; mutual savings banks, building and loan associations, and cooperative banks.
1.1016-10 Substituted basis.
1.1017 Statutory provisions; discharge of indebtedness.
1.1017-1 Adjusted basis; discharge of indebtedness; general rule.
1.1017-2 Adjusted basis; discharge of indebtedness; special cases.
1.1018 Statutory provisions; adjustment of capital structure before September 22, 1938.
1.1018-1 Adjusted basis; exception to section 270 of the Bankruptcy Act, as amended.

**Sec.**
1.883 Statutory provisions; exclusions from gross income.
1.883-1 Exclusion from gross income of foreign corporations.
1.884 Statutory provisions; cross references.

### MISCELLANEOUS PROVISIONS

1.891 Statutory provisions; exclusions from gross income; doubling of rates of tax on citizens and corporations of certain foreign countries.
1.892 Statutory provisions; income of foreign governments and of international organizations.
1.892-1 Income of foreign governments and International organizations.
1.893 Statutory provisions; compensation of employees of foreign governments or International organizations.
1.893-1 Compensation of employees of foreign governments or International organizations.
1.894 Statutory provisions; income exempt under treaty.
1.894-1 Income exempt under treaty.

### INCOME FROM SOURCES WITHOUT THE UNITED STATES

#### FOREIGN TAX CREDIT

1.901 Statutory provisions; taxes of foreign countries and of possessions of United States.
1.901-1 Allowance of credit for taxes.
1.901-2 Definitions.
1.902 Statutory provisions; credit for corporate stockholder in foreign corporation.
1.902-1 Taxes of foreign corporation.
1.902-2 Special rules for payments from certain wholly-owned foreign corporations.
1.903 Statutory provisions; credit for taxes in lieu of income, etc., taxes.
1.903-1 Definition of taxes in lieu of income, war profits, or excess profits taxes.
1.904 Statutory provisions; limitation on credit.
1.904-1 Limitation on credit for foreign taxes.
1.905 Statutory provisions; applicable rules.
1.905-1 When credit for taxes may be taken.
1.905-2 Conditions of allowance of credit.
1.905-3 Redetermination of the tax when credit proves incorrect.
1.905-4 Credit for taxes accrued but not paid.
1.905-5 Credit for United Kingdom income taxes paid with respect to royalties.

### EARNED INCOME OF CITIZENS OF UNITED STATES

1.911 Statutory provisions; earned income from sources without the United States.
1.911-1 Earned income from sources without the United States.
1.912 Statutory provisions; exemption for certain allowances.
1.912-1 Exclusion of certain cost-of-living allowances.
1.912-2 Exclusion of certain allowances of Foreign Service personnel.

### WESTERN HEMISPHERE TRADE CORPORATIONS

1.921 Statutory provisions; definition of Western Hemisphere trade corporations.
1.921-1 Definition of Western Hemisphere trade corporation.
1.922 Statutory provisions; special deduction.
1.922-1 Special deduction of Western Hemisphere trade corporation.

### POSSESSIONS OF THE UNITED STATES

1.931 Statutory provisions; income from sources within possessions of the United States.
1.931-1 Citizens of the United States and domestic corporations deriving income from sources within a certain possession of the United States.
1.932 Statutory provisions; taxation of citizens of possessions of the United States.
1.932-1 Status of citizens of United States possessions.
1.933 Statutory provisions; income from sources within Puerto Rico.
1.933-1 Exclusion of certain income from sources within Puerto Rico.

### CHINA TRADE ACT CORPORATIONS

1.941 Statutory provisions; special deduction for China Trade Act corporations.

Sec.
1.1019 Statutory provisions; property on which lessee has made improvements.
1.1019–1 Property on which lessee has made improvements.
1.1020 Statutory provisions; election in respect of depreciation, etc., allowed before 1952.
1.1020–1 Election as to amounts allowed in respect of depreciation, etc., before 1952.
1.1021 Statutory provisions; sale of annuities.
1.1021–1 Sale of annuities.
1.1022 Statutory provisions; cross references.

