Federal Register / Vol. 73, No. 69 / Wednesday, April 9, 2008 / Rules and Regulations   19377

**§ 301.6688–1  Assessable penalties with respect to information required to be furnished with respect to possessions.**

(a) *In general.* Each individual described in section 7654(a) who is subject to an information reporting requirement promulgated under the authority of section 937(c) or 7654 and who fails to fully satisfy such requirement within the time prescribed for reporting such information must, in addition to any criminal penalty provided by law, pay a penalty of $1000 for each such failure. Information reporting requirements promulgated under the authority of sections 937(c) and 7654(e) include the requirement for an individual to file Form 8898, "Statement for Individuals who Begin or End Bona Fide Residence in a U.S. Possession," under § 1.937–1(h) of this chapter, to report that he or she became or ceased to be a bona fide resident of a possession.

(b) *Manner of payment.* The penalty set forth in paragraph (a) of this section must be paid in the same manner as tax upon the issuance of a notice and demand for the penalty.

(c) *Reasonable cause*—(1) *In general.* The penalty set forth in paragraph (a) of this section will not apply if it is established to the satisfaction of the appropriate tax authority (as defined in paragraph (c)(2) of this section) that the failure to file the information return or furnish the information within the prescribed time was due to reasonable cause and not to willful neglect. An individual who wishes to avoid the penalty must make an affirmative showing of all facts alleged as a reasonable cause for failure to file the information return on time, or furnish the information on time, in the form of a written statement containing a declaration that it is made under penalties of perjury. This statement must be filed with Internal Revenue Service Center where Form 8898 must be filed. In determining whether there was reasonable cause for failure to furnish the required information, account will be taken of the fact that the individual was unable to furnish the required information in spite of the exercise of ordinary business care and prudence in his effort to furnish the information. An individual will be considered to have exercised ordinary business care and prudence in his effort to furnish the required information if he made reasonable efforts to furnish the information but was unable to do so because of a lack of sufficient facts on which to make a proper determination.

(d) *Effective/applicability date.* This section applies to taxable years ending after April 9, 2008.

**§ 301.6688–1T  [Removed]**

■ Par. 43. Section 301.6688–1T is removed.

■ Par. 44. Section 301.7701(b)–1 is amended by revising paragraph (d) to read as follows:

**§ 301.7701(b)–1  Resident alien.**

* * * * *

(d) *Application of section 7701(b) to the possessions and territories*—(1) *Application to aliens for purposes of mirror systems.* Section 7701(b) provides the basis for determining whether an alien individual is a resident of a United States possession or territory that administers income tax laws that are identical (except for the substitution of the name of the possession or territory for the term "United States" where appropriate) to those in force in the United States, for purposes of applying such laws with respect to income tax liability incurred to such possession or territory.

(2) *Non-application for bona fide resident determination.* Section 7701(b) does not provide the basis for determining whether an individual (including an alien individual) is a bona fide resident of a United States possession or territory for Federal income tax purposes. For the applicable rules for making this determination, see section 937(a) and § 1.937–1 of this chapter.

* * * * *

**§ 301.7701(b)–1T  [Removed]**

■ Par. 45. Section 301.7701(b)–1T is removed.

■ Par. 46. Section 301.7701(b)–9 is amended by revising the section heading and adding new paragraph (b)(5) to read as follows:

**§ 301.7701(b)–9  Effective/applicability dates of §§ 301.7701(b)–1 through 301.7701(b)–7.**

* * * * *

(b) * * *

(5) *Possessions and territories.* For purposes of applying section 7701(b) and the regulations under that section, § 301.7701(b)–1(d) applies to taxable years ending after April 9, 2008.

Linda E. Stiff,
*Deputy Commissioner for Services and Enforcement.*

Approved: April 1, 2008.

Eric Solomon,
*Assistant Secretary of the Treasury (Tax Policy).*

[FR Doc. 08–1105 Filed 4–4–08; 8:45 am]
**BILLING CODE 4830–01–P**