The United States of America

The United States

District Court of the United States

District of Alaska

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

**4:02-cr-00019**

**ORDER**

This instant Case is hereby terminated and no further actions will follow and Donald Louis Hymes' sentence and probation is terminated with prejudice.

Date:

_____
Signature