The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

4:02-cr-00019

## ORDER

This instant Case is hereby terminated and no further actions will follow and Donald Louis Hymes sentence and probation are terminated with prejudice.

Date:_____

_____
Signature