# ATTACHMENT

# E

*without the attachments*

**Testimony by Narrative**

I, Donald Louis Hymes will be giving Testimony by Narrative with Offers of Proof from various locations including the Federal Register which is binding on all parties and this court shall take judicial Notice of all other documents and cases, and also included and incorporated herein today's evidentiary hearing is the filing that are may be held in abeyance or Lodged on 2255 Motion.

It appears that Mr. Cooper is trying to retry this case civilly with criminal penalties.

The court, at the last hearing, stated that the two cases were 2 separate cases, yet Mr. Cooper is combining them.

I am being charged with violating the following parole violations:

1. For not filing all 'LEGALLY REQUIRED' tax forms.

   To date no one has come forward and given me legal evidence that I am required to file. However, I have just presented this court with legal evidence that there is NO LEGAL REQUIREMENT.

2. I am accused of not co-operating with the IRS and paying what they claim I owe.
   For the record
   A.   A authorized representative of the IRS has yet to present signed, documented and verifiable evidence that I owe the IRS anything.
   b.   The IRS filed a foreclosure suit against me before the court granted 90 days tolled.
   So, who was I to contact at that time?

No one from the IRS contacted me. No one from the IRS came and said- if you start making payments, we will drop the suit.
I am not an attorney, I am an old man who happens to believe in the Federal Constitution and the Laws of the Land.
So far I have not seen much evidence of either the court or the prosecution doing the same.
The evidence I have presented to the court, is legal evidence. The Constitution of the United States, The Federal Register, Substantive Rules and Regulations AND Supreme Court decisions.
If this court can show here in open court that all this evidence is wrong and orders me to sign Forms 1040 with OMB 1545-0074, I will do so in a heartbeat.



1. My true proper name is Donald Louis Hymes, domiciled in the territorial boundaries of Alaska and I am not a "citizen of the United States" who wants the same rights as "enjoyed by white citizens" from the Civil Rights Act of 1866 as amended as found today codified in 42 U.S.C. Section 1981, section 1982 and section 1988 of the Revised Statutes of 1878 Title XXIV and as an Offer of Proof of same, I enter a copy of the Certificate of Policital Status, Citizen Status and Allegiance filed in the Fairbanks Recording Office, being **Attachment Z.**

*I would like a ruling from this Court if this is not in effect today and who has evidence in rebuttal.*

2. Documents of *general applicability and legal effect, general applicability and substantive rules having the Force and Effect of Law are mandated to be published in the Federal Register, which are binding on this Court and the IRS in this instant Case* and as an Offer of Proof of same, I hereby enter **Attachment A** being the Federal Register Act of 1935 along with the Memorandum in Support thereof being **Attachment A-1**, to wit:

   1. SEC. 5. (a) *There shall be published in the Federal Register* (1) *all Presidential proclamations and Executive orders*; and,

   2. SEC. 5. (a) (2) such documents or classes of *documents as the President shall determine from time to time have general applicability and legal effect*; and,

   3. SEC. 5. (a) (3) *such documents or classes of documents as may be required so to be published by Act of the Congress*: Provided, That for the purposes of this Act *every document or order which shall prescribe a penalty shall be deemed to have general applicability and legal effect*.

   4. (b) In addition to the foregoing there shall also be published in the Federal Register *such other documents or classes of documents as may be authorized to be published pursuant hereto by regulations prescribed hereunder with the approval of the President*.

*I would like a ruling from this Court if this is not in effect today.*

3. This Court shall take judicial Notice of 5 U.S.C. Section 552(a)(1) which mandates all substantive rules of *general applicability shall be published in the Federal Register and if not so published, a person shall not be adversely affected.*

*I would like a ruling from this Court is this is not still in effect today.*

4. The IRS has accepted this mandate from Congress of the Federal Register Act of 1935 and of 5 U.S.C. § 552(a)(1) and that there are three types of regulations being part 601 for Procedure, part 301 for Administrative and Procedure and for all of the substantive rules for



part 1, part 20, and part 31 that have the force and effect of law that shall be published in the Federal Register and as legal evidence of this I submit **Attachment C** being a copy of the Federal Register of 67 FR 69673-69688 of 2002 of 26 CFR Section 601.702(a).

*I would like a ruling from this Court if this is not in effect today as published in the Federal Register.*

5.  This Court shall take judicial Notice of 5 U.S.C. section 553(b) (1,2 & 3) of the mandate from the Administrative Procedures Act to publish in the Federal Register of proposed rule making and substantive issues of the proposed rule.

