RECEIVED
JUL 9 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD L. HYMES<br><br>    Defendant. | Case No. 4:02-cr-00019-RRB-<br><br>**PLAINTIFF'S DISPOSITIONAL STATEMENT UPON REVOCATION OF SUPERVISED RELEASE** |

COMES NOW Plaintiff, the United States of America, and offers the following Statement regarding the disposition to be entered upon the revocation of defendant's supervised release.

As is now clearly established both by extrinsic evidence and by defendant's admissions that defendant stands in violation of express conditions of his supervised release, in that he has:

1. Not cooperated with the IRS in a good faith, best efforts attempt to pay his outstanding tax liability and has not entered into an installment plan for that purpose with the Collection Division of the IRS;

2. Failed to file income tax returns for the assessed years, 1989-1993, 1997, 1999, 2000, and 2002, either within 9 months of his release from prison or at any other time; and

3. Failed to file income tax returns that became due after the date of his criminal judgment, namely, 2003, 2004, 2005 and 2006.

In explanation, defendant has offered, both to the IRS and to this Court, only frivolous and facially meritless theories asserting that this Court does not even exist as an Article III court and that he has therefore not been convicted of anything and is not obligated to follow the Court's orders; further that the Internal Revenue Service may have pursued standard collection methods with respect to defendant, but that it has no lawful authority to use such efforts against the defendant.

Accordingly, defendant at his evidentiary hearing on the petition to revoke supervised release freely admitted the facts just recited above that constitute the violations of his supervised release. But he blithely contends that those facts do not put him in violation of law, or of his supervised release, or of any obligation resting upon him pursuant to law and lawful procedure. As the PSR indicates, defendant has not even paid the restitution ordered on account of the $78,005 which he obtained from the United States Treasury by fraud. Defendant thus conveys to this Court not only that he believes he has not been convicted of his fraudulent scheme, but also that he has no conscientious concern about the debt he owes for having obtained the money by fraud. It is true that defendant has assigned his 2008 Permanent Fund dividend to the United States on account of these monetary obligations. It is difficult to discern in this act, however, any serious conscientious effort to meet his obligations. It seems hardly more than an effort to give the superficial appearance of such effort, and is more consistent with defendant's simply going along with the inevitable. In any case, it is minuscule in relation to the magnitude of the financial obligation.

This is the posture of the defendant as he faces a guideline sentencing range of 3 to 9 months for this Grade C violation of supervised release.

Under these facts, the Court should not enter a disposition that would give imply that the Court views it as futile to deal further with the defendant. Whether or not defendant will change is not the only consideration. Upholding the standards reflected in the laws and in the judgment of the Court is likewise important, regardless of the defendant's attitude.

The disposition should impose the entire remaining time of 9 months, or a portion thereof coupled with further supervised release.

RESPECTFULLY SUBMITTED this  9th  day of July, 2008, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/ Stephen Cooper
STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310

Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
stephen.cooper@usdoj.gov

**CERTIFICATE**

I certify that a true and correct copy of the foregoing
_____, is being sent to the
following counsel of record on the filing date hereof,
via court's electronic filing notice:

M. J. Haden, Anchorage, Alaska

/s/ Stephen Cooper
Office of the United States Attorney