RECEIVED

JUL 1 0 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Donald Louis Hymes

2340 Ravenwood Avenue

Fairbanks, Alaska 99709

907-479-6922

## The United States of America

## The United States

## District Court of the United States

## District of Alaska

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| *Plaintiff* | ) |
| | ) |
| *versus* | ) |
| | ) |
| **Donald Louis Hymes, Individually** | ) |
| *Defendant* | ) |

## Case - 04:02-cr-019 RRB

## STATEMENT FOR SENTENCING HEARING

Comes now Donald Louis Hymes (Hymes), the defendant in this instant case, and offers the

following statement for the sentencing hearing.

Hymes has been accused of 3 parole violations.  Hymes herewith clarifies his position once

again.

1. The charges of the criminal case against Hymes included no IRS matters, nor were any of the IRS matters, which were made a part of the parole conditions, and which Hymes is now accused of having violated, presented to the Grand Jury, nor the jury. It appears that the entire criminal case truly was not at all about what Hymes was convicted for, but about his disagreements with the IRS over a span of many years.

2. Hymes had been in correspondence with the IRS for more years than he can remember trying to get the matter of their claims against him resolved- even before this case or the foreclosure case were started. NEVER did he receive an answer showing him the law making him liable to file a form 1040 under OMB 1545-0074, or for the so-called taxes the IRS claimed he owes.

3. To date, this court has not responded to any of Hymes' questions and requests for information and documentation- despite the fact that numerous Motions have been filed, and despite the fact that Hymes also asked for answers and clarification at the evidentiary hearing in his Testimony by Narrative (Testimony).

4. Rather than answer Hymes' questions, Magistrate Hall made a big point of the fact that the building would be closing at 5 p.m. He actually urged Hymes to skip reading his Testimony, as Magistrate Hall 'had a copy of it". Hymes insisted on finishing his Testimony. When he was done, he still had no answers, but Magistrate Hall and Mr. Cooper certainly had time to harass Hymes with- "did you file, will you file, did you pay, will you pay"- over and over; totally ignoring what Hymes had just proffered in his testimony, had just presented, and the questions he had asked, as well as his offer to sign a form 1040 right then and there if he could be shown the law requiring him to so. None of the issues and/or questions presented in his Testimony have to date been either addressed or answered.

5. It does seem that neither Mr. Cooper nor this court are interested in the truth, instead evidencing that if Hymes doesn't roll over, he will be punished. It doesn't seem to matter that the court's order regarding the parole conditions Hymes is accused of having violated, is in itself a violation of the law, as the court is trying to make Hymes comply with an unlawful 'order'. An order which will put Hymes in harms way, as it requires him to perjure himself.

6. Hymes, as well as his family have been punished. The time Hymes spent in jail exasperated his medical condition to the point he has not been able to work since his release. He is now on medication, which includes weekly injections. The financial havoc has been horrendous. This entire experience not only played havoc with Hymes' medical condition, but also with that of his wife- exasperated by the fact that there was neither money nor medical insurance (which Hymes had when working) to afford her the needed medical care.

When Hymes was arrested he had a good job and made good money. The probation officer at that time recommended that Hymes be put under house arrest.

Had the court done that, Hymes would have been able to continue working and make arrangements for restitution. Instead, the court opted to go with Mr. Cooper's recommendation of jail time.

During that time Hymes received no SS check (the loss of this alone was around 22,000) nor did he receive permanent fund dividend checks ( 4,000 +), nor was there compensation from work. 2 years of bills accumulating, when, as Mr. Cooper so eloquently states that Hymes has made no effort to make restitution.

Hymes is still trying to pay off debts accumulated during his jail time. This is very hard when very little besides social security supports the family. Hymes has also been ordered to sign over his permanent fund dividend check, which the court has received for the past years, plus monthly restitution. The permanent fund, which adds up to approximately 100.00 a month, is money a lot of people look forward to pay off bills etc. Maybe the court or Mr. Cooper can tell Hymes how he can do much more than he is required to do already.

