```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. DONALD HYMES              CASE NO. 4:02-CR-00019 RRB
Defendant: X  Present X   On Summons

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY:         STEPHEN COOPER

DEFENDANT'S ATTORNEY:            M.J. HADEN

U.S.P.O.:                        TONI OSTANIK

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE                             HELD: 07/11/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:37 a.m. court convened. The following portion was recorded in Anchorage due to power outage in Fairbanks Court.

Court and counsel heard re: rescheduling.

Final Disposition continued to 1:00 p.m.

At 10:38 a.m. court recessed until 1:13 p.m.

Court and counsel heard re: Disposition recommendations by counsel, Defendant's allocution, rescheduling.

Final Disposition Hearing continued to **Thursday, July 17, 2008 at 12 Noon, Courtroom 1.**

At 2:11 p.m. court adjourned.

DATE: July 11, 2008         DEPUTY CLERK'S INITIALS: LGK