Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiff*

**v.**

**Donald Louis Hymes**

*Defendant*

**4:02-cr-00019 RRB**

HEARING STATEMENT

Comes not Donald Louis Hymes and herewith offers Attachment A as proof of his hearing

statement of the July 11, 2008, Sentencing Hearing.

My Hand,

Donald Louis Hymes

Donald Louis Hymes

Statement for the record- Sentencing Hearing July 11, 2008

1.  I believe  the court has the statement I filed yesterday.

2.  And, the court is aware of the    Mandamuses filed?  and  the Habeas, of which the court received a courtesy copy ?

3.  All of these documents   state and document my position- I will comply with the court's order of the alleged parole violations In a heartbeat, if the court will finally show me the law that requires me to file a form 1040, OMB 1545- 0074.  This is something I have requested from the beginning- yet, to date neither the court, nor Mr. Cooper have responded to any of my requests for documentation.

4.  I was convicted, I served the time, and right now I have been on parole 3 months longer than originally ordered.  Putting me back into jail would be a grave injustice, as well as premature as there are a number of issues to be resolved

5.  The court needs to make a final ruling on the 2255 so it can be taken to the 9th circuit- that should decide whether or not this entire case should be vacated.

6.  The foreclosure case is currently on appeal, and with Judge Beistline presiding over that case as well as this one, the 2 have become totally intertwined.  The 9th circuit ruling on the foreclosure will determine the legality of the claim of taxes owed

7.  Despite Mr. Cooper's allegations, I have never meant not to abide by any of the court's orders. And I believe I followed the legal and lawful mandates of the court totally and completely to the best of my ability.

8.  The court ordered parole conditions that had absolutely nothing to do with the court case.

**Attachment A 1-5**

9. The conditions I am now accused to have violated were not violated intentionally; if at all- how can I be accused of violating an order that is unlawful – according to all the research we have done and all the documentation from rules, regulations, the Federal Register and Supreme Court and Appellate Court rulings, and would put me in jail for perjury, if I had abided by it.

10. As I have shown over and over again in the numerous motions filed into the court, the court's order to file 1040 forms does not apply to me. And, by filling out a form 1040 I would be committing perjury- stating I am someone I am not. So, I could be put in jail for committing perjury?

A catch 22- jail for not complying with an unlawful order, or jail for complying with said order and committing perjury.

11. If the court can show me the law where I am a person required to file a form 1040-OMB 1545 0074 I will do so here and now. I made the same request at the evidentiary hearing, but received no response then. It was easier to ignore my request and instead pelt me with the questions, over and over again- did you file, are you going to file, have you paid, are you going to pay. Numerous motions have been filed on this subject- none have ever been addressed or answered by either Mr. Cooper or Auchterlonie. I could not even get discovery from Auchterlonie- and the court refused to order her to comply.

12. It appears that the court and Mr. Cooper want me to comply with the court's order, simply because it is a court order- regardless of whether it is a legal and lawful order.

13. The USA filed a foreclosure suit within 60 days of my release. How in the world could I comply with the court's order- even if it had been a legal and lawful order, without compromising the lawsuit. As you are well aware, that case is on appeal right now. The issue being the legality of the court's, DoJ's and IRS actions. Therefore, this matter before you today is premature, as the ruling of the 9th circuit will determine who is right. And since Judge Beistline has been the presiding judge of both case, they have

become totally intertwined- as also evidenced by Mr. Cooper's remarks at the evidentiary hearing.

14. The court has stated on more than one occasion that he is fair, unbiased and unprejudiced. Then why am I here today, when the question is now before the court of appeals.

15. Mr. Cooper refers to the Motions filed and the documentation being the United States Constitution, laws and regulations- first and foremost the Federal Register, and Appellate and Supreme court cases. These are not theories- these are cold hard, documented facts. Facts that you are obligated to abide by, at least by virtue of the oath of office you took.

16. I have a copy here of your oath, Judge Beistline.

17. Mr. Cooper states further that I said that the Form 1040 is unconstitutional. NO, I have never said that, because the form is not unconstitutional. It certainly does apply to a group of people, namely federal and government employees- this also has been documented in numerous filings.

18. Cooper further states that I made the comment that the IRS may not lawfully file a notice of federal tax lien against taxpayers in general. Again, I never made that statement. The IRS can indeed file notices of tax lien against taxpayers. Mr. Cooper should have read the Motions filed a little closer, as there was ample documentation, including Appellate court and supreme court cases, explaining who and what a taxpayer is.

19. Mr. Cooper's states that , apparently, all the documentation, Constitution of the US, laws, Federal Register, and precedent cases are my 'theories'. I can't take the credit for theorizing- these are documented facts.

16. Further, I have not 'again' requested the court's recusal- even though that may have been a very good idea.

20. Mr. Cooper further states that recusal is warranted when a judge bases a ruling upon matters outside the record.. The court to date has offered no legal and lawful 'reason' for the denial of any of my Motions, last but not least the Motion to reconsider. MERITLESS hardly qualifies as a 'reason'

21. Currently there have been Mandamuses filed as well as a Habeas. I request that this matter be dismissed.  Or at the least postponed to give the court and Mr. Cooper a chance to read the documents filed.

In the alternative I am putting the court on notice that an appeal will be filed and request that no further action be taken until the 9th circuit makes its ruling on this case as well as the foreclosure case. which is currently before the 9th and  the 2255 Motion which will go to the 9th as soon as the court issues its final ruling on it with reasons for the denial.

22. With the foreclosure being on appeal, the 2255 Motion going on appeal, as well as this case, any action regarding the alleged parole violations is premature.,

23. The court has stated over and over again that it is fair, unbiased and unprejudiced, then the court needs to allow  me to have the 9th circuit make the determination whether I am right  or wrong, before the court proceeds with any further action regarding the alleged parole violation.

24. Putting me in jail now again will not answer the question on the table, where said conditions I am accused of having violated,  even conditions to be violated?  If they are not valid, legal and lawful conditions, conditions which, if abided by, would put me in jail, how can they be violated?

25.  If, what the court truly wants is my compliance to fill out a 1040, I will do so, If ordered to do so by the court today., even though you have failed to show and identify the law requiring me to do so, or showing me where in Chapter 24  it addresses 'wages'.

26. Here is a signed 1040, and as I have no information on how to fill it out correctly, and without committing perjury, and risk going to jail on yet another charge.  I am handing the 1040 to  Mr. Cooper, as I am sure he can fill this form out with the assistance of one of the IRS employees in the court room today.

27. I believe it would be a travesty of justice if I am punished today and the 9th Circuit should find in may favor.

28. Should the 9th Circuit rule against me, this court can always revisit the alleged parole violations and sentencing.

I will be here.


Donald Louis Hymes


Attachment A 5-5

**Certification**

This document has been mailed first class or personally delivered to the following parties, to wit:

Stephen Cooper
Asst. US Attorney
Fed. Bldg. & US Courthouse
101 12th Avenue  Room 312
Fairbanks, Alaska 99701

and  e-mailed to:

M.J. Haden
Federal Public Defender's Agency


Date: July14, 2008


Rita Marina Hymes