# Form 1040

**Department of the Treasury—Internal Revenue Service**
**U.S. Individual Income Tax Return** 2007

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

OMB No. 1545-0074

### Label
(See instructions on page 12.)
Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

- Your first name and initial | Last name | **Your social security number**
- If a joint return, spouse's first name and initial | Last name | **Spouse's social security number**
- Home address (number and street). If you have a P.O. box, see page 12. | Apt. no. | ▲ You **must** enter your SSN(s) above. ▲
- City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

Checking a box below will not change your tax or refund.

### Presidential Election Campaign
▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶  ☐ You  ☐ Spouse

### Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 14)

### Exemptions

- 6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
- b ☐ **Spouse**
- c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see page 15.

Boxes checked on 6a and 6b ___
No. of children on 6c who:
- lived with you ___
- did not live with you due to divorce or separation (see page 16) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ ___

d Total number of exemptions claimed

### Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............ **7**
- 8a Taxable interest. Attach Schedule B if required ............ **8a**
- b Tax-exempt interest. **Do not** include on line 8a . . . | **8b** |
- 9a Ordinary dividends. Attach Schedule B if required ............ **9a**
- b Qualified dividends (see page 19) . . . . | **9b** |
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) . . **10**
- 11 Alimony received . . . . . . . . . . . . . . **11**
- 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . **12**
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ **13**
- 14 Other gains or (losses). Attach Form 4797 . . . . . **14**
- 15a IRA distributions . . | **15a** | b Taxable amount (see page 21) **15b**
- 16a Pensions and annuities | **16a** | b Taxable amount (see page 22) **16b**
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E **17**
- 18 Farm income or (loss). Attach Schedule F . . . . . . . **18**
- 19 Unemployment compensation . . . . . . . . . **19**
- 20a Social security benefits . | **20a** | b Taxable amount (see page 24) **20b**
- 21 Other income. List type and amount (see page 24) ............................ **21**
- 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ **22**

### Adjusted Gross Income

- 23 Educator expenses (see page 26) . . . . | **23** |
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | **24** |
- 25 Health savings account deduction. Attach Form 8889 . . | **25** |
- 26 Moving expenses. Attach Form 3903 . . . . . | **26** |
- 27 One-half of self-employment tax. Attach Schedule SE . . | **27** |
- 28 Self-employed SEP, SIMPLE, and qualified plans . . . | **28** |
- 29 Self-employed health insurance deduction (see page 26) | **29** |
- 30 Penalty on early withdrawal of savings . . . . . | **30** |
- 31a Alimony paid  b Recipient's SSN ▶ | **31a** |
- 32 IRA deduction (see page 27) . . . . . . . | **32** |
- 33 Student loan interest deduction (see page 30) . . . . | **33** |
- 34 Tuition and fees deduction. Attach Form 8917 . . . . | **34** |
- 35 Domestic production activities deduction. Attach Form 8903 | **35** |
- 36 Add lines 23 through 31a and 32 through 35 . . . . . . . . **36**
- 37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ **37**

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.    Cat. No. 11320B    Form **1040** (2007)

Form 1040 (2007)     Page **2**

### Tax and Credits

**Standard Deduction for—**
- People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31.
- All others:

Single or Married filing separately, $5,350

Married filing jointly or Qualifying widow(er), $10,700

Head of household, $7,850

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | |
| 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶39b ☐ | |
| 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | |
| 41 | Subtract line 40 from line 38 | |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | |
| 44 | **Tax** (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ Form(s) 8889 | |
| 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | |
| 46 | Add lines 44 and 45 ▶ | |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education credits. Attach Form 8863 | |
| 50 | Residential energy credits. Attach Form 5695 | |
| 51 | Foreign tax credit. Attach Form 1116 if required | |
| 52 | Child tax credit (see page 39). Attach Form 8901 if required | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | |
| 54 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 **c** ☐ Form 8839 | |
| 55 | Other credits: **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form ___ | |
| 56 | Add lines 47 through 55. These are your **total credits** | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | |

### Other Taxes

| 58 | Self-employment tax. Attach Schedule SE | |
| 59 | Unreported social security and Medicare tax from: **a** ☐ Form 4137 **b** ☐ Form 8919 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57 through 62. This is your **total tax** ▶ | |

### Payments

*If you have a qualifying child, attach Schedule EIC.*

| 64 | Federal income tax withheld from Forms W-2 and 1099 | |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | |
| 66a | **Earned income credit (EIC)** | |
| b | Nontaxable combat pay election ▶ 66b | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | |
| 68 | Additional child tax credit. Attach Form 8812 | |
| 69 | Amount paid with request for extension to file (see page 59) | |
| 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | |

### Refund

*Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888.*

| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | |
| 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | |
| b | Routing number | **c** Type: ☐ Checking ☐ Savings |
| d | Account number | |
| 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ | |

### Amount You Owe

| 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | |
| 77 | Estimated tax penalty (see page 61) | |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶     Phone no. ▶ ( )     Personal identification number (PIN) ▶

### Sign Here

*Joint return? See page 13. Keep a copy for your records.*

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Donald Lewis Hymes*    Date    Your occupation    Daytime phone number ( )

Spouse's signature. If a joint return, **both** must sign.    Date    Spouse's occupation

### Paid Preparer's Use Only

Preparer's signature ▶    Date    Check if self-employed ☐    Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶    EIN    Phone no. ( )

Form **1040** (2007)

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007-329-548