NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:02-cr-00019-RRB-TWH |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING B.O.P.** |
| | **TRANSFER SUMMARY** |
| DONALD L. HYMES | |
| Defendant. | |

Plaintiff notifies the Court and the defense that lodged herewith is the Bureau of Prisons Transfer Summary relating to defendant's transfer out of the Federal Medical Center, Rochester, in 2004, to the Federal Correctional Center in Sheridan, due to no further need by defendant of the medical care and treatment provided at

FMC Rochester.

    RESPECTFULLY SUBMITTED this <u>16th</u> day of July, 2008, in Fairbanks, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>s/ Stephen Cooper</u>
        STEPHEN COOPER
        Assistant United States Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        stephen.cooper@usdoj.gov

**CERTIFICATE**
I certify that a true and correct copy of the foregoing is being sent to the
following counsel of record on the filing date hereof, via court's electronic filing notice:
M. J. Haden, Anchorage, Alaska
 <u>/s/ Stephen Cooper</u>, Office of the United States Attorney

FEDERAL MEDICAL CENTER
ROCHESTER, MINNESOTA
TRANSFER SUMMARY

**NAME: HYMES, DONALD**
**REG. NO.: 13738-006**
**DOB: DECEMBER 30, 1934**
**DATE OF ADMISSION: AUGUST 26, 2003**
**DATE OF TRANSFER: AFTER JULY 30, 2004**
**DATE: JULY 30, 2004 HRS 1420 PM**

**PROVISIONAL DIAGNOSIS:**
1) Psoriatic arthritis since 1994. Patient was on Methotrexate from May 2002 to May 2003 and did better elsewhere, and then worsened when Methotrexate was stopped May of 2003 to August of 2003. The Methotrexate was restarted after the first visit with me September 15, 2003 and he was set up to see rheumatology. His pain was a 10 on a scale of 0-10 before Methotrexate, and a 3-4 on a scale of 0-10 on Methotrexate. His rheumatology records elsewhere were sent for. He was followed by Mayo rheumatology here, and <u>biologicals were considered, but the patient was unenthusiastic about this and wanted to use some natural remedy he had used on the outside.</u>
2) BPH since 1998 with history of TUR May of 2002 and good results for one year. On admission here, he had symptoms for 4 months of straining, frequency, urgency, nocturia times 3-5, and suprapubic pain.

   He had no history of upper urinary tract evaluation, but he had cystoscopies twice before his TUR, and these records were sent for. Urodynamics June 10, 2002, unstable detrusor. He had a history of left lower quadrant pain 1997 to 2001 relieved by spontaneous passage of <u>left renal calculus</u>. He has a history of poor liquid intake prior to 2001, and good liquid intake after 2001, and these records were sent for. He had a cystoscopy by a urologist here for diagnosis of urinary frequency, recurrent urinary tract infections. <u>He suggested if urinary symptoms continue, consider formal urodynamics, including free standing uroflow and voiding cystometry with pressure flow studies. Patient refused a residual urine, suggested January 27, 2004 and it is possible he has a high residual urine.</u> AD11. <u>Urodynamics elsewhere June 10, 2002 showed unstable detrusor.</u> History of nephrolithiasis November of 2001.
3) Hypertension difficult to control since 1999. Patient was to get blood pressures twice a week with a goal of systolic 100-130. History of left renal stone passage 2001. He is on <u>five drugs for hypertension</u>, Metanephrine is normal. <u>Consider renal artery Doppler ultrasound next facility</u>. Pharmacy says that he has been compliant with prescriptions.
4) History of 36 pack a year cigarette smoker prior to 1983.
5) No hypercholesterolemia.
6) No diabetes mellitus type 2.

