M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>DONALD LOUIS HYMES,<br><br>                Defendant. | Case No. 4:02-cr-0019-RRB-TWH<br><br>**NOTICE OF FILING**<br><br>*Filed on Shortened Time* |

       Defendant, Donald Louis Hymes, by and through counsel M. J. Haden, Assistant Federal Defender, hereby files the attached documents:

- Semiannual Report to Congress, October 1, 2007–March 31, 2008 (Exhibit A);

- *Health Care in the Federal Bureau of Prisons: Fact or Fiction*, by Daniel S. Murphy, Appalachian State University (Exhibit B).

DATED this 17th day of July 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on July 17, 2008,
a copy of the foregoing document,
with attachments, was served
electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden