NELSON P. COHEN
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD L. HYMES<br><br>Defendant. | Case No. 4:02-cr-00019-RRB-TWH<br><br>**OPPOSITION TO MOTION FOR WRIT OF MANDAMUS (DOC. #243)** |

    Plaintiff opposes defendant's Motion for Writ of Mandamus (doc. # 243). Defendant's said Motion is sufficiently answered by plaintiff's Reply to "Judicial Notice" Doc. #251, filed herein as doc. #255 on July 17, 2008.  Said Reply (doc. #255), along with the prior filings referenced and quoted therein, refutes the alleged basis for mandamus relief, and is hereby incorporated herein in full by this reference, in opposition to defendant's mandamus motion.

WHEREFORE, the Motion for Writ of Mandamus (doc. #243) is without merit and should be denied.

RESPECTFULLY SUBMITTED this 18th day of July, 2008, in Fairbanks, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Stephen Cooper
> STEPHEN COOPER
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> stephen.cooper@usdoj.gov

**CERTIFICATE**
I certify that a true and correct copy of the foregoing is being sent to the following counsel of record on the filing date hereof, via court's electronic filing notice:

M. J. Haden, Anchorage, Alaska

/s/ Stephen Cooper
Office of the United States Attorney