MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. DONALD L. HYMES          CASE NO. 4:02-CR-00019 RRB
Defendant: X  Present X  On Summons

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY:  STEPHEN COOPER

DEFENDANT'S ATTORNEY:     M.J. HADEN

U.S.P.O.:                 TONI OSTANIK

PROCEEDINGS: CONTINUED FINAL DISPOSITION HEARING  HELD: 07/17/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:05 p.m. court convened.

 X FINAL DISPOSITION HEARING:

   X Supervised Release revoked.

   X Defendant imprisoned for a period of 5 MONTHS. NO TERM OF SUPERVISION TO FOLLOW.

 X Defendant shall surrender to the custody of the U.S. Marshal at 10:00 a.m. on July 21, 2008.

 X OTHER: Court ORDERED all pending motions in this matter: DENIED as moot. Court recommends that the defendant be evaluated medically in determining appropriate placement.

At 12:31 p.m. court adjourned.

DATE: July 17, 2008          DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07