## UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,

vs.

DONALD L. HYMES,

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed<u>07/25/2003</u>)
Case Number: <u>4:02-CR-00019 RRB</u>
<u>M.J. Haden</u>
Defendant's Attorney

Defendant's probation officer filed a petition on <u>11/13/2007</u>
accusing defendant of<u> 3 </u> violations of the conditions of supervision
provided in the original judgment.  Defendant<u> DENIED allegations 1,2,3 of</u>
<u>the Petition to Revoke Supervised Release</u>.  All necessary hearings have
been conducted.  The court finds that the following violations are proved:

| Accusation # | Condition | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Fail to pay in full Outstanding IRS debts | 11/13/2007 | C |
| 2 | Special | Fail to file accurate Income tax returns | 11/13/2007 | C |
| 3 | Special | Fail to file timely Accurate future income Tax returns | 11/13/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the
court's original judgment are subject to  [_] modification or
[_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now
sentenced as provided in pages 2 through _____ of this amended judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as
amended.
**IT IS FURTHER ORDERED** that the defendant shall notify the United States
Attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special
assessments imposed by this judgment are fully paid.



<u>July 17, 2008</u>
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
<u>RALPH R. BEISTLINE,U.S.DISTRICT JUDGE</u>
Name & Title of Judicial Officer
July 17, 2008
Date

AO245.REV

Defendant: DONALD HYMES                    Amended Judgment--Page 2_ of 2_
Case No.: 4:02-CR-00019 RRB

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release [X]   probation [_]   having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of __5 Months. NO TERM OF
SUPERVISION TO FOLLOW__.


[X]  The court makes the following recommendations to the Bureau of
     Prisons: Court recommends that the defendant be evaluated medically in
     determining appropriate placement.


[_]  The defendant is remanded to the custody of the United States Marshal.

[X]  The defendant shall surrender to the United States Marshal for this
     district, at 10:00_a.m. on _July 21, 2008_.

[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                              _____
                                      United States Marshal

                              By _____
                                         Deputy Marshal

AO245.REV

DEFENDANT:          DONALD HYMES
CASE NUMBER:        4:02-CR-00019 RRB
DISTRICT:           ALASKA

### STATEMENT OF REASONS

### (Not for Public Disclosure)

Soc. Sec. No.:       REDACTED SIGNATURE
Date of Birth:

Residence Address :    2340 Ravenwood Drive
                       Fairbanks, Alaska 99709

Mailing Address :

July 17, 2008
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judge

RALPH R. BEISTLINE, U.S.DISTRICT JUDGE
Name and Title of Judge

July 17, 2008
Date Signed