

JUL 21 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiff*

**v.**

**Donald Louis Hymes**

*Defendant*

**4:02-cr-00019**

**Reply to Stephen Cooper's Opposition at Docket 255**

Comes now Donald Louis Hymes ("Hymes") with this Reply to Stephen Cooper's ("Cooper") Opposition ("Opposition") at Docket 255.

This court shall take judicial Notice of the cases and the public records published, including but not limited to, in the Federal Register and as mandated also in 44 U.S.C. § 1507 "The contents of the Federal Register shall be judicially noticed and without prejudice to any other mode of citation, many be cited by volume and page number."

Hymes was anathematized by Judge Ralph R. Beistline ("Beistline") as having "no respect for the justice system", by claiming he is not a "citizen of the United States", needs to be punished for his illegal conduct, the law applies to you and you have to abide by it (Beistline has refused to disclose the law and regulations to date of this filing), have disrespected the laws of this county (Hymes proffered the laws of the country and Beistline and Cooper refused to dispute or acknowledge), you act like you are above the

law (still undisclosed to Hymes), stolen from the Government and by that with the support and intentional cooperation of Cooper and the IRS to whom Hymes has asked so many times it couldn't be itemized with no answer to date.

Cooper, who purports to be an attorney employed by the Department of Justice ("DoJ"), filed an Opposition on the very day of Sentencing of Hymes being July 17, 2008, with no chance to read it and denied any recourse to expose the mendacious intentional actions of Cooper.

Cooper's Opposition, citing only CFRs being 26 CFR § 1.6011-1 and 26 CFR § 1.6012-1, strains credulity, as if this precludes all of the other Federal Register publications and CFRs as to who is liable and mandated to file.

The mandate of the Acts of Congress is quite clear in 26 U.S.C. § 6011(a), to wit:

> Sec. 6011. General requirement of return, statement, or list
> (a) General rule.--***When required by regulations prescribed by the Secretary any person made liable for any tax imposed by this title***, or with respect to the collection thereof, ***shall make a return or statement according to the forms and regulations prescribed by the Secretary.*** Every person required to make a return or statement shall include therein the information ***required by such forms or regulations***. ***[Emphasis added]***

The mandate is to make a return ***according to the forms and regulations*** prescribed by the Secretary. The ***enforcement of the administration of the income tax laws*** is under the mandate of Congress is in 26 U.S.C. § 7805 "[T]he Secretary shall prescribe all needful rules and ***regulations*** for the ***enforcement*** of this title." This is further evidenced by 26 CFR § 601.101: "The ***regulations*** relating to the taxes ***administered*** by the Service are contained in Title 26 of the Code of Federal Regulations."

In this Form 1040 under OMB 1545-0074 ("Form 1040") is the term "Wages." In Chapter 24 of Title 26 there are six (6) Code sections on ***Wages*** being 26 U.S.C. §§§§§§, 3401, 3402, 3403, 3404, 3405 and 3406.

As evidenced as an Offer of Proof, the regulations with ***general application and legal effect*** in **Attachment JJ** in the Mandamus at Docket 243 published in the Federal Register in 1960– 25 FR 11402-11422 (1960) contained no substantive regulations for 26 CFR 1.3401-x (part 1) but there were substantive regulations for Nonresident Aliens and Foreign Corporations starting at 1.1441-1 and ending at 1.1465-1 as evidenced in **Attachment JJ** in docket 243 at 25 FR 11419.

Hymes again resubmits as an Offer of Proof that there are ***NO*** 26 CFR § 1.3401-x substantive regulations for "***Wages***" in the ***current table*** of ***general applicability and legal effect, i.e. the current substantive regulation table*** **Attachment A** being *C.F.R. T. 26, Ch. I, Subch. A, Pt. 1.* But under the current **Attachment A** of *C.F.R. T. 26, Ch. I, Subch. A, Pt. 1* pages 10 and 11 there are regulations of ***general applicability and legal effect for "Wages"*** **concerning** ***"nonresident aliens and foreign corporations" issued under the Authority of 26 U.S.C. §1441*** **and the Authority of** ***26 U.S.C. § 3401(a)(6)*** – "Wages (a)(6) for such services, performed by a nonresident alien individual, as may be designated by regulations prescribed by the Secretary;", to wit:

> AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*
> AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), *26 U.S.C. 3401(a)(6)* and 26 U.S.C. 7701(l).
> AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*
> AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), *26 U.S.C. 3401(a)(6)* and 26 U.S.C. 7701(b)(11).
> AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*
> AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), *26 U.S.C. 3401(a)(6)* and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*
AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*
AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and *26 U.S.C. 3401(a)(6).*

Hymes denies that he is a non-resident alien or a foreign corporation.

