# United States Senate

SENATE DISBURSING OFFICE
ROOM SH-127, HART BUILDING
WASHINGTON, DC 20510-7104

Mr.
Ms.
Mrs.
Miss ................................................................................................................ is hereby appointed
     (First Name)     (Middle Initial)     (Last Name)

................................................................................................................
(Title of Position)

................................................................................................................
(Senator, Committee or Office)

S. Res. ................................................................................................................
(Committee Authority)

at $ ........................ per annum, effective ........................................................

<table>
<tr><td>

**Senator's Office Only**
**DUTY STATION**

———————

City and State
(Washington, D.C. unless otherwise designated)

For designations other than Washington, D.C.,
I have read and agree to the pertinent travel
regulation on permissible reimbursements.

</td></tr>
</table>

........................................................
*Senator, Committee Chairman, or*
*Elected Official*

**Sec. 3331, Title 5, U.S.C.:**
    Every person appointed to any office of honor or profit shall, before entering upon the duties of such office, and before being entitled to any part of the salary thereof, take and subscribe to the following oath:
    "I, ................................................................., do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

........................................................
(Signature of employee)

| | |
|---|---|
| LOGGED IN F/O ........ | |
| BENEFITS SEC .......... | |
| INPUT .......................... | |
| CHECKED .................. | |
| FINALIZED ................ | |

*Subscribed and sworn to before me this ........*

*day of ............................................, 19........* [Notary Seal]

........................................................
Notary Public.

State of ............................................

My commission expires ..................

(over) **Attachment D - page 1 of 2**

# PERSONNEL AFFIDAVIT

|___|___|___|___|
**Social Security Number**

**I DO SOLEMNLY SWEAR (OR AFFIRM)—THAT**

1.
   (a) _____ I am a citizen of the United States of America (USA), or
   (b) _____ I owe allegiance to the USA (from the country of .................................................), or
   (c) _____ I am an alien from Cuba, South Vietnam, Poland, or the Baltic countries lawfully admitted to the USA for permanent residence, or
   (d) _____ I am a South Vietnamese, Cambodian, or Laotian refugee paroled in the USA after January 1, 1975, or
   (e) _____ I am a citizen of the Republic of the Philippines, Israel, or Ireland, or
   (f) _____ I am a national of a country allied with the USA in the current defense effort (from the country of..........................).

2. I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

3. I { have previously been ..........; have not previously been ..........; am currently .......... } employed in a civilian capacity by the United States Government, including the United States Senate or the House of Representatives, or by the Government of the District of Columbia. *(Complete items a through f if previously or currently employed.)*

   a. My last Federal employment:
      from ................... to ...................
      (first & last day on payroll)

      Agency ...................
      Bur/Div ...................
      City/State ...................
      Office Ph # ...................

   b. My other Federal Service has been with:

      Agency       Mo-Yr to Mo-Yr
      ...................
      ...................
      ...................
      ...................
      ...................

   c. My life insurance status was: ☐ Basic; ☐ Option A; ☐ Option B (Multiple(s) _____); ☐ Option C; ☐ waived; ☐ ineligible

   d. My health insurance status was: ☐ enrolled; ☐ not enrolled; ☐ ineligible. FEHB Code ...................

   e. My retirement status was: ☐ FERS; ☐ CSRS; ☐ FICA; ☐ OFFSET CSRS

   f. My Thrift Savings Plan status was: ☐ not enrolled, ☐ enrolled;
      _____ % per pay period with _____ % G, _____ % F, _____ % C.

   g. I currently have an outstanding TSP loan: ☐ yes, ☐ no.

4. I certify that I am not in a leave without pay (LWOP) status from any Federal agency.

5. I certify that I { ........am; ........am not } receiving a pension, annuity, or retirement pay from the United States Government.

   Source of the above income:
   .......... Civil Service Retirement System.
   .......... Foreign Service Retirement System.
   .......... Workers' Compensation.
   .......... Social Security or Veterans benefits.
   .......... Federal Employees Retirement System.

   .......... District of Columbia government, including Police and Fire Departments and School System.

   CLAIM NUMBER, IF ANY ...................

