Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 1 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                           Page 9
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under 26 U.S.C. 414(c).

AUTHORITY:Section 1.414(c)-5 also issued under 26 U.S.C. 414(b), (c), and (o).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and 414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and 414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB    Document 259-3    Filed 07/21/2008    Page 2 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                              Page 10
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 3 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos   Page 11
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.468A-5T also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(a)-4 also issued under 26 U.S.C. 475(g).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2), 26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and 26 U.S.C. 860G(e).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 4 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                    Page 12
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.     Attachment A - Page 12 of 26

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 5 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                            Page 13
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001)

AUTHORITY:Section 1.752-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.755-1 also issued under 26 U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26 U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26 U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26 U.S.C. 809(b)(2) and (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.817-5 also issued under 26 U.S.C. 817(h).

AUTHORITY:Section 1.817A-1 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26 U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26 U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.853-1 also issued under 26 U.S.C. 901(j).

AUTHORITY:Section 1.853-2 also issued under 26 U.S.C. 901(j).

AUTHORITY:Section 1.853-3 also issued under 26 U.S.C. 901(j).

AUTHORITY:Section 1.853-4 also issued under 26 U.S.C. 901(j) and 26 U.S.C. 6011.

AUTHORITY:Section 1.860A-1 also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860A-1T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26 U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26 U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 7 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                    Page 15
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under 26 U.S.C. 860G(c)(3) and (e).

AUTHORITY:Section 1.860G-1 also issued under 26 U.S.C. 860G(a)(1)(B) and (e).

AUTHORITY:Section 1.860G-3 also issued under 26 U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.861-2 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).

AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-11 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-14 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 8 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                          Page 16
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-2 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under 26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under 26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under 26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26 U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26 U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and 1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g) and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

Case 4:02-cr-00019-RRB    Document 259-3    Filed 07/21/2008    Page 9 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos    Page 17
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.904(b)-2 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under 26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(g)-3T also issued under 26 U.S.C. 904(g)(4).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1 also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1 also issued under 26 U.S.C. 765 4(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.934-1 also issued under 26 U.S.C. 934(b)(4).

AUTHORITY:Section 1.935-1 also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 10 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                       Page 18
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2 also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3 also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3 also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under 26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C.1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 11 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                Page 19
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Sections 1.1248-1(a)(1), (4), and (5) also issued under 26 U.S.C. 1248(a) and (c)(1) and (2).

AUTHORITY:Section 1.1248-8 also issued under 26 U.S.C. 1248(a) and (c)(1) and (2).

AUTHORITY:Section 1.1254-1 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and 1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 12 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                         Page 20
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C.1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 13 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                    Page 21
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1397E-1T also issued under 26 U.S.C. 1397E.

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1502-0 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-1 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-3 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-9 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-11 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-12 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-17 also issued under 26 U.S.C. 446 and 1502.

AUTHORITY:Section 1.1502-18 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-19 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-20 also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-20T also issued under

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 14 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                          Page 22
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-21 also issued under 26 U.S.C. 1502 and 6402(i).

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-26 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-28 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and (b)(4)(vi) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-34 also issued under

26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-43T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-55 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-75 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77 also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-78 also issued under 26 U.S.C. 1502, 6402(j), and 6411(c).

AUTHORITY:Section 1.1502-79 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-80 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-81T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 15 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                Page 23
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.    Attachment A - Page 23 of 26

Case 4:02-cr-00019-RRB    Document 259-3    Filed 07/21/2008    Page 16 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos    Page 24
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal Responsibility Act of 1982 (Public Law 97-248; 96 Stat. 324, 669) (TEFRA).

AUTHORITY:Section 1.6033-6 also issued under 26 U.S.C. 6033(i)(1).

AUTHORITY:Sections 1.6035-1 through 1.6035-3 also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and 7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6039I-1T also issued under 26 U.S.C. 6039I.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-2 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-4 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6046A-1 also issued under 26 U.S.C. 6046A.

AUTHORITY:Section 1.6049-4 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5T also issued under 26 U.S.C. 6049.

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 17 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                Page 25
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos**

AUTHORITY:Section 1.6049-6 also issued under 6049(a), (b), and (d).

AUTHORITY:Section 1.6049-7 also issued under 26 U.S.C. 860G(e), 1275(c) and 26 U.S.C. 6049(d)(7)(D).

AUTHORITY:Section 1.6050E-1 also issued under 26 U.S.C. 6050E.

AUTHORITY:Section 1.6050H-1 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-1T also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-2 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050I-1 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050I-2 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050K-1 also issued under 26 U.S.C. 6050K.

AUTHORITY:Section 1.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 1.6050P-1 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050P-2 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050S-1 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-2 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-3 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-4 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6061-2T also issued under 26 U.S.C. 6061.

AUTHORITY:Section 1.6065-2T also issued under 26 U.S.C. 6065.

AUTHORITY:Section 1.6081-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-4T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-6T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-7T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-8 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-9 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-10T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-11T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6302-1 also issued under 26 U.S.C. 6302(c) and (h).

