

RECEIVED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Donald Louis Hymes**

*Defendant*

4:02-cr-00019

**Reply to Stephen Cooper's Refusal to Answer the Mandamus at Docket 243**

Comes now Donald Louis Hymes ("Hymes") with this Opposition to Stephen Cooper's ("Cooper") Refusal to Answer the Mandamus at Docket 243.

This court shall take judicial Notice of the cases and the public records published, including but not limited to, in the Federal Register and as mandated also in 44 U.S.C. § 1507 "The contents of the Federal Register shall be judicially noticed and without prejudice to any other mode of citation, many be cited by volume and page number."

Cooper's refusal to Answer the Mandamus at Docket 243 is not within the scope or authority of Judge Ralph R. Beistline ("Beistline") to grant immunity or absolve Cooper from answering.

Cooper's mendacious claim that he has answered the Mandamus is so preposterous that it shocks the conscience.    Hymes continues his search, as did

Diogenes, in looking for an honest man holding a lantern in broad daylight of which Cooper is totally disqualified.

Therefore Cooper's Objection is without merit on the issues of law and fact.

Cooper has no recourse but to Answer the Mandamus, otherwise as under the Local Rule 7.1 Cooper shall be subjected to summary judgment and that Hymes position is well taken as a *matter of law* to which Hymes has attached legal evidence in support thereof.

And further, Hymes should be immediately released and all probation terminated immediately with prejudice.

My Hand,

*Donald Lewis Hymes* (signature)

**Certification**

This document has been mailed first class or personally delivered or e-mailed to the following parties with attachments, to wit:

M.J. Hadden
Federal Public Defender's Agency
Mj_haden@fd.org

Stephen Cooper
101 12th Avenue
Box 2
Fairbanks, Alaska 99701

Date: July 21, 2008

Rita MariNa Hymes (signature)