Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Donald Louis Hymes

*Defendant*

4:02-cr-00019

Case _____

### Notice of Appeal

Comes now Donald Louis Hymes ("Hymes") without Assistance of Counsel with this Notice of Appeal to the Circuit Court of the United States for the 9th Circuit.

Hymes is appealing this instant case filed at Docket 227 from the Orders of Judge Ralph R. Beistline:

1. Docket 231- ORDER denying 227 Motion to Vacate (2255)..........6.11.2008

2. Docket 237 Reconsideration Denied……………………………....6.23.2008

3. Docket 257 Minute Entry………………………………………….7.17.2008

4. Docket 258 Judgment……………………………………………...7.17.2008

**Issues of the Appeal include but are not limited to the following:**

1.     The 2255 Motion was denied with no findings of fact or conclusions of law.

2. The United States District Court lacks cognizance arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States in this instant case

3. Hymes was incarcerated with Judge Beistline and Assistant U.S. Attorney Stephen Cooper refusing to disclose to Hymes the rules, regulations and code requirements for filing a Form 1040 with OMB 1545-0074.

4. The IRS must enforce and administer the Internal Revenue Laws by regulations as mandated by 26 U.S.C. § 7805, but Judge Beistline and Asst. US Attorney Cooper refused to disclose these mandatory regulations to Hymes.

5. Hymes would be committing various crimes by filing a Form 1040 with the information that he possesses at this time.

6. There are no substantive regulations of part 1 or regulations of general applicability and legal effect that require Hymes to file a Form 1040 with OMB 1545-0074.

7. There are regulations of the part 301 under the code authority of 5 U.S.C. § 301 for federal employees and state employees that are piggybacked on the federal income tax but Hymes is not a federal or state employee.

8. Judge Beistline and Assistant US Attorney Cooper refused to obey the rules and regulations published in the Federal Register.

9. Denying motions as moot with no findings of fact or conclusions of law.

Related Case : 08-35495 (3:05-cv-123)

My Hand,

*Donald Louis Hymes*

## CERTIFICATE OF SERVICE

This document has been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Fed. Bldg. & US Courthouse
101-12th Avenue Box 2
Fairbanks, Alaska 99701

Jennifer Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington DC 20044-0683

Date: August 8, 2008

Rita MariNa Hymes