CLOSED, PSLC

## U.S. District Court
### District of Alaska (Fairbanks)
### CRIMINAL DOCKET FOR CASE #: 4:02-cr-00019-RRB-TWH-1

Case title: USA v. Hymes                     Date Filed: 11/20/2002

Assigned to: Ralph R. Beistline
Referred to: Terrance W. Hall

Appeals court case number: '05-30443'
'USCA'

### Defendant (1)

**Donald L. Hymes**                  represented by **Donald L. Hymes**
                                                    2340 Ravenwood Avenue
                                                    Fairbanks, AK 99709
                                                    907-479-6922
                                                    PRO SE

                                                    **M. J. Haden**
                                                    Federal Public Defender's Agency
                                                    601 W. 5th Ave., Suite 800
                                                    Anchorage, AK 99501
                                                    907-646-3400
                                                    Fax: 907-646-3480
                                                    Email: MJ_Haden@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or
                                                    Community Defender Appointment*

                                                    **Richard W. Wright**
                                                    Richard W. Wright, P.C.
                                                    250 Cushman Street, Suite 500
                                                    Fairbanks, AK 99701
                                                    907-451-8605
                                                    Fax: 907-451-8607
                                                    Email: wrightpc@alaska.net
                                                    *TERMINATED: 12/09/2003*
                                                    *Designation: CJA Appointment*

### Pending Counts                             ### Disposition

18:1341 MAIL FRAUD                             28 months Imprisonment as to each of
(1-12)                                         Cts 1-12 to be served concurrently with
                                               each other and with term of

| | |
|---|---|
| 18:1342 RECEIVING MAIL ADDRESSED TO FALSE NAME (13-24) | Imprisonment imposed as to Cts 13-45; 36 months Supervised Release as to each of Cts 1-12 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 13-45; $100.00 Special Assessment as to each of Cts 1-12 for a total of $1,200.00 |
| | 28 months Imprisonment as to each of Cts 13-24 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-12 and 25-45; 36 months Supervised Release as to each of Cts 13-24 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-12 and 25-45; $100.00 Special Assessment as to each of Cts 13-24 for a total of $1,200.00 |
| 18:641 CONVERSION OF MONEY OF THE UNITED STATES (25-37) | 28 months Imprisonment as to each of Cts 25-37 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-24 and 38-45; 36 months Supervised Release as to each of Cts 25-37 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-24 and 38-45; $100.00 Special Assessment as to each of Cts 25-37 for a total of $1,300.00 |
| 18:1956-9999 MONEY LAUNDERING - OTHER (38-44) | 28 months Imprisonment as to each of Cts 38-44 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-37 and 45-45; 36 months Supervised Release as to each of Cts 38-44 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-37 and 45; $100.00 Special Assessment as to each of Cts 38-44 for a total of $700.00 |
| 18:401(3) CRIMINAL CONTEMPT OF COURT (45) | 28 months Imprisonment to be served concurrently with term of Imprisonment imposed as to Cts 1-44; 36 months Supervised Release to be served concurrently with term of Supervised Release imposed as to Cts 1-44; $100.00 Special Assessment |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA     represented by   **Stephen Cooper**
U.S. Attorney's Office (Fbks)
101 12th Avenue
Room 310
Fairbanks, AK 99701
907-456-0245
Fax: 907-456-0577
Email: Stephen.Cooper@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Pomeroy**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-2344
Email: richard.pomeroy@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2002 | | All future filings will be in the CM/ECF System. All documents filed prior to January 3, 2006, are available for review at the Clerk's Office.(LSC, ) (Entered: 01/01/2006) |
| 11/20/2002 | 1 | Data Entry for Conversion; Indictment/counts entered (LSC). (Entered: 01/01/2006) |
| 11/20/2002 | 187 | Copy of ACMS docket. Click on the hyperlink to access docket entries 1-187 from prior ACMS system.(LSC, ) (Entered: 01/01/2006) |
| 07/25/2003 | 153 | JUDGMENT as to Donald L. Hymes (1), Count(s) 1-12, 28 months Imprisonment as to each of Cts 1-12 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 13-45; 36 months Supervised Release as to each of Cts 1-12 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 13-45; $100.00 Special Assessment as to each of Cts 1-12 for a total of $1,200.00; Count(s) 13-24, 28 |

