MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. DONALD L. HYMES          CASE NO. 4:02-CR-00019 RRB
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         LYNN GROVES-KELLEY

UNITED STATES' ATTORNEY:       STEPHEN COOPER

DEFENDANT'S ATTORNEY:          M.J. HADEN

U.S.P.O.:                      TONI OSTANIK

PROCEEDINGS: CONTINUED FINAL DISPOSITION HEARING   HELD: 07/17/2008
-----------------------------------------------------------------
At 12:05 p.m. court convened.

_X_ FINAL DISPOSITION HEARING:

   _X_ Supervised Release revoked.

   _X_ Defendant imprisoned for a period of 5 MONTHS. NO TERM OF SUPERVISION TO FOLLOW.

   _X_ Defendant shall surrender to the custody of the U.S. Marshal at 10:00 a.m. on July 21, 2008.

   _X_ OTHER: Court ORDERED all pending motions in this matter: DENIED as moot. Court recommends that the defendant be evaluated medically in determining appropriate placement.

At 12:31 p.m. court adjourned.

DATE: July 17, 2008              DEPUTY CLERK'S INITIALS: LGK

Revised 6-18-07

*Docket 257*