UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| DONALD L. HYMES, | (Original Judgment filed 07/25/2003) |
| | Case Number: <u>4:02-CR-00019 RRB</u> |
| | <u>M.J. Haden</u> |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on <u>11/13/2007</u> accusing defendant of <u>3</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>DENIED allegations 1,2,3 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Fail to pay in full Outstanding IRS debts | 11/13/2007 | C |
| 2 | Special | Fail to file accurate Income tax returns | 11/13/2007 | C |
| 3 | Special | Fail to file timely Accurate future income Tax returns | 11/13/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through ____ of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>July 17, 2008</u>
Date of Disposition Hearing

REDACTED SIGNATURE

Signature of Judicial Officer
<u>RALPH R. BEISTLINE, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer
<u>July 17, 2008</u>
Date

AO245.REV

DocKet 258

Defendant: DONALD HYMES                     Amended Judgment--Page 2 of 2
Case No.: 4:02-CR-00019 RRB

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __5 Months. NO TERM OF SUPERVISION TO FOLLOW__.

[X]  The court makes the following recommendations to the Bureau of Prisons: Court recommends that the defendant be evaluated medically in determining appropriate placement.

[_]  The defendant is remanded to the custody of the United States Marshal.

[X]  The defendant shall surrender to the United States Marshal for this district, at 10:00a.m. on July 21, 2008.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
    Deputy Marshal

AO245.REV