DEFENDANT:       DONALD HYMES
CASE NUMBER:     4:02-CR-00019 RRB
DISTRICT:        ALASKA

## STATEMENT OF REASONS

(Not for Public Disclosure)

Soc. Sec. No.: **REDACTED SIGNATURE**
Date of Birth:

July 17, 2008
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judge

Residence Address : 2340 Ravenwood Drive
Fairbanks, Alaska 99709

RALPH R. BEISTLINE, U.S.DISTRICT JUDGE
Name and Title of Judge

Mailing Address :

July 17 2008
Date Signed

AO245.REV