```
                    UNITED STATES COURT OF APPEALS
                         FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,        ) ORDER FOR TIME SCHEDULE
                                 )
                                 ) CA No.:
Plaintiff- USA                   )
                                 ) DC No.:4:08-cr-00019-RRB-TWH-1
                                 )
vs.                              ) District of Alaska
                                 ) Notice of Appeal filed: 8/8/2008
                                 )
                                 ) ( ) CJA or F.P.   ( ) Paid Appeal
                                 ) ( ) Apptd Counsel ( ) Fed Defender
                                 ) ( ) Retained Counsel
Defendant(s)-   Donald L. Hymes  ) ( ) Advisory Counsel only
                                 ) ( ) On Bail        ( ) In custody
_____) (X) Pro SE
```

The parties, counsel, and court personnel, in the processing of this appeal, will comply with the following time schedule:

1.  If not exempt, the docket fee will be transmitted to
    the Clerk of the District Court                              Immediately

2.  The date the transcript will be ordered from the court
    reporter. (If this case is under CJA, give the date
    that the order is to be given to the court reporter.)        8/29/2008

3.  The court reporter's transcript will be filed in the
    District Court
    (Certificate of Record will be submitted to the court        9/29/2008
    of Appeals by the Clerk of the District Court
    immediately upon the filing of the transcript. The
    Certificate of Record indicates  that the complete
    trial court record including designated transcripts is
    available for use of   the parties.)

4.  Appellants' opening brief and excerpts of record will
    be served and filed pursuant to Circuit Rules  32 and       11/7/2008
    31-2

5.  The appellee's brief will be served and filed pursuant      12/8/2008
    to Circuit Rules 32 and 31-2

6.  The appellant's (optional) reply brief will be  served
    and filed pursuant to Circuit Rules 32 and 31-2             12/22/2008

By direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.

NOTE: Cir. Rule 32  sets   length         For the Court:
limitations on  briefs. Cir. Rule
42-1  requires   that   this appeal       Cathy A. Catterson
may  be  dismissed  if appellants         Clerk, U.S. Court of Appeals
brief is not timely filed.

                                          By:   Sherry Mons
                                                Deputy Clerk
                                                U.S. District Court