UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
4:02cr00019-RRB-TMB-1
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __SC 14-08-CR-0009__ U.S. District Court # __District of Alaska__

Short Case Title __US v Donald L Himes__

Date Notice of Appeal Filed by Clerk of District Court __8/1/08__

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDING |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | *No transcript ordered* | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __No transcript__ Estimated Date for Completion _____

Signature of Attorney __Donald Louis Himes__ Phone Number __474-6922__

Address __2340 Ravenwood Ave__
__Fbks, Alaska__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

*RECEIVED AUG 20 2008 CLERK, U.S. DISTRICT COURT, FAIRBANKS, AK*

**Certification**

M.J. Hadden
Federal Public Defender's Agency
Mj_haden@fd.org

Stephen Cooper
101 12th Avenue Room 310
Box 2
Fairbanks, Alaska 99701

Date: July 21, 2008

Rita MariNa Hymes