COMMON NONTAXABLE EXCHANGES

1.1031(a) Statutory provisions; exchange of property held for productive use or investment; nonrecognition of gain or loss from exchanges solely in kind.
1.1031(a)–1 Property held for productive use in trade or business or for investment.
1.1031(b) Statutory provisions; exchange of property held for productive use or investment; gain from exchanges not solely in kind.
1.1031(b)–1 Receipt of other property or money in tax-free exchange.
1.1031(c) Statutory provisions; exchange of property held for productive use or investment; loss from exchanges not solely in kind.
1.1031(c)–1 Nonrecognition of loss.
1.1031(d) Statutory provisions; exchange of property held for productive use or investment; basis.
1.1031(d)–1 Property acquired upon a tax-free exchange.
1.1031(d)–2 Treatment of assumption of liabilities.
1.1032 Statutory provisions; exchange of stock for property.
1.1032–1 Disposition by a corporation of its own capital stock.
1.1033(a) Statutory provisions; involuntary conversions; general rule.
1.1033(a)–1 Involuntary conversions; nonrecognition of gain.
1.1033(a)–2 Involuntary conversion where disposition of the converted property occurred after December 31, 1950.
1.1033(a)–3 Involuntary conversion where disposition of the converted property occurred before January 1, 1951.
1.1033(a)–4 Replacement funds where disposition of the converted property occurred before January 1, 1951.
1.1033(b) Statutory provisions; involuntary conversions; residence of taxpayer.
1.1033(b)–1 Involuntary conversion of principal residence.
1.1033(c) Statutory provisions; involuntary conversions; basis of property acquired through involuntary conversion.
1.1033(c)–1 Basis of property acquired as a result of an involuntary conversion.
1.1033(d) Statutory provisions; involuntary conversions; property sold pursuant to reclamation laws.
1.1033(d)–1 Disposition of excess property within irrigation project deemed to be involuntary conversion.
1.1033(e) Statutory provisions; involuntary conversions; livestock destroyed by disease.
1.1033(e)–1 Destruction or disposition of livestock because of disease.
1.1033(f) Statutory provisions; livestock sold on account of drought.
1.1033(f)–1 Sale or exchange of livestock solely on account of drought.
1.1033(g) Statutory provisions; involuntary conversions; condemnation of real property held for productive use in trade or business or for investment.
1.1033(g)–1 Condemnation of real property held for productive use in trade or business or for investment.
1.1033(h) Statutory provisions; involuntary conversions; cross references.
1.1033(h)–1 Effective date.
1.1034 Statutory provisions; sale or exchange of residence.
1.1034–1 Sale or exchange of residence.
1.1035 Statutory provisions; certain exchanges of insurance policies.
1.1035–1 Certain exchanges of insurance policies.
1.1036 Statutory provisions; stock for stock of same corporation.
1.1036–1 Stock for stock of the same corporation.

SPECIAL RULES

1.1051 Statutory provisions; property acquired during affiliation.
1.1051–1 Basis of property acquired during affiliation.

Sec.
1.1052 Statutory provisions; basis established by the Revenue Act of 1932 or 1934 or by the Internal Revenue Code of 1939.
1.1052–1 Basis of property established by Revenue Act of 1932.
1.1052–2 Basis of property established by Revenue Act of 1934.
1.1052–3 Basis of property established by the Internal Revenue Code of 1939.
1.1053 Statutory provisions; basis of property acquired before March 1, 1913.
1.1053–1 Property acquired before March 1, 1913.
1.1054 Statutory provisions; cross references.

CHANGES TO EFFECTUATE F.C.C. POLICY

1.1071 Statutory provisions; gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071–1 Gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071–2 Nature and effect of election.
1.1071–3 Reduction of basis of property pursuant to election under section 1071.
1.1071–4 Manner of election.

EXCHANGES IN OBEDIENCE TO S.E.C. ORDERS

1.1081 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; nonrecognition of gain or loss.
1.1081–1 Terms used.
1.1081–2 Purpose and scope of exception.
1.1081–3 Exchanges of stock or securities solely for stock or securities.
1.1081–4 Exchanges of property for property by corporations.
1.1081–5 Distribution solely of stock or securities.
1.1081–6 Transfers within system group.
1.1081–7 Sale of stock or securities received upon exchange by members of system group.
1.1081–8 Exchanges in which money or other nonexempt property is received.
1.1081–9 Requirements with respect to order of Securities and Exchange Commission.
1.1081–10 Nonapplication of other provisions of the Internal Revenue Code of 1954.
1.1081–11 Records to be kept and information to be filed with returns.
1.1082 Statutory provisions; basis of property acquired in exchanges and distributions made in obedience to orders of the Securities and Exchange Commission.
1.1082–1 Basis for determining gain or loss.
1.1082–2 Basis of property acquired upon exchanges under section 1081 (a) or (e).
1.1082–3 Reduction of basis of property by reason of gain not recognized under section 1081(b).
1.1082–4 Basis of property acquired by corporation under section 1081(a), 1081(b), or 1081(e) as contribution of capital or surplus, or in consideration for its own stock or securities.
1.1082–5 Basis of property acquired by shareholder upon tax-free distribution under section 1081(c) (1) or (2).
1.1082–6 Basis of property acquired under section 1081(d) in transactions between corporations of the same system group.
1.1083 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; definitions.
1.1083–1 Definitions.

WASH SALES OF STOCK OR SECURITIES

1.1091 Statutory provisions; losses from wash sales of stock or securities; basis.
1.1091–1 Losses from wash sales of stock or securities.
1.1091–2 Basis of stock or securities acquired in "wash sales".

CAPITAL GAINS AND LOSSES

TREATMENT OF CAPITAL GAINS

1.1201 Statutory provisions; alternative tax.
1.1201–1 Alternative tax.
1.1202 Statutory provisions; deduction for capital gains.
1.1202–1 Deduction for capital gains.