*I would like a ruling from this Court if this is not in effect today.*

6.  This Court shall take judicial Notice of the Holdings in *Chrysler v. Brown*, 441 U.S. 281 (1979) that only **substantive regulations** have the **force and effect of law** if published in the Federal Register with a comment period pursuant 5 U.S.C. § 553 **precluding** the 601 type regulations procedural (interpretative) and **precluding** the 301 administrative i.e., "housekeeping statute[s]" from having the **force and effect of law** accorded only to **substantive regulations**.

*I would like a ruling from this Court if this holding of the Supreme Court of the United States is not still in effect today.*

7.  As evidenced by **Attachment A** found at 44 U.S.C. section 1505(a)(1) as an Offer of Proof excerpt, to wit:

> SEC. 5. (a) *There shall be published in the Federal Register* (1) all Presidential proclamations and Executive orders, **except** *such as have no general applicability and legal effect or are effective only against Federal agencies or persons in their capacity as officers, agents, or employees thereof*

*I would like a ruling from this Court if this publication exception for Federal agencies and employees is not effect today.*

8.  This court shall take judicial Notice of Administrative Procedures Act at 5 U.S.C. § 553(a)(2), (b)(3)(A & B), (d)(2 & 3) that publishing the Federal Register is precluded for matters relating to agency management or personnel, interpretative rules, administrative rules or for other good cause shown by the IRS.

*I would like a ruling from this Court if this publication exception for Federal agencies and employees, interpretative and administrative rules is not effect today.*



9.  This court shall take judicial Notice that in the holdings of *Chrysler v. Brown*, 441 U.S. 281 (1979) that only **substantive regulations** have the *force and effect of law* if published in the Federal Register with a comment period pursuant 5 U.S.C. § 553 *precluding* the 601 type regulations procedural (interpretative) and *precluding* the 301 administrative i.e., "housekeeping statute[s]" from having the *force and effect of law* accorded only to **substantive regulations**.

*I would like a ruling from this Court if this holding of the Supreme Court of the United States is not in effect today.*

10.  I submit to this court that all of Notices of Federal Tax Liens are only under Part 301 of Title 26 being strictly for only Federal Agencies, employees and officers and as an Offer of Proof from the Federal Register *excerpt* of 32 FR 15241 - 15243 and 32 FR 15288 – 32 15289 being **Attachment AA**, to wit:

**§ 301.6331 Statutory provisions; levy and distraint.**

\* \* \*

Levy may be made upon the *accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia*, by serving a notice of levy on the employer *(as defined In section 3401(d) )* of such officer, employee, or elected official. *[Emphasis added]*

\* \* \*

**§ 301.6331-1 Levy and distraint.**

\* \* \*

*(4) Certain types of compensation—* (1) *Federal employees*. Levy may be made upon the accrued salary or wages of any of the Armed Forces), or elected or appointed official, of the United States, the District of Columbia, or any agency or instrumentality of either, by serving a notice of levy on the employer of the delinquent taxpayer. As used In this subdivision, the term "*employer*" means (a) the officer or employee of the United States, the District of Columbia, or of the agency or instrumentality of the United States or the District of Columbia, who has control of the payment of the wages, or (b) any other officer or employee designated by the head of the branch, department, agency, or instrumentality of the United States or of the District of Columbia as the party upon whom service of the notice of levy may be made. If the head of such branch, department, agency or instrumentality designates an officer or employee other than one who has control of the payment of the wages, as the party upon whom service of the notice of levy may be made, such head shall promptly notify the Commissioner of the name and address of each officer or employee so designated and the scope or extent of his authority as such designee.

*(ii) State and municipal employees. Accrued salaries, wages, or other compensation of any officer, employee, or elected or appointed official of a State or Territory, or of any agency,*



*Instrumentality, or political subdivision* thereof, are also subject to levy to enforce collection of any Federal tax. *[Emphasis added]*

*I would like a ruling from this Court if this holding of the Supreme Court of the United States is not in effect today.*

11. The ATF adopted the Lien and Levy from the IRS part 301 regulations as there wasn't any part 1 substantive regulations in existence then or now; and, as an Offer of Proof that the Regulations now posited in 27 CFR part 70's source from part 301 of the IRS regulations is found in the legal evidence of the *excerpt* of the Federal Register filed on November 14, 1990 at 55 FR 47604 – 47605, being **Attachment BB.**

*I would like a ruling from this Court if this legal evidence is incorrect.*

12. As evidence of one of the Notices of Federal Lien filed in the Fairbanks Recording District under the purported authority of 26 U.S.C. Sections 6321, 6322 and 6323 for a purported 1040 tax, I submit as an Offer of Proof being **Attachment CC**.