7. Hymes is accused of not *following the law (though no-one has stated yet which 'law' he is not following)*, nor the unlawful demands of this court in regard to his alleged parole violation.

8. T he fact is that the court and Mr. Cooper are the ones who seem to be breaking the law, the oath of office they have taken, the tenets of their occupation. They have failed to abide by their oath of office. They signed that oath, affirming that they will uphold the constitution of the United States.

9. Then why, with all the documentation Hymes has presented, from the constitution of the United States to the laws and regulations, the Federal Register- the ultimate law for agencies- including the IRS, and Appellate and Supreme Court decisions regarding the identity of a taxpayer required to file a form 1040, all the court says 'it is meritless' and 'denied', giving absolutely no substantive reason for either the statement or the ruling. Mr. Cooper also states 'meritless' and 'constitutional and legal theories'. It is inconceivable . With so much on the line for Hymes and his family, and with the court having stated over and over that the court is indeed fair and un-biased, Hymes should at least have the right to know what the court is basing its denial on, so Hymes can be assured that the court is indeed ruling according the rules, laws, and Appellate court and Supreme court precedents, so that if and when he needs to take this to the Court of Appeals there is some substantiation for the Court's orders.

10. Meritless. Hymes seriously doubts that all of these legal and lawful documents Judge Beistline, Mr. Cooper and the IRS are to abide by are based on a dreamed up theory, and Hymes also doubts that our founding fathers considered the Constitution a theory.

11. Further, not withstanding all of this. The USA- whoever that is, filed the foreclosure suit before the time tolled which Judge Beistline gave Hymes to contact the IRS. Hymes talked to Tony about this and told her a lot of FOIAs , primarily concerning the legality of the IRS' actions and requests for the IRS to provide the law showing that their actions (Notices of Federal Lien and Notices of Levy) were legal, (at last count there were in excess of 112) had been submitted to the IRS. To this day they have not been answered. Hymes asked her to check with the IRS and the court on this and see who Hymes would need to talk to. She stated she would talk to the court as well as the IRS. That was the last Hymes heard about this from her, until the day he was arrested. Tony never mentioned it again . She never asked about the status, or made any suggestions.

12. Further, how could Hymes file a 1040 or make a payment plan with the IRS without compromising the law suit?  At no time was Hymes approached for a settlement of working with the IRS in return of the lawsuit being dropped.  This did not offer Hymes any options.  One thing this entire experience has done- it has taught Hymes' wife and him more about the applicable laws regarding the IRS than they ever cared to know.

13. Mr. Cooper and the court now want to put Hymes in jail for not complying with an unlawful request. The court knows, that if Hymes is to comply with the court's parole condition order,  that Hymes will be breaking the law and committing perjury- Hymes is caught in a no-win situation.  However, if Hymes is wrong on this, he is asking the court once  again to give him the law and code section which requires him to file a form 1040.

14. Who has really been breaking the law?
What is worse, not following the guidelines of the court's and Mr. Cooper's official mandates, oath of office and supreme court precedents or Hymes not 'obeying' an unlawful court order?

15. Cooper is seeking 9 months additional jail time. Only this time Hymes may not make it out as the medication he is taking has totally negated his immune system, and the needed medication, vitamins, herbs and diet will never be available to him in jail to help him sustain what health he does have.

16. Judging from Mr. Cooper's track record, this matter can go on in perpetuity. Hymes will again be accused of parole violation,  provides all the documentation that he is right, and the court and Cooper totally ignore it,  and Hymes goes back to jail once again???

17. The system at one time was fair.  The judges looked at both sides and were fair to both sides.  What happened?

**My Hand**

Donald Louis Hymes

CERTIFICATE OF SERVICE

A true and correct copy of this document was personally delivered to

Stephen Cooper
Asst. US Attorney
Fed. Bldg. & US Courthouse
101 12th Ave.
Fairbanks, AK 99701
And by e-mail to
MJ Haden


Date: July 10, 2008

Rita Marina Hymes