NAME: HYMES, DONALD
REG. NO.: 13738-006
DOB: DECEMBER 30, 1934
FMC ROCHESTER
PAGE 4


**PRINCIPAL DIAGNOSES:** Same.

**ADDITIONAL DIAGNOSES:**
1) Snoring and apnea <u>without</u> daytime somnolence, doubt <u>serious</u> obstructive sleep apnea. Patient had a history of a submucous resection of the nose, which relieved headaches. He was started on nasal cortisone as a trial, and had a sinus CT while here on September 24, 2003 showing minimal antral thickening bilaterally within ethmoid sinuses, osteomeatal complexes bilaterally patent, no air fluid levels. <u>Need follow up on snoring and apnea with nasal cortisone inhaler. (Need to restrict inhaler next visit.)</u>
2) Mild diffuse cerebral atrophy, primarily in the frontal areas bilaterally by CT of the brain September 24, 2003. <u>Consider frontal lobe syndrome</u>.
3) History of umbilical hernia repair 2001 with recurrence and minor symptoms. Patient was given an abdominal binder.
4) Intermittent "nervous shakes" of both hands, left more than right since 2000 from postural tremor. No family history of same. CT of the brain September 24, 2003 showed mild diffuse cerebral atrophy bilateral in the frontal lobes. Patient was on a beta blocker for hypertension. Mayo neurology saw him November 17, 2003 and felt he had postural tremor, and did not think his tiny incidental pituitary adenoma discovered on an MRI played any role in it. This could be treated with beta blocker (he is on atenolol) or seizure drug.
5) Hearing aid in both ears.
6) Surgical history: A) 1954 tonsillectomy; B) 1964 left tibial fracture with closed reduction; C) 1970 submucous resection for deviated nasal septum; D) 1980 ORIF right clavicle fracture; E) 2002 TUR of the prostate (records were sent for); F) 2002 umbilical hernia repair (records were sent for.)
7) ? Ampicillin allergy ("flu symptoms"). Intolerant of amitriptyline ("felt bad"), ? Levothyroxine reaction. History of bradycardia with 25 mg Atenolol, but no problems with Propanolol. Avoid nitrofurantoin (nausea, headaches, and sleepiness).
8) History of unknown type thyroid dysfunction, on therapy before May of 2003. Sensitive TSH, and free T4 were normal here and thyroid antibody test negative (see AD9).
9) Hyperprolactinemia, per February 16, 2002 records from Alaska. Patient had a prolactin, sTSH, and free T4 and thyroid antibody here. He had an MRI of the brain that was negative elsewhere June 4, 2002. He had an MRI of the head with and without contrast on October 2, 2003 showing mild cerebral and cerebellar volume loss, mild to moderate for age. There was a possibility of a 3 mm pituitary microadenoma. Mayo Endocrinology saw him on November 6, 2003, and requested lab was done and diagnoses 1) hyperprolactinemia history; 2) hypothyroidism; 3) ? pituitary neoplasm.

NAME: HYMES, DONALD
REG. NO.: 13738-006
DOB: DECEMBER 30, 1934
FMC ROCHESTER
PAGE 5

10) History of right nasopharyngeal cyst. ENT on December 10, 2003 thought the patient had eustachian tube dysfunction with hearing loss and suggested nasal cortisone. Need to restart nasal cortisone next visit.
11) GE reflux January 2, 2002, treated elsewhere.
12) Megavitamin abuser, per Fairbanks, Alaska records. <u>Need follow up.</u>
13) Psychology intake September 4, 2003 showed history of violence, history of assault conviction about 1983, mail fraud, false name, converting U.S. money, money laundering, and contempt, 28 month sentence. History of depressed mood and given Fluoxetine.
14) EKG October 2003 showed atrial fibrillation not confirmed by cardiology. Cardiology saw him November 7, 2003 and thought he should have a 24 hour Holter for tachycardia, and also an adult TT echocardiography. Both were normal. Metanephrine was normal.

**OPERATIVE PROCEDURES:** None.

**HISTORY OF PRESENT ILLNESS:** The patient was admitted with psoriatic arthritis, and <u>we finally worked our way up to considering biological therapies, but the patient refused same. He wants to take some kind of "natural treatment" that he has gotten on the outside. His urologic symptoms did not change while here, even though he had an extensive work up. Urodynamics elsewhere June 10, 2002, showed unstable detrusor</u>.

**SIGNIFICANT LAB AND X-RAY:** Omitted.

**HOSPITAL COURSE:** <u>Patient did not progress positively here. He was difficult to please, and it seemed that no matter what we did here, it wasn't enough, and it didn't work. See above regarding his CT of the brain September 24, 2003 and there may be some frontal lobe syndrome at work here.</u>

**PATIENT INSTRUCTIONS:**

| | |
|---|---|
| **Condition on Discharge:** | Same. |
| **Diet:** | Low salt. |
| **Activity:** | Normal. |
| **Medications:** | Sulfasalazine 500 mg 2 bid for psoriatic arthritis with no help to date; Methotrexate 2.5 mg 8 tablets every Friday for psoriatic arthritis with no help to date; folic acid 1 mg daily while on Methotrexate; Nisoldipine 10 mg in the morning for hypertension; hydrochlorothiazide 25 mg in the morning for hypertension; Lisinopril 40 mg |

**NAME: HYMES, DONALD**
**REG. NO.: 13738-006**
**DOB: DECEMBER 30, 1934**
**FMC ROCHESTER**
**PAGE 6**

|  |  |
|---|---|
|  | (maximum dose) in the morning for hypertension; Propanolol 10 mg bid for hypertension; Doxazosin 2 mg at night for prostate, nocturia, and hypertension. <u>Need to restart nasal cortisone next visit AD10 and AD1.</u> |
| **Duty Status:** | Regular duty with yes food service; lower bunk; soft shoes; standing; weight 15 pounds. |
| **Transfer Plan:** | Usual way. |
| **Additional Instructions:** | <u>Difficult individual to do anything for. We spent a lot of time and effort working up many problems here, to no avail. I think he has frontal lobe syndrome (see CT of the brain September 24, 2003).</u> |

_____                          _____
Ronald E. Ilvedson, M.D.                                              Date
dd: 07/30/2004   dt: 08/03/2004/tkt