Cooper chooses to intentionally not address the legal evidence of ***Wages*** that is mandated to be filled in the Form 1040. Hymes gave as an Offer of Good Faith a signed Form 1040 for Cooper or Beistline to fill in the amount as Hymes, who is in ***total compliance with the IRS rules and regulations under the statutory scheme of Congress,*** would be committing many crimes by knowingly putting in a zero or any number under ***Wages***. So why doesn't Cooper rebut or affirm? ***Why doesn't Cooper or Beistline who purport to be learned in the law just fill out the Form 1040 and Hymes will proceed to meet and fulfill the obligation therein, which would not preclude Hymes from being exposed by all means lawfully and peacefully that Cooper and Beistline, working in concer, are in fact committing crimes under the force and coercion of incarceration starting on July 21 at 10 A.M at the latest.***

These unlawful and illegal actions by Beistline and Cooper exceed the holding in the Supreme Court of the United States wherein two or more parties are given the Laws of the United States and they proceed by force against a party, whether successful or not, and are waging war on the Laws of the United States, i.e. Treason. See *Ex parte Bollman*, 8 U.S. 75, 128 (1807).

In the Mandamus with the issues of the Form 1040 under OMB 1545-0074, Cooper, to date, has refused to rebut or affirm- with Cooper knowing that he has no

rebuttal. Cooper is incorrectly presuming that remaining *sub silento* or creating machinations in his pleadings will obfuscate his unlawful and illegal actions.

26 CFR § 1.6012-1 is clearly a part 1 regulation for individual income taxes and Hymes would be required to file if a "citizen of the United States", which Hymes has denied over and over with legal evidence.

Cooper used the 14th Amendment as purportedly proving that Hymes is a "citizen of the United State" which is totally untrue and Hymes denies same.

Before the Civil War when the American citizens (See *Inglis v. Trustees of the Sailor's Snug*, 28 U.S. 99 (1830), people born in any of the several States after July 4, 1776), were being kidnapped by England and these American sailors signed an Affidavit entered in a Book to being a "citizen of the United States ***of America***." As an Offer of Proof of same, Hymes submits **Attachment B** being 1 Stat. 477 of 1796.

In 1866 Congress created from thin air the fictional status of a "citizen of the United States" for the Negro to aspire to possess the same rights as "enjoyed by white citizens", which Hymes submits as an Offer of Proof being **Attachment C** being 14 Stat. 27 – the Civil Rights Act of 1866. This is found today in the CODE at 42 U.S.C. §§§ 1981, 1982, and 1988 (Revised Statutes Title XXIV). Cooper, upon viewing Hymes, can conclusively adduce that Hymes is a "white citizen" and definitely not a Negro or of African descent.

Cooper would proffer to Hymes as true that until Congress created the fictional status of "citizen of the United States", that from 1776 until 1866 an American citizen (*Ibid Inglis*), citizens of the several States (contained in the Federal Constitution) and "citizen of the United States of America", somehow by entering the portal into the

Wizard of OZ, left the people with no means to secure their unalienable rights? Does the 14th Amendment secure unalienable rights? No.

The adjudged decision of *United States v. Wong Kim Ark.*, 169 U.S. 649, 675-676 (1898) clearly pronounced the purpose of the creation "citizen of the United States" . and that is was memorialized in the 14th Amendment for fear that a future Congress might repeal this fictional status. Once the people really understood this unlawful act it would be repealed by a future Congress or be within the power of the Supreme Court of the United States to declare it unconstitutional,being precluded by being memorialized in the 14th Amendment, to wit:

> The civil rights act, passed at the first session of the Thirty-Ninth congress, began by enacting that 'all persons born in the United States, and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every state and territory in the United States, to make and enforce contracts, to sue, be parties and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, ***as is enjoyed by white citizens,*** and shall be subject to like punishment, pains and penalties, and to none other, any law, statute, ordinance, regulation or custom, to the contrary notwithstanding.' ***Act April 9, 1866, c. 31, ß 1 (14 Stat. 27).***
>
> ***The same congress, shortly afterwards, evidently thinking it unwise, and perhaps unsafe, to leave so important a declaration of rights to depend upon an ordinary act of legislation, which might be repealed by any subsequent congress, framed the fourteenth amendment of the constitution, and on June 16, 1866, by joint resolution, proposed it to the legislatures of the several states; and on July 28, 1868, the secretary of state issued a proclamation showing it to have been ratified by the legislatures of the requisite number of states. 14 Stat. 358; 15 Stat. 708.***
>
> The first section of the fourteenth amendment of the constitution *676 begins with the words, 'All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside.' As appears upon the face of the amendment, as well as from the history of the times, this was not intended to impose any new restrictions upon citizenship, or to prevent any persons from becoming citizens by the fact of birth within the United States, who would thereby have become citizens according to the law existing before its adoption. It is **declaratory in form**, and ***enabling and extending in effect.*** Its main purpose doubtless was, as has been often recognized by this court, ***to establish the citizenship of free negroes,*** which had been denied in the opinion delivered by Chief Justice Taney in Scott v. Sandford (1857) 19 How. 393; ***[Emphasis added]***

The only grant of Power to Congress concerning citizenship is found in Article I Section 8 Clause 4 "to establish an uniform Rule of Naturalization." This was affirmed in the adjudged on point pronouncement in *Osborn v. Bank of the United States*, 22 U.S.738 (1824), to wit:

> **33** A naturalized citizen is indeed made a citizen under an act of Congress, ***but the act does not proceed to give, to regulate, or to prescribe his capacities.*** **He becomes a member of the society, *possessing all the rights of a native citizen*, and *standing, in the view of the constitution, on the footing of a native. The constitution does not authorize Congress to enlarge or abridge those rights. The simple power of the national Legislature, is to prescribe a uniform rule of naturalization, and the exercise of this power exhausts it, so far as respects the individual.*** The constitution then takes him up, and, among other rights, extends to him the capacity of suing in the Courts of the United States, precisely under the same circumstances under ***which a native might sue. He is *828 distinguishable in nothing from a native citizen*, except so far as the constitution makes the distinction. The law makes none. *[Emphasis added]***

And further, Cooper should most certainly contact the current Senator Ted Stevens and Senator Lisa Murkowski as the people assisting them. These Senators all sign an Affidavit to being a "***citizen of the United States of America***" to which Hymes presents as an Offer of Proof being **Attachment D**. This was obtained from the Office of ex-Senator Frank Murkowski, who later expressed his extreme displeasure of allowing this document to escape into the public forum. Can't have the slaves knowing what is behind the Oz curtain can we and disprove the illusion?

Cooper states that 26 U.S.C. § 7805 is for the IRS to promulgate regulation ". . . [T]he Secretary shall prescribe all needful rules and regulations for the enforcement of this title." Cooper finally gets one issue correct, but then proceeds to make a statement that 5 U.S.C. § 301 authority isn't derived from § 7805. Hymes has never claimed this.

There are regulations for federal employees with the state employees piggybacked thereon under the part 301 regulations under the enforcement of § 7805 to which Hymes

summits as an Offer of Proof being **Attachment E.** Please note the Authority of 7805 at the top.

Cooper's *ipse dixit* pontification that Hymes ". . . [H]as deliberately violated the lawful conditions to file tax returns in this case" is ***totally untrue***. If Cooper would answer the Mandamus and follow the rules and regulations it would impeach Cooper's intentional fatuity.

Hymes strongly objects to his impressment by and with the intentional consent of Beistline and Cooper.

Therefore Cooper's Objection is without merit on the issues of law and fact.

And further, Hymes should be immediately released and all probation terminated immediately with prejudice.

My Hand,

Donald Louis Hymes

**Certification**

This document has been mailed first class or personally delivered to the following parties with attachments, to wit:

M.J. Hadden
Federal Public Defender's Agency
Mj_haden@fd.org

Stephen Cooper
101 12th Avenue
Box 2
Fairbanks, Alaska 99701

Date: July 21, 2008

Rita MariNa Hymes