6. I certify that I am not currently on active duty with the Armed Forces of the United States and I { ........am; ........am not } currently receiving Retired Military Pay; I { ........will; ........will not } be entitled to such pay, effective ...................
   (Date)

   RET___ / _____ / _____ / _____ / _____ / _____ / ____ / _____ /
          Combt or Disab  Reg or Res  Branch  Rank  Service No  Yrs  Ret Date

   I served on active duty with the U.S. _____ from _____ to _____
                                          Branch           date              date

7. I am not a relative of my appointing official or a relative of anyone authorized to recommend appointments to my appointing official.

   List Prior Legal Names:

   ...................
   ➤ ...................
   (Signature of employee)

   Subscribed and sworn to before me this

   ........ day of ..................., 19.......

   ...................
   (Signature)    *Notary Public.*

**Attachment D - page 2 of 2**

| NOTARY SEAL |

State of ...................

My commission expires ...................

GPO: 1992  50-648 (m)

THIRTY-NINTH CONGRESS. Sess. I. Ch. 31. 1866.    27

CHAP. XXXI. — *An Act to protect all Persons in the United States in their Civil Rights, and furnish the Means of their Vindication.*    April 9, 1866.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.    *Who are citizens of the United States,*    *their rights and obligations*

SEC. 2. *And be it further enacted,* That any person who, under color of any law, statute, ordinance, regulation, or custom, shall subject, or cause to be subjected, any inhabitant of any State or Territory to the deprivation of any right secured or protected by this act, or to different punishment, pains, or penalties on account of such person having at any time been held in a condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, or by reason of his color or race, than is prescribed for the punishment of white persons, shall be deemed guilty of a misdemeanor, and, on conviction, shall be punished by fine not exceeding one thousand dollars, or imprisonment not exceeding one year, or both, in the discretion of the court.    *Penalty for depriving any person of any right protected by this act, by reason of color or race, &c*

SEC. 3. *And be it further enacted,* That the district courts of the United States, within their respective districts, shall have, exclusively of the courts of the several States, cognizance of all crimes and offences committed against the provisions of this act, and also, concurrently with the circuit courts of the United States, of all causes, civil and criminal, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act; and if any suit or prosecution, civil or criminal, has been or shall be commenced in any State court, against any such person, for any cause whatsoever, or against any officer, civil or military, or other person, for any arrest or imprisonment, trespasses, or wrongs done or committed by virtue or under color of authority derived from this act or the act establishing a Bureau for the relief of Freedmen and Refugees, and all acts amendatory thereof, or for refusing to do any act upon the ground that it would be inconsistent with this act, such defendant shall have the right to remove such cause for trial to the proper district or circuit court in the manner prescribed by the "Act relating to habeas corpus and regulating judicial proceedings in certain cases," approved March three, eighteen hundred and sixty-three, and all acts amendatory thereof. The jurisdiction in civil and criminal matters hereby conferred on the district and circuit courts of the United States shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect; but in all cases where such laws are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offences against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of the cause, civil or criminal, is held, so far as the same is not inconsistent with the Constitution and laws of the United States shall be extended to and govern said courts in the trial and disposition of such cause, and, if of a criminal nature, in the infliction of punishment on the party found guilty.    *Courts of the United States to have jurisdiction of offences under this act.*    *Suits commenced in State courts may be removed on defendant's motion.*    1865, ch. 90. Vol. xiii. p. 507.    1863, ch. 67 Vol xii p. 755 *Jurisdiction to be enforced according to the laws of the United States, or the common law, &c.*

**Attachment C - pg 1 of 4**

*District attorneys, &c., to institute proceedings against all violating this act.*

SEC. 4. *And be it further enacted,* That the district attorneys, marshals, and deputy marshals of the United States, the commissioners appointed by the circuit and territorial courts of the United States, with powers of arresting, imprisoning, or bailing offenders against the laws of the United States, the officers and agents of the Freedmen's Bureau, and every other officer who may be specially empowered by the President of the United States, shall be, and they are hereby, specially authorized and required, at the expense of the United States, to institute proceedings against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned, or bailed, as the case may be, for trial before such court of the United States or territorial court as by this act has cognizance of the offence. And with a view to affording reasonable protection to all persons in their constitutional rights of equality before the law, without distinction of race or color, or previous condition of slavery or involuntary servitude, except as a punishment for crime, whereof the party shall have been duly convicted, and to the prompt discharge of the duties of this act, it shall be the duty of the circuit courts of the United States and the superior courts of the Territories of the United States, from time to time, to increase the number of commissioners, so as to afford a speedy and convenient means for the arrest and examination of persons charged with a violation of this act; and such commissioners are hereby authorized and required to exercise and discharge all the powers and duties conferred on them by this act, and the same duties with regard to offences created by this act, as they are authorized by law to exercise with regard to other offences against the laws of the United States.