AUTHORITY:Section 1.6302-2 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-3 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-4 also issued under 26 U.S.C. 6302(a), (c), and (h).

AUTHORITY:Section 1.6411-4 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 1.6655-5 also issued under 26 U.S.C. 6655(i)(2).

Case 4:02-cr-00019-RRB   Document 259-3   Filed 07/21/2008   Page 18 of 19

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos                                                Page 26
**C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos**

AUTHORITY:Section 1.6662-6 also issued under 26 U.S.C. 6662.

AUTHORITY:Section 1.6695-1 also issued under 26 U.S.C. 6060(b) and 6695(b).

AUTHORITY:Section 1.6695-2 also issued under 26 U.S.C. 6695(g).

AUTHORITY:Section 1.6851-2 also issued under 26 U.S.C 6851(d).

AUTHORITY:Section 1.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-4 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7701(l)-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7701(l)-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7702-2 also issued under 26 U.S.C. 7702(k).

AUTHORITY:Section 1.7872-5T also issued under 26 U.S.C. 7872.

AUTHORITY:Section 1.7872-15 also issued under 26 U.S.C. 1275 and 7872.

AUTHORITY:Section 1.7874-1 also issued under 26 U.S.C. 7874(c)(6) and (g).

AUTHORITY:Section 1.7874-1T also issued under 26 U.S.C. 7874(c)(6) and (g).

SOURCE: T.D. 6500, 25 FR 11402, Nov. 26, 1960; 25 FR 14021, Dec. 21, 1960, unless otherwise noted.

C. F. R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos, CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Current through June 26, 2008; 73 FR 36284

Copr. © 2008 Thomson Reuters/West

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.    Attachment A - Page 26 of 26

FOURTH CONGRESS. Sess. I. Ch. 36. 1796. 477

authorized by law. And the collectors aforesaid shall each receive two per centum on all monies by them respectively received; and shall also, respectively, receive the allowance of one hundred dollars, annually, from and after the said last day of June next.

Approved, May 27, 1796.

---

Statute I.

Chap. XXXVI.—*An Act for the relief and protection of American Seamen.*   May 28, 1796.

Section 1: *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President of the United States, by and with the advice and consent of the Senate, be, and hereby is authorized to appoint two or more agents; the one of whom shall reside in the kingdom of Great Britain, and the others at such foreign ports, as the President of the United States shall direct. That the duty of the said agents shall be, under the direction of the President of the United States, to inquire into the situation of such American citizens or others, sailing, conformably to the law of nations, under the protection of the American flag, as have been, or may hereafter be impressed or detained by any foreign power, to endeavour, by all legal means, to obtain the release of such American citizens or others, as aforesaid; and to render an account of all impressments and detentions whatever, from American vessels, to the executive of the United States.

Sec. 2. *And be it further enacted,* That if it should be expedient to employ an additional agent or agents, for the purposes authorized by this law, during the recess of the Senate, the President alone be, and hereby is, authorized to appoint such agent or agents.

Sec. 3. *And be it further enacted,* That the President of the United States be, and he is hereby authorized to draw, annually, out of the treasury of the United States, a sum not exceeding fifteen thousand dollars, not otherwise appropriated, to be applied by him in such proportions as he shall direct, to the payment of the compensation of the said agents, for their services, and the incidental expenses attending the performance of the duties imposed on them by this act.

Sec. 4. *And be it further enacted,* That the collector of every district shall keep a book or books, in which, at the request of any seaman, being a citizen of the United States of America, and producing proof of his citizenship, authenticated in the manner hereinafter directed, he shall enter the name of such seaman, and shall deliver to him a certificate, in the following form; that is to say: "I, A. B., collector of the district of D., do hereby certify, That E. F., an American seaman, aged      years, or thereabouts, of the height of       feet       inches, [describing the said seaman as particularly as may be] has, this day, produced to me proof in the manner directed in the act, intituled "An act for the relief and protection of American seamen;" and, pursuant to the said act, I do hereby certify, that the said E. F. is a citizen of the United States of America: In witness whereof, I have hereunto set my hand and seal of office, this       day of            ." And it shall be the duty of the collectors aforesaid, to file and preserve the proofs of citizenship produced, as aforesaid: And for each certificate delivered, as aforesaid, the said collectors shall be entitled to receive from the seaman applying for the same, the sum of twenty-five cents.

Sec. 5. And, in order that full and speedy information may be obtained of the seizure or detention, by any foreign power, of any seamen employed on board any ship or vessel of the United States, *Be it further enacted,* That it shall, and hereby is declared to be the duty of the master of every ship or vessel of the United States, any of the crew whereof shall have been impressed or detained by any foreign power, at

*Marginal notes:*
Act of March 2, 1799, ch. 36.
Two agents to be appointed.
Their duties.
Additional agents may be appointed during the recess of the Senate.
Appropriation.
Collectors to grant certificates of citizenship.
In case of the impressment or detention of seamen, master of the ship to make a protest, &c.

Attachment A - page 1 of 2