| | | |
|---|---|---|
| | | months Imprisonment as to each of Cts 13-24 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-12 and 25-45; 36 months Supervised Release as to each of Cts 13-24 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-12 and 25-45; $100.00 Special Assessment as to each of Cts 13-24 for a total of $1,200.00; Count(s) 25-37, 28 months Imprisonment as to each of Cts 25-37 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-24 and 38-45; 36 months Supervised Release as to each of Cts 25-37 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-24 and 38-45; $100.00 Special Assessment as to each of Cts 25-37 for a total of $1,300.00; Count(s) 38-44, 28 months Imprisonment as to each of Cts 38-44 to be served concurrently with each other and with term of Imprisonment imposed as to Cts 1-37 and 45-45; 36 months Supervised Release as to each of Cts 38-44 to be served concurrently with each other and with term of Supervised Release imposed as to Cts 1-37 and 45; $100.00 Special Assessment as to each of Cts 38-44 for a total of $700.00; Count(s) 45, 28 months Imprisonment to be served concurrently with term of Imprisonment imposed as to Cts 1-44; 36 months Supervised Release to be served concurrently with term of Supervised Release imposed as to Cts 1-44; $100.00 Special Assessment Signed by Judge Ralph R. Beistline on 07/25/03. (LSC, ) Additional attachment(s) added on 8/31/2007 (CPB, COURT STAFF). (Entered: 01/02/2006) |
| 07/01/2005 | 179 | MOTION to Reduce Sentence by Donald L. Hymes. (LSC, ) (Entered: 01/15/2006) |
| 07/27/2005 | 184 | ORDER denying 179 Motion to Reduce Sentence/Be Re-sentenced as to Donald L. Hymes (1) Signed by Judge Ralph R. Beistline on 7/27/05. (LSC, ) (Entered: 01/15/2006) |
| 08/01/2005 | 185 | NOTICE OF APPEAL by Donald L. Hymes re 184 Order on Motion to Reduce Sentence (LSC, ) (Entered: 01/15/2006) |
| 08/02/2005 | | Transmission of Notice of Appeal and Docket Sheet as to Donald L. Hymes to US Court of Appeals re 185 Notice of Appeal - Final Judgment (LSC, ) (Entered: 01/15/2006) |
| 08/02/2005 | 186 | TIME SCHEDULE ORDER of USCA as to Donald L. Hymes re 185 Notice of Appeal - Final Judgment. cc: cnsl, appellant 9CCA (Original), ECR (LSC, ) (Entered: 01/15/2006) |
| 08/04/2005 | 187 | CERTIFICATE OF RECORD re Donald L. Hymes re 185 Notice of Appeal - Final Judgment (LSC, ) (Entered: 01/15/2006) |
| 01/13/2006 | | USCA Case Number as to Donald L. Hymes 05-30443 for 185 Notice of Appeal - Final Judgment filed by Donald L. Hymes,. (LSC, ) (Entered: 01/15/2006) |
| 05/10/2006 | 188 | MOTION for Writ *of Execution on PFD* by USA as to Donald L. Hymes. (Attachments: # 1 Proposed Writ of Execution on PFD)(Pomeroy, Richard) (Entered: 05/10/2006) |
| 05/12/2006 | | WRIT of execution on PFD Issued as to Donald L. Hymes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJG, ) (Entered: 05/12/2006) |