*I would like a ruling from this Court if this Notice of Federal Tax Lien does not use the statutory authority of 6321, 6322 and 6323 for a 1040 tax that does not exist. And further I would like a ruling from this court that there are no substantive regulation consisting of 1.6331-1, 1.6321-1, 1.6322-1 or 1.6323-1, but instead there are only Part 301 regulations for federal employees and agencies.*

13. I submit as an Offer of Proof of the publishing in the Federal Register of any delegations of the President of the United States of 65 Stat 713, being **Attachment B**.

*I would like a ruling from this Court if this Statute isn't in effect.*

14. I submit as an Offer of Proof that Executive Order 10530 by Dwight D. Eisenhower of May 10, 1954 was published in the Federal Register at 2709-2712 being **Attachment C** and that the Department of Justice does now censor what has *general applicability and legal effect* to be published Federal Register which is unconstitutional to prosecute and censor the documents that that have *general applicability and legal effect.*

*I would like a ruling from this Court if this Federal Register isn't still in effect and that only the judicial Branch can determine the Law as found Marbury v. Madison, 1 Cranch 137, 177 (1803).*

15. I do as an Offer of Proof being **Attachment D** that in the Federal Register at 2 FR 2454-2456 November 12, 1937 text contained therein specifically including, but not limited to the definitions of "document", "Federal agency", "agency" mean "*the President of the United States*", etc in Section 4; and, in Section 5 "(2) such documents or classes of documents as the President shall determine from time to time have *general applicability and legal effect*;" and "(3) such documents or classes of documents *as many be required so to be published by Act of the Congress.*"

*I would like a ruling from this Court if this Federal Register isn't still in effect.*

16. I do as an Offer of Proof being **Attachment E** that all documents must be published in the Federal Register having *general applicability and legal effect* as found in 1 CFR section 1.1.

*I would like a ruling from this Court if this Federal Register isn't still in effect.*

17. I do as an the Offer of Proof in **Attachment E** published in FR 37 FR 23602-26614, November 4, 1972 in 1 CFR § 5.2 – Documents required to be filed for public inspection and published in the Federal Register at 37 FR 23604 of documents required to be published by ever act of Congress and documents having general applicability and legal effect.

*I would like a ruling from this Court if this Federal Register isn't still in effect.*

18. I do as an Offer of Proof in **Attachment E** published in FR 37 FR 23602-26614, November 4, 1972 in 1 CFR § 8.1 – Policy at 37 FR 23605 under Chapter 15 of the Federal Register and Code of Federal Regulations of Title 44 of the United States Code the Director of the Federal Register <u>**shall publish**</u>  * * * *[the]* "*Code of Federal Regulations*", *to contain each Federal regulations of <u>general applicability and legal effect</u>*.

*I would like a ruling from this Court if this Federal Register isn't still in effect.*

19. I do as an The Internal Revenue Service has acknowledged and accepted this mandate of Congress to publish *substantive rules of general applicability <u>authorized by law</u>* of 5 U.S.C. § 552(a)(1)(D) in 26 CFR § 601.702(a) *at* 67 FR 69675 (2002) and as published in the Federal Register the Petitioner as an Offer of Proof being **Attachment F** – 67 FR 69673-69688

(2002) of 26 CFR § 601.702 of 552(a)(1) *at 67 FR 69675* "various substantive regulations under the Internal Revenue Code of 1986), such as various substantive regulations in part 1 (Individual Income Regulations)"; and, "part 20 of this chapter (Estate Tax Regulations)," and "part 31 of this chapter (Employment Tax Regulations)" with the republishing of 26 CFR § 601.702 starting at 67 FR 69675.

*I would like a ruling from this Court if this Federal Register isn't still in effect.*

20.    This court shall take judicial Notice of 26 U.S.C. § 7805 that all needful rules and regulations must be prescribed and the Supreme Court cases in support thereof.

*I would like a ruling from this Court if 26 U.S.C. Section 7805 and all of the Supreme Court Cases holding such as in United States v. Correll, 389 U.S. 299, 306-307 (1967) isn't still in effect.*

21.    As to the verification of Returns is found in the Part 301 regulations for federal employees and agencies I submit as an Offer of Proof **Attachment G** *excerpt* of 32 FR 15241 and 32 FR 15257, which was published in the Federal Register November 3, 1967 at 32 FR 15241-15387 of the statutory authority of Sec. 6065(a)(b) (26 U.S.C. § 6065 [1954 IRC]) with 26 CFR § 301.6065-1.

*I would like a ruling from this Court if this Federal Register isn't still in effect*

22.    As an Offer of Proof that there is not statutory authority for the penalty of perjury we must first go to the 1954 IRS Code to find subparts (a) and (b) evidenced by **Attachment H** – this excerpt from the 1954 Code of 26 U.S.C. § 6065.