*Number of commissioners appointed by circuit and territorial courts to be increased, their authority.*

*Marshals, &c., to obey all precepts under this act.*

*Penalty for refusal, &c.*

SEC. 5. *And be it further enacted,* That it shall be the duty of all marshals and deputy marshals to obey and execute all warrants and precepts issued under the provisions of this act, when to them directed; and should any marshal or deputy marshal refuse to receive such warrant or other process when tendered, or to use all proper means diligently to execute the same, he shall, on conviction thereof, be fined in the sum of one thousand dollars, to the use of the person upon whom the accused is alleged to have committed the offence. And the better to enable the said commissioners to execute their duties faithfully and efficiently, in conformity with the Constitution of the United States and the requirements of this act, they are hereby authorized and empowered, within their counties respectively, to appoint, in writing, under their hands, any one or more suitable persons, from time to time, to execute all such warrants and other process as may be issued by them in the lawful performance of their respective duties; and the persons so appointed to execute any warrant or process as aforesaid shall have authority to summon and call to their aid the bystanders or posse comitatus of the proper county, or such portion of the land or naval forces of the United States, or of the militia, as may be necessary to the performance of the duty with which they are charged, and to insure a faithful observance of the clause of the Constitution which prohibits slavery, in conformity with the provisions of this act; and said warrants shall run and be executed by said officers anywhere in the State or Territory within which they are issued.

*Commissioners may appoint persons to execute warrants.*

*Authority of such persons.*

*Warrants to run where.*

*Penalty for obstructing process under this act;*

SEC. 6. *And be it further enacted,* That any person who shall knowingly and wilfully obstruct, hinder, or prevent any officer, or other person charged with the execution of any warrant or process issued under the provisions of this act, or any person or persons lawfully assisting him or them, from arresting any person for whose apprehension such warrant or process may have been issued, or shall rescue or attempt to rescue such person from the custody of the officer, other person or persons, or those lawfully assisting as aforesaid, when so arrested pursuant to the authority herein given and declared, or shall aid, abet, or assist any person so arrested as aforesaid, directly or indirectly, to escape from the custody of the officer or other person legally authorized as aforesaid, or shall harbor or

*for rescue, &c.;*

*for aiding to escape;*

*for harboring, &c.*

Attachment C - pg 2 of 4

conceal any person for whose arrest a warrant or process shall have been issued as aforesaid, so as to prevent his discovery and arrest after notice or knowledge of the fact that a warrant has been issued for the apprehension of such person, shall, for either of said offences, be subject to a fine not exceeding one thousand dollars, and imprisonment not exceeding six months, by indictment and conviction before the district court of the United States for the district in which said offence may have been committed, or before the proper court of criminal jurisdiction, if committed within any one of the organized Territories of the United States.

SEC. 7. *And be it further enacted,* That the district attorneys, the marshals, their deputies, and the clerks of the said district and territorial courts shall be paid for their services the like fees as may be allowed to them for similar services in other cases; and in all cases where the proceedings are before a commissioner, he shall be entitled to a fee of ten dollars in full for his services in each case, inclusive of all services incident to such arrest and examination. The person or persons authorized to execute the process to be issued by such commissioners for the arrest of offenders against the provisions of this act shall be entitled to a fee of five dollars for each person he or they may arrest and take before any such commissioner as aforesaid, with such other fees as may be deemed reasonable by such commissioner for such other additional services as may be necessarily performed by him or them, such as attending at the examination, keeping the prisoner in custody, and providing him with food and lodging during his detention, and until the final determination of such commissioner, and in general for performing such other duties as may be required in the premises; such fees to be made up in conformity with the fees usually charged by the officers of the courts of justice within the proper district or county, as near as may be practicable, and paid out of the Treasury of the United States on the certificate of the judge of the district within which the arrest is made, and to be recoverable from the defendant as part of the judgment in case of conviction. *[Margin: Fees of district attorneys, marshals, clerks, commissioner, &c.; to be paid from the treasury of the United States, and to be recoverable from defendant when convicted.]*