| | | |
|---|---|---|
| 08/31/2006 | 189 | JUDGMENT of USCA (certified copy) as to Donald L. Hymes re 185 Notice of Appeal - Final Judgment. The judgment of the said District court in this cause be, and hereby is AFFIRMED. (TJG, COURT STAFF) (Entered: 08/31/2006) |
| 08/31/2006 | 190 | MEMORANDUM by USCA re 189 USCA Judgment (TJG, COURT STAFF) (Entered: 08/31/2006) |
| 11/09/2006 | 191 | Appeal Record Returned as to Donald L. Hymes: 185 Notice of Appeal - Final Judgment (TJG, COURT STAFF) (Entered: 11/09/2006) |
| 03/21/2007 | 192 | USM Return on Writ of Garnishment by USA as to Donald L. Hymes; no funds on 6/05/06. (PXS, COURT STAFF) (Entered: 03/21/2007) |
| 11/13/2007 | 193 | Petition for Warrant for Offender under supervised release as to Donald L. Hymes; petition is referred to the magistrate judge for initial appearance/preliminary hearings. Signed by Judge Ralph R. Beistline on 11/12/07. cc: USM, USPO (RMC, COURT STAFF) Modified on 12/4/2007 to unseal petition (CPB, COURT STAFF). (Entered: 11/13/2007) |
| 12/04/2007 | | Notice of Arrest of Donald L. Hymes defendant arrested 12/03/2007. (CPB, COURT STAFF) (Entered: 12/04/2007) |
| 12/04/2007 | 194 | ORDER as to Donald L. Hymes re 193 Petition for Warrant for Offender: Initial Appearance set for 12/5/2007 11:00 AM in Fairbanks Courtroom 1 before Terrance W. Hall. (CPB, COURT STAFF) (Entered: 12/04/2007) |
| 12/04/2007 | 195 | ORDER as to Donald L. Hymes re 193 Petition for Warrant for Offender: Due to a scheduling conflict, the Initial Appearance set for 12/05/2007 at 11:00 a.m. is VACATED and reset for 12/5/2007 11:30 AM in Fairbanks Courtroom 1 before Terrance W. Hall. (CPB, COURT STAFF) (Entered: 12/04/2007) |
| 12/05/2007 | 196 | ORDER Setting Conditions of Release as to Donald L. Hymes. Signed by Magistrate Judge Terrance W. Hall on 12/05/2007. cc: USM, USPO(LGK, COURT STAFF) (Entered: 12/05/2007) |
| 12/05/2007 | 197 | ORDER OF RELEASE as to Donald L. Hymes, Signed by Magistrate Judge Terrance W. Hall on 12/05/2007. cc: USM, USPO(LGK, COURT STAFF) (Entered: 12/05/2007) |
| 12/05/2007 | 198 | Arrest Warrant Returned Executed on 12/3/07 in case as to Donald L. Hymes. (PXS, COURT STAFF) (Entered: 12/05/2007) |
| 12/05/2007 | 199 | Minute Entry for proceedings held before Magistrate Judge Terrance W. Hall :Initial Appearance re Revocation of Supervised Release as to Donald L. Hymes held on 12/5/2007. Evidentiary Hearing set for 12/20/2007 01:30 PM in Fairbanks Courtroom 2 before Terrance W. Hall. (Court Recorder bsb.) Government Counsel-Stephen Cooper; Defense Counsel-M.J. Haden; USPO/PTS Officer-Toni Ostanik. Defendant Present In Custody. cc: USM, USPO (LGK, COURT STAFF) Modified on 12/6/2007 to correct hearing date and filed date. (NKD, COURT STAFF). (Entered: 12/06/2007) |
| 12/06/2007 | 200 | NOTICE *Consent to Proceed Before an United States Magistrate Judge in an Evidentiary Hearing Re: Violation(s) of Supervised Release* by Donald L. Hymes re 199 Initial Appearance - Revocation Proceedings,, Set Hearings, (Haden, MJ) (Entered: 12/06/2007) |