*I would like a ruling from this Court if this was not part of the 1954 IRC.*

23.    In 1960 the substantive regulations under the statutory authority of 26 CFR § 6065 for 26 CFR § 1.6065-1 was published in the Federal Register as were all of the IRS regulations were republished in 1960 under T.D. 6500 and as an Offer of Proof being the excerpt **Attachment I** - 25 FR 11402, 25 FR 11421 and 25 FR 12132 (1960) with the 6065 section, to wit:



§ 1.6065 Statutory provisions; verification of returns.

SEC. 6065. *Verification of returns --*

*(a) Penalties of perjury.* Except as otherwise provided by the Secretary or his delegate, any return, declaration, statement, or other document *required to be made* under any provision of the *Internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.*

**(b) *Oath.*** The Secretary or his delegate may by regulations require that any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be verified by an oath. *This subsection shall not apply to returns and declaration with respect to income taxes made by individuals. [Emphasis added]*

*I would like a ruling from this Court if this Federal Register legal evidence isn't true.*

24.   On October 4, 1976 the statutory authority for 26 U.S.C. § 6065(b) for the "Oath" was removed by "***striking out,***" as evidenced by P.L. 94-455, title XIX, § 1906(a)(6),(b) and as an Offer of Proof of 90 Stat. 1824, being **Attachment J.**

*I would like a ruling from this Court if this isn't true.*

25.   This court shall take judicial Notice that 14 days later that Congress enacted 28 U.S.C. section 1746 for the unsworn declaration.

*I would like a ruling from this Court if this isn't true.*

26.   The once substantive regulation published in **Attachment I** in the Federal Register with both parts of 6065 (a) and (b) 26 CFR § 1.6065-1 has never been republished as a substantive regulation since 1960 and the current 26 CFR § 1.6065-1 fails to disclose any statutory authority to have "***general applicability and legal effect***" either in the substantive regulations table of **Attachment K** of *C.F.R. T. 26, Ch. I, Subch. A, Pt. 1.* or of **Attachment L** at the bottom of 26 CFR 1.6065-1.

*I would like a ruling from this Court if this isn't true.*

27.   The current 26 CFR § 1.6065-1 is shown as the authority in 26 CFR § 602.101 under the general requirement regulations and statutory authority of 26 U.S.C. § 7805 at the bottom of this very long regulations list in compliance with the PRA with the form identified as



OMB 1545-0123 for 26 CFR § 1.6065-1 and as an Offer of Proof the excerpt of 26 CFR § 602.101, being **Attachment M**. This Form OMB 1545-0123 for use only with 26 CFR § 1.6065-1 is titled "U.S. Corporation Income Tax Return" and as an Offer of Proof of same, being **Attachment N**.

*I would like a ruling from this Court if this isn't true.*

28.  There is a ruse with 26 CFR § 1.6065-2T that was first published as a temporary regulation, which the Petitioner evidences as an Offer of Proof being **Attachment O** - 58 FR 68295 (TD 8510) on December 27, 1993 concerning only the issue of "TeleFile Voice Signature Test" and only for the two years of 1992 and 1993. See pages 4 and 5 of **Attachment O**.

*I would like a ruling from this Court if this isn't true.*

29.  As an Offer of Proof in **Attachment P** - Federal Register of July 18, 2000 in 65 FR 44437-44438 clearly as published lists that 26 CFR § 1.6065-2T was removed "Because the temporary regulations applied only to 1992 and 1993 calendar year returns, the IRS has decided to remove them" remembering that this 26 CFR § 1.6065-2T still exists as ruse in **Attachment K** - *C.F.R. T. 26, Ch. I, Subch. A, Pt. 1.*

*I would like a ruling from this Court if this isn't true.*

30.  As an Offer of Proof that the Form 1040 with OMB 1545-0074 **Attachment Q** of the Year of 2005 the 83i is mandatory and not voluntary as proffered by the IRS as Box 12 is checked and affirmed by the IRS signature and OMB signature, that it is compliance with Paperwork Reduction Action and also that there are no regulations or code citations for 26 U.S.C. Section 3401 for Wages, Section 861 for source of income and for 6065 for penalties of perjury jurat. Mandatory makes it a violation of my 5th Amendment rights to give evidence against myself especially when I have knowledge that his Form has no application to me. The mandatory requirement of the OMB 1545-0074 for the Form 1040 is also submitted with copies from the Federal Register being **Attachment R** of 71 FR 71040 of 2006; and, 65 FR 4919 of


Att E

2003 being **Attachment S**; and, 67 FR 20038 from the Federal Register of 2002 being **Attachment T**; and, 64 FR 69903 from the Federal Register of 1999 being **Attachment U**.