SEC. 8. *And be it further enacted,* That whenever the President of the United States shall have reason to believe that offences have been or are likely to be committed against the provisions of this act within any judicial district, it shall be lawful for him, in his discretion, to direct the judge, marshal, and district attorney of such district to attend at such place within the district, and for such time as he may designate, for the purpose of the more speedy arrest and trial of persons charged with a violation of this act; and it shall be the duty of every judge or other officer, when any such requisition shall be received by him, to attend at the place and for the time therein designated. *[Margin: President may direct the judge, &c., to attend, &c., for the more speedy trial of persons charged with violating this act;]*

SEC. 9. *And be it further enacted,* That it shall be lawful for the President of the United States, or such person as he may empower for that purpose, to employ such part of the land or naval forces of the United States, or of the militia, as shall be necessary to prevent the violation and enforce the due execution of this act. *[Margin: may enforce the act with the military and naval power.]*

SEC. 10. *And be it further enacted,* That upon all questions of law arising in any cause under the provisions of this act a final appeal may be taken to the Supreme Court of the United States. *[Margin: Appeal to the supreme court of the United States.]*

     SCHUYLER COLFAX,
      Speaker of the House of Representatives.
     LA FAYETTE S. FOSTER,
      President of the Senate, *pro tempore.*

*In the Senate of the United States, April 6, 1866.*

The President of the United States having returned to the Senate, in which it originated, the bill entitled "An act to protect all persons in the United States in their civil rights, and furnish the means of their vindication," with his objections thereto, the Senate proceeded, in pursuance of the Constitution, to reconsider the same; and, *[Margin: Bill passed over the veto of the President.]*

80        THIRTY-NINTH CONGRESS. Sess. I. Ch. 81, 82. 1866.

*Resolved,* That the said bill do pass, two-thirds of the Senate agreeing to pass the same.
Attest:
          J. W. FORNEY,
          Secretary of the Senate.

*In the House of Representatives U. S. April 9th,* 1866.

The House of Representatives having proceeded, in pursuance of the Constitution, to reconsider the bill entitled "An act to protect all persons in the United States in their civil rights, and furnish the means of their vindication," returned to the Senate by the President of the United States, with his objections, and sent by the Senate to the House of Representatives, with the message of the President returning the bill:

*Resolved,* That the bill do pass, two-thirds of the House of Representatives agreeing to pass the same.
Attest:
          EDWARD McPHERSON, Clerk,
          by CLINTON LLOYD, Chief Clerk.

---

April 10, 1866.   CHAP. XXXII. — *An Act granting to the State of Wisconsin a Donation of Public Lands to aid in the Construction of a Breakwater and Harbor and Ship Canal at the Head of Sturgeon Bay, in the County of Door, in said State, to connect the Waters of Green Bay with Lake Michigan, in said State.*

Grant of land to Wisconsin for breakwater, harbor, and ship canal.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That there be, and hereby is, granted to the State of Wisconsin for the purpose of aiding said State in constructing and completing a breakwater and harbor and ship canal to connect the waters of Green bay with the waters of Lake Michigan, two hundred thousand acres of public lands, to be selected in subdivisions agreeably to the United States survey, by an agent or agents appointed by the governor of said State, subject to the approval of the Secretary of the Interior, from lands subject to private entry: *Provided,* That said selections shall all be made from alternate and odd numbered sections of land nearest the location of said harbor and canal in said State not otherwise appropriated, and not from lands designated by the United States as "mineral" before the passage of this act, nor from lands to which the rights of pre-emption or homestead have attached.

Proviso. Selections, how made.

Lands subject to disposal of legislature, &c.

SEC. 2. *And be it further enacted,* That the said lands hereby granted shall be subject to the disposal of the legislature of said State, or, if the legislature thereof shall not be in session, or shall adjourn within ten days after the passage and approval of this act, then said lands shall be subject to the disposal of the governor and board of commissioners of school, university, and swamp lands of said State, for the purposes aforesaid, and for no other; and the said canal shall be and remain a public highway for the use of the government of the United States, free from toll or charge upon the vessels of said government, or upon vessels employed by said government in the transportation of any property or troops of the United States.

Canal to be public highway, &c.

Plans, &c., to be filed in departments.