| | | |
|---|---|---|
| 12/06/2007 | 201 | AMENDED MINUTE ENTRY: The parties are advised that the minute entry as to Donald L. Hymes: 199 Initial Appearance re Petition to Revoke Supervised Release is amended as follows: Initial Appearance re Revocation of Supervised Release as to Donald L. Hymes held on 12/5/2007; FPD Appointed as counsel for defendant; Defendant Denied allegations 1-3 of the Petition; Defendant ordered released; Evidentiary Hearing set for 12/20/2007 01:30 PM in Fairbanks Courtroom 2 before Terrance W. Hall. (Court Recorder bsb.) Government Counsel-Stephen Cooper; Defense Counsel-M.J. Haden; USPO/PTS Officer-Toni Ostanik. Defendant Present In Custody. cc: USM, USPO (NKD, COURT STAFF) (Entered: 12/06/2007) |
| 12/10/2007 | 202 | UNOPPOSED MOTION *to Continue Evidentiary Hearing for 30 Days, Filed on Shortened Time* by Donald L. Hymes. (Attachments: # 1 Proposed Order)(Haden, MJ) (Entered: 12/10/2007) |
| 12/10/2007 | 203 | ORDER as to Donald L. Hymes re 202 : GRANTING UNOPPOSED MOTION to Continue Evidentiary Hearing for 30 Days, Filed on Shortened Time filed by Donald L. Hymes.Evidentiary Hearing set for 12/20/2007 is VACATED and reset for 1/18/2008 09:00 AM in Fairbanks Courtroom 2 before Terrance W. Hall. (CPB, COURT STAFF) (Entered: 12/10/2007) |
| 01/15/2008 | 204 | Second UNOPPOSED MOTION *to Continue Evidentiary Hearing for 60 Days, Filed on Shortened Time* by Donald L. Hymes. (Attachments: # 1 Proposed Order)(Haden, MJ) (Entered: 01/15/2008) |
| 01/15/2008 | 205 | ORDER granting 204 Unopposed Motion as to Donald L. Hymes(1): Evidentiary Hearing set for 01/18/2008 is VACATED and rescheduled for Thursday, March 6, 2008 at 1:30 p.m. (CPB, COURT STAFF) (Entered: 01/15/2008) |
| 02/08/2008 | 208 | MOTION for Recusal *of District Court Judge* by Donald L. Hymes. (Attachments: # 1 Proposed Order)(Haden, MJ) (Entered: 02/08/2008) |
| 02/20/2008 | 209 | First MOTION for Extension of Time to File *on shortened time* by USA as to Donald L. Hymes. (Attachments: # 1 Proposed Order # 2 Supplement)(Cooper, Stephen) (Entered: 02/20/2008) |
| 02/22/2008 | 210 | ORDER denying 208 Motion for Recusal as to Donald L. Hymes (1). (JPS, COURT STAFF) (Entered: 02/22/2008) |
| 02/22/2008 | 211 | MINUTE ORDER: Docket 209 , Motion for Extension of Time to File as to Donald L. Hymes, is GRANTED. (JPS, COURT STAFF) (Entered: 02/22/2008) |
| 02/28/2008 | 212 | USM Return on Writ of Garnishment by USA as to Donald L. Hymes; PFD funds received. (LGK, COURT STAFF) (Entered: 03/03/2008) |
| 03/04/2008 | 213 | UNOPPOSED MOTION *on Shortened Time to Continue Evidentiary Hearing* by Donald L. Hymes. (Attachments: # 1 Proposed Order)(Haden, MJ) (Entered: 03/04/2008) |
| 03/04/2008 | 214 | ORDER granting 213 Unopposed Motion as to Donald L. Hymes (1) Signed by Judge Terrance W. Hall on 03/04/2008. Evidentiary hearing set for 03/06/2008 is VACATED and rescheduled for 1:30 p.m. on 04/03/2008 in Fairbanks Courtroom 2. cc: USMS, USPO (CPB, COURT STAFF) (Entered: 03/04/2008) |