*I would like a ruling from this Court if this isn't true that the legal evidence of the Federal Register for Form 1040 under OMB 1545-0074 that has general applicability and legal effect is mandatory and only for the specific reasons given in the Federal Register.*

31.     As evidenced as an Offer of Proof the regulations with *general application and legal effect* published in the Federal Register in 1960 being **Attachment V** – 25 FR 11402-11422 (1960) contained no substantive regulations for 26 CFR 1.3401-x but there were substantive regulations for Nonresident Aliens and Foreign Corporations starting at 1.1441-1 and ending at 1.1465-1 as evidenced in **Attachment V** at 25 FR 11419.

*I would like a ruling from this Court if this isn't true that the legal evidence of the Federal Register that the only regulations for Wages is found in 25 FR 11419.*

32.     This court shall take judicial Notice of the prima facie evidence of 26 CFR Section 1.861-1 with all of the Federal Register publishing in support of same and specifically of subsection (f) that lists out all of the sources without exception, to wit:

> **(f) Miscellaneous matters—(1) Operative sections.**
>> **(i) Overall limitation to the foreign tax credit**
>>
>> **(ii) [Reserved]**
>>
>> **(iii) DISC and FSC taxable income.**
>>
>> **(iv) Effectively connected taxable income.** Nonresident alien individuals and foreign corporations engaged in trade or business within the United States . . .
>>
>> **(v) Foreign base company income.**
>
> **(vi) Other operative sections. Which Not cited due to length, but pertaining to foreign source and residents of possessions.**

*I would like a ruling from this Court if this isn't true that the legal evidence of the Federal Register on source of income as published for 26 CFR section 1.861-8.*



33.    I submit as an Offer of Proof that *general applicability and legal effect* 26 CFR § 1.6012-1(a) **Attachment X** that was published in the Federal Register on November 10, 1970 as 35 FR 17329-17331 including but not limited to the excerpt of § 1.6012-1(a)(1) at 35 FR 17330 that the only parties that must file a Individual Income Tax Return are as listed, to wit:

> **(1) *In general.* Except as provided in subparagraph (2)** of this paragraph, an income tax return ***must be filed by every individual*** for each taxable year beginning before January 1, -1973, during which he receives $600 or more of gross income, and for each taxable year beginning after December 31, 1972, during which he receives $750 or more of gross income, if such **individual is** –
>
> (i) *A citizen of the United States,* whether residing at home or abroad,
>
> (ii) A *resident of the United States* even though not a citizen thereof, or
>
> (iii) An *alien bona fide resident of Puerto Rico* during the entire taxable year. *[Emphasis added]*

This Federal Register publishing was amended in April 9, 2008 to include and including but not limited the to the change made in 1.6012(a)(1)(iii) of an alien bona fide resident of Puerto Rico by the addition of possessions of 1.931-1(c)(1) being Guam, American Samoa, or Northern Mariana Islands to (iii) at **Attachment Y** – page 28 of 29 at 73 FR 19376, to wit:

> **§ 1.6012–1 Individuals required to make returns of information.**
>
> (a) * * *
>
> (1) * * *
>
> (iii) An alien bona fide resident of Puerto Rico or any section 931 possession, as defined in § 1.931–1(c)(1), during the entire taxable year

*I would like a ruling from this Court if this isn't true that the legal evidence of the Federal Register that I would have to be a "citizen of the United States" or "resident of the United States" or from one of the possessions. I have stated in the public record my status.*

If this court and the IRS will explain each and every element of the Form 1040 with OMB number 1545-0074, that meets all of the requirements of the Federal Register Act as

amended, that it meets all of the requirements of the Administrative Procedures Act, that it meets all of the requirements of the Paperwork Reduction Act, that the Form 1040 has statutory and regulations published to *give general applicability and legal effect to Wages under 26 U.S.C. section 3401, to sources of income under 26 U.S.C. Section 861 and that 26 CFR Section 1.861-8 is incorrect and that 26 U.S.C. section 6065 including identifying all of the substantive regulation that have general applicability and legal effect published in the Federal Register that require the "unsworn declaration" on the Form 1040, and that all of the published Federal Register and submittal to the OMB by the IRS of the Form 1040 for OMB 1545-0074 are not "mandatory", then I will sign the Form 1040s with the Judge or IRS under the penalties of perjury identifying the wages, income, other other items required as I have no idea how to compute same with real evidence and not hearsay evidence under Rule 803 via the Form 4340 or RAACS 006.*