SEC. 3. *And be it further enacted,* That before it shall be competent for said State to dispose of any of said lands, to be selected as aforesaid, the plan of said breakwater and harbor and the route of said canal shall be established, and a plat or plats thereof shall be filed in the office of the War Department, and a duplicate thereof filed in the office of the Commissioner of the General Land Office.

Unless work is completed in three years, unsold lands revert to the United States.

SEC. 4. *And be it further enacted,* That if the said breakwater, harbor, and canal, shall not be completed within three years from the passage of this act, the lands hereby granted and remaining unsold shall revert to the United States.

Account to be kept; and when

SEC. 5. *And be it further enacted,* That the legislature of said state shall cause to be kept an accurate account of the sales and net proceeds

**Attachment C - pg 4 of 4**

Westlaw.

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos
  C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

Page 1

Treas. Reg. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      🗎 Subchapter F. Procedure and Administration
        🗎 Part 301. Procedure and Administration

  Editorial Note: In the text of this part, integral section references are to sections of the Internal Revenue Code of 1954; decimal section references are to the Code of Federal Regulations.

  References in the text to the "Code" are references to sections of the Internal Revenue Code of 1954.

AUTHORITY: 26 U.S.C. 7805.

AUTHORITY:Section 301.6011-2 also issued under 26 U.S.C. 6011(e).

AUTHORITY:Section 301.6011-3 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6011-5 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6033-4 also issued under 26 U.S.C. 6033.

AUTHORITY:Section 301.6036-1 also issued under 26 U.S.C. 6036.

AUTHORITY:Section 301.6037-2 also issued under 26 U.S.C. 6037.

AUTHORITY:Section 301.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 301.6061-1 also issued under 26 U.S.C. 6061.

AUTHORITY:Section 301.6081-2T also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 301.6103(c)-1 also issued under 26 U.S.C. 6103(c).

AUTHORITY:Section 301.6103(j)(1)-1 also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(1)-1T also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(5)-1 also issued under 26 U.S.C. 6103(j)(5).

AUTHORITY:Section 301.6103(k)(6)-1 also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(6)-1T also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(9)-1 also issued under 26 U.S.C. 6103(k)(9) and 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)(14)-1 also issued under 26 U.S.C. 6103(l)(14).

AUTHORITY:Section 301.6103(m)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(n)-1 also issued under 26 U.S.C. 6103(n).

AUTHORITY:Section 301.6103(n)-2T also issued under 26 U.S.C. 6103(n).

AUTHORITY:Section 301.6103(p)(2)(B)-1 also issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Section 301.6103(p)(2)(B)-1T also

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 8 of 20

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos                                    Page 2
**C.F.R. T. 26, Ch. I, Subch. F, Pt. 301,** Refs & Annos

issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Sections 301.6103(p)(4)-1 and 301.6103(p)(7)-1T also issued under 26 U.S.C. 6103(p)(4) and (7) and (q).

AUTHORITY:Section 301.6104(a)-6(d) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(b)-1(d)(4) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-1(d)(3)(i) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-2 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-3 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-4 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6104(d)-5 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6109-1 also issued under 26 U.S.C. 6109 (a), (c), and (d).

AUTHORITY:Section 301.6109-3 also issued under 26 U.S.C. 6109.

AUTHORITY:Section 301.6111-1T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6111-2T also issued under 26 U.S.C. 6111(f)(4).

AUTHORITY:Section 301.6111-3 also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6111-3T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6112-1T also issued under 26 U.S.C. 6112.

AUTHORITY:Section 301.6114-1 also issued under 26 U.S.C. 6114.

AUTHORITY:Section 301.6222(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(b)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(c)-1T also issued under 26 U.S.C. 6223(c) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(e)-2T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(g)-1T also issued under 26 U.S.C. 6223(g) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(h)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(a)-1T also issued under 26 U.S.C. 6230(k).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 9 of 20

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos                                         Page 3
**C.F.R. T. 26, Ch. I, Subch. F, Pt. 301,** Refs & Annos

AUTHORITY:Section 301.6224(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6224(c)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6226(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(6)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(7)-1 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(7)-2 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(12)-1T also issued under 26 U.S.C. 6230(k) and 6231(a)(12).