| | | |
|---|---|---|
| 04/03/2008 | 215 | Minute Entry for proceedings held before Judge Terrance W. Hall :Evidentiary Hearing on Petition to Revoke Supervised Release as to Donald L. Hymes held on 4/3/2008. Exhibits ADMITTED. Continued Evidentiary Hearing set for 5/8/2008 01:30 PM in Fairbanks Courtroom 2 before Terrance W. Hall. (Court Recorder bsb.) Government Counsel-Stephen Cooper; Defense Counsel-MJ Haden; USPO/PTS Officer-Toni Ostanik. Defendant Present On Summons. cc: USM, USPO (LGK, COURT STAFF) (Entered: 04/04/2008) |
| 04/03/2008 | 216 | EXHIBIT LIST from Evidentiary hearing on 4/3/2008 as to Donald L. Hymes. (LGK, COURT STAFF) (Entered: 04/04/2008) |
| 05/06/2008 | 217 | NOTICE *Plaintiff's Evid. Hearing Brief* by USA as to Donald L. Hymes (Attachments: # 1 Exhibit)(Cooper, Stephen) (Entered: 05/06/2008) |
| 05/06/2008 | 227 | MOTION to Vacate under 28 U.S.C. 2255 by Donald L. Hymes. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(CPB, COURT STAFF) (Entered: 06/06/2008) |
| 05/06/2008 | 228 | MOTION to Vacate Evidentiary Hearing / Stay Purported parole Violation by Donald L. Hymes. (CPB, COURT STAFF) (Entered: 06/06/2008) |
| 05/06/2008 | 230 | Attachment "N" by Donald L. Hymes re 228 MOTION to Vacate, 227 MOTION to Vacate under 28 U.S.C. 2255 (CPB, COURT STAFF) (Entered: 06/09/2008) |
| 05/07/2008 | 218 | MOTION proceed pro se without appointed counsel on shortened time and expedited extension by Donald L. Hymes. (CPB, COURT STAFF) (Additional attachment(s) added on 5/7/2008: # 1 Proposed Order) (CPB, COURT STAFF). (Entered: 05/07/2008) |
| 05/07/2008 | 219 | RESPONSE in Opposition by USA as to Donald L. Hymes re 218 MOTION proceed pro se without appointed counsel (Cooper, Stephen) (Entered: 05/07/2008) |
| 05/07/2008 | 220 | ERRATA by USA as to Donald L. Hymes 219 Response in Opposition filed by USA (Cooper, Stephen) (Entered: 05/07/2008) |
| 05/08/2008 | 222 | Minute Entry for proceedings held before Magistrate Judge Terrance W. Hall:Evidentiary Hearing as to Donald L. Hymes held on 5/8/2008. Witnesses sworn. Exhibits admitted. Matter taken UNDER ADVISEMENT, written ruling to issue. (Court Recorder bsb.) Government Counsel-Stephen Cooper; Defense Counsel-Pro Se, with MJ Haden as Co-Counsel; USPO/PTS Officer-Toni Ostanik. Defendant Present On Summons. cc: USM, USPO (LGK, COURT STAFF) (Entered: 05/12/2008) |
| 05/08/2008 | 223 | EXHIBIT AND WITNESS LIST re Evidentiary Hearing held on 05/08/2008 as to Donald L. Hymes. (LGK, COURT STAFF) (Entered: 05/12/2008) |
| 05/08/2008 | 229 | ERRATA by Donald L. Hymes 227 MOTION to Vacate under 28 U.S.C. 2255 filed by Donald L. Hymes (Attachments: # 1 Attachment O, # 2 Attachment P, # 3 Attachment Q, # 4 Attachment R, # 5 Attachment S, # 6 Attachment T, # 7 Attachment U, # 8 Attachment V, # 9 Attachment W, # 10 Attachment Z)(CPB, COURT STAFF) (Entered: 06/06/2008) |
| 05/09/2008 | 221 | NOTICE *Filing Exhibit 3 on Evid. Hearing* by USA as to Donald L. Hymes (Cooper, Stephen) (Entered: 05/09/2008) |