AUTHORITY:Section 301.6231(c)-1 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-2 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-3T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-4T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-5T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-6T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-7T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-8T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(d)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(e)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(f)-1T also issued under 26 U.S.C. 6230 (i) and (k) and 6231(f).

AUTHORITY:Section 301.6233-1T also issued under 26 U.S.C. 6230(k) and 6233.

AUTHORITY:Section 301.6241-1T also issued under 26 U.S.C. 6241.

AUTHORITY:Section 301.6245-1T also issued under 26 U.S.C. 6245.

AUTHORITY:Section 301.6311-2 also issued under 26 U.S.C. 6311.

AUTHORITY:Section 301.6323(f)-(1)(c) also issued under 26 U.S.C. 6323(f)(3).

AUTHORITY:Section 301.6325-1T also issued under 26 U.S.C. 6326.

AUTHORITY:Section 301.6343-1 also issued under 26 U.S.C. 6343.

AUTHORITY:Section 301.6343-2 also issued under 26 U.S.C. 6343.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB  Document 259-2  Filed 07/21/2008  Page 10 of 20

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos  Page 4
C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

AUTHORITY:Section 301.6402-3 also issued under 95 Stat. 357 amending 88 Stat. 2351.

AUTHORITY:Section 301.6402-7 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 301.6404-2 also issued under 26 U.S.C. 6404.

AUTHORITY:Section 301.6404-3 also issued under 26 U.S.C. 6404(f)(3).

AUTHORITY:Section 301.6621-1 also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6689-1T also issued under 26 U.S.C. 6689(a).

AUTHORITY:Section 301.7216-2, paragraphs (o) and (p) also issued under 26 U.S.C. 7216(b)(3).

AUTHORITY:Section 301.7502-1 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7502-1T also issued under 26 U.S.C. 7502(c).

AUTHORITY:Section 301.7502-2 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7507-1 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7507-9 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7508-1 also issued under 26 U.S.C. 7508(a)(1)(K).

AUTHORITY:Section 301.7508A-1 also issued under 26 U.S.C. 7508(a)(1)(K) and 7508A(a).

AUTHORITY:Section 301.7605-1 also issued under Section 6228(b) of the Technical and Miscellaneous Revenue Act of 1988.

AUTHORITY:Section 301.7624-1 also issued under 26 U.S.C. 7624.

AUTHORITY:Sections 301.7701(b)-1 through 301.7701(b)-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 301.7701(i)-1(g)(1) also issued under 26 U.S.C. 7701(i)(2)(D).

AUTHORITY:Section 301.7701(i)-4(b) also issued under 26 U.S.C. 7701(i)(3).

AUTHORITY:Section 301.9000-1 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-2 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-3 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-4 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-5 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-6 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9100-1T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-3T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-4T also issued under 26 U.S.C. 168(f)(8)(G).

AUTHORITY:Section 301.9100-7T also issued under 26 U.S.C. 42, 48, 56, 83, 141, 142, 143, 145, 147, 165, 168, 216, 263, 263A, 448, 453C, 468B, 469, 474, 585, 616, 617, 1059, 2632, 2652, 3121, 4982, 7701; and under the Tax Reform Act of 1986, 100 Stat. 2746, sections 203, 204, 243, 311, 646, 801, 806, 905, 1704, 1801, 1802, and 1804.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos                                      Page 5
   **C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos**

AUTHORITY:Section 301.9100-8 also issued under 26 U.S.C. 1(i)(7), 41(h), 42(b)(2)(A)(ii), 42(d)(3), 42(f)(1), 42(g)(3), 42(i)(2)(B), 42(j)(5)(B), 121(d)(9), 142(i)(2), 165(l), 168(b)(2), 219(g)(4), 245(a)(10), 263A(d)(1), 263A(d)(3)(B), 263A(h), 460(b)(3), 643(g)(2), 831(b)(2)(A), 835(a), 865(f), 865(g)(3), 865(h)(2), 904(g)(10), 2056(b)(7)(c)(ii), 2056A(d), 2523(f)(6)(B), 3127, and 7520(a); the Technical and Miscellaneous Revenue Act of 1988, 102 Stat. 3324 [So in original; probably should read "102 Stat. 3342".], sections 1002(a)(23)(B), 1005(c)(11), 1006(d)(15), 1006(j)(1)(C), 1006(t)(18)(B), 1012(n)(3), 1014(c)(1), 1014(c)(2), 2004(j)(1), 2004(m)(5), 5012(e)(4), 6181(c)(2), and 6277; and under the Tax Reform Act of 1986, 100 Stat. 2746, section 905(a).