| | | |
|---|---|---|
| 05/30/2008 | 224 | INITIAL REPORT AND RECOMMENDATION as to Donald L. Hymes. Magistrate Judge recommends Petition to Revoke Supervised Release DKT 193 be GRANTED. Objections to R&R are to be filed on or before 6/13/08. Signed by Judge Terrance W. Hall on 5/30/08.(CLW, COURT STAFF) Modified on 5/30/2008 Create relationship to document #193 (CLW, COURT STAFF). (Entered: 05/30/2008) |
| 05/30/2008 | 225 | TWH ORDER; FINDING AS MOOT 218 Motion proceed pro se without appointed counsel on shortened time and expedited extension as to Donald L. Hymes (1). (CLW, COURT STAFF) (Entered: 05/30/2008) |
| 06/06/2008 | 226 | ORDER as to Donald L. Hymes re 222 Evidentiary Hearing: At the May 8, 2008 Evidentiary Hearing, Magistrate Judge Hall allowed Pro Se documents received by the court on May 6, 2008 to be filed after appointing Mr. Hymes as Co-counsel. That statement did not appear in the Court Minutes from the May 8, 2008 hearing. The Motion to Stay Evidentiary Hearing and Motion to vacate under 2255 are deemed filed as of May 6, 2008. (CPB, COURT STAFF) (Entered: 06/06/2008) |
| 06/11/2008 | 231 | ORDER denying 227 Motion to Vacate (2255) as to Donald L. Hymes (1) Signed by Judge Ralph R. Beistline on 06/11/08. (LGK, COURT STAFF) (Entered: 06/11/2008) |
| 06/13/2008 | 232 | OBJECTION TO REPORT AND RECOMMENDATIONS 224 by Donald L. Hymes (Haden, M. J.) (Entered: 06/13/2008) |
| 06/13/2008 | 233 | OBJECTION TO REPORT AND RECOMMENDATIONS 224 by Donald L. Hymes ( filing as co-counsel) (CPB, COURT STAFF) (Entered: 06/16/2008) |
| 06/17/2008 | 234 | ADJUDICATION ORDER and NOTICE OF HEARING as to Donald L. Hymes. Final Hearing re Revocation of Supervised Release will be held on FRIDAY, JULY 11, 2008, at 10:00 AM in Fairbanks Courtroom 1 before Ralph R. Beistline. (CC: USM, PO, Defendant, Calendaring) (JPS, COURT STAFF) (Entered: 06/17/2008) |
| 06/18/2008 | 235 | JUDGMENT that Donald L. Hymes application for post conviction relief under 28 U.S.C. 2255 is dismissed. Signed by Judge Ralph R. Beistline on 06/11/2008. (CPB, COURT STAFF) (Entered: 06/18/2008) |
| 06/19/2008 | 236 | MOTION for Reconsideration re 231 Order on Motion to Vacate (2255), 227 MOTION to Vacate under 28 U.S.C. 2255 filed by Donald L. Hymes by Donald L. Hymes. (Attachments: # 1 Attachment 1 Proposed Order)(SLM, COURT STAFF) (Entered: 06/19/2008) |
| 06/23/2008 | 237 | ORDER denying 236 Motion for Reconsideration as to Donald L. Hymes (1). (JPS, COURT STAFF) (Entered: 06/23/2008) |
| 07/03/2008 | 238 | EXPEDITED MOTION stay sentencing by Donald L. Hymes. (Attachments: # 1 Proposed Order)(CPB, COURT STAFF) (Entered: 07/03/2008) |
| 07/03/2008 | 239 | ORDER as to Donald L. Hymes re 238 MOTION stay sentencing filed by Donald L. Hymes: Government's Responses due by NOON 7/7/2008. (CPB, COURT STAFF) (Entered: 07/03/2008) |
| 07/07/2008 | 240 | RESPONSE in Opposition by USA as to Donald L. Hymes re 238 MOTION stay sentencing (Cooper, Stephen) (Entered: 07/07/2008) |