AUTHORITY:Sections 301.9100-9T, 301.9100-10T and 301.9100-11T also issued under 26 U.S.C. 1103 (g) and (h) and 6158(a).

AUTHORITY:Sections 301.9100-13T, 301.9100-14T and 301.9100-15T also issued under 26 U.S.C. 108(d)(8) and 1017(b)(3)(E).

AUTHORITY:Section 301.9100-16T also issued under 26 U.S.C. 463(d).

SOURCE: 32 FR 15241, Nov. 3, 1967, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos, CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos**

Current through June 26, 2008; 73 FR 36284

      Copr. © 2008 Thomson Reuters/West

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 12 of 20

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos                                                    Page 5
**C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos**

AUTHORITY: Section 301.9100-8 also issued under 26 U.S.C. 1(i)(7), 41(h), 42(b)(2)(A)(ii), 42(d)(3), 42(f)(1), 42(g)(3), 42(i)(2)(B), 42(j)(5)(B), 121(d)(9), 142(i)(2), 165(l), 168(b)(2), 219(g)(4), 245(a)(10), 263A(d)(1), 263A(d)(3)(B), 263A(h), 460(b)(3), 643(g)(2), 831(b)(2)(A), 835(a), 865(f), 865(g)(3), 865(h)(2), 904(g)(10), 2056(b)(7)(c)(ii), 2056A(d), 2523(f)(6)(B), 3127, and 7520(a); the Technical and Miscellaneous Revenue Act of 1988, 102 Stat. 3324 [So in original; probably should read "102 Stat. 3342".], sections 1002(a)(23)(B), 1005(c)(11), 1006(d)(15), 1006(j)(1)(C), 1006(t)(18)(B), 1012(n)(3), 1014(c)(1), 1014(c)(2), 2004(j)(1), 2004(m)(5), 5012(e)(4), 6181(c)(2), and 6277; and under the Tax Reform Act of 1986, 100 Stat. 2746, section 905(a).

AUTHORITY: Sections 301.9100-9T, 301.9100-10T and 301.9100-11T also issued under 26 U.S.C. 1103(g) and (h) and 6158(a).

AUTHORITY: Sections 301.9100-13T, 301.9100-14T and 301.9100-15T also issued under 26 U.S.C. 108(d)(8) and 1017(b)(3)(E).

AUTHORITY: Section 301.9100-16T also issued under 26 U.S.C. 463(d).

SOURCE: 32 FR 15241, Nov. 3, 1967, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos, CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos**

Current through June 26, 2008; 73 FR 36284

Copr. © 2008 Thomson Reuters/West

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB    Document 259-2    Filed 07/21/2008    Page 13 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                    Page 1
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos**

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter A. Income Tax
        Part 1. Income Taxes

AUTHORITY: 26 U.S.C. 7805, unless otherwise noted.

AUTHORITY: Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY: Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY: Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-2T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY: Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY: Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY: Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY: Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY: Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY: Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY: Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY: Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY: Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY: Section 1.41-8T also issued under 26 U.S.C. 41(c)(4)(B);

AUTHORITY: Section 1.41-9T also issued under 26 U.S.C. 41(c)(5)(C);

AUTHORITY: Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY: Section 1.42-2 also issued under 26 U.S.C. 42(m);

AUTHORITY: Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY: Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY: Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY: Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.    Attachment A - Page 1 of 26

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 14 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                           Page 2
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-15 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-16 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-17 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.43-0--1.43-7 also issued under section 26 U.S.C. 43;

AUTHORITY:Section 1.45D-1 also issued under 26 U.S.C. 45D(i).