| 07/07/2008 | 241 | MINUTE ORDER: Defendant's Motion to Stay Sentencing at Docket 238 is without merit and is therefore DENIED as to Donald L. Hymes. (JPS, COURT STAFF) (Entered: 07/07/2008) |
|---|---|---|
| 07/07/2008 | 242 | MOTION Final Judgment with Clarification and Finding of Conclusions of Law and Finding of Facts and Additional Evidence. by Donald L. Hymes. (CPB, COURT STAFF) (Entered: 07/07/2008) |
| 07/08/2008 | 243 | MOTION in the Nature of a Writ of Mandamus under rule 81(b) by Donald L. Hymes. (Attachments: # 1 Motion pages 43-84, # 2 Exhibit AA, # 3 Exhibit BB, # 4 Exhibit CC, # 5 Exhibit DD, # 6 Exhibit EE, # 7 Exhibit FF, # 8 Exhibit BB2, # 9 Exhibit HH, # 10 Exhibit DD2, # 11 Exhibit EE2, # 12 Exhibit Attachment II, # 13 Exhibit DD3, # 14 Exhibit EE3, # 15 Exhibit JJ, # 16 Exhibit KK, # 17 Exhibit FF2, # 18 Exhibit BB3, # 19 Exhibit AA2, # 20 Exhibit MM, # 21 Exhibit Attachment 11-2, # 22 Exhibit HH2, # 23 Exhibit DD4, # 24 Proposed Order)(CPB, COURT STAFF) (Entered: 07/08/2008) |
| 07/08/2008 | 244 | MOTION for Reconsideration re 240 Response in Opposition filed by USA, 241 Order on Motion for Miscellaneous Relief by Donald L. Hymes. (Attachments: # 1 Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(CPB, COURT STAFF) (Entered: 07/08/2008) |
| 07/09/2008 | 246 | DISPOSITIONAL STATEMENT upon Revocation of Supervised Release by USA as to Donald L. Hymes. (CPB, COURT STAFF) (Entered: 07/09/2008) |
| 07/09/2008 | 247 | Writ of Execution Returned cancelled. (DJE, COURT STAFF) (Entered: 07/09/2008) |
| 07/10/2008 | 248 | SENTENCING STATEMENT by Donald L. Hymes (CPB, COURT STAFF) (Entered: 07/10/2008) |
| 07/11/2008 | 249 | Minute Entry for proceedings held before Judge Ralph R. Beistline:Final Hearing re Revocation of Supervised Release as to Donald L. Hymes held on 7/11/2008. Final Hearing re Revocation of Supervised Release continued to 7/17/2008 12:00 PM in Fairbanks Courtroom 1 before Ralph R. Beistline. (Court Recorder lgk.) Government Counsel-Stephen Cooper; Defense Counsel-M.J. Haden; USPO/PTS Officer-Toni Ostanik. Defendant Present On Summons. cc: USM, USPO (LGK, COURT STAFF) (Entered: 07/11/2008) |
| 07/14/2008 | 250 | Hearing Statement by Donald L. Hymes. (SLM, COURT STAFF) (Entered: 07/15/2008) |
| 07/14/2008 | 251 | Judicial NOTICE by Donald L. Hymes. (Attachments: #1 Attachment A, # 2 Attachment B)(SLM, COURT STAFF) (Entered: 07/15/2008) |
| 07/16/2008 | 252 | SENTENCING MEMORANDUM by USA as to Donald L. Hymes (Cooper, Stephen) (Entered: 07/16/2008) |
| 07/16/2008 | 253 | NOTICE *of Lodging BOP Transfer Summary, relating to Plaintiff's Supplemental Disposition Statement* by USA as to Donald L. Hymes re 252 Sentencing Memorandum (Cooper, Stephen) (Entered: 07/16/2008) |
| 07/17/2008 | 254 | NOTICE *of Filing* by Donald L. Hymes (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Haden, M. J.) (Entered: 07/17/2008) |
| 07/17/2008 | 255 | RESPONSE in Opposition by USA as to Donald L. Hymes re 243 MOTION Writ of Mandamus *Re Donald Hymes's Judicial Notice 251* (Cooper, Stephen) |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Entered: 07/17/2008)                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 07/17/2008 | 257 | Minute Entry for proceedings held before Judge Ralph R. Beistline:Final Hearing re Revocation of Supervised Release as to Donald L. Hymes held on 7/17/2008. 5 months imposed. No term of supervision to follow. Court ORDERED all pending motions in this matter: DENIED as moot. (Court Recorder lgk.) Government Counsel-Stephen Cooper; Defense Counsel-M.J. Haden; USPO/PTS Officer-Toni Ostanik. Defendant Present On Summons. cc: USM, USPO (LGK, COURT STAFF) (Entered: 07/21/2008) |
| 07/17/2008 | 258 | JUDGMENT ON REVOCATION OF SUPERVISED RELEASE as to Donald L. Hymes by Judge Ralph R. Beistline. 5 months imposed. No term of supervision to follow. Signed by Judge Ralph R. Beistline on 07/17/2008. cc: USM, USPO(LGK, COURT STAFF) (Entered: 07/21/2008)                                                                                                                                                                            |
| 07/18/2008 | 256 | RESPONSE in Opposition by USA as to Donald L. Hymes re 243 MOTION Writ of Mandamus *incorporating doc. 255* (Cooper, Stephen) (Entered: 07/18/2008)                                                                                                                                                                                                                                                                                   |

| PACER Service Center |              |                  |                     |
|----------------------|--------------|------------------|---------------------|
| Transaction Receipt  |              |                  |                     |
| 07/21/2008 11:41:17  |              |                  |                     |
| PACER Login:         | rw1679       | Client Code:     |                     |
| Description:         | Docket Report | Search Criteria: | 4:02-cr-00019-RRB-TWH |
| Billable Pages:      | 9            | Cost:            | 0.72                |