AUTHORITY:Section 1.46-5 also issued under 26 U.S.C. 46(d)(6) and 26 U.S.C. 47(a)(3)(C);

AUTHORITY:Section 1.46-6 also issued under 26 U.S.C. 46(f)(7);

AUTHORITY:Section 1.47-1 also issued under 26 U.S.C. 47(a);

AUTHORITY:Section 1.48-9 also issued under 26 U.S.C. 38(b) (as in effect before the amendments made by subtitle F of the Tax Reform Act of 1984);

AUTHORITY:Sections 1.50A--1.50B also issued under 85 Stat. 553 (26 U.S.C. 40(b));

AUTHORITY:Section 1.52-1 also issued under 26 U.S.C. 52(b);

AUTHORITY:Section 1.56-1 also issued under 26 U.S.C. 56(f)(2)(H);

AUTHORITY:Section 1.56(g)-1 also issued under section 7611(g)(3) of the Omnibus Budget Reconciliation Act of 1989 (Pub. L. 101-239, 103 Stat.2373); and

AUTHORITY:Section 1.58-9 also issued under 26 U.S.C. 58(h).

AUTHORITY:Section 1.61-2T also issued under 26 U.S.C. 61.

AUTHORITY:Section 1.61-21 also issued under 26 U.S.C. 61.

AUTHORITY:Sections 1.62-1T and 1.62-2 also issued under 26 U.S.C. 62;

AUTHORITY:Section 1.66-4 also issued under 26 U.S.C. 66(c);

AUTHORITY:Sections 1.67-2T and 1.67-3T also issued under 26 U.S.C. 67(c);

AUTHORITY:Section 1.67-3 also issued under 26 U.S.C. 67(c).

AUTHORITY:Sections 1.72-4, 1.72-5, 1.72-6, 1.72-7, 1.72-8, and 1.72-11 also issued under 26 U.S.C. 72(c).

AUTHORITY:Section 1.101-7 also issued under 26 U.S.C. 101(d)(2)(B)(ii);

AUTHORITY:Section 1.103-10 also issued under 26 U.S.C. 103(b)(6);

AUTHORITY:Section 1.103A-2 also issued under 26 U.S.C. 103A(j);

AUTHORITY:Section 1.108-1 also issued under 26 U.S.C. 108(e)(8) and 108(e)(10)(B);

AUTHORITY:Section 1.108-2 also issued under 26 U.S.C. 108;

AUTHORITY:Section 1.108-3 also issued under 26 U.S.C. 108, 267, and 1502.

AUTHORITY:Section 1.108-4 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108-5 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108(c)-1 also issued under

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.    Attachment A - Page 2 of 26

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 15 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                                Page 3
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos**

the authority of 26 U.S.C. 108(d)(9);

AUTHORITY:Section 1.110-1 also issued under 26 U.S.C. 110(d);

AUTHORITY:Sections 1.132-0 through 1.132-8T also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4); 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.     Attachment A - Page 3 of 26

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 16 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                Page 4
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-9 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.216-2 also issued under 26 U.S.C. 216(d).

AUTHORITY:Section 1.221-2 also issued under 26 U.S.C. 221(d).

AUTHORITY:Section 1.263A-1 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-2 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-3 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4T also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-6 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7T also issued under 26 U.S.C. 263A.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under 26 U.S.C. 263A(i).

AUTHORITY:Section 1.267(a)-3 also issued under 26 U.S.C. 267(a)(3).

AUTHORITY:Section 1.267(f)-1 also issued under 26 U.S.C. 267 and 1502.

AUTHORITY:Section 1.269-3(d) also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.274-5 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274-5T also issued under 26 U.S.C. 274(d).

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 17 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                    Page 5
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

AUTHORITY:Section 1.274(d)-1 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.280C-4 also issued under 26 U.S.C. 280C(c) and 103 Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-6 also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-7 also issued under 26 U.S.C. 280F(c).

AUTHORITY:Section 1.280G-1 also issued under 26 U.S.C. 280G(b) and (e).

AUTHORITY:Section 1.301-1 also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.301-1T also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.    Attachment A - Page 5 of 26

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 18 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                        Page 6
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5 also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(b)(2)(i)(C) also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Sections 1.367(b)-2(c)(1) and (2) also issued under 26 U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-2(d)(3) also issued under 26 U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4(d) also issued under 26 U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-14T also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(e)-1 also issued under

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos**

Page 7

26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C), (i), (k)(1) and (6), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and 382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382(m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-7T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-1 also issued under 26 U.S.C. 401.

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through

Case 4:02-cr-00019-RRB   Document 259-2   Filed 07/21/2008   Page 20 of 20

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                    Page 8
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

(a)(26)-9 also issued under 26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under 26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-6 also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.      Attachment A - Page 8 of 26